UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

BRETT KIMBERLIN,
Plaintiff,

v.

No. PWG 13 3059

NATIONAL BLOGGERS CLUB, et al.,
Defendants

**PLAINTIFF'S STATUS REPORT RE SERVICE OF COMPLAINT**

Plaintiff Brett Kimberlin pursuant to this Court's December 30, 2013 ORDER, hereby provides the following status report regarding service of the Complaint on the 22 Defendants in this case.

1. Plaintiff has sent service to all the Defendants in this case in one or more of the following ways: a) on October 22, 2013 by informal service under Federal Rule of Civil Procedure 4(d) with waiver on all the Defendants except for KimberlinUnmasked by Certified Mail, Restricted Delivery, Return Receipt Requested, to which six Defendants responded, Exhibit A; b) on January 3, 2014 by formal service to the 15 Defendants who did not respond to the informal service, again by Certified Mail, Restricted Delivery, Return Receipt Requested, and only Defendant Stranahan has notified Plaintiff that he accepted service, Exhibit B; and c) by email to Defendants KimberlinUnmasked, Ali Akbar, National Bloggers Club, and Ace of Spades, after they refused service. Exhibit C.

2. The Defendants who have accepted service and agreed to respond to the Complaint fall into two categories, pro se and represented. In the pro se

category are Aaron Walker, William Hoge and Lee Stranahan. In the represented category are Patrick Frey, Mandy Nagy, DB Capitol Strategies, and The Franklin Center. Of those seven Defendants, Defendants Walker, Hoge, DB Capitol Strategies and The Franklin Center have filed Motions to Dismiss. Plaintiff has agreed to give counsel for Patrick Frey and Mandy Nagy additional time in which to file until the Court considers this status report. Informal Service Waivers for Defendants Hoge, Walker, The Franklin Center and DB Capitol Strategies are attached as Exhibit D.

3. Counsel for Defendant Simon & Shuster called Plaintiff to discuss the case after receiving it in the mail. The conversation concerned opening a dialog regarding resolution.

4. Plaintiff has received USPS Certified green cards back from the following Defendants showing that they received their informal service on the corresponding dates but have not yet responded or contacted Plaintiff requesting additional time: Glenn Beck 10/24/13, James O'Keefe, Simon & Shuster 10/24/13, Mercury Radio Arts, Erick Erickson10/24/13, Twitchy, Michelle Malkin, The Blaze 10/24/13, and Breitbart.com 10/28/13. The chart below shows all the service in this case.

**Service Chart**

| | | | |
|---|---|---|---|
| NATIONAL BLOGGERS CLUB, | Refused | | |
| ALI AKBAR, | Refused | | |
| PATRICK FREY, | Accepted service | Represented | No Response |
| ERICK ERICKSON, | Accepted service | | No Response |
| MICHELLE MALKIN, | Accepted service | | No Response |
| GLENN BECK, | Accepted service | | No Response |
| AARON WALKER, | Accepted service | Pro Se | Responded |
| WILLIAM HOGE, | Accepted service | Pro Se | Responded |

| | | | |
|---|---|---|---|
| LEE STRANAHAN, | Accepted service | Pro Se | No Response |
| ROBERT STACY MCCAIN, | Refused | | |
| JAMES O'KEEFE, | Accepted service | | No Response |
| MANDY NAGY, | Accepted service | Represented | No Response |
| BREITBART.COM, | Accepted service | | No Response |
| DB CAPITOL STRATEGIES, | Accepted service | Represented | Responded |
| TWITCHY, | Accepted service | | No Response |
| THE FRANKLIN CENTER, | Accepted service | Represented | Responded |
| SIMON&SCHUSTER INC., | Accepted service | | No Response |
| KIMBERLINUNMASKED, | Refused | | |
| MERCURY RADIO ARTS, | Accepted service | | No Response |
| THE BLAZE, | Accepted service | | No Response |
| ACE OF SPADES | Refused | | |
| REDSTATE. | Accepted service | | No Response |

5. Several of the Defendants appear to be actively evading service by refusing to accept service via Certified/Registered Mail. These Defendants are Ali Akbar, National Bloggers Club, Ace of Spades and Robert Stacy McCain. Exhibit E.

6. Defendant KimberlinUnmasked has spent the past three months since the filing of this suit mocking Plaintiff and the case, moving his blog offshore to avoid the jurisdiction of the Court, asking people to send money to Defendant National Bloggers Club to hire lawyers, and fighting to remain anonymous even after the Montgomery County Circuit Court on November 4, 2013, found that he should be identified under the standards of *Independent Newspapers Inc, v. Brodie*, 966 A2d 432 (Md Court of Appeals, 2009). Exhibit F. Two of the *Brodie* standards have to do with notice and opportunity to respond, while another requires a prima facie finding of defamation.

7. Plaintiff has asked KimberlinUnmasked's attorney in the state case to accept service of the state complaint on KimberlinUnmasked's behalf but he has refused, and he has stated that he does not represent him on the federal cases.. Exhibit G.

8. On January 2, 2014, Plaintiff sent emails to KimberlinUnmasked and Ali Akbar (who is also responsible for accepting legal documents on behalf of Defendant National Bloggers Club) with copies of the suit and again advised them of their right to respond to the suit. Exhibit C. Plaintiff explained that they have had notice of the suit for months and if they do not respond, Plaintiff will seek to find them in default.

Respectfully submitted,

Brett Kimberlin
8100 Beech Tree Rd
Bethesda, MD 20817

CERITIFICATE OF SERVICE

I certify that I mailed a copy of this motion to all the Defendants who have filed pleadings in this case and counsel for Simon & Shuster. I have sent copies by email to counsel for Defendants Nagy and Frey, and to Defendants Stranahan, Akbar, National Bloggers Club and KimberlinUnmasked this 10th day of January, 2014.

Brett Kimberlin