UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

BRETT KIMBERLIN,
Plaintiff,

v.  No. PWG 13 3059

NATIONAL BLOGGERS CLUB, et al.,
Defendants

**PLAINTIFF'S RESPONSE TO DEFENDANT THE FRANKLIN CENTER'S MOTION TO DISMISS**

Now comes Plaintiff and responds in opposition to Defendant The Franklin Center's Motion to Dismiss. The Court must deny a Motion to Dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure unless it "appears beyond doubt that Plaintiff can prove no set of facts in support of his claim which would entitle him to relief." *Conley v. Gibson,* 355 U.S. 41, (1957). "The question is whether in the light most favorable to the Plaintiff, and with every doubt resolved in his behalf, the Complaint states any valid claim for relief." 5A Wright & Miller, Federal Practice and Procedure: Civil 2d § 1357, at 336. The Court, when deciding a motion to dismiss, must consider well-pled allegations in a complaint as true and must construe those allegations in favor of the plaintiff. *Scheuer v. Rhodes,* 416 U.S. 232, 236 (1974); *Jenkins v. McKeithen,* 395 U.S. 411, 421-22 (1969). The Court must further disregard the contrary allegations of the opposing party. *A.S. Abell Co. v. Chell,* 412 F.2d 712, 715 (4th Cir.1969); *Lujan v. National Wildlife Federation,* 497 U.S. 871 (1990) ("a complaint should not be dismissed for insufficiency *unless it appears to a certainty that plaintiff is entitled to no relief under any state of facts which could be proved in support of the claim.*") (emphasis added).

# What Is The Franklin Center

1. The Franklin Center for Government and Public Integrity ("The Center") is a 501(c)(3) non-profit, online news organization that publishes news and commentary on state and local government and politics from a free market, limited government perspective.

# The Harm Caused To Plaintiff By The Franklin Center

2. The Franklin Center staked its reputation on the false narrative that Plaintiff was involved with four swatting attacks and had filed 100 frivolous lawsuits against conservative bloggers when it published the following press release:

## Franklin Center Joins Lee Stranahan, Popehat, Aaron Walker, Mandy Nagy And Others To Discuss Protection Of The Free Press

By Tabitha Hale

June 26, 2012
**For Immediate Release**
**Franklin Center Joins Lee Stranahan, Popehat, Aaron Walker, Mandy Nagy And Others To Discuss Protection Of The Free Press**
    Tonight at 9:30pm EDT, The Franklin Center joins Lee Stranahan, Mandy Nagy, and last night's SWATting victim Aaron Walker on a webinar to discuss recent attacks on bloggers and the suppression of free speech.
    Convicted domestic terrorist Brett Kimberlin and his associates have repeatedly terrorized bloggers and others who highlight his story with over 100 frivolous lawsuits and 4 SWATting attacks. SWATting is a dangerous tactic that involves calling a police department to report a false crime to get a SWAT team dispatched to the victim's house. The attacks have included bloggers Patterico, Erick Erickson, and as recently as last night, Aaron Walker.
    Yesterday, Rep. Sandy Adams of Florida and 87 cosigners sent another letter to AG Eric Holder urging investigation of costly SWATting tactics. In her statement, Adams said "SWAT-ting is quickly becoming a scare tactic used against political bloggers in an effort to stifle their First Amendment rights."
    Tabitha Hale, New Media Director at the Franklin Center for Government and Public Intergrity, says "These tactics are just appalling. A free press is essential to a free society, and attempts to silence those who are telling the

truth are entirely unacceptable. We are glad to have a small part in the fight to protect the First Amendment by supporting victims of these attacks. We will always err on the side of free speech."
Information on tonight's webinar is below. Learn what is at stake and learn how to protect yourself and your act of journalism.
***Title:*** *Fighting for a Free Press*
***Date:*** *Tuesday, June 26, 2012*
***Time:*** *9:30pm to 10:30pm EDT*
Reserve your space at the following link: https://www2.gotomeeting.com/register/630051426

