

BRETT KIMBERLIN,
Plaintiff,

v.  No. PWG 13 3059

NATIONAL BLOGGERS CLUB, et al
Defendants.

## MOTION TO CORRECT COMPLAINT CAPTION

Now comes Plaintiff Brett Kimberlin, pro se, and moves this Court to allow him to correct a clerical error in the caption of his Complaint.

1. Defendant Twitchy is repeatedly named in the body of the complaint as a "Defendant." See pargs, 25, 70 and 80. However, Plaintiff inadvertently left Twitchy off the caption list on the very front of the Complaint.

2. Plaintiff has served a copy of the Complaint on Defendant Twitchy and Twitchy has filed a Motion to Dismiss. However, Counsel for Twitchy has attempted to portray Defendant Twichy as a "non-party" because of this clerical error.

3. Because this is a mere clerical error, and notice has been given in the body of the Complaint and Defendant Twitchy has responded to the Complaint, the Defendant is not prejudiced by the clerical error.

Wherefore, Plaintiff moves this Court to correct the caption of the Complaint to include Twitchy as a Defendant.

Respectfully submitted,

Brett Kimberlin
8100 Beech Tree Rd
Bethesda, MD 20817
justicejtmp@comcast.net
(301) 320 5921

Certificate of Service

I certify that I emailed a copy of this motion to Mark Bailen, Andrew Smith, Caitlyn Contestable, Ron Coleman, and I mailed copies to James Skyles, William Hoge, and Aaron Walker this 30th day of January, 2014.

Brett Kimberlin