Thursday, January 30, 2014 11:35 PM

**Subject: I am issuing a subpoena for Intermarkets**
**Date:** Thursday, January 30, 2014 9:10 PM
**From:** Justice Through Music <justicejtmp@comcast.net>
**To:** <aceofspadeshq@gmail.com>

Dear Ace:

I have tried unsuccessfully to serve you with a lawsuit I filed in the District Court of Maryland. I have called and emailed Michelle Kerr to no avail. You have not responded in any way. Therefore, tomorrow I am asking the Court to issue a subpoena for Intermarkets to provide me with your contact and billing information.

You have a right to contest or respond to this motion in the case. It is Kimberlin v. National Bloggers Club, PWG 13 3059.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Brett Kimberlin (301) 320 5921