UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

BRETT KIMBERLIN, )
)
Plaintiff, )
)
v. ) Case No. PWG-13-3059
)
NATIONAL BLOGGERS CLUB, )
*et. al.* )
)
Defendants. )

### ORDER

*By Consent*

Upon consideration of the Motion Regarding Service of the Amended Complaint and Scheduling for Filing of Motions, Answers, and/or Other Responses to the Amended Complaint filed by Defendants Redstate, Erick Erickson, Glenn Beck, Mercury Radio Arts, The Blaze, James O'Keefe and Simon & Schuster, (collectively, the "Moving Defendants"), it is hereby

ORDERED that the motion is GRANTED; it is further

ORDERED that any motions, answers and/or other responses to the Amended Complaint shall be filed by the Moving Defendants no later than February 22, 2014; it is further

ORDERED that any responses to said motions, answers or other responses shall be filed no later than March 24, 2014; and it is further

ORDERED that any replies shall be filed no later than April 14, 2014.

SO ORDERED.

Paul W. Grimm
United States District Judge

Dated: 02 05 2014