February 12, 2014



FILED
LOGGED
ENTERED
RECEIVED
FEB 14 2014
CLERK, AT GREENBELT
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY B/H
DEPUTY

The Hon. Judge Paul W. Grimm
US District Court for the District of Maryland
Greenbelt Division
6500 Cherrywood Lane
Greenbelt, MD 20770

RE: **8:13-cv-03059-PWG** Kimberlin v. National Bloggers Club et al

Your Honor:

My name is Bill Schmalfeldt. Since 1977, I have been involved in journalism in one
form or another. I am a member of the Society of Professional Journalists and the
National Society of Newspaper Columnists. I've written about everything from mass
catastrophes, on-the-scene reports on the deaths of celebrities, to light, feature
articles and satirical opinion. I am proud of my craft and have been well rewarded
and awarded. I was diagnosed with Parkinson's disease in 2000, and by 2011 my
disease had progressed to the point where I had to retire from a comfortable
position as a GS-13 Writer/Editor at the National Institutes of Health.

Although I am not a party in the above-referenced lawsuit, I must take exception to
what defendant WJJ Hoge III wrote about me in his "Defendant Hoge's Reply to
'Plaintiff's Response to Defendant Hoge's Two Latest Filings'" entered into the
docket on Feb. 10.

In his responses and replies, Mr. Kimberlin has taken care to leave my name out of
the fray when referring to "a reporter" who has been subjected to 366 charges of
harassment, electronic mail harassment, illegal access to a computer and violation of
a peace order filed against him by Defendant Hoge since February 2013, all of which
have been dropped by the Carroll County State's Attorney. Mr. Hoge, however, in his
eagerness to further smear and besmirch what is left of my reputation as a
journalist after a year of sustained attack by Mr. Hoge, defendant McCain, defendant
Akbar, defendant Walker and others, felt it necessary to identify me by name in his
recent filing. Moreso, he felt it was important to his case to identify me as an
"adjudicated harasser" who Mr. Hoge finally secured a peace order against on his
third try. He secured this peace order in Carroll County, although I live in Howard
County. After two district court judges turned him down, he got a circuit court judge
who admitted on the stand that he has no idea what "the Twitter" is or what it does
to agree that blocking a person on Twitter was as difficult as disabling Internet
functionality or changing a phone number. The same judge disregarded the opinion
of the state attorney general and the federal court in their US v. Cassidy ruling when
he granted Mr. Hoge's motion to extend the peace order another six months in
December.

He did not file in Howard County because of his efforts in April 2013 as leader of an "Everybody Blog About/Call the Howard County State's Attorney Day" right wing blog meme. Defendant Hoge and Defendant Walker were "upset" that Howard County refused to file new charges against Mr. Kimberlin for being in the courthouse at the same time as Mr. Walker was seeking to have new charges filed against me, in which he was also unsuccessful.  Hundreds of right wing bloggers tied up the office phone of the Howard County State's Attorney as a result, which would explain why he might be hesitant to bring charges against someone in Howard County.

He refers to me as an "associate" of Mr. Kimberlin. While it is true that Mr. Kimberlin and I have become friends over the past year, we only met as a result of Mr. Hoge's sustained campaign of harassment against me.  Defendant Hoge describes me as a "public relations mouthpiece" for Mr. Kimberlin when that could not be further from the truth. In fact, at a recent court-approved mediation between myself and Mr. Hoge, I again restated that I was happy to tell both sides of the story in this lawsuit, but that I need the other side to respond with more than taunts, insults and/or silence.  Defendant Hoge claims that I have "often published factual claims made by Plaintiff of the details of his court papers before they have been served on any Defendant or have appeared on PACER." While I cannot answer to whether or not I have published anything before papers were served on one defendant or another, given the propensity for several of the defendants in this case to undertake Herculean measures to avoid being served, I can state to the best of my knowledge that I have never published details of a filing before they appeared on PACER.

Defendant Hoge has been engaged in a systematic attack on me since I first began investigating Defendant Akbar's misrepresentation of Defendant National Bloggers Club's self-claimed 501(c)3 status. As a person with Parkinson's disease, I react very negatively to stress. This is a fact known to Defendant Hoge, one he uses to his advantage. He understands that by continuing to smear me in the attempt to injure the Plaintiff or damage his claim, that each subsequent charge makes my Parkinson's disease worse. Parkinson's is a progressive neurological disorder. It always gets worse. Nothing can make it improve. But it is proven that stress does, in fact, irreversibly cause the downward progression of the disease to accelerate. When I first became involved in this matter as a reporter, and when I was first dragged into court by Mr. Hoge for the "crime" of reporting facts, I was largely able to walk unassisted. Now I am wheelchair bound.  There are other outward and not-quite-so-visible signs of increased degeneration, including the onset of early Parkinson's disease dementia.

I mention this, your honor, as Defendant Hoge has attempted to extort me by threatening to include me in this lawsuit somehow if I "try his patience" any further, knowing that such a legal adventure would further accelerate the damage done by Parkinson's and hasten the approach of the imminent end.

Your honor needs to be aware of the nature of these people, the harm they are willing to do, and the price in the suffering of others they are willing to pay to destroy the Plaintiff in this case.

Respectfully,

William M. Schmalfeldt
6636 Washington Blvd. Lot 71
Elkridge, MD 21075
410-206-9637