Bill and Gail Schmalfeldt
6636 Washington Blvd. #71
Elkridge, MD 21075

20770720350

BALTIMORE MD 212

12 FEB 2014 PM 11

The Hon. Judge Paul W. Grimm
US District Court for the District of Maryland
Green Belt Division
6500 Cherrywood Lane
Green Belt, MD 20770

Freedom
FOREVER
USA