IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| BRETT KIMBERLIN, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action PWG 13-3059 |
| NATIONAL BLOGGERS CLUB, et al., | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \*

**NON-PARTY TWITCHY'S RESPONSE IN OPPOSITION TO
PLAINTIFF'S MOTION TO CORRECT COMPLAINT CAPTION**

Non-party Twitchy.com ("Twitchy"), through counsel, files this Response in opposition to the Motion to Correct Complaint Caption filed by Plaintiff Brett Kimberlin, which actually is a Motion to Amend the Complaint. In like-numbered paragraphs, Twitchy states:

1. Twitchy agrees that it is mentioned in ¶¶ 25, 70, and 80 of the First Amended Complaint (FAC); it has no information as to whether Mr. Kimberlin "inadvertently" left it off the caption. However, as is discussed in Twitchy's Memorandum supporting the Motion to Dismiss that it filed along with defendant Michelle Malkin, regardless of whether Twitchy's omission from the FAC's caption was inadvertent, Mr. Kimberlin then deliberately altered the caption himself to add Twtichy, and mailed a copy to Twitchy with an apparently forged summons, without seeking this Court's approval to "correct" the caption, as he now does. As is discussed in the accompanying Memorandum, that is a show of abject bad faith, and abuse of both Twitchy and this Court, sufficient to warrant denial of his request.

2. Denied. Mr. Kimberlin's purported service on Twitchy was flawed in several respects, including but not limited to the forged summons. Thus, Twitchy is a non-party to this

case not as a result of its counsel's portrayal, but rather as a function of the rules and statutes governing procedure and jurisdiction in this Court.  There is a proper way for a plaintiff to make someone party to a case as a defendant, and to date Mr. Kimberlin has successfully done so with numerous individuals and entities.  But he has not, with regard to Twitchy.

3. Denied.  Mr. Kimberlin's manipulation of his pleading and falsification of a summons goes well beyond "mere clerical error."  Moreover, where Twitchy not only has not been named as defendant but has been the victim of an attempted scheme to defraud it into thinking that it was, allowing Mr. Kimberlin to add it now as a defendant would be severely prejudicial – not only to it, but to other litigants who follow the rules.  And it will prejudice this Court, in this and other cases, by encouraging other parties to simply do what they want procedurally, regardless of the court rules, safe in the knowledge that if and when they are caught and exposed, they can simply seek this Court's retroactive approval.

4. All three bases that justify denial of leave to amend a complaint are present here, as is discussed in the accompanying Memorandum.

WHEREFORE, non-party Twitchy asks this Court to enter an order denying Mr. Kimberlin's Motion to Correct Complaint Caption, and award Twitchy its costs, including attorney fees, and such additional relief as the Court deems just.

                Respectfully submitted

                THE SMITH APPELLATE LAW FIRM

                /s/ Michael F. Smith
                By:  Michael F. Smith
                1717 Pennsylvania Ave. NW, Suite 1025
                Washington, D.C.  20006
                202-454-2860
                Bar No. 29941
                **Counsel for Defendant Michelle Malkin and**
Dated:  February 18, 2014        **non-party Twitchy**