UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| BRETT KIMBERLIN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 8:13-cv-03059-PWG |
| | ) |
| NATIONAL BLOGGERS CLUB, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## MOTION FOR ADMISSION *PRO HAC VICE*

    I, David Rocah, am a member in good standing of the bar of this Court. My bar number is 27315. I am moving the admission of Paul Alan Levy, Esquire, to appear *pro hac vice* in this case as counsel for defendant Ace of Spades.

    We certify that:

    1.    The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

    2.    The proposed admittee is a member in good standing of the bars of the following State Courts and United States Courts:

| **State Court & Date of Admission** | **U.S. Court & Date of Admission** |
|---|---|
| District of Columbia: 3/14/78 | Supreme Court of the United States: 1980 |
| New York: 1/16/84 | ED, Michigan: 1977 |
| | DDC: 1978 |
| | D. Colo.: 2009 |
| | SDNY: 2011 |
| | U.S. Courts of Appeals: |
| |     D.C. Circuit:  1980 |
| |     1st Circuit:  1991 |
| |     2nd Circuit:  1983 |
| |     3rd Circuit:  1980 |
| |     4th Circuit:  1981 |
| |     5th Circuit:  1990 |
| |     6th Circuit:  1986 |
| |     7th Circuit:  1985 |
| |     8th Circuit:  1985 |

          9th Circuit: 1984
          10th Circuit: 1985
          11th Circuit: 1986

  3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court once, in a case that was settled and dismissed earlier today.

  4. The proposed admittee has never been disbarred or denied admission to practice law in any jurisdiction.

  In 1977, Mr. Levy was admitted to the bar of Michigan, where he was clerking at the time he applied to the Bar, but from which he moved away shortly after the bar exam because his judge was appointed Solicitor General of the United States. Mr. Levy thereafter took inactive status. At some point, the Michigan Supreme Court decided that inactive members of the Michigan Bar would have to pay an annual fee for maintaining their inactive status. Mr. Levy did not learn of this ruling in sufficient time to pay the newly required annual fee for maintaining his inactive status. As a result, the proposed admittee's membership in Michigan was suspended. After the proposed admittee learned of the rule change implemented by the Michigan Supreme Court, the proposed admittee resigned from the Michigan bar.

  Similarly, in late January 1978, Mr. Levy was admitted to practice before this Court. At some point, this Court began charging members a renewal fee. Mr. Levy did not learn of, or take action with respect to, the renewal fee within the required time frame and, as a result, his membership lapsed; he learned of the fee only when visiting the courthouse to obtain documents in connection with a case pending elsewhere.

  Other than as described immediately above, the proposed admittee has never been suspended from practice in any jurisdiction.

  5. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he shall be subject to the disciplinary jurisdiction of this Court.

  6. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

  7. The undersigned is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

  8. **The $50.00 fee for admission *pro hac vice* is enclosed.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ David Rocah | |
| David Rocah | (*signed by David Rocah with permission* |
| Bar No. 27315 | *of Paul Alan Levy*) |
| ACLU of Maryland | Paul Alan Levy |
| 3600 Clipper Mill Rd., #350 | Public Citizen Litigation Group |
| Baltimore, Maryland 21211 | 1600 20th Street NW |
| (410)889-8550, ext. 111 | Washington, D.C. 588-1000 |
| rocah@aclu-md.org | Tel: (202) 588-1000 |
| | plevy@citizen.org |

## CERTIFICATE OF SERVICE

The foregoing motion is being filed with the Court's ECF system which will effect service on all parties that are represented by counsel. In addition, on this date I am sending the motion to pro se plaintiff Brett Kimberlin by email at justicejtmp@comcast.net, pursuant to plaintiff's express consent to being served by email.

      /s/ David Rocah
      David Rocah