Law Office of Bruce Godfrey
Box 444
Reisterstown, MD 21136

(410) 561-6061 (Baltimore Metro)
(301) 531-4355 (Washington Metro)
(888) 241-3135 (fax server)
godfrey@brucegodfrey.com
www.brucegodfrey.com

20 February 2014

Juidge Paul W. Grimm
United States District Court
By electronic transmission

Re: Kimberlin v. Nat'l Bloggers Club et al
8:13-cv-03059-PWG
Extension/Amendment of Complaint

Dear Judge Grimm:

Greetings; I have very recently been retained to represent defendants Patrick Frey and Mandy Nagy in the matter above matter. In recent days, my New York co-counsel, Ronald Coleman (whose pro hac vice application is pending) has communicated with Plaintiff Brett Kimberlin by email and telephone regarding Mr. Kimberlin's intention to seek leave to file a second amended complaint in the very near future.

We intend to respond promptly to Plaintiff's Amended Complaint. Our concern is that, in light of Mr. Kimberlin's stated intentions, the filing of a response at this juncture could result in a substantial waste of time and resources and possibly even prejudice our clients.

Naturally the decision of whether to grant Plaintiff leave to file an amended complaint lies entirely with the Court. We also recognize, however, that the case is in its early procedural stages, no discovery having been taken; the Plaintiff is a pro se litigant, albeit one with an exceptionally extensive litigation track record; and that motion practice arising from opposition to Plaintiff's motion for leave will inevitably delay matters far more than stipulation by the parties to permit an amendment and the filing of responses in relatively short order. Mr. Kimberlin has informed Mr. Coleman that he could file his papers next week.

We do not seek, of course, to circumvent any procedural requirements under the Federal Rules or Local Rules, and do not speak for other defendants, many of whom, we are informed, are not likely to enter into such a stipulation. We do write, however, to request that the court consider convening a telephone conference to address this matter as soon as possible to see if there is any way to resolve the question of an amended pleading informally.

Alternatively, because of our recent retention in this matter, we would request that the Court extend the time for our clients, Mr. Frey and Ms. Nagy, to file their responses to the first amended complaint to March 4, 2014, with the understanding that that

The Honorable Paul W. Grimm
February 20, 2014
Page 2

_____

response may be mooted by anticipated amendments, if leave is granted.  Mr. Kimberlin has stipulated to such an extension.

      The Court's consideration of the foregoing request is appreciated.

                        Very truly yours,

                        Bruce Godfrey
                        Attorney at Law