UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 FEB 20  P 2: 31

BRETT KIMBERLIN,
    Plaintiff,

CLERK'S OFFICE
AT GREENBELT

v.                                          No. PWG 13 3059                    DEPUTY

NATIONAL BLOGGERS CLUB, et al
    Defendants.

## PLAINTIFF'S NOTIFICATION OF INTENT TO FILE MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Now comes Plaintiff Brett Kimberlin and notifies the Court and Defendants that

he intends to file leave to file a Second Amended Complaint within 14 days. He is

currently consulting with counsel to determine whether they will consent.

Respectfully submitted,

Brett Kimberlin
8100 Beech Tree Rd
Bethesda, MD 20817
(301) 320 5921
justicejtmp@comcast.net

Certificate of Service

I certify that I have served a copy of this Response on Lee Stranahan, Ron

Coleman, Catilyn Contestable, Michael Smith, and Mark Bailen by email, and on

Defendants Hoge, The Franklin Center, and Walker by First Class mail this 20th

day of February, 2014.

Brett Kimberlin