UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

BRETT KIMBERLIN,
Plaintiff,

v.                                              No. PWG 13 3059

NATIONAL BLOGGERS CLUB, et al
Defendants.

**PLAINTIFF'S RESPONSE TO DEFENDANT ROBERT STACY MCCAIN'S MOTION TO DISMISS**

Now comes Plaintiff Brett Kimberlin and hereby responds in opposition to

Defendant Robert Stacy McCain's Motion to Dismiss.

**Who Is Robert Stacy McCain And His Involvement In The RICO Case**

Defendant McCain is a business partner of Defendant Ali Akbar in a venture called

Viral Read.  He is a member of the National Bloggers Club and a no-holds-barred far

right blogger who has written on his TheOtherMcCain blog that it is his job to

destroy anyone who does not agree with him. He joined the RICO conspiracy in the

spring of 2012 and has written hundreds of defamatory articles and tweets about

Plaintiff since that time, including several that impute and accuse Plaintiff of

swatting.

1.  Here is Defendant McCain's position in his own words: "Ultimately, there

    are only two sides in the fight, so if you're not doing everything you can to

    help your friends (and, of course, hurt your enemies) then you're pretty

    worthless in politics. To hell with moderation. Winning in politics is about

    gathering a mob, whipping them into a frenzy of hatred, and making sure

    they understand that the other party is to blame for whatever it is they're

pissed off about." http://theothermccain.com/2013/12/07/grabbing-the-other-end-of-the-rope/

2. Defendant has used that strategy of gathering a mob, (The National Bloggers Club), whipping them in a frenzy of hatred (based on false narratives about Plaintiff), and using that mob and false narratives to hurt Plaintiff.

3. Defendant McCain has filed a one page Motion to Dismiss adopting the arguments raised by other Defendants who have filed more expansive Motions to Dismiss.

4. Plaintiff hereby adopts his Responses to those Defendants' Motions to Dismiss.

5. Plaintiff will soon be filing for leave to file a Second Amended Complaint that will expand on Defendant McCain's involvement in the RICO case and additional defamation including his defamatory publications at the American Spectator.

Wherefore, for all the above reasons, the Court should deny Defendant McCain's Motion to Dismiss.


Respectfully submitted,


Brett Kimberlin
8100 Beech Tree Rd
Bethesda, MD 20817
(301) 320 5921
justicejtmp@comcast.net

## Certificate of Service

I certify that I have served a copy of this Response on Lee Stranahan, Ron

Coleman, Catilyn Contestable, Michael Smith, and Mark Bailen by email, and on

Defendants Hoge, The Franklin Center, and Walker by First Class mail this 20th

day of February, 2014.

Brett Kimberlin