UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| BRETT KIMBERLIN,<br><br>    Plaintiff,<br><br> v.<br><br>NATIONAL BLOGGERS CLUB, et al.,<br><br>    Defendants. | Case No. 13-cv-3059 (PWG) |

**DEFENDANTS THE BLAZE, INC., MERCURY RADIO ARTS,
AND GLENN BECK'S MOTION TO DISMISS THE FIRST
<u>AMENDED COMPLAINT, AND FOR ATTORNEY'S FEES AND COSTS</u>**

  Defendants The Blaze, Inc., Mercury Radio Arts, and Glenn Beck (collectively, the "Blaze Defendants"), by their undersigned attorneys Cowan, DeBaets, Abrahams & Sheppard LLP, and pursuant to Fed. R. Civ. P. 12(b)(6), Fed. R. Civ. P. 8(a), and Fed. R. Civ. P. 9(b), file this motion asking the Court to dismiss with prejudice the First Amended Complaint and award them their attorney's fees and costs.  In support, the Blaze Defendants rely on and incorporate the accompanying memorandum of law, attached hereto as Exhibit A, and the Declaration of Eleanor M. Lackman, attached hereto as Exhibit B.

  WHEREFORE, the Blaze Defendants ask this Court to enter an order dismissing the First Amended Complaint with prejudice, and award costs, including attorney's fees and such additional relief as the Court deems just and proper.

Dated: New York, New York
       February 21, 2014

Respectfully submitted,

COWAN DeBAETS ABRAHAMS
  & SHEPPARD, LLP

By: /s/Eleanor M. Lackman
    Eleanor M. Lackman (*pro hac vice*)
41 Madison Avenue, 34th Floor
New York, New York 10010
Tel: (212) 974-7474
Fax: (212) 974-8474
ELackman@cdas.com

*Attorneys for defendants The Blaze, Inc., Mercury Radio Arts, and Glenn Beck*