UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRETT KIMBERLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Case No. PWG-13-3059** |
| | ) | |
| NATIONAL BLOGGERS CLUB, | ) | |
| *et. al.* | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS ERICK ERICKSON, REDSTATE, JAMES O'KEEFE, AND SIMON & SCHUSTER, INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6) AND MD. CTS. & JUD. PROC. CODE ANN. § 5-807 (MARYLAND "ANTI-SLAPP" STATUTE), AND FOR ATTORNEYS' FEES AND COSTS**

COME NOW Defendants Erick Erickson, RedState, James O'Keefe, and Simon & Schuster, Inc. ("Movants"), by and through their undersigned counsel, and move to dismiss with prejudice the First Amended Complaint filed by Plaintiff Brett Kimberlin pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure on the grounds that Plaintiff fails to state a claim upon which relief may be granted and pursuant to Maryland Courts and Judicial Proceedings Code Ann. § 5-807, known as the Maryland "Anti-SLAPP" Statute, on the grounds that the action is a Strategic Lawsuit Against Public Participation ("SLAPP"), and for an order awarding Movants their attorneys' fees and costs. In support of their Motion, Movants refer to and incorporate the accompanying Memorandum of Law and the Declaration of Mark I. Bailen, attached hereto and made a part hereof.

WHEREFORE, Movants ask this Court to enter an order dismissing Kimberlin's First Amended Complaint with prejudice, awarding Movants their attorneys' fees and costs, and granting any additional relief as the Court deems just and proper.

| | |
|---|---|
| Dated: February 21, 2014 | Respectfully submitted,<br><br>BAKER & HOSTETLER LLP<br><br>By:   */s/ Mark I. Bailen*<br>    Mark I. Bailen (13805)<br>    Washington Square, Suite 1100<br>    1050 Connecticut Avenue, N.W.<br>    Washington, DC 20036<br>    Tel:202-861-1500<br>    Fax:202-861-1783<br>    mbailen@bakerlaw.com<br><br>*Counsel for Defendants RedState, Erick Erickson, Simon & Schuster, and James O'Keefe.*<br><br>Benjamin D. Light<br>Callagy Law, LLC<br>Mack-Cali Center II<br>650 From Road - Suite 565<br>Paramus, New Jersey 07652<br>Telephone: (201) 261-1700 x 117<br>blight@callagylaw.com<br><br>*Counsel to Defendant James O'Keefe* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via ECF on February 21, 2014.

I FURTHER CERTIFY that a true and correct copy of the foregoing was served via electronic mail, this 21st day of February, 2014, on the following persons with their consent:

William Hoge
Robert S. McCain
Aaron Walker

I FURTHER CERTIFY that a true and correct copy of the foregoing was mailed via first-class mail, postage prepaid, this 21st day of February, 2014 to:

Brett Kimberlin
8100 Beech Tree Road
Bethesda, MD 20817

/s/ *Mark I. Bailen*_____