February 18, 2014

The Hon. Judge Paul W. Grimm
US District Court for the District of Maryland
Greenbelt Division
6500 Cherrywood Lane
Greenbelt, MD 20770

**RE: 8:13-cv-03059-PWG Kimberlin v. National Bloggers Club et al**

Your Honor:

I wrote to you previously about WJJ Hoge's attempts to insert me into Mr. Kimberlin's case. Today, my letter to you appeared on PACER. Within a couple hours, I received two death threats from someone who is identified as a regular commenter to Defendant Hoge's blog, "Hogewash." The e-mails are below.

---

**pete mason**   February 18, 2014  1:23 PM
To: Gail Schmalfeldt   Hide Details
Douche Nozzle

From: pete mason <pemason54@mailinator.com>
Subject: Douche Nozzle

Message Body:
Hi Douche nozzle. GoOd to see YoU ArE Involving YoUrSelf in this case. Hopefully you'll be added as a defendant when your butt buddy is thrown out of court with the judges laughing. Speaking of Laughing, i see the retard grows strong in your line, your brother and Gail being two other fine examples. I mean, i'd have to be pretty desperate to hit that, and to be honest, your doggy looks more attractive than her. Cheer up, douche nozzle, someone will get you soon enough.

--
This e-mail was sent from a contact form on My Website (http://patriot-ombudsman.com)

**PM**   February 18, 2014  1:40 PM
To: Gail Schmalfeldt   Hide Details
Hot Dog!

From: PM <pemason54@schmuckfeldt.com>
Subject: Hot Dog!

Message Body:
How'd you like to come home from your next dr appointment to find one of your mutts gutted, intestines spread all over your poop filled bed? keep it up, it will happen.

--
This e-mail was sent from a contact form on My Website (http://patriot-ombudsman.com)

---

Here is a recent comment on Mr. Hoge's blog written by this individual. Although his peace order forbids direct contact, I have tried to let Mr. Hoge know that I find this sort of behavior on the part of his supporters abhorrent and intolerable, and I have suggested that he take actions to ensure that no further threats are sent. He has not given any indication that he intends to do anything about this, and I assume when word gets out that I have sent you a second letter, I will be in for more of the same.



pcmason54 on 18 February, 2014 at 14:03 said:

Bill Schmalfeldt 2014@Radio 3m

Hoge needs to make it abundantly clear he has nothing to do with this, and he needs to ban people who make these sorts of threats.

FYI Slick Billy is sending himself threats again, certainly didn't come from me. Apparently he wasn't getting enough attention today had to make something up.

Reply ↓

pcmason54 on 18 February, 2014 at 14:06 said: — reference to my Parkinson's Disease

As a sign of good Faith, Shaky should go pound sand, as I said, I didn't send anything. If that email had really come from me, you'd have my IP address.

Reply ↓

pcmason54 on 18 February, 2014 at 14:07 said:

but I'll give it to you anyways, ready? 127.0.0.1

The IP address he gives, 127.0.0.1, does not resolve to any server. It's a fake.

You Honor, this is emblematic of the sort of harassment that I have received from Defendant Hoge and his supporters since I began reporting on their similar harassment of Mr. Kimberlin.

Mr. Hoge has taken on a leadership role what looks more and more to me like an online, criminal gang that has now escalated to direct death threats to intimidate people such as myself from reporting about their activities. I can state for the record, based on my reporting and the subsequent attacks on me, that I believe Mr. Hoge will do everything in his power to attack and intimidate anyone who rejects his delusional view of the world. I am concerned that he is now seemingly inciting vigilante action against me simply because I wrote you a letter.

I am certainly willing to meet with you or testify at any hearing you may order to deal with Mr. Hoge.

This is submitted for your information as you consider the various sides in this case.

Sincerely,

William M. Schmalfeldt
6636 Washington Blvd. #71
Elkridge, MD 21075
410-206-9637

Bill and Gail Schmalfeldt
6636 Washington Blvd
Elkridge, MD 21075

INSPECTED BY COURT SECURITY OFFICE
FEB 21 2014
GREENBELT, MD

BALTIMORE MD 212
19 FEB 2014 PM 4 L



Liberty FOREVER

The Hon. Paul W. Grimm
US District Court for the District of Maryland
Greenbelt Division
6500 Cherrywood Lane
Greenbelt, MD 20770

20770720350