**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
www.mdd.uscourts.gov

OFFICIAL BUSINESS

FILED ___ ENTERED
LODGED ___ RECEIVED

FEB 26 2014

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEP





049J82024319
$00.48⁰
02/06/2014
Mailed From 20770
US POSTAGE

Robert Stacy McCain
594 Burside Drive
Falling Water, WV 25149

20770@1249
25419412294

NIXIE    212    5E  1009    0002/21/14
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 20770124999    *1717-03273-06-45