UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

BRETT KIMBERLIN,
Plaintiff,

v.

No. PWG 13 3059

NATIONAL BLOGGERS CLUB, et al
Defendants.

**MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO DEFENDANT ACE OF SPADES' PROTECTIVE ORDER**

Now comes Plaintiff Brett Kimberlin and moves this Court to allow him additional time in which to respond to Defendant Ace of Spade's Motion for Protective Order. In support of this Motion, Plaintiff states that he has filed concurrently with this motion a Motion to Disqualify Attorney Paul Levy for various serious conflicts of interest, including prior representation of Plaintiff and acting adversely to Plaintiff's interests. If this Court grants that Motion to Disqualify, the motion filed by Mr. Levy will have to be withdrawn and Plaintiff will not have to respond to it.

Wherefore, Plaintiff asks for an Order that he not be required to respond to the merits of Defendant Ace of Spade's motion until this Court rules on his Motion to Disqualify.

Respectfully submitted,

Brett Kimberlin
8100 Beech Tree Rd
Bethesda, MD 20817
(301) 320 5921
justicejtmp@comcast.net

## Certificate of Service

I certify that I have served a copy of this Response on Lee Stranahan, Ron Coleman, Catilyn Contestable, Michael Smith, and Mark Bailen by email, and on Defendants Hoge, McCain, The Franklin Center, and Walker by First Class mail this 25th day of February, 2014.

Brett Kimberlin