IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Brett Kimberlin | * | |
| Plaintiff | | |
| | * | |
| vs. | | Civil Action No.  PWG-13-3059 |
| | * | |
| National Bloggers Club, *et al.* | | |
| Defendants | * | |

******

## ORDER

Plaintiffs having failed to serve the summons and complaint upon National Bloggers Club, Ali Akbar, Lee Stranahan, Breitbart.com, and Kimberlinunmasked within 120 days after the filing of the complaint, it is, this ___4th___ day of March, 2014,

ORDERED that plaintiff show good cause within 14 days of the date of this order why the complaint should not be dismissed as to the above named defendants without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

_____
Paul W. Grimm
United States District Judge

Rule 4m Show Cause Order Court (Rev. 2/28/2005)