IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF MARYLAND**
*Southern Division*

|  |  |
|---|---|
| **BRETT KIMBERLIN** | * |
| Plaintiff, | * |
| v. | *  Case No.: PWG-13-3059 |
| **NATIONAL BLOGGERS CLUB,** *et al.* | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Plaintiff Brett Kimberlin's Motion for Extension of Time in Which to Respond to Defendant Ace of Spades' Protective Order, ECF No. 92, I note that the motion relies on Plaintiff's filing of a motion to disqualify counsel, which has been stricken and returned as improperly filed under my Letter Order of February 21, 2014, ECF No. 88. Accordingly, I find that there is no basis for an extension, and it is this 5th day of March, 2014:

ORDERED that Plaintiff's Motion for Extension of Time in Which to Respond to Defendant Ace of Spades' Protective Order is DENIED.

.

/S/
Paul W. Grimm
United States District Judge

dsy