UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

BRETT KIMBERLIN,
    Plaintiff,

v.                                                                No. PWG 13 3059

NATIONAL BLOGGERS CLUB, et al
    Defendants.

### MOTION TO FILE SECOND AMENDED COMPLAINT

Now comes Plaintiff Brett Kimberlin and moves this Court to allow him to file a Second Amended Complaint.  In support of this Motion, Plaintiff states that this Court, in a Letter Order dated February 21, 2014, granted Plaintiff permission to file this Second Amended Complaint by March 7, 2014.

Pursuant to Local Rule 103.6, Plaintiff has filed with this motion a copy showing changes in bold and by strike throughs and a clean copy of the Second Amended Complaint.

Respectfully submitted,

Brett Kimberlin
8100 Beech Tree Rd
Bethesda, MD 20817
(301) 320 5921
justicejtmp@comcast.net

Certificate of Service

I certify that I have served a copy of this Response on Lee Stranahan, Ron Coleman, Catilyn Contestable, Michael Smith, and Mark Bailen by email, and on Defendants Hoge, McCain, The Franklin Center, and Walker by First Class mail

this 7th day of March, 2014.

Brett Kimberlin