UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

BRETT KIMBERLIN,
Plaintiff,

v.   No. PWG 13 3059

NATIONAL BLOGGERS CLUB, et al
Defendants.

**VERIFIED RESPONSE TO FEBRUARY 21, 2014 ORDER TO SHOW CAUSE Re TWITCHY SUMMONS**

Now comes Plaintiff Brett Kimberlin and responds to this Court's Order to Show Cause regarding service on Defendant Twitchy.

1. Plaintiff has apologized to counsel for Defendant Twitchy on several occasions for the mistake he made when serving Twitchy. Plaintiff explained to counsel that the mistake was not in any way done with an intent to mislead. Instead, it was a misunderstanding of the process, which Plaintiff as a pro se litigant did not understand, but now understands full well.

2. Plaintiff did include Defendant Twitchy in the Complaint in several paragraphs as a named Defendant but Plaintiff inadvertently left Twitchy off the caption. As soon as counsel for Twitchy notified Plaintiff about the error in service, Plaintiff filed a Motion to Correct Caption to add Twitchy, which this Court granted in its Letter Order of February 21, 2014. The Court also found that Twitchy was not prejudiced by the error in service.

3. When the Clerk initially sent Plaintiff 21 summons, Plaintiff spent hours compiling them with the Complaints, the envelopes and certified cards only

to discover that the summons for Twitchy was missing. At the time, Plaintiff assumed that the Clerk had inadvertently forgotten to include that summons since Twitchy was named as a Defendant in the Complaint and Twitchy's address was listed in paragraph 25 of the Complaint. Therefore, Plaintiff typed the address on a summons and included it with the Complaint to Defendant Twitchy and sent it certified to that address.

4. Plaintiff has since discussed this with the Clerk of the Court and was told that a summons can only be filled out by a party using Form AO440 and then submitted to the Clerk for signature.

5. Plaintiff apologizes once again to Defendant Twitchy and counsel, and to the Court for this misunderstanding. Plaintiff assures the Court that this will not occur again. In fact, with today's filing, Plaintiff is submitting six AO440 Summons Forms to the Clerk for signature so Plaintiff can initiate service of the Second Amended Complaint to several of the Defendants named in that Complaint who have not yet accepted service.

6. Plaintiff urges this Court not to impose sanctions on Plaintiff since this was an honest mistake, he is proceeding pro se and was unaware of the proper procedure, he has learned from the mistake, he has apologized to all parties, and Defendant Twitchy was not prejudiced.

Respectfully submitted,

Brett Kimberlin
8100 Beech Tree Rd
Bethesda, MD 20817
(301) 320 5921
justicejtmp@comcast.net

## Verification

I Brett Kimberlin certify under penalty of perjury pursuant to the provisions of 28 USC 1746, that the above is true and correct.

Dated this 11day of March, 2014.                    Brett Kimberlin

## Certificate of Service

I certify that I have served a copy of this Response on Lee Stranahan, Ron Coleman, Catilyn Contestable, Michael Smith, and Mark Bailen by email, and on Defendants Hoge, The Franklin Center, McCain and Walker by First Class mail this 11th day of March, 2014.

Brett Kimberlin