UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

BRETT KIMBERLIN,
Plaintiff,

v.                                                    No. PWG 13 3059

NATIONAL BLOGGERS CLUB, et al
Defendants.

**VERIFIED RESPONSE TO MARCH 4, 2014 ORDER TO SHOW CAUSE**

Now comes Plaintiff Brett Kimberlin and responds to this Court's Order to Show Cause regarding service on Defendants National Bloggers Club, Ali Akbar, Lee Stranahan, Breitbart.com and KimberlinUnmasked.

1. Plaintiff filed a Second Amended Complaint on March 7, 2014 and will be serving this new Complaint on Defendants National Bloggers Club, Akbar, Breitbart.com and KimberlinUnmasked who has been identitfied as Lynn Thomas. Plaintiff has already talked with the Clerk of the Court and has prepared summons for issuance by the Clerk.

2. Defendant Lee Stranahan accepted service of the previous complaint and has informed Plaintiff that he will respond to the Second Amended Complaint in a timely manner. Plaintiff has talked with Defendant Stranahan by phone and by email about this case on several occasions. Defendant Stranahan has agreed to accept electronic service of all papers in this case from Plaintiff and Plaintiff has served him that way with a copy of the Second Amended Complaint.

3. Plaintiff has properly served Defendant Breitbart.com with a copy of the previous complaint by certified mail, return receipt requested, restricted delivery and Defendant Breitbart.com signed the green card on what appears to be January 4, 2014. The card is dated 1/4/13 but clearly that is a mistake on the part of the signer since, according to the Postal Service online tracking service, the complaint was delivered on January 4, 2014 at 10.03. Exhibit A.

4. Plaintiff has sent the previous complaint and summons to Defendants Ali Akbar and National Bloggers Club by certified mail but they have been returned as refused or unclaimed. Exhibit B. These Defendants are aware of the suit, and Defendant Akbar, who was the President of The National Bloggers Club, has discussed the suit online, on Twitter, and on his Internet radio program. He has mocked Plaintiff's inability to serve him.

5. Plaintiff will file a request with this Court to serve Defendants Akbar and National Bloggers Club by Alternate Service in the next 14 days with the Second Amended Complaint.

6. Defendant KimberlinUnmasked has been identified as a result of two subpoenas to Google in a case Plaintiff has pending in the Montgomery County Circuit Court as Lynn Thomas from Illinois. She is named in the Second Amended Complaint and Plaintiff will serve her at her last known address in the next 14 days.

7. KimberlinUnmasked has spent the past four months mocking this suit with hundreds of blog posts and thousands of tweets, before her blogs and Twitter accounts were suspended. Two judges in Montgomery County Circuit Court

found that KimberlinUnmasked has engaged in prima facie defamation of Plaintiff and therefore ordered Google to disclose all information in its possession regarding the identity of KimberlinUnmasked. That last subpoena was complied with only a few weeks ago, showing a direct connection between KimberlinUnmasked and the emails used to register its Google and Twitter accounts and Lynn Thomas.

8. None of the Defendants has been prejudiced by the lack of service. They all have notice of the suit, with Defendants Akbar, National Bloggers Club and KimberlinUnmasked openly evading service.

9. Plaintiff has no idea why Defendant Breitbart.com has failed to answer the suit after being properly served with a formal summons. Plaintiff will again serve all of these Defendants with the Second Amended Complaint and if they do not answer, Plaintiff will move to serve them by Alternate Service.

Respectfully submitted,

Brett Kimberlin
8100 Beech Tree Rd
Bethesda, MD 20817
(301) 320 5921
justicejtmp@comcast.net

### Verification

I Brett Kimberlin certify under penalty of perjury pursuant to the provisions of 28 USC 1746, that the above is true and correct

Dated this 11day of March, 2014                Brett Kimberlin

### Certificate of Service

I certify that I have served a copy of this Response on Lee Stranahan, Ron Coleman, Catilyn Contestable, Michael Smith, and Mark Bailen by email, and on Defendants Hoge, The Franklin Center, McCain and Walker by First Class mail this 11th day of March, 2014.

Brett Kimberlin