## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**CHAMBERS OF**
**PAUL W. GRIMM**
**UNITED STATES DISTRICT JUDGE**

**6500 CHERRYWOOD LANE**
**GREENBELT, MARYLAND 20770**
**(301) 344-0670**
**(301) 344-3910 FAX**

March 19, 2014

RE: *Kimberlin v. National Bloggers Club et al.*
PWG-13-3059

## **LETTER ORDER**

Dear Parties:

It has come to my attention that the Parties in this case may not be entirely clear as to the status of Plaintiff Brett Kimberlin's complaint. In my Letter Order of February 21, 2014, ECF No. 88, I granted Plaintiff permission to "seek to amend his complaint up until March 14, 2014," and ordered that "a motion to amend his complaint [] will operate to toll the time to respond as to all parties." *Id.* at 5. Plaintiff filed a Motion for Leave to File Second Amended Complaint, ECF No. 100, on March 7, 2014. On March 13, Defendant William Hoge filed a Motion to Dismiss Plaintiff's Second Amended Complaint, ECF No. 107, and my Chambers have received communications from counsel seeking clarification as to whether the Court will entertain oppositions to Plaintiff's Motion for Leave.

To clarify, Plaintiff was given permission to file a motion only, and was not given pre-approval to amend his complaint. To the extent that Defendants may wish to oppose the motion, they may do so provided that they comply with the length requirements set forth in paragraph B.5 of the Case Management Order, ECF No. 97 (providing, *inter alia*, that opposition memoranda shall not exceed fifteen pages). As explained in my earlier Letter Order, the time to respond to Plaintiff's complaint—be it the First or Second Amended Complaint—is tolled until such time as Plaintiff's Motion to Amend is disposed of. *See* Letter Order 5.

Because Plaintiff has not yet been granted permission to file a Second Amended Complaint, Hoge's motion to dismiss, ECF No. 107, is STRICKEN as unripe.

I also have received a request from counsel for Ace of Spades seeking to file a surreply, ECF No. 106, in response to Plaintiff's Reply to Ace of Spade's [*sic*] Opposition to Motion for Discovery to Identify Ace of Spades, ECF No. 104. As the Case Management Order states in clear terms, "No surreplies will be permitted." Case Management Order ¶ B.8. Accordingly, Ace of Spades' request is DENIED.

Sincerely,

/S/
Paul W. Grimm
United States District Judge

dsy