

1717 PENNSYLVANIA AVE. NW, SUITE 1025
WASHINGTON, D.C. 20006
T: (202) 454-2860
F: (202) 747-5630
SMITH@SMITHPLLC.COM
WWW.SMITHPLLC.COM

**MICHAEL F. SMITH**
LICENSED IN MICHIGAN, MARYLAND, ARIZONA AND D.C.

March 21, 2014

**Via ECF only**

Hon. Paul W. Grimm
U.S. District Court for the District of Maryland
Southern Division
6500 Cherrywood Lane
Greenbelt, MD  20770

Re:   *Kimberlin v. National Bloggers Club, et al.*, Case No. PWG-13-3059

**Request to file motion to extend until March 28 the deadline for defendants Michelle Malkin and Twitchy to respond to R.100, motion for leave to file second amended complaint**

Dear Judge Grimm:

In keeping with the Case Management Order, R.97, p. 2, I am requesting permission to file a motion to extend until next Friday, March 28, the time for defendants Michelle Malkin and Twitch to respond to Mr. Kimberlin's motion for leave to file a second amended complaint ("SAC").  Earlier today I received via ECF the Court's Letter Order, R.108, clarifying that Mr. Kimberlin had been given approval only to file a motion for leave to file an SAC, and not pre-approval to file the SAC itself.  The Letter Order further indicated that defendants would be allowed to respond to the motion for leave, subject to the 15-page limit of the CMO.  A short while ago, I received a second ECF email containing another copy of R.100, Mr. Kimberlin's 3/07/14 motion for leave, that the Clerk filed and docketed.  This version has three attachments of 80+ pages, not the two that the original motion had – a redlined SAC, a clean version of the SAC, and a third version, which I have not yet been able to compare to the others.

The motion I would like to file will request a four-day extension until next Friday, March 28, of the time for my clients to respond to R.100, the motion for leave to amend.  Frankly, until seeing this morning's Letter Order, I had understood Mr. Kimberlin's SAC as having been accepted for filing, and have been preparing a Motion to Dismiss that pleading, rather than a response to the motion for leave.  Further, I have other case obligations, and family commitments this weekend, that will prevent me from devoting the time needed to a) determine the nature of this third 80-page attachment to R.100 and then b) properly address Mr. Kimberlin's motion to amend by Monday.  Accordingly, I would like to file with the court a motion requesting a four-day extension.

Thank you for your consideration of this request.

Very truly yours,

THE SMITH APPELLATE LAW FIRM

/s/

Michael F. Smith

cc:   (via ECF) All counsel of record
      (via email, per consent)
      --Plaintiff Kimberlin
      --Defendant Hoge
      --Defendant Mccain
      --Defendant Walker