**DB CAPITOL STRATEGIES**

PAC • CAMPAIGN • NON-PROFIT • POLITICAL LAW

March 21, 2014

The Honorable Judge Paul Grimm
United States District Judge
6500 Cherrywood Lane
Greenbelt, Maryland 20770
(301) 344-0670
(301) 344-3910 Fax

Re: *Kimberlin v. National Bloggers Club, et al.*
PWG-13-3059

Dear Judge Grimm,

Defendant DB Capitol Strategies, PLLC (hereinafter "DBCS") misunderstood the Court's Letter Orders dated February 21, 2014 and the Case Management Order dated March 4, 2014 and believed that Plaintiff had been given leave to file a Second Amended Complaint. As such, it did not oppose "Plaintiff's Motion to File Second Amended Complaint" (hereinafter "Motion to Amend").

DBCS does, however, wish to oppose Plaintiff's Motion to Amend and understands that, pursuant to Local Rule 105.2(a), its Opposition would be due today (Plaintiff's Motion to File was served on March 7, 2014). However, in light of the Court's most recent Letter Order dated March 19, 2014, DBCS respectfully requests a one week extension in which to file its Opposition and will file same no later than Friday, March 28, 2014 if permitted by the Court. I have corresponded with Plaintiff and he has consented to my request for an extension. I have enclosed herewith a Motion for Extension of Time and Proposed Order for the Court's convenience in case it is willing to entertain this request for an extension.

Thank you for your time and attention in this matter. Please do not hesitate to contact me with any questions.

Very truly yours,

Caitlin P. Contestable
717 King Street Ste 300
Alexandria, Virginia 22314
(727) 644-2957
(202) 478-0750
Caitlin@dbcapitolstrategies.com
Bar No. 18826

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## GREENBELT DIVISION

| | |
|---|---|
| BRETT KIMBERLIN, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | **Case No. PWG 13 3059** |
| ) | |
| NATIONAL BLOGGERS CLUB, ) | |
| *Et. al.* ) | |
| ) | |
|     Defendants. ) | |

## CONSENT MOTION FOR EXTENSION OF TIME IN WHICH TO OPPOSE PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT

COMES NOW, Defendant DB Capitol Strategies PLLC (hereinafter "DBCS"), by and through undersigned counsel, and files this Consent Motion for Extension of Time in which to Oppose Plaintiff's Motion to File Second Amended Complaint for the reasons stated herein.

## BACKGROUND

1. On February 21, 2014, this Court issued a Letter Order, ECF No. 80, in which Plaintiff was given until March 7, 2014 to seek leave to file an amended complaint. *See* Letter Order, Part V Further Amendments to the Complaint, at 5.

2. On March 7, 2014, Plaintiff filed "Plaintiff's Motion to File Second Amended Complaint" (hereinafter "Motion to Amend").

3. By Letter Order dated March 19, 2014, ECF No. 108, this Court stated that "To the extent that Defendants may wish to oppose the motion, they may do so provided that they comply with the length

requirements set forth in paragraph B.5 of the Case Management Order, ECF No. 97." Letter Order, at 1.

4. Pursuant to Local Rule 105.2(a), an Opposition to Plaintiff's Motion to Amend is due on March 21, 2014, fourteen days after Plaintiff filed his Motion to Amend.

### **REASONS FOR GRANTING THE REQUESTED EXTENSION**

5. This Court has discretion to grant a motion for extension of time in which to file a responsive pleading for good cause. Fed. R. Civ. P. 6(b)(1).

6. DBCS misunderstood the Court's Letter Order dated February 21, 2014, ECF No. 80, and the Case Management Order dated March 4, 2014, ECF No. 97, and believed that Plaintiff had been given leave to file a Second Amended Complaint. As such, it did not oppose Plaintiff's Motion to Amend.

7. In light of the Court's most recent Letter Order dated March 19, 2014, ECF No. 108, DBCS would like to file an Opposition to Plaintiff's Motion to Amend.

8. DBCS respectfully requests a one week extension in which to file its Opposition and will file same no later than Friday, March 28, 2014.

9. Undersigned counsel corresponded with Plaintiff and Plaintiff has consented to this extension.

WHEREFORE, DBCS respectfully requests that the Court grant its Consent Motion for Extension of Time in which to Oppose Plaintiff's Motion to File Second Amended Complaint and permit its Opposition to be filed by March 28, 2014.

    /s/_____
Caitlin Parry Contestable
717 King Street Ste 300
Alexandria, Virginia 22314
(727) 644-2957
(202) 478-0750
Caitlin@dbcapitolstrategies.com
Bar No. 18826

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | |
|---|---|
| BRETT KIMBERLIN,       ) | |
|    Plaintiff,       ) | |
|                     ) | |
| v.                  ) | **Case No. PWG 13 3059** |
|                     ) | |
| NATIONAL BLOGGERS CLUB,  ) | |
| *Et. al.*            ) | |
|                     ) | |
|    Defendants.      ) | |

## PROPOSED ORDER

For the reasons set out in Defendant DB Capitol Strategies PLLC's Consent Motion for Extension of Time in which to Oppose Plaintiff's Motion to File Second Amended Complaint, it is this __ day of

_____, 2014, by the U.S. District Court for the District of Maryland, Greenbelt Division,

ORDERED that the Defendant's Motion for an Extension of Time be, and hereby is, GRANTED, and it is further

ORDERED that Defendant DB Capitol Strategies, PLLC has until March 28, 2014, to file its Opposition to Plaintiff's Motion to File Second Amended Complaint.

Dated: _____                         _____
                                                Paul W. Grimm
                                                United States District Judge
                                                U.S. District Court
                                                for the District of Maryland
                                                Greenbelt Division

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of Defendant DB Capitol Strategies, PLLC's Consent Motion for Extension of Time in which to Oppose Plaintiff's Motion to File Second Amended Complaint and Proposed Order was served with consent, via electronic mail, this 21st day of March, 2014, to:

National Bloggers Club
Ali Akbar
Aaron Walker
William Hoge
Robert Stacy McCain
KimberlinUnmasked
Brett Kimberlin
Lee Stranahan

I FURTHER CERTIFY that a true and correct copy of Defendant DB Capitol Strategies, PLLC's Consent Motion for Extension of Time in which to Oppose Plaintiff's Motion to File Second Amended Complaint and Proposed Order was served via ECF this 21st day of March, 2014, to:

Mark I Bailen
Michael F Smith
Eleanor M Lackman
Benjamin D Light
Linda S Mericle
Theodore Bruce Godfrey
Ronald D. Coleman
David Robert Rocah
Paul Allen Levy

/s/_____
Caitlin Parry Contestable
717 King Street Ste 300
Alexandria, Virginia 22314
(727) 644-2957
(202) 478-0750
Caitlin@dbcapitolstrategies.com
Bar No. 18826

5