*TAB 1 TO MEMORANDUM OF DEFENDANTS MALKIN AND TWITCHY*

| | |
|---|---|
| **From:** | Brett Kimberlin |
| **To:** | Michael Smith |
| **Subject:** | Re: Today"s filings in Kimberlin v. NBC Amended Complaint |
| **Date:** | Saturday, March 08, 2014 11:47:38 AM |

Are u serious. I am pro se with no support staff and I do the best I can. Are u actually prejudiced by some words I may have missed in an 80 page complaint. I did not miss anything intentionally and made my best effort to comply w the rules   With snow days two kids home from school for five days and dealing w my sick nine year old I am happy that I got the amended complaint filed in a timely manner. If there is something I missed that u believe really prejudices you or your client please let me know and I will correct it

As far as the sanctions I already apologized and corrected the caption and now filed an amended complaint. I have met with the clerk and was told the proper procedure in such situations and it won't happen again. It was not forged. It was my lack of understanding of how to correct mistake I made   I have asked u to withdraw your motion based on my apology and explanation. U have declined which I find petty and beneath your obligations as a member of the bar.  So I will now make my case to the judge and u can respond   Do u really think the judge is going to dismiss twitchy from the new complaint?  If not then why r u pursuing this. It is wasting the courts time on something the judge already found did not prejudice your client.

Sent from my iPhone

> On Mar 8, 2014, at 11:01 AM, Michael Smith <smith@smithpllc.com> wrote:
>
> Thank you Mr. Kimberlin.
>
> FYI, the "redlined" copy of your Second Amended Complaint does not appear to comply with Local Rule 103.6(c)'s requirements; there are additions from the First Amended Complaint that are not bolded, as well as deletions that are not designated with strikethroughs or brackets.  Please advise if you will be filing with the Court and providing defendants with a corrected redlined copy.
>
> The version on file with the court also appears to be missing several pages, i.e. 15 and 54-56.
>
> Now that you have filed the amendment, let me know if you wish to discuss further your request that Mrs. Malkin and Twitchy withdraw their request for sanctions relating to the forged Twitchy summons, as you had indicated previously you would.  I will be leaving my office after Monday for an oral argument and will not be returning until Friday, when your response to Judge Grimm's show-cause order is due.
>
> mfs
>
> -----Original Message-----
> From: justicejtmp@comcast.net [mailto:justicejtmp@comcast.net]
> Sent: Saturday, March 08, 2014 12:15 AM
> To: Mark Bailen; Michael Smith
> Subject: Fwd: Today's filings in Kimberlin v. NBC Amended Complaint
>
>
>
> Gentlemen:
>
> Attached please find the Second Amended Complaint, both a clean copy and a redlined copy.
>
> Please note too that the National Bloggers Club's right to transact business in the State of Texas was revoked in October, and its corporate charter was forfeited on February 21st due to Defendant Akbar's failure to file any required business documents or pay the required yearly fees.  This supports my contention that NBC was a fraud, a shell company created to con people based on false narratives about

*TAB 1 TO MEMORANDUM OF DEFENDANTS MALKIN AND TWITCHY*

me.  I will be discussing this fraudulent conduct with administrative and law enforcement officials in Texas, and with the FBI and IRS in the coming week.
>
> Finally, I would like to point you to a case decided earlier this week that addresses and rejects some of the arguments several of you have made regarding my complaint.
http://www.washingtonpost.com/r/2010-2019/WashingtonPost/2014/03/08/Editorial-Opinion/Graphics/bagmen.pdf
>
> Thank you,
>
> Brett Kimberlin (301) 320 5921