IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| BRETT KIMBERLIN, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action PWG 13-3059 |
| NATIONAL BLOGGERS CLUB, et al., | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \*

**NOTICE OF WITHDRAWAL OF REQUEST TO FILE MOTION TO EXTEND (ECF No. 109) BY DEFENDANTS MICHELLE MALKIN AND TWITCHY**

Defendants Michelle Malkin and Twitchy, through counsel, hereby withdraw ECF No. 109, their March 21, 2014 letter to the Court requesting leave to file a motion for a four-day extension to respond to Plaintiff's motion for leave to file second amended complaint, ECF No. 100. Defendants Malkin and Twitchy on March 24, 2014 timely filed their response in opposition to the motion, and thus their request for leave to file a motion for extension is moot.

Respectfully submitted,

/s/ Michael F. Smith
   Michael F. Smith
The Smith Appellate Law Firm
1717 Pennsylvania Avenue N.W., Suite 1025
Washington, D.C.  20006
smith@smithpllc.com
(202) 454-2860
Bar No. 29941
**Counsel for Defendants**
**Michelle Malkin and Twitchy**

Date:  March 25, 2014

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above Notice was electronically filed in this case on March 25, 2014 and thus served on counsel of record via the Court's ECF system. Additionally, I am serving the document via email this date on plaintiff Kimberlin and on defendants Hoge, McCain, and Walker by the express permission of each.

By: /s/ Michael F. Smith

Dated: March 25, 2014