Honorable Judge Paul Grimm
6500 Cherrywood Lane
Greenbelt, MD 20770

March 25, 2014

Re: Kimberlin v. National Bloggers Club,
No, PWG 13-3059

Re: Clarification of Letter Order of March 19, 2014

Dear Judge Grimm:

Plaintiff is confused about the Letter Order of March 19, 2014, ECF #108, because it conflicts with the Letter Order of February 21, 2014, ECF #88 in several substantive ways.

First, ECF 108 states that ECF 88 did not grant Plaintiff leave to file an amended complaint but rather only file a motion for leave to file an amended complaint. And ECF 108 has this quote from ECF 88 stating that the Court only granted Plaintiff permission to —"seek to amend his complaint up until March 14, 2014." However, that quote does not exist in ECF 88 at all.

Instead, ECF 88 specifically granted Plaintiff permission to file his amended complaint:
> Because Fed. R. Civ. P. 15 calls for amendments to be freely granted, *Plaintiff will be permitted to amend his complaint* as he has stated he intends. However, in the interest of expediency and protecting the Defendants from multiple rounds of briefing, no further amendments will be permitted after March 7, 2014. (emphasis added).

Because of the Court's order granting permission to Plaintiff to file his Amended Complaint, he did so, along with a one paragraph Motion to File Amended Complaint, which only referred to the Court's granting of permission to file.

Now in ECF 108, the Court has misquoted ECF 88 granting leave to the Defendants to file oppositions to the Motion to File, thereby adding confusion to the matter and inviting a flood of responses from the Defendants.

It appears that the Court may have relied on an order from another case when it issued its March 19, 2014 Letter Order.

Respectfully submitted,

Brett Kimberlin