UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| BRETT KIMBERLIN, | ) |
| Plaintiff | ) |
| v. | ) CASE NO. PWG-13-3059 |
| NATIONAL BLOGGERS CLUB, *Et. al.* | ) |
| Defendants. | ) |

### (CONSENT) EMERGENCY MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF's MOTION TO AMEND (ECF NO. 100)

Comes now, Defendant DB Capitol Strategies PLLC (hereinafter "DBCS"), pro se, and moves this Court for an extension, through Monday, March 31, 2014, to file its Opposition to Plaintiff's Motion to File Second Amended Complaint ECF No. 100 for reasons stated herein.

DBCS' counsel of record, Ms. Caitlin Contestable, had a medical emergency yesterday requiring hospitalization. DBCS would be substantially prejudiced, and essentially deprived of its right to counsel, without a brief extension. DBCS has conferred with Plaintiff and Plaintiff has consented to this Motion. As a result, DBCS respectfully requests this Court grant an extension as requested herein.

Respectfully submitted,

Dan Backer, Sole Member
DB Capitol Strategies PLLC
717 King Street Suite 300
Alexandria, Virginia 22314
(202)-210-5431 Direct
(202)-478-0750 Fax
Dbacker@dbcapitolstrategies.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this Friday, March 28, 2014, a copy of the foregoing (Consent) Emergency Motion for Extension of Time to Respond to Plaintiff's Motion to Amend (ECF No. 100) was emailed, by previous agreement of the Parties, to Plaintiff.

_/s/ Dan Backer_
Dan Backer, Sole Member
DB Capitol Strategies PLLC