

1717 PENNSYLVANIA AVE. NW, SUITE 1025
WASHINGTON, D.C. 20006
T: (202) 454-2860
F: (202) 747-5630
SMITH@SMITHPLLC.COM
WWW.SMITHPLLC.COM

**MICHAEL F. SMITH**
LICENSED IN MICHIGAN, MARYLAND, ARIZONA AND D.C.

April 17, 2014

**Via ECF only**

Hon. Paul W. Grimm
U.S. District Court for the District of Maryland
Southern Division
6500 Cherrywood Lane
Greenbelt, MD  20770

Re:   *Kimberlin v. National Bloggers Club, et al.*, Case No. PWG-13-3059

**Request to file supplemental memorandum and April 9, 2014 transcript relating to request to dismiss/for sanctions based on the Twitchy summons, ECF 41, 88, 102**

Dear Judge Grimm:

In keeping with the Case Management Order, ECF 97, p. 2, I am requesting permission to file a short (3-4 pp.) Supplemental Memorandum relating to the request of defendants Michelle Malkin and Twitchy that Plaintiff Kimberlin's complaint be dismissed, and that he be sanctioned monetarily, for his actions regarding the Twitchy summons.

The proposed Supplemental Memorandum attaches and discusses the transcript of an April 9, 2014 hearing on a case brought by Mr. Kimberlin in Montgomery County Circuit Court, at which Mr. Kimberlin made various statements pertinent to the issue pending before this Court with regard to the Twitchy summons.  The statements show that Mr. Kimberlin's actions regarding the Twitchy summons are part of a pattern of similar litigation conduct by him, and Mrs. Malkin and Twitchy believe that the transcript and their Supplemental Memorandum will assist this Court in resolving the issue pending before it with respect to the summons.

Thank you for your consideration of this request.

Very truly yours,

THE SMITH APPELLATE LAW FIRM

/s/

Michael F. Smith

cc:   (via ECF) All counsel of record
      (via email, per consent): Plaintiff Kimberlin; Defendants Hoge, McCain, and Walker