Clerk of the District Court  
6500 Cherrywood Lane  
Greenbelt, MD 20770

April 16, 2014

FILED  
U.S. DISTRICT COURT  
DISTRICT OF MARYLAND

2014 APR 18  P 3:02

CLERK'S OFFICE  
AT GREENBELT

BY_____ DEPUTY

Re: Kimberlin v. National Bloggers Club,  
No, PWG 13-3059

Re: Request for finding of default under FRCP 55

Dear Clerk of Court:

Defendant Breitbart.com has been properly served with a formal summons, sent certified, restricted, return receipt on January 2, 2014. It was signed for on January 4, 2014. Attached is the Green Card, the USPS website confirmation of receipt, and a declaration by Plaintiff .

The 60-day time for answering the complaint has past, and Defendant Breitbart.com has not answered the complaint, entered an appearance, or otherwise contacted Plaintiff to discuss an extension in which to answer.

FRCP 55(a) states the following:

**(a) ENTERING A DEFAULT. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, *the clerk must enter the party's default*. (emphasis added).**

Wherefore, Plaintiff requests that the clerk enter Default against Defendant Breitbart.com.

Respectfully submitted,

Brett Kimberlin  
8100 Beech Tree Rd  
Bethesda, MD 20817  
justicejtmp@comcast.net  
(301) 320 5921

Re: Kimberlin v. National Bloggers Club,
No, PWG 13-3059

## Declaration of Brett Kimberlin Re Service to Breitbart.com

Plaintiff Brett Kimberlin declares under the provisions of 28 USC 1746, that the following is true and correct under penalty of perjury.

1. On January 2, 2014, I sent Defendant Breitbart.com a formal summons and Complaint in this case via certified mail, return receipt requested, restricted delivery, #7013 1090 0001 2438 6977.

2. According to the US Postal service on its website and the return green card, Breitbart.com received and signed for that mailing on January 4, 2014.

3. I have not received any communication from Breitbart.com since they signed for the certified mailing.

Brett Kimberlin this 16th of April 2014

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Ud_ ☒ Agent ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery<br>_Manoj DeMal_ _1/4/13_ |
| 1. Article Addressed to:<br>Proofpoint.com<br>149 South Barrington<br>#735<br>LA, CA 90049 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7013 1090 0001 2438 6977 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |

# USPS Tracking™

**Customer Service ›**
Have questions? We're here to help.

Tracking Number: 70131090000124386977

Expected Delivery Day: Saturday, January 4, 2014

## Product & Tracking Information

**Postal Product:**
Priority Mail 2-Day™

**Features:**
Certified Mail™   Return Receipt

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| January 4, 2014, 10:03 am | Delivered | LOS ANGELES, CA 90049 |
| January 4, 2014, 9:40 am | Notice Left | LOS ANGELES, CA 90049 |
| January 4, 2014, 9:06 am | Arrival at Unit | LOS ANGELES, CA 90049 |
| January 4, 2014 | Depart USPS Sort Facility | BELL GARDENS, CA 90201 |
| January 4, 2014, 12:04 am | Processed through USPS Sort Facility | BELL GARDENS, CA 90201 |
| January 3, 2014 | Depart USPS Sort Facility | CAPITOL HEIGHTS, MD 20790 |
| January 2, 2014, 11:25 pm | Processed at USPS Origin Sort Facility | CAPITOL HEIGHTS, MD 20790 |
| January 2, 2014, 1:31 pm | Dispatched to Sort Facility | CABIN JOHN, MD 20818 |
| January 2, 2014, 11:04 am | Acceptance | CABIN JOHN, MD 20818 |