

Kubeck
8100 Beech Tree RD
Bethesda, MD
20817

FILED / LODGED
ENTERED / RECEIVED
APR 28 2014
AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

Clerk of the Court
6500 Cherrywood Lane
Greenbelt, MD
20770