| | |
|---|---|
| | 01/13/2014 Docket Number: 62 |
| Docket Description: | HEARING |
| Docket Type: | Ruling Filed By: Court Status: Denied |
| Ruling Judge: | BURRELL, SHARON V |
| Reference Docket(s): | Motion: 38 Opposition: 58 |
| Docket Text: | HEARING (BURRELL, J.) ON PLAINTIFF'S MOTION TO FIND DEFENDANT ALI AKBAR SERVED UNDER RULE 2-121 (B) (#38) - DENIED. ORDER SIGNED. PLAINTIFF APPEARED WITHOUT COUNSEL. DEFENDANT, AARON WALKER'S COUNSEL, MR. OSTRONIC. DEFENDANT, ANONYMOUS BLOGGER'S COUNSEL, MR. OSTRONIC. INTERESTED PARTY, GOOGLE INC. COUNSEL, MR. REINGOLD. |
| Audio Media: | 02-011314 Start: 11:20:25 Stop: 11:55:40 |
| Docket Date: | 01/13/2014 Docket Number: 63 |
| Docket Description: | MOTION, DISMISS (PARTIAL - CASE NOT CLOSED) |
| Docket Type: | Motion Filed By: Defendant Status: Denied |
| Docket Text: | DEFENDANT, ALI AKBAR'S ORAL MOTION TO DISMISS (BURRELL, J.) - DENIED. |
| Docket Date: | 03/14/2014 Docket Number: 106 |
| Docket Description: | ORDER, ALTERNATIVE SERVICE |
| Docket Type: | Ruling Filed By: Court Status: Granted |
| Ruling Judge: | BURRELL, SHARON V |
| Reference Docket(s): | Motion: 102 Opposition: 111 |
| Docket Text: | ORDER OF COURT (BURRELL, J.) COURT FINDS THAT PLAINTIFF HAS SERVED DEFENDANT AKBAR AS OF JANUARY 25, 2014 WHEN HE SENT THE COMPLAINT BY CERTIFIED MAIL TO DEFENDANT AKBAR'S LAST KNOWN ADDRESS. THEREFORE THAT AN ANSWER IS DUE FROM DEFENDANT AKBAR ON OR BEFORE MARCH 26, 2014, ENTERED. (COPIES MAILED) |
| : | 03/17/2014 Docket Number: 112 |
| Docket Description: | MOTION, VACATE ORDER |
| Docket Type: | Motion Filed By: Defendant Status: Denied |
| Reference Docket(s): | Opposition: 115 Ruling: 139 |
| Docket Text: | DEFENDANT, ALI AKBAR'S MOTION TO SET ASIDE AND RESCIND THE ORDER GRANTING ALTERNATIVE SERVICE AND REQUEST FOR HEARING, FILED. (LP) |
| Docket Date: | 03/27/2014 Docket Number: 119 |
| Docket Description: | ORDER, PLACE CASE ON STAY DOCKET |
| Docket Type: | Ruling Filed By: Court Status: Granted |
| Ruling Judge: | BURRELL, SHARON V |
| Reference Docket(s): | Motion: 118 |
| Docket Text: | AMENDED ORDER OF COURT (BURRELL, J.) THAT IN CONSIDERATION DEFENDANT AKBAR'S MOTION THIS COURT'S ORDER GRANTING ALTERNATIVE SERVICE, ORIGINALLY ENTERED ON MARCH 14, 2014; AND THAT THE ORDER IS AMENDED TO REQUIRE DEFENDANT AKBAR TO FILE AN ANSWER ON OR BEFORE APRIL 4, 2014, ENTERED. (COPIES MAILED) |
| Docket Date: | 04/09/2014 Docket Number: 131 |

| | |
|---|---|
| Docket Description: | **HEARING, DISCOVERY** |
| Docket Type: | Ruling Filed By: Court Status: Denied |
| Ruling Judge: | **RYON, JOAN ELIZABETH** |
| Reference Docket(s): | Motion: 81 Opposition: 85 |
| Docket Text: | **HEARING (RYON, J.) ON DEFENDANT, ALI AKBAR'S MOTION TO SANCTION PLAINTIFF AND PLAINTIFF'S CASE AGAINST MR. AKBAR BE DISMISSED WITH PREJUDICE (DE #81) - DENIED.** |
| Audio Media: | 20-040914 Start: 12:07:53 Stop: 12:51:45 |

EXHIBIT A