Honorable Judge Paul Grimm
6500 Cherrywood Lane
Greenbelt, MD 20770

May 9, 2014

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 MAY -9  P 1:43

CLERK'S OFFICE
AT GREENBELT

BY_____ DEPUTY

Re: Kimberlin v. National Bloggers Club,
No, PWG 13-3059

Re: Rule 11 Motion re attorney Michael Smith

Dear Judge Grimm:

I would like to file a Rule 11 motion requesting sanctions against Attorney Michael Smith who represents Defendant Twitchy for his filing of the meritless memorandum asking for dismissal of the Complaint on the basis of a hearing in Montgomery County Circuit Court on April 9, 2014.

Mr. Smith has filed the pleading for an improper purpose to harass me, to provide more fodder to unrepresented Defendants Hoge, Walker and McCain, and to present a false narrative to this Court.

On May 6, 2014, I advised Mr. Smith that I would be filing a Rule 11 motion based on this issue and provided him with a copy as required by the Rule. I only provided that copy to him and asked that he correct or withdraw the offending pleading. Mr. Smith, in turn, provided a copy of that unfiled Rule 11 motion, either directly or indirectly, to Defendant Hoge who then posted it on his blog and on Scribd along with commentary that he knows things about the case that are going to cause me trouble and that he was "given clearance" to post the motion. Exhibit A.

I asked Mr. Smith if he gave the Motion to Defendant Hoge along with clearance to post it on his blog and Mr. Smith coyly admitted that he did, and told me that if I did not want things posted by Mr. Hoge, I should not file of send them to him. Exhibit B.

I would like to file the Rule 11 motion following the 21-day window required by the rules to address Mr. Smith's initial filing of the meritless, malicious and improper pleading, and his release of the Rule 11 motion to Defendant Hoge for publication which amounts to violations of the Rule and extrajudicial communications attacking a party.

Sincerely,

Brett Kimberlin
8100 Beech Tree Rd
Bethesda, MD 20817
(301) 320 5921
justicejtmp@comcast.net.