# Team Kimberlin Post of the Day

Posted on **8 May, 2014**

 26   0   Rate This

Both of The Dread Pro-Se Kimberlin's vexatious lawsuits in which I am a defendant are grinding their ways through the state and federal courts. Given the frivolous nature of TDPK's complaints, I have optimistic expectations concerning the final results of the suits. There have been several recent developments that lead me to believe that Brett Kimberlin is becoming desperate. Indeed, it seems that panic has driven him to turn the stupid knob up to ~~11~~ 12.

All is proceeding as I have foreseen—and I hope to be able to share the details of some of TDPK's latest mistakes before long.

Stay tuned.

UPDATE—As I've noted above, good legal strategy prevents me from publishing everything I know about. However, I've been given clearance to share this example of TDPK's going full-Acme.

---

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

BRETT KIMBERLIN,
    Plaintiff,

v.                                                          No PWG 13-3059

NATIONAL BLOGGERS CLUB, et al,
    Defendants.

**MOTION AND MEMORANDUM IN SUPPORT OF RULE 11 SANCTIONS AGAINST
PLAINTIFF TWITCHY'S ATTORNEY MICHAEL SMITH**

Defendant Brett Kimberlin submits this motion and memorandum of law in