From: Michael Smith <smith@smithpllc.com>
Date: Thursday, May 8, 2014 at 10:54 PM
To: Justice Through Music <justicejtmp@comcast.net>
Subject: RE: Kimberlin v. National Bloggers Club et al.

Mr. Kimberlin:

As you'll recall, yesterday you sent me your Rule 11 motion, saying you would file it in 21 days if Twitchy didn't withdraw its "motion" (by which I assume you mean, the Supplemental Memorandum). As you'll further recall, I declined your request for withdrawal, and copied several of the 20+ co-defendants on my email to you, along with a copy of your proposed motion.

While I suggest Mr. Hoge is best positioned to answer your specific question, I will say I see no problem whatsoever with any of the defendants you have sued making any lawful use they wish of a baseless motion you drafted, sent to two of the defendants, and threatened to file. While you're of course free to press your case through any permissible means you choose, I would suggest that if you don't want defendants publicizing your Rule 11 motions, you send defendants no further Rule 11 motions.

Yours,

mfs



From: Justice Through Music [mailto:justicejtmp@comcast.net]
Sent: Thursday, May 08, 2014 9:39 PM
To: Michael Smith
Subject: Re: Kimberlin v. National Bloggers Club et al.

Mr. Smith:

As quote below, Mr. Hoge has updated his post to say that he has been "given clearance" to post the Rule 11 motion that has not been filed or placed on Pacer. Would you please confirm that you gave him such clearance, since I do not want to make any factual misrepresentations to the Court. Thank you, Brett

**Team Kimberlin Post of the Day** http://hogewash.com/2014/05/08/team-kimberlin-post-of-the-day-434/>

Both of The Dread Pro-Se Kimberlin's vexatious lawsuits in which I am a defendant are grinding their ways through the state and federal courts. Given the frivolous nature of TDPK's complaints, I have optimistic expectations concerning the final results of the suits. There have been several recent developments that lead me to believe that Brett Kimberlin is becoming desperate. Indeed, it seems that panic has driven him to turn the stupid knob up to 11 12.

All is proceeding as I have foreseen—and I hope to be able to share the details of some of TDPK's latest mistakes before long.

Stay tuned.

UPDATE—As I've noted above, good legal strategy prevents me from publishing everything I know about. However, I've been given clearance to share this example of TDPK's going full-Acme.