UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
PAUL W. GRIMM
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0670
(301) 344-3910 FAX

May 16, 2014

RE: *Kimberlin v. National Bloggers Club et al.*
PWG-13-3059

**LETTER ORDER**

Dear Parties:

    This Letter Order addresses Plaintiff Brett Kimberlin's request to file a motion for sanctions pursuant to Fed. R. Civ. P. 11 against Defendant Twitchy and its counsel (the "Request"), ECF No. 126.

    In essence, Kimberlin seeks to sanction Twitchy for statements made in support of Twitchy's pending motion for sanctions against Kimberlin. It appears that Kimberlin contends that the Twitchy's filings intended "to present a false narrative to this Court," but he does not allege that the facts in Twitchy's filings, or the state court transcript on which they purport to rely, were fabricated or false. *See* Request. Kimberlin also argues that Twitchy improperly provided copies of papers to other Defendants, who posted those materials on their blogs. *Id.*

    In my view, it is not appropriate at this time to allow the parties to file recursive motions for sanctions arising out of earlier filed motions for sanctions. Twitchy's motion currently is pending before the Court, and Kimberlin has had the opportunity to respond to the claims therein. Should it become apparent that Twitchy has acted improperly in violation of the Federal Rules of Civil Procedure, there will be ample opportunity to explore that possibility after the substantive issues in this case are resolved on their merits. Until such time, Plaintiff's Request is DENIED without prejudice.

    Though informal, this is an Order of the Court and should be docketed as such.

Sincerely,

/S/
Paul W. Grimm
United States District Judge

dsy