Honorable Judge George J. Hazel  
6500 Cherrywood Lane  
Greenbelt, MD 20770

June 17, 2014

Re: Kimberlin v. National Bloggers Club,  
No, PWG 13-3059

Dear Judge Hazel:

I am writing to ask the Court to extend the time for service of Defendants Breitbart.com, Ali Akbar, National Bloggers Club and KimberlinUnmasked until sixty days after the Court rules on my pending Motion to Amend.

In the Court's April 28, 2014 Letter Order, Judge Grimm extended the time to serve these Defendants "by the later of an additional sixty (60) days from this Letter Order of, should Plaintiff's motion to amend his complaint, ECF No. 100, be granted, the appropriate period for of the amended complaint."

In the interim, this case was transferred from Judge Grimm to Your Honor, which has caused some delay in ruling on my Motion to Amend.

It would be in the interest of judicial economy, reduce expense to the parties and be most fair to the Defendants to not have to deal with multiple services.

In sum, please allow me to serve these Defendants within sixty days after you have ruled on the Motion to Amend.

Sincerely,

Brett Kimberlin  
8100 Beech Tree Rd  
Bethesda, MD 20817  
(301) 320 5921