UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
GEORGE JARROD HAZEL
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0670
(301) 344-3910 FAX

June 24, 2014

RE: *Kimberlin v. National Bloggers Club et al.*
GJH-13-3059

## LETTER ORDER

Dear Counsel:

On June 5, 2014, the above-captioned case was transferred to this Court from Judge Paul W. Grimm. At the time of the transfer, several motions were pending before the Court, including numerous motions to dismiss filed by various Defendants (*See* ECF Nos. 5, 8, 11, 16, 41, 50, 66, 68, 83, 87) and Plaintiff's Motion for Leave to File Second Amended Complaint (*See* ECF No. 100). For the reasons stated herein, Plaintiff's Motion for Leave to File Second Amended Complaint is GRANTED and Defendants' motions to dismiss are DENIED as moot. This letter order disposes of ECF Nos. 5, 8, 11, 16, 41, 50, 66, 68, 83, 87, 100, and 130.

On February 21, 2014, Judge Grimm issued an omnibus Letter Order addressing various motions and filings pending before the Court, including Plaintiff's Notification of Intent to File Motion for Leave to Filed Second Amended Complaint (ECF No. 80). *See* ECF No. 88. At the time of the Letter Order, Plaintiff had not yet filed his Second Amended Complaint. Nevertheless, Judge Grimm recognized that "[b]ecause Fed. R. Civ. P. 15 calls for amendments to be freely granted, Plaintiff will be permitted to amend his complaint . . . ." *Id.* at 5. Judge Grimm therefore gave Plaintiff until March 7, 2014 to file his Second Amended Complaint. *See id.* Accordingly, Plaintiff filed a Motion for Leave to File Second Amended Complaint on March 7, 2014, attaching Plaintiff's Second Amended Complaint as an Exhibit thereto. *See* ECF No. 100-3. Plaintiff has therefore satisfied the requirements of Judge Grimm's February 21, 2014 Letter Order and Local Rule 103.6. As such, I will GRANT Plaintiff's Motion for Leave to File Second Amended Complaint and direct the Clerk to docket ECF No. 100-3 as Plaintiff's Second Amended Complaint on the Court's docket. Plaintiff is directed to serve all Defendants with the Second Amended Complaint in accordance with the applicable Local Rules and Federal Rules of Civil Procedure. Plaintiff should also be reminded that no further amendment will be permitted. *See* ECF No. 88 at 5 (stating that "no further amendments will be permitted after March 7, 2014").

Having therefore granted Plaintiff's motion, it is hereby ORDERED that the motions to dismiss filed by defendants William Hodge (ECF Nos. 5, 68), DB Capital Strategies (ECF No. 8), Aaron Walker (ECF Nos. 11, 66, 130), The Franklin Center (ECF No. 16), Michelle Malkin (ECF No. 41), Robert Stacy McCain (ECF No. 50), Glenn Beck (ECF No. 83), Mercury Radio

Arts (ECF No. 83), The Blaze (ECF No. 83), Erick Erickson (ECF No. 87), James O'Keefe (ECF No. 87), Redstate (ECF No. 87), and Simon and Schuster, Inc. (ECF No. 87) are DENIED as moot and without prejudice on the ground that Plaintiff has now filed a second amended complaint. Defendants are free to renew their motions to dismiss by separate filing, or, to the extent they wish to revise their previously filed motions to dismiss, they may do so.

Finally, given the recent activity in this case, I would like to echo Judge Grimm's earlier observation that "this litigation has turned into a wide-ranging war of attrition in which this Court has become caught in the crossfire." ECF No. 97 at 1. Indeed, Judge Grimm cautioned the parties that "[t]his Court is not a trampoline for the excess energies of litigations whose need to have the last word exceeds the fair briefing of issues." ECF No. 88 at 5. To that end, Judge Grimm issued a Case Management Order ("CMO") on March 5, 2014 that provided the parties with detailed instructions on how, and when, motions could be filed in this case. See ECF No. 97. This Court intends to follow Judge Grimm's CMO as written. To the extent a party files a motion (or other document) that is noncompliant with the CMO, it will be struck from the Court's docket.

Although informal, this is an Order of the Court and shall be docketed as such.

Sincerely,

_____/S/_____
George Jarrod Hazel
United States District Judge