IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Brett Kimberlin
_____    *

                vs.                *    Case No. ___GJH 13-3059___
_____                     

National Bloggers Club, et al.     *
_____    ******

## DISCLOSURE OF CORPORATE INTEREST (REFILED)

*Check all that apply:*

☐    I certify, as party/counsel in this case that _____
                                                              (name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association,

partnership or other business entity, not a party to the case, has a financial interest in the outcome

of this litigation as defined in Local Rule 103.3 (D. Md.)

☒    The following corporate affiliations exist with  Defendant "Twitchy" - Twitchy.com is
owned by Salem Web Network, LLC                               .
_____.
                            (names of affiliates)

☒    The following corporations, unincorporated associations, partnerships or other business

entities which are not parties may have a financial interest in the outcome of this litigation:

Twitchy LLC, prior owner of Twitchy.com, has a contractual obligation to indemnify Salem
Web Network, LLC that gives it a "financial interest in the outcome of the litigation" for
purposes of LR 103.3(b)
            (names of entities with possible financial interests)

 July 10, 2014                                    _/s/ Michael F. Smith_____
 Date                                             Signature

                                                  Michael F. Smith          29941
                                                  *Printed Name*        *Bar Number*

                                                  1717 Pennsylvania Ave. NW, Suite 1025
                                                  *Address*

                                                  Washington, D.C.  20006
                                                  *City/State/Zip*

                                                  (202) 454-2860 (ph)   (202) 747-5630 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Disclosure of Corporate Interest was electronically filed in this case on July 10, 2014 and thus served on counsel of record via the Court's ECF system. Additionally, I am serving the document via email this date on plaintiff Kimberlin and on defendants Hoge, McCain, and Walker by the express permission of each.

By: /s/ Michael F. Smith

Dated: July 10, 2014