**DB CAPITOL STRATEGIES**   PAC • CAMPAIGN • NON-PROFIT • POLITICAL LAW

July 10, 2014

The Honorable George Jarrod Hazel
6500 Cherrywood Lane
Greenbelt, Maryland 20770

Re:  Motion for Admission Pro Hac Vice
 *Kimberlin v. National Bloggers Club et al.*
 GJH-13-3059

Dear Judge Hazel,

My name is Caitlin Contestable and I represent Defendant DB Capitol Strategies, PLLC (hereinafter "DBCS") in this matter. As discussed with Mr. Lerner, I am preparing to go on maternity leave and have arranged for another attorney in our firm, Christina Sirois, to undertake the representation of DBCS in the interim. Ms. Sirois, who is a member of the Virginia Bar, District of Columbia Bar, and the United States District Court for both the Eastern and Western Districts of Virginia, is sitting for the Maryland July bar exam and is requesting to be admitted Pro Hac Vice in this matter. As such, Mr. Thomas J. Kokolis, a member of both the Maryland Bar and the United States District Court for the District of Maryland Bar, has agreed to sponsor her admission Pro Hac Vice. Pursuant to my conversation with Mr. Lerner, attached to this letter is a Motion for Admission Pro Hac Vice and a Proposed Order. The required $50.00 filing fee has been paid.

Thank you for your time and attention in this matter. If you have any questions, please do not hesitate to contact me.

Very truly yours,

/s/

Caitlin P. Contestable
203 South Union Street
Ste 300
Alexandria, Virginia 22314
(727) 644-2957
Caitlin@dbcapitolstrategies.com


CC: All Counsel served via ECF and pro se parties served via email.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**Brett Kimberlin**      *

    Plaintiff(s)

        *    Case No.: **GJH-13-3059**

v.

**National Bloggers Club, et al.**    *

    Defendant(s)      *

******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, **Thomas J. Kokolis**, am a member in good standing of the bar of this Court. My bar number is **16728**. I am moving the admission of **Christina Pauline Sirois** to appear *pro hac vice* in this case as counsel for **DB Capitol Strategies PLLC**.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Virginia 10/29/2012 | Eastern District of Virginia 10/25/2013 |
| District of Columbia 10/7/2013 | Western District of Virginia 01/15/2014 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court **0** times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $50.00 fee for admission *pro hac vice* accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

MOVANT

/s/ signed w/permission by CC
Signature

Thomas J. Kokolis
Printed Name

Parker, Simon & Kokolis, LLC
Firm

110 North Washington Street, Suite 500
Address

Rockville, MD 20850
City, State, Zip Code

301-656-5775
Telephone Number

301-656-7834
Fax Number

tj@pskfirm.com
Email Address

PROPOSED ADMITTEE

/s/  w/permission by CC
Signature

Christina P. Sirois
Printed Name

DB Capitol Strategies PLLC
Firm

203 South Union Street Suite 300
Address

Alexandria, VA 22314
City, State, Zip Code

571-207-6451
Telephone Number

202-478-0750
Fax Number

csirois@dbcapitolstrategies.com
Email Address

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| BRETT KIMBERLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. GJH-13-3059 |
| ) | |
| NATIONAL BLOGGERS CLUB, et al., ) | |
| ) | |
| Defendants. ) | |

**PROPOSED ORDER**

For the reasons articulated in the Motion for Admission Pro Hac Vice, it is this _____ day of _____, 2014, by the U.S. District Court for the District of Maryland, Greenbelt Division,

ORDERED that the Motion for Admission Pro Hac Vice Motion be, and hereby is, GRANTED.

_____
George Jarrod Hazel
United States District Judge
United States District Court
for the District of Maryland,
Greenbelt Division