Honorable Judge George J. Hazel　　　　July 22, 2014
6500 Cherrywood Lane
Greenbelt, MD 20770

Re: Kimberlin v. National Bloggers Club,
No, GLH 13-3059

Dear Judge Hazel:

Re: **Request Under Maryland Rule 2-121 for Substituted Service Of Defendant Ace of Spades**

Plaintiff Brett Kimberlin requests, pursuant to this Court's July 18, 2014 Letter Order and Maryland Rule 2-121, to allow him to serve Defendant Ace of Spades through his counsel, Paul Levy. In support hereof, Plaintiff states the following:
1. Plaintiff has made many good faith efforts to serve Defendant Ace of Spades as set forth in the attached affidavit.
2. Plaintiff has asked attorney Paul Levy to accept service for Ace of Spades but he refused.
3. Mr. Levy has advised Plaintiff that he will not represent Ace of Spades on the merits of this case and therefore will not accept service for him.
4. Plaintiff suggested other means of resolving this case with Mr. Levy but he rejected any possible resolution.

Wherefore, Plaintiff moves this Court to order substituted service on the Complaint on Mr. Levy.

Respectfully submitted,

Brett Kimberlin

## DECLARATION OF BRETT KIMBERLIN PURSUANT TO 28 USC 1746

I, Brett Kimberlin, declare, under penalty of perjury pursuant to 28 USC 1746, that the following is true and correct.

1. I have made many good faith efforts to serve Defendant Ace of Spades with the Complaint and Second Amended Complaint.

2. On several occasions, I contacted Ace of Spades by email at aceofspadeshq@gmail.com to inform him about the instant lawsuit. I know that Ace received those because his counsel, Paul Levy, contacted me on February 13, 2014 to ask me to only communicate with Ace through counsel, and forwarded one of my emails to Ace.

3. I learned through WHOIS that the registrant for Ace's website is Michelle Kerr. I therefore called her several times in California to ask her to help me serve Ace. I left several messages on her answering machine but she never returned my call. I also sent the Complaint to Ace in care of Michelle Kerr listed address, by certified mail, return receipt requested, restricted delivery, UPS# 70131090000124386939, at 3131 Homestead Rd #3E, Santa Clara, CA 95057. However, Ms. Kerr refused to accept the mailing and it was returned to me unclaimed.

4. I also contacted the CEO of InterMarkets, a firm that Ace uses to drive traffic to his website. That company is located in Reston, Virginia. I told that person that I wanted to serve Ace with a lawsuit and needed his address and contact information. However, I was told that I would need a subpoena to get that information.

5. Because InterMarkets is located in Virginia, I filed for a subpoena on the Miscellaneous Docket in Alexandria US District Court but was told by the Court that I had to seek the subpoena from the court where the suit originates. I then asked the clerk of this the instant court for the subpoena but was told that I had to file a motion for subpoena, which I did.

6. Once I filed that motion, attorney Paul Levy contacted me and said that he was representing Ace. I asked him repeatedly to accept service for Ace, but he said that he would not do so.

7. Yesterday, I again discussed service with Mr. Levy, and he stated that he will not accept service and that he will not be representing Ace on the merits of this case.

8. I have sent copies of the Second Amended Complaint to Mr. Levy and he has responded to it numerous times in this Court, even arguing that that the First Amendment gives Ace the right to defame me.

9. I have made every good faith effort to serve Ace by every means available to me.

Dated his 22nd day of July, 2014     Brett Kimberlin