**PUBLIC CITIZEN LITIGATION GROUP**

1600 20TH STREET, N.W.
WASHINGTON, D.C. 20009-1001

(202) 588-1000

**TRANSMITTED BY ECF ONLY**

July 24, 2014

Honorable George J. Hazel
United States District Court
United States Courthouse
6500 Cherrywood Lane
Greenbelt, Maryland 20770

                Re:    *Kimberlin v. National Bloggers Club*
                      Case No. 8:13-cv-03059-GJH
                      Response to Letter Requests from Brett Kimberlin

Dear Judge Hazel:

      Plaintiff Brett Kimberlin has submitted to the Court, and sent me, a letter in which he asks you to authorize him to serve defendant Ace of Spades HQ through me, as substituted service.

      Construing the letter as a request for leave to file a motion as required by the Case Management Order before any party may file a motion, Ace of Spades HQ does not oppose the request for leave to file a motion, recognizing as we do that you invited plaintiff to file such a motion and, indeed, indicated a preliminary view on the issue. We do want to have an opportunity to file an opposition to such a motion, and if necessary to present oral argument. Assuming that the motion is filed promptly, we will respond before my August 4 departure for my son's wedding abroad.

      Kimberlin has admitted to me (see his attached email) that he has known from the outset that we entered the case only to oppose the effort to obtain Ace's identifying information, and that we have never agreed to represent Ace on the merits of this litigation; we are not Ace's agents for service of a summons and complaint. We also do not agree that Ace's exercise of her right, under state procedures designed to protect the First Amendment right to speak anonymously, to oppose discovery seeking her identity constitutes evasion of service, under state law or otherwise. We will address these points more fully, citing authority, in response to Kimberlin's anticipated motion.

      We do note that Kimberlin's letter provided no legal authority. There has been an unfortunate pattern of Kimberlin filing scanty motions, and saving lengthy arguments for a reply brief containing new arguments and evidence to which, under the Case Management Order's absolute prohibition of surreplies, the motion opponent has no opportunity to reply. We respectfully submit that the protective policies of *Haines v. Kerner*, 404 U.S. 519 (1972), and its progeny do not

Honorable George J. Hazel
July 24, 2014
page 2

require the Court to provide this extra advantage for pro se plaintiffs.

If the Court is ready to treat the letter as a motion, we will reply before my August 4 departure, but request leave to respond to any legal arguments, or new facts, supplied in a reply brief.

Kimberlin has also sent me two letters he has sent to the Court about a desire to seek preliminary injunctions, one of them against all defendants; he said the latter "was filed under seal." I have called Kimberlin's attention to the requirements of Local Rule 105(11) (see attached email). He apparently does not intend to meet those requirements; indeed, his response included vulgarity that I prefer not to place in the public record. We are ready to consider Kimberlin's arguments for sealing before addressing the Court on that issue, although we doubt that there is any justification for sealing the whole document. Considering that the local rule allows the withdrawal of filings if the Court does not allow sealing, and that we do not know whether there will be objections from the press or other members of the public, I ask leave to defer responding to the substance of the sealed letter pending your ruling on the sealing issue.

I might add that, so far as I know, Kimberlin has not provided either letter to the pro se parties, depriving them of any chance to argue about the sealing issue or, indeed, about the substance. This raises other issues of due process.

As noted previously, if the Court does set a hearing, I ask that it not be in August—my son is marrying a woman from Zanzibar and we will be traveling to her parents' community for the wedding. In addition, I'll be in Portland, Oregon from September 18 to 22.

Respectfully yours,

Paul Alan Levy

cc:   All counsel (by ECF)
      Pro se parties by email pursuant to express permission

# Paul Alan Levy

| | |
|---|---|
| **From:** | Paul Alan Levy |
| **Sent:** | Wednesday, July 23, 2014 1:24 PM |
| **To:** | 'justicejtmp@comcast.net' |
| **Cc:** | 'Ronald Coleman'; Bailen, Mark; Michael Smith (smith@smithpllc.com) |
| **Subject:** | RE: Today's filings |

Judge Hazel invited you to file a motion on the issue of substituted service, he did not order you to file an affidavit. Construing your letter as a request for leave to file a motion, we will respond to Judge Hazel. I think his letter order actually gave you leave to file such a motion, but as a precaution we will respond to Judge Hazel, asking that you have to file a MOTION, making argument, to which we can then respond. We do object to your filing barebones requests and putting your real arguments in a reply brief to which we then have no opportunity to respond.

