Honorable Judge George J. Hazel          Aug 4, 2014
6500 Cherrywood Lane
Greenbelt, MD 20770

Re: Kimberlin v. National Bloggers Club,
No, GLH 13-3059

Re: Request for Extension to File Preliminary Injunction Motion

Dear Judge Hazel:

I am writing to request an extension of time in which to file for a preliminary injunction in the instant case.

In this Court's July 28, 2014 Letter Order, the Court limited the Motion for Preliminary Injunction to Defendants Walker, Hoge, McCain, Akbar and Thomas. I currently have a trial set for August 11, 2014 in the Montgomery County Circuit Court against Defendants Walker, Hoge, McCain and Akbar for defamation and false light. Therefore, I believe that it is in the interest of judicial economy to wait until after that trial is concluded before asking this Court to issue a preliminary injunction. In the event I prevail in that trial, I will be asking the Court to issue an order similar to that I will request in any preliminary injunction motion in this case.

Following the trial, I will be taking a vacation with my family for two weeks.

I believe that an additional 30 days will give me time to seek and receive any judgments or orders in the state case and to decide whether to file the motion in this case or withdraw the request to file as moot.

Respectfully submitted,

Brett Kimberlin