**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
SOUTHERN DIVISION

| | |
|---|---|
| BRETT KIMBERLIN, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   **Case No. 13-3059 GJH** |
| | ) |
| NATIONAL BLOGGERS CLUB, et al., | ) |
| | ) |
|    Defendants. | ) |

**DEFENDANT BREITBART.COM'S MOTION TO DISMISS SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 4(m), 12(b)(5), 12(b)(6), AND MD. CTS. & JUD. PROC. CODE ANN. § 5-807 (MARYLAND "ANTI-SLAPP" STATUTE) <u>AND FOR ATTORNEYS' FEES AND COSTS</u>**

COMES NOW Defendant Breitbart.com, Inc. ("Breitbart.com"), by and through its undersigned counsel, and moves to dismiss with prejudice the Second Amended Complaint filed by Plaintiff Brett Kimberlin pursuant to: a) Rule 4(m) and Rule 12(b)(5), Federal Rules of Civil Procedure, on the grounds that Plaintiff failed to perfect timely service on it, b) Rule 12(b)(6), Federal Rules of Civil Procedure, on the grounds that Plaintiff fails to state a claim upon which relief may be granted, and c) Maryland Courts and Judicial Proceedings Code Ann. § 5-807, known as the Maryland "Anti-SLAPP" Statute, on the grounds that the action is a Strategic Lawsuit Against Public Participation ("SLAPP"), and for an order awarding Breitbart.com its attorneys' fees and costs. In support of its Motion, Breitbart.com refers to and incorporates the accompanying Memorandum of Law and the Declaration of Mark I. Bailen, attached hereto and made a part hereof.

WHEREFORE, Breitbart.com asks this Court to enter an order dismissing Kimberlin's Second Amended Complaint and granting any additional relief as the Court deems just and proper.

Dated: August 18, 2014

Respectfully submitted,

BAKER & HOSTETLER LLP

By:  */s/ Mark I. Bailen*
Mark I. Bailen (13805)
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel:202-861-1500
Fax:202-861-1783
mbailen@bakerlaw.com

*Counsel for Defendant Breitbart.com*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via ECF on August 18, 2014.

I FURTHER CERTIFY that a true and correct copy of the foregoing was served via electronic mail, this 18th day of August, 2014, on the following persons with their consent:

William Hoge
Robert S. McCain
Aaron Walker

I FURTHER CERTIFY that a true and correct copy of the foregoing was mailed via first-class mail, postage prepaid, this 18th day of August, 2014 to:

Brett Kimberlin
8100 Beech Tree Road
Bethesda, MD 20817

*/s/ Mark I. Bailen*