UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

BRETT KIMBERLIN, )
)
     Plaintiff, )
)
v. )     **Case No. 13-3059 GJH**
)
NATIONAL BLOGGERS CLUB, et al., )
)
     Defendants. )

## DECLARATION OF MARK I. BAILEN

I, MARK I. BAILEN, submit this declaration pursuant to 28 U.S.C. § 1746 in support of Breitbart.com's Motion to Dismiss Second Amended Complaint Pursuant to Federal Rules of Civil Procedure 4(m), 12(b)(5), and 12(b)(6) and Md. Cts. & Jud. Proc. Code Ann. § 5-807 (Maryland "Anti-SLAPP" Statute), and for Attorneys' Fees and Costs.

1.     I am a partner with the law firm Baker & Hostetler LLP, counsel for Defendant Breitbart.com. Attached to this declaration are true and correct copies of certain documents that are integral to and relied upon in the Second Amended Complaint and/or upon which the Court may take judicial notice.

2.     Attached as **Exhibit A** hereto is a true and correct copy of the October 11, 2010 blog post referenced in paragraph 38 of the Second Amended Complaint, as retrieved from Breitbart.com on February 21, 2014.

3.     Attached as **Exhibit B** hereto is a true and correct copy of the June 8, 2012 blog post referenced in paragraph 83 of the Second Amended Complaint, as retrieved from Breitbart.com on February 21, 2014.

4.      Attached as **Exhibit C** hereto is a true and correct copy of the June 25, 2012 blog post referenced in paragraph 93 of the Second Amended Complaint, as retrieved from Breitbart.com on January 30, 2014.

5.      Attached as **Exhibit D** hereto is a true and correct copy of the November 8, 2012 blog post referenced in paragraph 111 of the Second Amended Complaint, as retrieved from Breitbart.com on January 30, 2014.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 14, 2014 in Washington, DC.

Mark I. Bailen

Exhibit A





# FLASHBACK: PROGRESSIVES EMBRACE CONVICTED TERRORIST

*by* LIBERTY CHICK | *11 Oct 2010* |  POST A COMMENT |

**SHARE THIS:**

This past July, in a formal request it filed with the prosecutors of Maryland state and the city of Baltimore, a left-leaning organization known as Velvet Revolution urged prosecutors to press criminal charges against James O'Keefe and Hannah Giles for what it says was a violation of Maryland's Wiretapping and Electronic Surveillance Act. But the letter also went a step further, naming Andrew Breitbart as a conspirator in masterminding the whole operation.

The accusation against Breitbart is of course patently false and baseless. No evidence exists to even suggest such an accusation, because it simply did not happen that way. Then again, this story's not about Andrew Breitbart. It's about **Velvet Revolution**, the source making the claim.

Progressives are also rallying behind **Velvet Revolution** for another of its most recent campaigns – AmericanCrossRoadsWatch, which, to the delight of familiar folks like Karoli at Crooks and Liars, has offered a $100,000 bounty *"for information leading to the arrest and conviction of Karl Rove or any principal of American Crossroads for money laundering, election rigging, or felony campaign finance violations."* It features a WANTED poster:

kimberlin-wanted

Interesting, that the words "felony" and "Wanted" would be used. Again, considering the source.

You see, while **Velvet Revolution** has inspired quite a flurry of excitement from its progressive partners these days, who seem to be frolicking in their apparent muckraking efforts, their glaring omission and utter hypocrisy is absolutely astonishing. With so much dirt digging going on, one would be very hard pressed to believe that none of Velvet Revolution's cheerleaders had any idea whatsoever that a convicted violent felon is one of its co-founders. In an environment today when the left has repeatedly falsely accused most opposition of being racist, hateful and violent, how convenient that progressives would fail to acknowledge the hypocrisy of their own implicit support of *real* violence and law-breaking.

The story behind **Velvet Revolution** begins with musician-activist turned immigrants' rights defender turned voting rights activist, Brett Kimberlin, who also runs the "Justice Through Music Project (JTMP)." According to journalist Brad Friedman of the Brad Blog, he and Kimberlin co-founded **Velvet Revolution** together, a detail Friedman has specifically noted in a number of posts such as this one from 5/31/2007.

kimberlin-time2

Once dubbed "The Wizard of Odd" by Time Magazine, you may recognize the name Brett Kimberlin for much more than *Justice Through Music* or *Velvet Revolution*, especially if you're from Indiana. That's because in 1981, Kimberlin, then the owner of vegetarian restaurant *Good Earth*, was finally convicted of a week-long bombing spree in Indianapolis, IN in which eight separate bombs caused extensive property damage, destroyed a police cruiser, and severely maimed a man, which eventually led to the man's suicide. Kimberlin's story has so often been overlooked or understated by the national media, which unfortunately all but failed to follow up on what were later proven by the same journalist who first reported on his story to be mistruths. But locals to IN know exactly what happened and have never forgotten it since. It's time the public got the full story.

