**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
Greenbelt Division


Brett Kimberlin

      Plaintiff,                             Case No. 8:13-cv-03059-GJH

v.

National Bloggers Club, et. al.

      Defendant.

_____

### LINE OF APPEARANCE

To the Clerk of the Court:

Please enter the appearance of Thomas J. Kokolis, Esquire as local counsel on behalf of

Defendant Dan Backer.   The Defendant has also retained Christina Sirois, Esquire, who intends

to submit a request to be admitted Pro Hac Vice in this matter.


 Dated: August 19, 2014                  Respectfully Submitted,
                                     Parker, Simon & Kokolis, LLC

                                     /s/Thomas J. Kokolis, Esq.
                                     Thomas J. Kokolis, Esq., MD Fed. Bar No. 16728
                                     110 North Washington Street, Suite 500
                                     Rockville, MD 20850
                                     (301) 656-5775
                                     (301) 656-7834 (facsimile)
                                     tkokolis@pskfirm.com
                                     *Local Attorney for Defendant*
                                     *Dan Backer*