**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | | |
|---|---|---|
| BRETT KIMBERLIN, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **Case No. GJH 13-3059** |
| | ) | |
| NATIONAL BLOGGERS CLUB, | ) | |
| *Et. al.* | ) | |
| | ) | |
|     Defendants. | ) | |

**MOTION TO DISMISS SECOND AMENDED COMPLAINT UNDER FEDERAL RULE 12(b)(6), FEDERAL RULE 8, LOCAL RULE 6 AND IN ACCORDANCE WITH THE PRINCIPLES OF LIMITED LIABILITY, DOUBLE RECOVERY, COLLATERAL ESTOPPEL, RES JDUICATA, AND IMMUNITY OF COUNSEL AND THE ANTI-SLAPP STATUTE**

Defendant Dan Backer ("Backer"), through counsel, moves to dismiss all of Plaintiff Brett Kimberlin's ("Plaintiff") Claims for Relief in the Second Amended Complaint as it applies to Backer pursuant to Federal Rules of Civil Procedure 12(b)(6) for failure to state a claim, Federal Rules of Civil Procedure 8, Local Rules 6(c), and in accordance with the controlling state law as to limited liability, double recovery, collateral estoppel, res judicata, the immunity of counsel, and the anti-SLAPP statute, and files this motion asking the Court to dismiss with prejudice the Second Amended Complaint and award Backer attorney fees and costs.

WHEREFORE, Backer asks this Court to enter an order dismissing the Second Amended Complaint with prejudice, and award Backer attorney fees and costs, sanctions against Plaintiff, and such additional relief as the Court deems just.

Respectfully submitted,

        /s/_____
Christina Pauline Sirois
DB Capitol Strategies PLLC
203 South Union Street Suite 300
Alexandria, Virginia 22314
(571) 207-6451 Direct
(202) 478-0750 Fax
csirois@dbcapitolstrategies.com
Bar No. 802079

        /s/_____
Thomas J. Koukolis
Parker, Simon, & Kokolis, LLC
110 North Washington Street, Suite 500
Rockville, Maryland 20850
301-656-5775 Office
301-656-7834 Fax
tj@pskfirm.com
Bar No. 16728

*Counsel for Dan Backer*

Dated: August 20, 2014