Honorable Judge George J. Hazel  
6500 Cherrywood Lane  
Greenbelt, MD 20770

August 28, 2014

SEP 0 3 2014

Kimberlin v. National Bloggers Club,  
No, GLH 13-3059

Re: Motion for Preliminary Injunction and Request to File Motion to Disqualify Paul Levy Due to Conflict of Interest

Dear Judge Hazel:

The purpose of this letter is twofold. First, I previously requested leave to file a preliminary injunction and this Court ordered it to be filed by today and limited it to five defendants. I now state for the record that I have decided to file a separate federal lawsuit against those defendants for conduct outside the current case, and I will file the preliminary injunction motion under that case number.

Second, I previously filed a Motion to Disqualify Attorney Paul Levy but it was returned under Judge Grimm's Management Order. I want to renew that motion at this time due to the many conflicts of interest under which Mr. Levy labors. He used to be my attorney, has consulted with me in legal matters as late as 2012, works for a law firm representing an organization I am involved with in another case in federal court in DC, and is using his prior attorney client relationship to adversely affect me. I have not waived my attorney client relationship and have told Mr. Levy that I do not consent to him representing a defendant in the instant case. Therefore, I request leave to refile that Motion to Disqualify.

Respectfully submitted,

Brett Kimberlin  
8100 Beech Tree Rd  
Bethesda, MD 20817  
(301) 320 5921