Brett Kimberlin
8100 Beech Tree
Bethesda MD
20817

CAPITAL DIST 200/208
FRI 29 AUG 2014 PM

FILED _____ ENTERED
LOGGED _____ RECEIVED

SEP 03 2014

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEP

Clerk of the District Court
6500 Cherrywood Lane
Greenbelt, MD
20770