**PUBLIC CITIZEN LITIGATION GROUP**

1600 20TH STREET, N.W.
WASHINGTON, D.C. 20009-1001

(202) 588-1000

**TRANSMITTED BY ECF ONLY**

September 4, 2014

Honorable George J. Hazel
United States District Court
United States Courthouse
6500 Cherrywood Lane
Greenbelt, Maryland 20770

      Re:    *Kimberlin v. National Bloggers Club*
               Case No. 8:13-cv-03059-GJH
               Response to Letter Request from Brett Kimberlin (DN 192, 193)

Dear Judge Hazel:

      Plaintiff Brett Kimberlin has asked you to authorize him to move to disqualify me from representing defendant Ace of Spades HQ on the limited issue of whether discovery to identify Ace should be allowed.

      The request should be denied because none of the four grounds mentioned in his letter (second paragraph, third sentence) is a basis for disqualification. We are prepared to respond to such a motion if one is filed. However, to the extent that the Court authorizes such a motion, given plaintiff's tendency to glib overstatement and given the danger of using a disqualification motion for tactical advantage, we urge the Court to require the plaintiff to show very specifically, under oath and through admissible documentation, the basis for his claims of conflict. This is not, in our view, a situation in which notice pleading and the liberal approach of *Haines v. Kerner* is applicable.

                                                              Respectfully yours,

                                                              Paul Alan Levy

cc:    All counsel (by ECF)
       Pro se parties by email pursuant to express permission

Printed on Recycled Paper