Honorable Judge George J. Hazel  September 10, 2014
6500 Cherrywood Lane
Greenbelt, MD 20770

Kimberlin v. National Bloggers Club,
No, GLH 13-3059

Re: Request to file Motion to Alternate Service and Motion to Disqualify Paul Levy

Dear Judge Hazel:

I would like to file a Motion for Alternate Service with regard to Defendants Ali Akbar, National Bloggers Club and Lynn Thomas due to their refusal to accept service through Certified Mail, which I sent and which was returned as "refused" or "unclaimed." Each of these defendants is aware of the suit and they are intentionally avoiding service.

Also, in the Court's August 5, 2014 Letter Order, the Court stated: "If Plaintiff wishes to file a Motion to Disqualify Counsel, he must file a Request pursuant to and in accordance with the requirements set forth in the Case Management Order. See ECF No. 97." See ECF 178. I hereby seek to file such a Motion to Disqualify Defendant Ace of Spades' attorney, Paul Levy, due to his multiple conflicts of interest. He used to be my attorney, has consulted with me in legal matters as late as 2012, works for a law firm representing an organization I am involved with in another case in federal court in DC, and is using his prior attorney client relationship to adversely affect me. I have not waived my attorney client relationship and have told Mr. Levy that I do not consent to him representing a defendant in the instant case.

Respectfully submitted

Brett Kimberlin
8100 Beech Tree Rd
Bethesda, MD 20817
(301) 320 5921