IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| BRETT KIMBERLIN, | * | |
| Plaintiff, | * | Case No.: 8:13-CV-03059-GJH |
| NATIONAL BLOGGERS CLUB, | * | |
| ALI AKBAR, PATRICK FREY, | * | |
| ERICK ERICKSON, MICHELLE MALKIN, | * | |
| GLENN BECK, AARON WALKER, | * | |
| WILLIAM HOGE, LEE STRANAHAN, | * | |
| ROBERT STACY MCCAIN, JAMES O'KEEFE, | * | |
| MANDY NAGY, BREITBART.COM, | * | |
| DB CAPTIOL STRATEGIES, DAN BACKER, | * | |
| THE FRANKLIN CNETER, | * | |
| SIMON&SCHUSTER, INC., | * | |
| LYNN THOMAS aka KIMBERLINUNMASKED | * | |
| MERCURY RADIO ARTS, THE BLAZE, | * | |
| ACE OF SPADES, REDSTATE, TWITCHY, | * | |
| THE AMERICAN SPECTATOR | | |
| Defendants. | * | |

**VOLUNTARY NOTICE OF DISMISSAL**

Plaintiff Brett Kimberlin, pursuant to FED. R. CIV. PRO. 41(a)(1)(a), hereby notices the dismissal of Defendant "The American Spectator," including without limitation The American Spectator Foundation, Inc. and The American Spectator, LLC. Because no answer or motion has been served on Plaintiff by "The American Spectator," a dismissal of the action by notice pursuant to Rule 41(a)(1)(a) is appropriate.

This dismissal is **with** prejudice. Neither Plaintiff Kimberlin, nor "The American Spectator" (including without limitation The American Spectator Foundation, Inc. and The American Spectator, LLC), shall recover costs or attorneys' fees from the other party.

Dated:     Sept. 10, 2014.          Respectfully submitted,

Brett Kimberlin
8100 Beech Tree Road
Bethesda, MD 20817
(301) 320 5921
justicejtmp@comcast.net

## CERTIFICATE OF SERVICE

Plaintiff certifies that he has served his motion on the defendants and/or their attorneys by email and/or regular mail this __10__ day of September ____, 2014.

_____
Brett Kimberlin