UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
GEORGE JARROD HAZEL
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0670
(301) 344-3910 FAX

September 23, 2014

RE: *Kimberlin v. National Bloggers Club et al.*
   GJH-13-3059

## LETTER ORDER

Dear Counsel:

     This Letter Order addresses (1) Plaintiff Brett Kimberlin's ("Plaintiff's") Request to File a Motion to Disqualify Ace of Spades' Counsel – Mr. Paul Levy, ECF No. 195; (2) Plaintiff's Request to File a Motion for Alternate Service as to Defendants Ali Akbar, National Bloggers Club, and Lynn Thomas/Kimberlinunmasked, ECF No. 195; and (3) Plaintiff's Motion for Alternate Service as to Defendant Ace of Spades. ECF No. 164. For the reasons discussed below, the Court will GRANT Plainitff's Request to File a Motion to Disqualify Ace of Spades' Counsel, ECF No. 195; GRANT Plainitff's Request to File a Motion for Alternate Service as to Defendants Ali Akbar, National Bloggers Club, and Lynn Thomas/Kimberlinunmasked, ECF No. 195; and GRANT Plaintiff's Motion for Alternate Service as to Defendant Ace of Spades, ECF No. 164.

     First, Plaintiff has requested permission to file a motion to disqualify Ace of Spades' counsel, Mr. Paul Levy. *See* ECF Nos. 195, 174, 93. The Court is satisfied that Plaintiff's request meets the requirements outlined in the Case Management Order. *See* ECF No. 97. Accordingly, the Court will permit Plaintiff to file a motion to disqualify Mr. Levy. Plaintiff's motion (and Ace of Spades' opposition) shall not exceed ten pages, double spaced (excluding exhibits), unless prior permission from the Court has been given.

     Second, Plaintiff has requested permission to file a motion for alternate service as to Defendants Ali Akbar, National Bloggers Club, and Lynn Thomas/Kimberlinunmasked. According to Plaintiff, these Defendants have continued to "refus[e] to accept service through Certified Mail . . . ." *See* ECF No. 195. Plaintiff appears to have been making good faith efforts to serve these Defendants since the inception of this lawsuit. *See* ECF No. 103 at 2. Despite these efforts, however, Plaintiff has been unable to effectuate service on these particular Defendants. As a result, Judge Grimm extended the time for serving these Defendants. *See* ECF No. 122 at 1 ("find[ing] that Kimberlin's efforts to serve these Defendants constitute good cause for extending the time for service"). Specifically, Judge Grimm gave Plaintiff until "the later of an additional sixty (60) days from [April 28, 2014] or, should Plaintiff's motion to amend his complaint [] be granted, the appropriate period for service of the amended complaint." *Id.* at 3. Because the Court ultimately granted Plaintiff's request to file a second amended complaint on

June 24, 2014, Plaintiff has until October 22, 2014 (120-days from the filing of his second amended complaint) to effectuate service. *See* Fed.R.Civ.P. 4(m).

Despite this additional time, Plaintiff claims he has still been unable to serve Defendants Ali Akbar, National Bloggers Club, and Lynn Thomas/Kimberlinunmasked because, according to him, they are refusing to accept service. Given the recurring nature of this issue, the Court will permit Plaintiff to file a motion for alternate service. Plaintiff's motion must provide proof, by affidavit, of the date(s) and attempted method(s) of service, as well as any other efforts he has undertaken to serve said Defendants. Additionally, Plaintiff's motion must establish why service under Md. Rule 2-121(b) is either inapplicable or impracticable. *See* Md. Rule 2-121(c).

Finally, upon consideration of Plaintiff's Motion for Alternate Service regarding Ace of Spades and his supporting affidavit (ECF No. 164), the Court finds that Plaintiff has sufficiently demonstrated his good faith efforts to serve Defendant Ace of Spades pursuant to Md. Rule 2-121(a) and that service under Md. Rule 2-121(b) is either inapplicable or impracticable. *See* Md. Rule 2-121(c); *see also* Fed. R. Civ. P. 4(e)(1) (service may be according to rules of the state where district court is located or service is made). Under these circumstances and for the reasons discussed in the Court's July 18, 2014 Letter Order (ECF No. 162), the Court will GRANT Plaintiff's Motion for Substituted Service upon Ace of Spades' counsel. As previously discussed, the Court believes that substituted service upon Ace of Spades' counsel is appropriate and reasonably calculated to provide it with notice of this action (to the extent it does not already have such notice). *See* ECF No. 164 at 1-3. Nothing in Ace of Spades' opposition convinced the Court otherwise. *See* ECF No. 173. Accordingly, Plaintiff is AUTHORIZED to effect service of process upon Defendant Ace of Spades by mailing, within fourteen (14) days, a copy of the summons and complaint *via* first class mail to Defendant Ace of Spades' counsel of record, Mr. Paul Alan Levy, at Public Citizen Litigation Group, 1600 20th St. NW, Washington D.C. 20009. Upon mailing, Plaintiff will promptly file an affidavit of service, as required by Fed.R.Civ.P. 4(*l*).

Although informal, this is an Order of the Court and shall be docketed as such.

Sincerely,

/S/

George Jarrod Hazel
United States District Judge

2