UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| BRETT KIMBERLIN,              ) | |
| ) | |
| Plaintiff,      ) | |
| ) | |
| v.                            ) | Case No. 8:13-cv-03059-PWG |
| ) | |
| NATIONAL BLOGGERS CLUB, *et al.*, ) | |
| ) | |
| Defendants.     ) | |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Paul Alan Levy, Scott Michelman and David Rocah hereby seek to withdraw as counsel for defendant Ace of Spades. Counsel were retained for the sole purpose of opposing plaintiff Kimberlin's motion for leave to seek discovery seeking identifying information about defendant Ace of Spades, and that motion has been denied. Counsel have not agreed to provide any other services for defendant, and specifically did not agree to represent defendant on the merits. Accordingly, counsel have no further role to play in the case. Plaintiff Kimberlin has indicated that he consents to counsel's withdrawal. Defendant Ace has been notified in writing, at the address aceofspadeshq@gmail.com, of the withdrawal and of the provision in the rules that she notify the Clerk that she has retained new counsel or will proceed without counsel. Ace has authorized counsel to represent that she understood the terms of the representation and consents to our withdrawal.

A proposed order is attached.

Respectfully submitted,

 /s/ Paul Alan Levy
Paul Alan Levy (pro hac vice)
Scott Michelman

Public Citizen Litigation Group

        1600 20th Street NW
        Washington, D.C. 20009
        (202) 588-1000
        plevy@citizen.org


        /s/ David Rocah
        David Rocah

        ACLU of Maryland
        3600 Clipper Mill Rd., #350
        Baltimore, Maryland 21211
        (410)889-8550, ext. 111
        rocah@aclu-md.org

September 25, 2014        Attorneys for Defendant Ace of Spades

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| BRETT KIMBERLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 8:13-cv-03059-PWG |
| | ) | |
| NATIONAL BLOGGERS CLUB, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PROPOSED ORDER**

The withdrawal of counsel for defendant Ace of Spades is granted.

_____
United States District Judge

## CERTIFICATE OF SERVICE

On this date, I am filing this response using the Court's ECF system, which will effect service on all counsel. Pursuant to their express grants of permission, I am serving the document by email on plaintiff and on defendants Hoge, McCain and Walker.


September 25, 2014                                     /s/ Paul Alan Levy