AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland  ☑

| | |
|---|---|
| Brett Kimberlin | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| National Bloggers Club et al | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No. 13-3059 GJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ace of Spades
c/o Paul Levy
Attorney at Law
1600 20th Street NW
Washington, DC 20009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brett Kimberlin
8100 Beech Tree Road
Bethesda, MD 20817
(301) 320 5921

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/26/14

_____
*Signature of Clerk or Deputy Clerk*