AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

Brett Kimberlin

Plaintiff(s)

v.

National Bloggers Club et al

Defendant(s)

Civil Action No. 13-3059 GJH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ace of Spades
c/o Paul Levy
Attorney at Law
1600 20th Street NW
Washington, DC 20009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brett Kimberlin
8100 Beech Tree Road
Bethesda, MD 20817
(301) 320 5921

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/26/14

_____
Signature of Clerk or Deputy Clerk



OCT 02 2014

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 13-3059 GJH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ace of Spades & Paul Levy
was received by me on *(date)* Sept 27, 2014

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Paul Levy, who is designated by law to accept service of process on behalf of *(name of organization)* Ace of Spader on *(date)* Sept 29, 2014 or by Express Mail, receipt attached

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: Sept 29, 2014

Brett Kimberlin
*Server's signature*

Brett Kimberlin
*Printed name and title*

8100 Beech Tree RD
*Server's address*

Additional information regarding attempted service, etc: Bethesda, MD 20814

USPS Express Mail label (Customer Copy, Label 11-B, March 2004), Post Office To Addressee.

Tracking number: EI 268346915 US

**ORIGIN (POSTAL SERVICE USE ONLY)**
- PO ZIP Code: 20818
- Date Accepted: 9/26/14
- Time Accepted: 4:58 PM
- Flat Rate or Weight: 1 lb 2 oz
- Postage: $19.77
- Total Postage & Fees: $19.77
- Acceptance Emp. Initials: [illegible]

**Delivery:** SEP 26 2014 — 20878-USPS

**FROM:** Brett Kimberlin, [illegible] PHONE: 301-370-5???
[illegible address]
Bethesda, MD 20817

**TO:** Ron Coleman
[illegible]
1250 25th St NW [sic]
Washington, DC 20009
ZIP+4: 20005

FOR PICKUP OR TRACKING Visit www.usps.com Call 1-800-222-1811




# USPS Tracking™

**Customer Service ›**
Have questions? We're here to help.

Tracking Number: **EI268346915US**

**On Time**
Scheduled Delivery Day: **Saturday, September 27, 2014, 12:00 pm**
**Money Back Guarantee**
Signed for By: **WAIVED // WASHINGTON, DC  20009 // 11:52 am**

## Product & Tracking Information

**Postal Product:** Priority Mail Express 1-Day™
**Features:** $100 insurance included, PO to Addressee

**Available Actions**
- Proof of Delivery
- Text Updates
- Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| September 29, 2014, 11:52 am | Delivered | WASHINGTON, DC 20009 |

Your item was delivered at 11:52 am on September 29, 2014 in WASHINGTON, DC 20009. Waiver of signature was exercised at time of delivery.

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| September 27, 2014, 9:33 am | Business Closed | WASHINGTON, DC 20009 |
| September 27, 2014, 9:06 am | Sorting Complete | WASHINGTON, DC 20010 |
| September 27, 2014, 8:35 am | Arrived at Post Office | WASHINGTON, DC 20010 |
| September 27, 2014, 5:25 am | Departed USPS Facility | WASHINGTON, DC 20066 |
| September 27, 2014, 4:35 am | Arrived at USPS Origin Facility | WASHINGTON, DC 20066 |
| September 26, 2014, 7:17 pm | Departed USPS Facility | GAITHERSBURG, MD 20898 |
| September 26, 2014, 6:36 pm | Arrived at USPS Origin Facility | GAITHERSBURG, MD 20898 |
| September 26, 2014, 5:28 pm | Departed Post Office | CABIN JOHN, MD 20818 |
| September 26, 2014, 4:58 pm | Acceptance | CABIN JOHN, MD 20818 |

## Track Another Package

Tracking (or receipt) number

Track It