Honorable Judge George J. Hazel
6500 Cherrywood Lane
Greenbelt, MD 20770

September 29, 2014



Kimberlin v. National Bloggers Club,
No, GLH 13-3059

OCT 0 2 2014

Re:  Affidavit of Proof of Service for Ace of Spades c/o Paul Levy

Dear Judge Hazel:

Per your September 23, 2014 Letter Order, attached please find my affidavit and
USPS receipts proving that I served Defendant Ace of Spades c/o Attorney Paul Levy
by First Class Express Mail this 29th day of September, 2014.

Sincerely,

Brett Kimberlin