IN THE CIRCUIT COURT OF MONTGOMERY COUNTY MARYLAND

BRETT KIMBERLIN,
Plaintiff,

v.                                    No. GLH 13 3059

NATIONAL BLOGGERS CLUB, et al,
Defendants

**MOTION FOR ALTERNATIVE SERVICE OF DEFENDANTS ALI AKBAR, NATIONAL BLOGGERS CLUB AND LYNN THOMAS**

Now comes Plaintiff Brett Kimberlin and moves this Court, pursuant to Maryland Rules 2-121(b) and 2-122, to grant alternative service of Defendants Ali Akbar, National Bloggers and Lynn Thomas.

1. Attached is Plaintiff's Affidavit stating that he has served Defendants Akbar, National Bloggers Club and Lynn Thomas by Certified Mail, Return Receipt Requested, and Restricted Delivery at their last known official addresses. Each of those mailings was returned as either "Refused" or "Unclaimed." Exhibits A-C.

2. Plaintiff asked an attorney representing Defendant Akbar in another case both by email and in person if he would accept service in this case for Defendants Akbar and National Bloggers Club. That attorney, Patrick Ostronic from Rockville, Maryland, refused. Defendant Akbar has stated previously that he is the Director of the National Bloggers Club and is authorized to accept legal service for the Club.

3. On August 12, 2014, an adult over the age of 18 approached Defendant Akbar in a public setting with the intent to serve him with the suit and

summons for Defendant Akbar and National Bloggers Club. I witnessed Defendant Akbar run away from the person when he realized he was about to be served. This was also witnessed by a national reporter who wrote about it in an online publication.

4. Defendants Akbar, National Bloggers Club and Thomas are aware of this lawsuit, and have been provided notice of it from other sources, including their co-defendants. Defendants Akbar and Thomas have repeatedly tweeted about the lawsuit on Twitter, or discussed it on the radio, and the National Bloggers Club even created a website devoted to the suit. Defendants Akbar and the National Bloggers Club have used that website to post updates about the lawsuit, including the Second Amended Complaint, and asked people to donate money to defend against the lawsuit. They have raised thousands of dollars for a "defense team" but have not paid an attorney to represent him.

5. Because these Defendants have notice of the suit but have evaded actual service, alternate service is appropriate under the rules. Plaintiff asks this Court to allow service to Ali Akbar and the National Bloggers Club at his official email, ali@blogbash.org, and service to Lynn Thomas at public email, causalnexus,george@gmail.com.

Wherefore, for all the above reasons, Plaintiff moves this Court to allow alternative service as stated in this motion or by any other means directed by this Court.

Respectfully submitted,

Brett Kimberlin

Certificate of Service

I certify that I emailed a copy of this motion to Defendants Akbar and National Bloggers Club at ali@blogbash.org and to Defendant Thomas at causalnexus.george@gmail.com this 30th day of September, 2014.

Brett Kimberlin