IN THE CIRCUIT COURT OF MONTGOMERY COUNTY MARYLAND

BRETT KIMBERLIN,
Plaintiff,

v.                                                                              No. GLH 13 3059

NATIONAL BLOGGERS CLUB, et al,
Defendants

DECLARATION OF BRETT KIMBERLIN

I, Brett Kimberlin, declare, under the provisions of 28 USC 1746, that the following is true and correct under penalty of perjury.

1. I have attempted to serve the summons and second amended complaint on Defendants Ali Akbar, Lynn Thomas and National Bloggers Club by certified mail, return receipt requested, and restricted delivery. All of those mailings were returned as either unclaimed or refused. I have previously tried to serve these defendants in this and other suits but they have all been returned.

2. Judges in a State of Maryland case I brought against defendants Ali Akbar and Lynn Thomas ordered alternative service after they evaded service for months.

3. I asked an attorney for Defendant Akbar in that state case to accept service of the instant complaint on August 11, 2014, but he refused. I then asked another person who was present with Defendant Akbar on August 12, 2014 to serve him, but I saw Mr. Akbar run from the person when he approached. A reporter was present, and he later wrote an article mentioning Defendant Akbar running from the service.

4. I have served these defendants at that their last known official addresses without success. I have read blog posts and tweets by the defendants stating that they have knowledge of the complaint.

5. I have made a repeated good faith effort to serve these defendants.

September 30, 2014

Brett Kimberlin