**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Lynn Thomas
   704 Newpointe Dr
   St Charles, CA
   60174

   [REFUSED stamp]

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7014 0150 0001 2960 1634

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

7014 0150 0001 2960 1634

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

PRESS FIRMLY TO SEAL

REFUSED

FROM: Kimberlin
8100 Beech Tree [Rd]
Bethesda, MD 2081[7]

TO: [illegible] / Thomas

NIXIE   601  60174202-4  1N   RETURN TO SENDER   REFUSED   UNABLE TO FORWARD   RETURN TO SENDER   08/05/14

UNITED STATES POSTAL SERVICE

1006
60174

U.S. POSTAGE PAID
CABIN JOHN, MD 20818
JUL 25, 14
AMOUNT
$11.60
00016206-1

Exs A-C

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

Type
- ☐ Certified Mail    ☐ Express Mail
- ☐ Registered        ☐ Return Receipt for Merchandise
- ☐ Insured Mail      ☐ C.O.D.
- Restricted Delivery? (Extra Fee)              ☐ Yes

2. Article Number (Transfer from service label)
7014 0150 0001 2960 1603

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

7014 0150 0001 2960 1603

RETURN RECEIPT REQUESTED

UNCLAIMED

FROM:
Kimberly
8100 Beech Tree
Bethesda, MD
20817

U.S. POSTAGE PAID
CABIN JOHN, MD
20818
JUL 25 '14
AMOUNT
$11.60
00016206

PRESS FIRMLY TO SEAL

VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE



- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

☐ Express Mail
☐ Return Receipt for Merchandise
☐ C.O.D.

Delivery? (Extra Fee)   ☑ Yes

2. Article Number
(Transfer from service label)   7014 0150 0001 2960 1641

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

7014 0150 0001 2960 1641

2013 9.5



VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE®

PRESS FIRMLY TO SEAL

FROM:
Kimberlin
8100 Beech Tree Rd
Bethesda, MD 20817

UNCLAIMED

W 7-28-14
8/3
8/12



U.S. POSTAGE PAID
CABIN JOHN, MD 20818
JUL 25, 14
AMOUNT $11.60
1006   76137   00016206-10

This packaging is the property of the U.S. Postal Service®