EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| BRETT KIMBERLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 13-3059 GJH |
| ) | |
| NATIONAL BLOGGERS CLUB, ) | |
| et. al. ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL
## OF DEFENDANTS SIMON & SCHUSTER AND JAMES O'KEEFE

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, Plaintiff Brett Kimberlin and Defendants Simon & Schuster, Inc. and James O'Keefe, hereby stipulate that the above-referenced action is dismissed with prejudice as to Defendants Simon & Schuster, Inc. and James O'Keefe, with each party to bear its own costs and fees.

Brett Kimberlin
*Plaintiff Pro Se*

BAKER & HOSTETLER LLP

By: /s/ Mark I. Bailen
Mark I. Bailen (13805)
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel:202-861-1500
Fax:202-861-1783
mbailen@bakerlaw.com

*Counsel for Defendants Simon & Schuster, Inc. and James O'Keefe*

7