IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| Brett KIMBERLIN | * | CIVIL DOCKET |
|     Plaintiff | | |
| | * | |
| v. | | |
| | * | |
| NATIONAL BLOGGERS CLUB, et al. | | |
|     Defendants | * | Case No.: 8:13-cv-03059-GJH |

## NOTICE OF APPEARANCE

Attorneys T. Bruce Godfrey, USDC DM Bar ID #24596, and Ronald Coleman, admitted previously *pro hac vice* in this matter by this Honorable Court, hereby respectfully enter their appearances as counsel for Defendant "Ace of Spades"; they also remain counsel for Defendants Mandy Nagy and Patrick Frey as well.

Respectfully submitted,

/s/                                                                              /s/

_____        _____
Ronald Coleman, Esquire (*pro hac vice*)         T. Bruce Godfrey #24596
Goetz Fitzpatrick LLP                                        Jezic, Krum & Moyse LLC
1 Pennsylvania Plaza, #3100                            2730 University Blvd. West, #604
New York, NY 10119                                         Silver Spring, MD 20902
(212) 695-8100                                                   240-292-7200
facsimile: (212) 629-4013                                 facsimile: (888) 241-3135
rcoleman@goetzfitz.com                                godfrey@brucegodfrey.com

**CERTIFICATE OF ELECTRONIC FILING AND OF MAILINGS**

I hereby certify that I have filed a copy of this document with the United States District Court electronically and by so doing have provided compliant notice to those parties who are registered with ECF through counsel as of this filing consistently with Local Rule 102.1(c) on October 9, 2014.

I have also mailed a copy of this document to Brett Kimberlin, 8100 Beech Tree Road, Bethesda, MD 20817, on the aforementioned date by first class mail postage prepaid, and am informed that all other pro se parties have waived first class mail notice.

/s/
_____
T. Bruce Godfrey #24596