3. Both of these statements about Plaintiff are patently false. The Center not only published these as fact on its highly trafficked website, but it also held a webinar that many people attended and which gave voice to an attorney named Ken White who stated how to use search engine optimization to "Google Bomb" Plaintiff, and how to "use the Streisand effect" to harm Plaintiff with these false narratives. And another disgraced attorney, Defendant Aaron Walker, stated implicitly that Plaintiff swatted him and was trying to get "someone killed." Tabitha Hale, The Center's social media director, put the weight of her authority and The Center's behind these false statements and the people who participated in the defamatory statements. This webinar was tape recorded and transcribed, and spread widely to harm Plaintiff. The harm was enhanced because The Center has a reputation for sticking to the facts even if they are from a conservative viewpoint.

4. Where did The Center get this information? From members of the National Bloggers Club headed by convicted felon and Defendant Ali Akbar who falsely portrayed NBC as a 501(c)(3) and defrauded tens of thousands from innocent conservatives based on these false narratives. Specifically, Tabitha

Hale parroted a post from Defendant Robert Stacy McCain for her press release without doing one ounce of fact checking. At the time of the press release, Plaintiff had never filed a single lawsuit against any conservative blogger and did not even know what swatting was until he was falsely accused of it. Because of The Center's strong reputation on accountability, anyone who read or heard that The Center was behind these defamatory allegations automatically believed that they were true. But had Ms. Hale done even a cursory search on PACER, she would have quickly seen that Plaintiff had never filed a lawsuit against any conservative blogger. Had she called Plaintiff to ask if he was involved with swattings, she would have learned that he was not. People expect not only the truth from The Center, but also due diligence.

5. After the webinar, many people shared the transcripts, audio and link of the webinar, and others used The Center's reputation to give credence to the false narrative. Members of Congress were told that The Center co-signed the false narrative, and this gave more of them the necessary comfort level to join the demand that the Attorney General investigate Plaintiff for the swattings. That investigation caused the FBI to show up unannounced at Plaintiff's home, and another agent blindsided Plaintiff's wife when she was at a meeting demanding that she tell them about the swattings while insisting that she not tell Plaintiff he talked to her. There are now thousands of posts and tweets online accusing Plaintiff of swatting.

6. Because of these false narratives involving swattings and lawsuits, Plaintiff received untold number of death threats, had stalkers come to his home and take photos of him and his daughter, and had threatening calls to his elderly mother, pre-teen daughter, and all his neighbors. Plaintiiff's non-profit employer has lost an established institutional funder, and Plaintiff's daughters have been bullied at school so much that his older daughter had to change schools. He has been under siege for two years despite the fact that he does even blog, comment or tweet. The Center and others have demonized Plaintiff with false narratives that resulted in a digital witch hunt designed to create and incite a right wing mob filled with hate towards Plaintiff. This was meant to cause opprobrium to destroy him, his funding base, and his reputation as the director of non-profits. And even more, The Center conspired with and gave voice and credibility to Defendants such as Aaron Walker and Patrick Frey, who stated that their intention was to imprison Plaintiff. What greater violation could occur to a living person than being falsely accused and imprisoned for something he did not do?

7. This was a conspiracy and a shameful and tortious one at that: it has besmirched the otherwise good reputation of The Center as well as Plaintiff's name and reputation. The conspiracy continues to this day. Rather than being above the noise of the mob, The Center threw red meat to it, and the mob responded. Tabitha Hale took the word of disreputable individuals such as Defendants Ali Akbar, Aaron Walker and Robert Stacy McCain, who used these false narratives to line their pockets with ill-gotten gains, and raise

their Google rankings. This was reprehensible and immoral. And The Center did not even investigate these people before buying into their false narratives.