As for the document that you say "was filed under seal," I want to be sure you are aware of Local Rule 105(11), which spells out the procedures that have to be followed before a document can be filed under seal – you need to present PUBLICLY your reasons for requesting sealing, there needs to be PUBLIC NOTICE, and then the public and the press have an opportunity to object. Given the very high standards that the Fourth Circuit applies to sealing requests – most recently articulated in Doe v. Public Citizen, 749 F.3d 246 – I have grave doubt that you can succeed in showing the need to seal a letter seeking leave to file a preliminary injunction motion. There is no exception for pro se parties.

I also caution you that the First Amendment strictly forbids the preliminary injunction that your sealed letter says you want to seek. Organization for a Better Austin v. Keefe, 402 U.S. 415 (1971). There is also the problem that equity generally will not enjoin a libel. You might want to take these difficulties into account in deciding whether to pursue a sealing request which, in my experience, just tends to bring greater attention to the matter sought to be sealed.

Because you sent your "under seal" letter to other counsel, I am sharing this communication with the three lawyers to whom you sent a separate email on the same subject at 11:48 PM last night.

-----Original Message-----
From: justicejtmp@comcast.net [mailto:justicejtmp@comcast.net]
Sent: Wednesday, July 23, 2014 1:02 PM
To: Paul Alan Levy
Subject: Re: Today's filings

Yes, counsel only. I also sent to the unrepresented defendants' counsel in the state case but not to the unrepresented defendants because they have posted sealed documents in the past and post all documents in this case. I told their counsel in the state case to show it to them for purposes of responding but not to give it to them.

----- Original Message -----
From: "Paul Alan Levy" <plevy@citizen.org>
To: justicejtmp@comcast.net
Sent: Wednesday, July 23, 2014 10:24:03 AM
Subject: RE: Today's filings

Have you sent this "under seal" document to other counsel?

-----Original Message-----
From: justicejtmp@comcast.net [mailto:justicejtmp@comcast.net]
Sent: Tuesday, July 22, 2014 6:42 PM

1

To: Paul Alan Levy
Subject: Today's filings

Paul:

I know you said that you get filings by ECF, but I wanted to make sure that you got these. The first one is in compliance with the Judge's Order for me to file an affidavit for substituted service on you.

The second was filed under seal so it would not show up online.

# Paul Alan Levy

**From:** Paul Alan Levy
**Sent:** Monday, July 21, 2014 2:40 PM
**To:** 'Justice Through Music'
**Subject:** RE: Ace of Spades

You are surely correct in noting that Judge Hazel was under a mistaken impression when he assumed that we agreed to represent defendant Ace of Spades HQ on the merits of this action, and that I am in a position to accept service of process for Ace. Nor am I aware of any other lawyer who can accept such service.

However, we are doing legal research on issues raised by Judge Hazel's ruling; we certainly need to consider the issues carefully before taking a firm position. You can expect a more complete response within a few days.

I can say with assurance, however, that Ace has no interest in discussing a "settlement" with you, and indeed I note that although you have asserted that you are exploring it with unnamed others I have not been able to find any defendant or defendant's lawyer who acknowledges either that he or she are discussing settlement with you or, indeed, that they advocate mediation. In fact, everyone I have asked firmly denies being involved in any settlement discussion with you, and specifically that involves the possibility of paying you money; and only one lawyer says that he was even open to the concept of a mediation; nobody says that he or she told you that it would be "helpful" or "very helpful." Can you name names?

---

**From:** Justice Through Music [mailto:justicejtmp@comcast.net]
**Sent:** Saturday, July 19, 2014 11:46 PM
**To:** Paul Alan Levy
**Subject:** Ace of Spades

Paul:

In light of the Court's July 18th letter Order, I would like to cover a few matters:

First, if I recall correctly, you advised me when you filed your appearance that you were only doing so with regard to Ace's anonymity and that you would not be representing him in the case on the merits. If this is so, then you need to reconcile that with the Court's order since it assumes that you will be representing Ace throughout the case. If you are not going to represent him and Ace has another lawyer who will, then I need to know that so I can do substitute service on that attorney. On the other hand, if you will be representing him for the duration of the case, I will serve you. If that is so, I would ask that you simple agree to accept service so I do not have to burden the Court with a motion for substitute service, which the Court indicated will be granted.

Second, I believe that it would be a good time for you to reconsider settlement of the case. It is clear that Judge Hazel is a no nonsense jurist who not only is encouraging settlement but is not going to allow Ace to remain anonymous for long. However, I have stated previously that I am willing to include in such a settlement the inclusion of his remaining anonymous, which Ace apparently finds important.

Let me know if Ace would like to discuss settlement.

Brett (301) 325 2895