### Brett Kimberlin, Speedway Bomber

Infamously known as "The Speedway Bomber," Brett Kimberlin exploded his eighth and final bomb on September 6, 1978, which nearly blew off the right leg of his victim, Carl DeLong, and seriously injured the man's left leg and right hand, causing his leg to be amputated. DeLong committed suicide two years later, unable to cope with the pain and devastation of his injuries. The victim's wife Sandra later won a civil judgment against Kimberlin for $1.6 million.

Police had immediately suspected Kimberlin in the bombing case. He'd been in trouble since high school, was a suspected drug trafficker and he was already the suspect in a murder that had occurred only months earlier. As the *Indianapolis Star* recounted recently:

> On July 29, 1978, Speedway resident Julia Scyphers, 65, answered a knock at her door. A man she didn't know was standing on her stoop asking about items she'd recently tried to sell at a yard sale. She let him into the garage to look at the items and he shot her in the head.
>
> Mrs. Scypher's husband, Fred, 68, heard the bang and came out in time to see a car pulling out of the driveway. He would later tell police he'd gotten a glimpse of the man who'd come to the door.
>
> When police began looking for a motive in the Scyphers slaying, they found there'd been a recent family clash. Julia Scyphers' daughter, Sandra Barton, had become involved with a man who seemed to Mrs. Scyphers to be inordinately close to one of Barton's young daughters. Mrs. Scyphers told friends she was so concerned that she'd arranged for both of her granddaughters to come live with her. Whether or not Mrs. Scyphers' fears were correct (no charges were ever filed to that effect), this incident led investigators to start looking at Brett C. Kimberlin.

Investigators had learned that Sandra Barton's pre-teen daughter had accompanied Kimberlin, in his 20's, on several out of state trips. When the girl moved in with her grandmother as a protective measure on the family's part, Kimberlin threatened to commit suicide.

But police still needed to collect more evidence in both the bombing and murder cases. After he was identified by a store-owner who'd unwittingly sold him the timer for one of the bombs, Kimberlin was subsequently reported to the U.S. Army by a nearby print shop owner who had become suspicious when Kimberlin wanted to reproduce military driver's licenses. And when he returned to that print shop wearing a security guard uniform with an illegal Department of Defense insignia, an Army investigator was present to bust him for violating the law. Police used the opportunity to obtain a warrant to search Kimberlin's vehicle, where they found the same timers and explosive chemical used in the bombs. A search of his family's property also turned up a buried steel tank that contained 1,000 lbs of marijuana. Investigators later found that Kimberlin and some construction

workers had purchased explosives in 1975 to blast away the area so they could bury the tank. Those explosives were the same as those used in the Speedway bombings.

kimberlin-montage

While police continued to strengthen their case against him for the bombings, Kimberlin got arrested on drug charges in 1979 in Texas after a plane delivery of 10,000 pounds of Colombian marijuana went awry. He and several others had been building a makeshift landing strip in the middle of the desert and rented a small airplane to collect their cargo, which had been abandoned by its scheduled pilot due to bad weather. When caught during the drug arrest, police confiscated an arsenal of weapons that included a TASAR (brand new technology at that time), pistols with silencers, AR15 rifles, poison tipped bullets, and makeshift security guard uniforms.

The incident gave investigators additional time to piece together more evidence from the bombing case, as well as the details of the murder case in which Kimberlin was a suspect.

Eventually, in three separate trials, Kimberlin was convicted of the bombings and sentenced to a fifty-year term of imprisonment for manufacturing and possessing a destructive device, and malicious damage by explosives with personal injury. He received a concurrent twelve-year sentence for impersonating a federal officer, illegal use of a Department of Defense insignia, and illegal use of the Presidential Seal, and a five-year term for receipt of explosives by a convicted felon. He was also given a four-year sentence by the United States District Court for the Southern District of Texas on an earlier, unrelated conviction for conspiracy to distribute marijuana. Kimberlin's sentences were aggregated by the Bureau of Prisons and treated by the Commission as a single aggregate sentence of 51 years, six months, and nineteen days.