8. The Center falsely and recklessly broadcasted Plaintiff's name as the perpetrator of a horrible crime, and in doing so, The Center was either grossly negligent or intentionally malicious. This reporting of blatantly false information was irresponsible and outrageous. But more, the conduct of The Center violated RICO because The Center became part of the Enterprise and the conspiracy among the defendants to commit fraud, obstruction and extortion as part of their scheme of racketeering. And finally, The Center's conduct violated Plaintiff's civil rights because it was part of a conspiracy to have him falsely imprisoned in retaliation for his exercising his right to redress. Plaintiff did nothing to ask to be thrust into this false narrative situation except exercise his First Amendment right to redress when some of the Defendants engaged in tortious and criminal conduct toward him.

**Plaintiff Adopts his Responses to Hoge, Walker and DB Capitol Strategies' Motions to Dismiss**

9. The Center basically parrots the Motion to Dismiss filed by Defendant DB Capitol Strategies, and raises other arguments raised by Defendants Hoge and Walker. Therefore, Plaintiff adopts the arguments in his responses to those three defendants. These are as follows:

10. The Center defamed Plaintiff by publishing and then saying at a webinar that Plaintiff swatted four conservative bloggers and filed more than 100 frivolous lawsuits against conservative bloggers. The statute of limitations

does not apply because (1) The Center's long relationship and conspiracy with Defendant Akbar and Defendant National Bloggers Club which has repeated these false allegations within the one year SOL; (2) Plaintiff was threatened with physical harm and death if he went to court or talked to the authorities thereby tolling the SOL. Although some of those threats are quoted in the Complaint on page 12, a sampling of more threats is attached as Exhibit A.

11. Plaintiff has presented sufficient facts to meet the elements of a false light claim in that The Center made false statements about his involvement in a horrible crime, which a reasonable person would find offensive, and that The Center acted intentionally or with reckless disregard for the truth in making those untrue statements.

12. Plaintiff has properly alleged a RICO and RICO conspiracy case by showing that The Center joined the RICO Enterprise in order to enhance its goal of destroying Plaintiff's livelihood, driving him out of business and imprisoning him for a crime he did not commit. By joining the Enterprise and conspiracy, The Center is responsible for the predicate acts of the other Defendants.

13. Plaintiff's allegation of conspiracy to violate his civil rights under 42 USC 1985 is sufficient since he has alleged that The Center joined the conspiracy to violate his civil rights by falsely accusing him of serious crimes which was intended to have him arrested and imprisoned. Its defamatory press release and webinar included the false accusations made by Los Angeles Deputy District Attorney Patrick Frey, aka Patterico, who was attempting to have

Plaintiff arrested and imprisoned based on his false accusations of swattings by Plaintiff. Making such false accusations in conspiracy with the other Defendants is extremely irresponsible and outrageous. There are thousands of cases in the history of our country where innocent people have been falsely accused of something by an overzealous or corrupt prosecutor, and a cascading of unfortunate events then resulted in a false arrest, false imprisonment, execution or mob attack. In the instant case, The Center added a veneer of credibility to the false allegations of swatting thereby increasing the possibility of a false arrest of Plaintiff.

14. Plaintiff withdraws the allegation of fraud and misrepresentation.

15. Plaintiff has clearly demonstrated Intentional Infliction of Emotional Distress because the actions of The Center in falsely accusing Plaintiff of swatting four conservative bloggers and suing 100 more were beyond all bounds of decency in a civilized society. The fact that The Center has kept this false information on its website even after being informed it is false shows malice and outrageous conduct.

## Conclusion

Defendant The Franklin Center has not met its burden under Rule 12(b)(6) of showing that Plaintiff can prove no set of facts to support his claims. In fact, based on the allegations in the Complaint, as supported by the exhibits to the Plaintiff's various Responses and his affidavit, this Court must accept the allegations as true. The Center's Motion to Dismiss should be denied.

Respectfully submitted,

Brett Kimberlin
8100 Beech Tree Rd
Bethesda, MD 20817

## Certificate of Service

I certify that I mailed a copy of this response to attorneys for DB Capitol Strategies and The Franklin Center, and to Defendants Hoge and Walker. I emailed this to Defendant Stranahan and the attorney for Defendants Frey and Nagy all this 17th day of January, 2014.

Brett Kimberlin