The Scyphers murder case however has remained open. One suspect was identified and charged at the time, but the victim's husband, the only witness in the case, died of cancer

two weeks later, leaving the authorities without a living witness.

Despite the evidence authorities were gathering, Kimberlin never would be formally charged with the murder. Still, he did serve nearly 17 years in prison for both the bombings and the drug case. After the conviction, more details were revealed about the case that unraveled a complex and creepy series of additional crimes that Kimberlin planned against numerous targets, most notably the chief government prosecutor, Bernard (Buddy) Pylitt, who happened to have political ambitions for governor. *Indianapolis Star* reporter Joseph Gelarden thoroughly documented the entire plot based on information and documents that were provided by the investigators after Kimberlin's conviction. It reads like a fictional made for TV movie, complete with a hit list of "six to be killed, two or three to be roughed up and one or two to be robbed," according to the article.

indystar2

During his time in prison, Kimberlin certainly made a name for himself in a variety of other ways. His claim to fame as "the guy who said he sold pot to Dan Quayle" eventually hoisted him into the fictional character of political prisoner and supposed "victim" of the Republican establishment, a character the left was all too eager to create just before the presidential election of the senior George H. W. Bush. And while the pot-smoking allegations were later dismissed by the public as fiction, Kimberlin continues to this day to recycle that myth to the left.

As the *Indianapolis Star* recounted on September 2, 2010:

> Five years later, in 1988, Kimberlin vaulted himself into the national news when he claimed he'd once sold pot to Dan Quayle, then a U.S. Senator and candidate for vice president. Quayle vehemently denied the charge and Kimberlin produced no proof except his own word, which wasn't worth much to those who knew this story. But most people outside of Indiana had never heard of Kimberlin and the national political press gave it some play for a while.

> Kimberlin was paroled in 1994 after serving about 13 years of his 50-year sentence. But when he made no effort to pay the DeLong judgment his parole was revoked in 1997 and he went back to prison for about four more years, released again in 2001. Where is he now? Last we heard he was living in Bethesda, Maryland.

And living in Bethesda, Maryland he is. So what's Kimberlin doing today?

### After Prison: Brett Kimberlin, Progressive Activist

Before being returned to prison in 1997 for violating his parole, Kimberlin had been lobbying Capitol Hill in 1994 on behalf of a fellow prisoner friend, David Sushansky, an illegal immigrant of the former Soviet Union, using his new-found fame to wrangle top legal support for Sushansky's "rights" as he waited in limbo in an INS detention camp. Sushansky's former country refused to take him back due to his heroin conviction.

Having been released from prison again in 2001, Kimberlin now runs the Justice

Through Music Project (JTMP), which describes itself as "an organization that works with famous bands to inspire youth to participate in the political process by voting and supporting civil rights." IRS records identify JTMP as a community foundation "which receives a substantial part of its support from a governmental unit or the general public 170(b)(1)(A)(vi)," under the classification of "Voter Education and Registration." According to its most recent 990 Tax-Exempt Organization filing for 2008, on which Kimberlin is listed as a director, JTMP has received a total of over $1.3 million in public gifts and grants since 2005 for these efforts.

kimberlin-JTMP1

As we know, Kimberlin also co-founded Velvet Revolution with Brad Friedman of BradBlog. This organization is funded by, among others, the notable Tides Foundation. By 2007, Kimberlin had received notoriety as an "election and campaign reform activist," monitoring voting processes and raising electronic tabulation issues. He runs the very organization that today is demanding the prosecution of Andrew Breitbart, Karl Rove, and many others who happen to oppose progressive policy, while often basing accusations on little else than opinion.

Between the time he was released from prison and today, Kimberlin has been involved in a number of progressive causes through his organizations. Among these are election and campaign finance reform, electronic voting investigation, immigration rights, anti-war activism, and a variety of other civil rights causes.

Together with other progressives, Kimberlin's *Velvet Revolution* even championed the call to investigate the death of Michael Connell as a potential homicide. Connell, a former IT consultant for Karl Rove who'd also developed Internet strategies for the 2000 and 2004 Bush-Cheney campaigns, was killed in December 2008 when the plane he was piloting alone crashed on his way home to Ohio from Washington DC. *Velvet Revolution* and other progressive sites like BradBlog have insisted it was a deliberate act of sabotage to protect White House "secrets." Official NTSB reports eventually showed that there was no evidence of sabotage, and cited the pilot's spatial disorientation as the cause of the crash.

Some progressives maintain to this day that Kimberlin was persecuted by a Republican conspiracy hell-bent on silencing him from speaking to the press about his allegations that he sold Dan Quayle pot. It's conspiracy theory that has since been spun into urban legend. But court records from the US Court of Appeals, Sixth Circuit clearly spell out the truth.

As for Kimberlin's allegations about Vice President Quayle supposedly creating an appearance of political vindictiveness in the Commission's decisions, **the district court correctly concluded that Kimberlin, not the Commission, created this appearance.** He has neither proven nor alleged that the Commission's

decisions were actually influenced in any way by his statements about the Vice President--indeed, Kimberlin's counsel did not mention Quayle during oral argument. In the absence of proof or an allegation of actual vindictiveness, no lawful basis exists to set aside the Commission's sentence. Alabama v. Smith, 490 U.S. 794, 799-800, 109 S.Ct. 2201, 2204-2205, 104 L.Ed.2d 865 (1989) (where Pearce presumption does not apply, burden remains upon defendant to prove actual vindictiveness). Were it otherwise, any prisoner could make public accusations prior to a Commission's decision, and then argue that the decision was tainted by an appearance of vindictiveness.

Supporters insist that Kimberlin was exonerated under a "special secret deal" of some sort with the Justice Department then his parole revoked as a conspiracy by Karl Rove and the first Bush administration to keep Kimberlin quiet. The truth of the matter is that Kimberlin's parole was revoked in 1997, as noted earlier, **because he refused to make payments on the DeLong judgment in relation to the Speedway bombings**. No such exoneration exists.

Much of this history and Kimberlin's creative imagination is captured in the book by Mark Singer, "Citizen K: The Deeply Weird American Journey of Brett Kimberlin." Singer, who initially believed Kimberlin's story and reported on his claims to have sold marijuana to Dan Quayle while a student in law school, eventually realized he'd been conned and wrote a repentant book in response. Kimberlin also received a portion of the advance for the book. In a review for Salon, Charles Taylor summed up the book as follows:

The farce Mark Singer describes in *Citizen K* might be called a journalist's version of the Stockholm Syndrome, the psychological phenomenon where captive bonds with captor. The irony in this case is that Singer's "captor" was himself a prisoner, Brett Kimberlin, a suspected murderer and bomber and a convicted pot smuggler and dealer. In the weeks before George Bush's 1988 election, Kimberlin told the press that one of his early '70s customers was then-law-student "Danny" Quayle.

In 1992, Singer, a *New Yorker* staff reporter, wrote a 22,000-word article for the magazine detailing Kimberlin's claims that Bureau of Prisons officials had denied his constitutional rights by preventing him from making his claims about Quayle to the press. The article led to the deal for this book, a deal that gave Kimberlin a cut of the profits. But, as Singer investigated his subject's drug-running past - and transformation into a jailhouse lawyer with a prodigious taste for litigation as well as a would-be player on the national political scene - he felt a dawning certainty that he had been had.

*Citizen K* - the title refers both to Kimberlin's view of himself as Kafkaesque victim and to his talent for the noble posturing of Charles Foster Kane - is a very sly piece of work. It's not often that journalists, the most defensive of professionals, admit to being conned. Singer alerts us from the start that there's something off in Kimberlin's stories, but by allowing him the room to spin his tales, he lets us experience Kimberlin's seductive powers. Singer's public revelation that he was a willing sucker will almost surely prompt other journalists to claim that they would never have been fooled. But his demonstration of how easy it is to be taken in by a master prevaricator like Kimberlin should also make them uncomfortable. Here is a con man who can convert every evidence of his guilt into proof of his innocence, who can flatter the press and lawyers who take up his case that they are serving not only their profession but American justice...

## Repudiation?

Today, the impact of Kimberlin's influence can easily be seen online in progressive initiatives. He's often praised for his efforts to bring about *peace in the world*, his anti-

war song/video "Happy Springtime: Bush is Over" frequently touted on progressive websites. Be sure to note the *"BrettSongs/Innocent Music"* credit at the end. (Does anyone else see the irony in this?)



If you take a look at the AmericanCrossRoadsWatch website, an initiative of Kimberlin's and Brad Friedman's *Velvet Revolution* that intends to intimidate the right-leaning political advocacy organization American Crossroads, you'll see that its partners include notable groups like StopTheChamber.com, an anti-Chamber of Commerce group initiated by Change to Win unions, and Democrats.com, among many others. The buzz of going after these *Velvet Revolution* targets has got everyone from Rachel Maddow to David Axelrod jumping on the bandwagon to try and expose what they perceive as the evil, scary "Shadow RNC."

ACW

So how is it that 18 years later, here we are again, the media, and now the blogosphere, are being fooled by the same character? While the left falsely accuses the Tea Party and similar groups of being racist and violent, here they have organizations founded by a convicted terrorist leading progressive campaigns that are smearing the right, once again.

Has anyone in the mainstream media or in the progressive blogosphere bothered to take notice that this infamous character who once fooled noted journalists into launching a false right-wing smear campaign is now at the center of a number of progressive campaigns to stifle the right?

Is anyone challenging the popular progressive bloggers from sites such as *Crooks and*

*Liars* and *BradBlog* who have been riding the coattails of Kimberlin while at the same time hiding behind the anonymity of his organizations' names? While some have pushed stories that have been suspected to have been sourced by Kimberlin, the media turns a blind eye to this individual's long, criminal history of lying and spinning tall tales. Perhaps we should be revisiting some of those stories and their sources.

And how about the famous bands and musicians who team up with his organizations? Are they even aware of Kimberlin's history?

Why are notable left wing philanthropy organizations like The Tides Foundation (which also funds **Media Matters**) funding a group associated with a convicted domestic terrorist?

      tides2

While the left-wing media spends countless hours of its production time trying to create the picture of impropriety around topics like American Crossroads and Andrew Breitbart, why not spend even just one hour researching the groups accusing such impropriety?

Will anyone come out and repudiate their association with a convicted terrorist? In the end, this isn't so much about Kimberlin, but about the hypocrisy of the left.

And of course, what must the citizens of Indianapolis think about Kimberlin's recent success, all of the money his organizations have been awarded by donors who seemingly embrace a convicted criminal who caused their community such devastation and heartache? What must DeLong's family think? In 2007, when *Time Magazine* featured Kimberlin in its "Wizard of Odd Story," noted *Indianpolis Star* reporter Joe Gelarden, who closely covered all of the Kimberlin cases in great detail at the time, had something to say about the public's embrace of Kimberlin:

> Brett Kimberlin is a terrorist. While I firmly believe in the doctrine of redemption and conversion, I remember a few things about Brett that give me great pause.
>
> First, he was convicted of perjury - in federal court - before he got out of high school. Think about that for a moment.
>
> Second, he was not convicted of smoking a couple of joints when he was in high school. He was a major drug dealer who officials believe got into terrorism to throw officials off the trail of a murder.
>
> Third, he planted a series of bombs in Speedway, Indiana that not only endangered a lot of lives, but, when a guy bent over to pick up a gym bag in a school parking lot - Carl DeLong just wanted to turn in the bag to the school because he thought it contained a pair of $50 sneakers - it exploded.

The blast shattered DeLong's body and that of his lovely wife Sandra.

These assertions are not just words on some blog, they are in the record of the state and federal courts...

I think that pretty much says it all, from a respectable Indianapolis journalist who lived through the story himself.

*Follow the entire Kimberlin history as it happened at the Indianapolis Star:*

"The Speedway Bomber Part 1" and "Part 2."

"Kimberlin Guilty; Could Get 230 Years" - The Star, 10/16/1981

"Kimberlin case a maze of murder, deceit" - The Star, 10/18/1981

"Kimberlin Gets 50 More Years" - The News, 12/30/1981

"Mystery Still Clouds Kimberlin Case" - The News, 12/31/1978

Exhibit B



Equity Residential
how home should feel™

OVER 17,000 APARTMENTS IN WASHINGTON DC

CONNECT

LOGIN | REGISTER | SUBSCRIBE

BIG GOVERNMENT | BIG JOURNALISM | BIG HOLLYWOOD | BIG PEACE | BREITBART TV | BREITBART SPORTS | BREITBART LONDON | BREITBART TEXAS

# CNN PLAYS 911 CALL IN ERICKSON SWATTING CASE



CONSERVATIVE BLOGGERS DECRY "SWATTING"
Claim they're being targeted with fake 911 calls
Congressional leaders urge jail for those leaking secrets

by LIBERTY CHICK | 8 Jun 2012 | POST A COMMENT

✉
🖨 Print article
➤ Send a Tip

Today, CNN featured a story centering around CNN contributor and RedState managing editor Erick Erickson, the latest victim in a series of incidents in which an imposter mimics the phone number of a target, then calls the police and confesses to a violent crime. Such confessions often result in law enforcement personnel, many times special weapons and tactics teams (SWAT teams), responding to calls with full force, risking the life and health of the target. This tactic has been called SWATting by the FBI.

The CNN story featured the 911 phone call that led to Erickson's SWATting on May 27, 2012. It can be heard below.

On the heels of that SWATting, Breitbart News contributor Lee Stranahan decided to conduct a podcast late that same evening to discuss the incident; the podcast extended into the very early morning hours of May 28, 2012. Stranahan had invited guest Patrick Frey, a deputy district attorney at Los Angeles County District Attorney's Office who also blogs under the pseudonym Patterico, to offer insight into his own experience as a victim

of SWATTing. Frey was the target of a similar incident in June 2011, an account that Frey has detailed extensively at his own blog in recent weeks. Frey has also alleged a much broader, prolonged campaign of lawfare and harassment against a group of political writers.

What followed on the May 28 podcast was shocking.

Partway into the program, at about 49:28 on the podcast, which can be heard by clicking here, a caller with an unidentified phone number greeted the Stranahan and Frey, and then claimed to be the SWATter from Frey's June 2011 incident. Here is the transcript:

> CALLER: It's me. Hey Pat, you remember me, buddy?  It's me that SWATted you, buddy. How about I punk you one more time for old times' sake, huh? (laughter) You still there, buddy?

> STRANAHAN: Yeah, we're here. Now why are you saying…now give us some proof that you're the person who SWATted Pat.  (silence)  And, they've gone.

A stunned Patrick Frey commented that the call was "pretty spooky," and that he felt like this was "a bad movie."

Moments later, the brazen caller returned, at about 65:40 on the tape. Here is the transcript. Note that at this point on the podcast, the author of this post had called in:

> CALLER: Hey, Pat, buddy, what is this, Lee? Alright. You wingnuts make me laugh. This is all so funny. I mean, Michelle with her cousin still missing, for what, her cousin offs herself, that's so funny, I still laugh about that. Hey Pat, how'd that feel when you got SWATted that night? I was watching from outside, buddy, that was kinda funny, watching your ass go out in handcuffs.  (laughter)

> LIBERTY CHICK: Your voice sounds kind of funny.

> STRANAHAN: Your voice sounds funny, you're talking a little too fast.

> CALLER: Oh, I'm sorry, am I speaking too fast for you, buddy?

> STRANAHAN: Try it slow. Do the whole 'I shot my'…do what you said on the call.  Repeat what you said on the call.

> CALLER:  What call? I don't know what you're talking about, buddy. I thought you invited me to talk some serious things here. Or are we not?

> STRANAHAN: You sound like Sean Penn as Spicoli, that's what you sound like. But if you could slow it down a little bit, what did you sound like on the call?

> CALLER: I don't know, buddy.

> FREY: Well, well, tell us why you did it.  If you're the guy, tell us why you did it.

> (Caller hangs up).

The "Michelle" to whom the caller callously referred was presumably Michelle Malkin, whose cousin tragically went missing in March of 2011. During that evening's podcast, Stranahan had mentioned Malkin's recent efforts in bringing exposure to the stories of the SWATtings and to the alleged broader, prolonged campaign of harassment over the course of the last year against a group of political bloggers. Malkin had also been tweeting about Stranahan's podcast just moments before the alleged SWATter called in.

One important detail to note: Stranahan scheduled the May 28 podcast spontaneously, in response to the Erick Erickson incident that same evening. He announced the program on Twitter *only six minutes prior to its start.*

The story about the SWATtings and about the alleged broader campaign of harassment gained traction last week, after one of the targets was recently jailed for violating a peace order, which was an unreasonable restraint of his First Amendment rights by a judge who

thought comment in the public domain constituted harassment. An outcry from the political blogging and activism community – from both sides of the political spectrum – has now prompted intervention from members of Congress. Letters from both Republican Senator Saxby Chambliss of Georgia and Texas Congressman Kenny Marchant have urged the Department of Justice to investigate the SWATting incidents to determine whether or not federal laws have been violated.

# ON BREITBART TV



Conservative Bloggers Speak Out On 'SWATting'

Exhibit C





# BLOGGER AARON WALKER LATEST SWATTING VICTIM







**Muscle pain? Bruising?**

Arnicare*Gel*

*Relieve it with Arnicare® and feel better faster.*

**Get $1 off Arnicare**

"These 'Uses' have not been evaluated by the Food and Drug Administration

*advertisement*

**Tweet** 96

**Share** 5

**Share** 104

**Pinterest** 0

☐ 10

✉ Email Article

🖶 Print article

➤ Send a Tip



**SEND A TIP**

*by* LEE STRANAHAN | 25 *Jun 2012* | 172 | POST A COMMENT



Another conservative blogger has become the victim of a "swatting," where a false report of a murder sends the police, armed and ready, to a victim's home. The victim this time was blogger Aaron Walker, who had just this morning won a legal victory against convicted felon and leftist activist Brett Kimberlin.

Breitbart News contacted the Prince William County, Virginia police department to confirm the swatting. A dispatcher affirmed that police were called to the home of Mr. Walker based on a fraudulent 911 call. The individual did not take the call and could not disclose any details of the call's content but immediately confirmed that Mr. Walker had been swatted.

The swatting occurred hours after Walker's hearing. A judge had modified a previous ruling that prohibited Mr. Walker from exercising his right to free speech.

Walker told Breitbart News that he was home with his wife this evening at approximately 6:00pm when there was a "pretty insistent" knock at his door. Walker answered to find about six police cars in the street and two officers taking positions against the wall with M4 rifles. Since he was aware of the previous swattings of Patrick "Patterico" Frey, Erick Erickson, and Mike Stack, Mr. Walker asked the police if someone had called and claimed he had killed his wife, and police confirmed that that was the case.



:DVOR

**EXCLUSIVE DEALS UP TO**
**70% OFF** JOIN NOW!

*advertisement*

## BREITBART VIDEO PICKS



In a statement to Breitbart News, Walker said, "This is obviously very upsetting but my wife and I are fine. Whoever did this had the intent to put our lives in danger."

Developing...



## We Recommend

Sponsored Content by Taboola



**If You Ever Want to Retire Look at This Chart**
Money Morning



**The 8 Biggest Film Box Office Disasters of All Time**
Wall St. Cheat Sheet



**The Easiest Way To Make Bread Pudding**
Reddi Wip



**Little Known Way to Pay Off Mortgage**
Weekly Financial Solutions

**Millennials Are Changing the Wine Industry**
The Huffington Post



**Credit Card Companies Don't Want You to Know This...**
Weekly Financial Solutions

### Fox News National

Montgomery Co. police: Off-duty officer shot, killed son as he fatally stabbed mom at home
*30 Jan 2014, 8:15 AM PDT*

Friends don't let friends drive drunk after the Super Bowl
*30 Jan 2014, 7:58 AM PDT*

Boxes in Utah labeled 'TNT' turn out to be soap; had started foaming after getting wet
*30 Jan 2014, 7:48 AM PDT*

Average US rate on 30-year mortgage declines to 4.32 pct.; 15-year rate eases to 3.40 pct.
*30 Jan 2014, 7:48 AM PDT*

Police: Off-duty Md. police officer shot, killed his son as he fatally stabbed mom at home
*30 Jan 2014, 7:43 AM PDT*

**Hottest Shale Play 2014**
Could be the biggest shale find in the lower 48 states. Free report.
InvestmentU.com/Shale

Sponsored Links



**Hottest Shale Play 2014**
Could be the biggest shale find in the lower 48 states. Free report.
InvestmentU.com/Shale



**Dollar Fiasco in 2014?**
Ron Paul predicts crash of the dollar. How to protect your savings.
BirchGold.com/Gold-Silver-IRA



**The Death of Credit Cards**
The full story on why your credit card is about to be worthless
www.fool.com

Buy a link here

Buy a link here

*advertisement*

## SIGN UP FOR OUR
NEWSLETTER

Subscribe

**172 comments**                                        26

Join the discussion…

Attach
**SIGN IN WITH**

*advertisement*

Exhibit D





CONNECT

LOGIN | REGISTER | SUBSCRIBE

BREITBART TV    BIG HOLLYWOOD    BREITBART SPORTS    BIG GOVERNMENT    BIG JOURNALISM    BIG PEACE

# LA WEEKLY INTERVIEWS PATTERICO ABOUT HIS SWATTING



Tweet  73

Share  0

Share  15

Pinterest  0

[ ]  0

Email Article

Print article

Send a Tip



**SEO - Guaranteed Page One**

· Unlimited keywords
· Organic - Not PPC
· One low monthly fee
· Month-to-month
· Over 2 million users
  since 1995 - USA
· BBB A+ rating

**Learn more**

SiteSolutions.com

advertisement





SEND A TIP

*by* JOHN SEXTON | *9 Nov 2012* | 62 | POST A COMMENT

LA Weekly recounts the story of Deputy District Attorney Patrick Frey, the well-known conservative blogger Patterico, being SWATted last summer.

SWATting is the practice of impersonating someone to call in a fake 911 emergency. The result is armed police showing up, often late at night, and dragging unsuspecting victims from their homes at gunpoint.

Patrick's brush with the practice began shortly after he began reporting on the story of Rep. Anthony Weiner who, in addition to sexting grown women, was allegedly sending direct messages to underage girls on Twitter.

> On July 1, 2011, Frey, in his nighttime blogger role, was talking to a source over his cellphone just after 12:30 a.m. — his wife and kids fast asleep upstairs in their Rancho Palos Verdes home — when he heard a thunderous pounding at his front door.

> "I was sitting right here in this chair," he says, re-enacting the haunting experience as he sits at his kitchen table, the South Bay harbor gleaming up through hot glass.

*advertisement*

## BREITBART VIDEO PICKS

"I jumped up to the counter ... and peeked around the corner," he says. Five or six armed deputies on his porch were barking, "Come out with your hands up!"

As he opened the door, Frey, afraid to set down his cellphone — any quick move could be deadly — prayed they wouldn't mistake the device for a gun.

But the cops were cautious, and no shots were fired. Deputies handcuffed the longtime deputy DA and hustled him into a patrol vehicle. His stunned wife, Christi, was patted down against the garage wall. The couple's two young children tell *L.A. Weekly* that police burst into their bedrooms with flashlights to make sure they were safe. The Freys' neighbors, awakened by the spectacle, watched the dramatic midnight raid play out.

There's more at LA Weekly including mentions of the other three conservatives who were SWATted, apparently by the same individual.

Over at his site, Patterico posted an investigation video clip by Inside Edition that includes an interview with Mike Stack, another victim connected to the Rep. Weiner situation.

## We Recommend

Sponsored Content by Taboola



**Little Known Way to Pay Off Mortgage**
Weekly Financial Solutions



**Millennials Are Changing the Wine Industry**
The Huffington Post



**20 Mortifying Family Photos**
Parent Media



**10 Celebrities Scammed by Madoff**
Bankrate



**Nine Comments That Could Get You Fired**
Monster



**The Richest Celebrities According to Net Worth**
SheBudgets

**Sponsored Links**


**Hottest Shale Play 2014**
Could be the biggest shale find in the lower 48 states. Free report.
InvestmentU.com/Shale

**Dollar Fiasco in 2014?**
Ron Paul predicts crash of the dollar. How to protect your savings.
BirchGold.com/Gold-Silver-IRA

**The Death of Credit Cards**
The full story on why your credit card is about to be worthless



 **Fox News National**

Massachusetts teen charged in teacher's killing to face second rape charge
*30 Jan 2014, 9:24 AM PDT*

Utah parents outraged after students who owe money have lunches thrown out
*30 Jan 2014, 9:19 AM PDT*

White Texan accused of punching elderly black man pleads not guilty to hate crime charge
*30 Jan 2014, 8:48 AM PDT*

Montgomery Co. police: Off-duty officer shot, killed son as he fatally stabbed mom at home
*30 Jan 2014, 8:15 AM PDT*

Cereal apologizers: MSNBC sorry for offensive Tweet about biracial family
*30 Jan 2014, 8:06 AM PDT*


**Hottest Shale Play 2014**
Could be the biggest shale find in the lower 48 states. Free report.
InvestmentU.com/Shale


**Dollar Fiasco in 2014?**
Ron Paul predicts crash of the dollar. How to protect your savings.
BirchGold.com/Gold-Silver-IRA

Buy a link here

*advertisement*

## SIGN UP FOR OUR
NEWSLETTER

Subscribe


*advertisement*