

Hogewash! is a trademark of W. J. J. Hoge

www.hogewash.com
Snail Mail to 20 Ridge Road, Westminster, Maryland 21157
Email to himself@wjjhoge.com
(410) 596-2854

9 October, 2014

Hon. George Jarrod Hazel
U.S. District Court for the District of Maryland, Southern Division
6500 Cherrywood Lane
Greenbelt, MD  20770

Re: *Kimberlin v. National Bloggers Club, et al.*, Case No. GJH-13-3059

Dear Judge Hazel:

I write in response to the Joint Request for Deadline Extension (ECF No.204) filed by Defendants Frey, Nagy, and Ace of Spades, and Plaintiff Kimberlin. I oppose any extension of Mr. Kimberlin's response date. Two months ago, Mr. Kimberlin sought and was given permission to file an omnibus response to the motions to dismiss by 15 October. *See* ECF No. 162, p. 3. That grant of time should be more than adequate. Furthermore, 15 October will be the first anniversary of the filing of the original complaint. Plaintiff's case in the instant lawsuit is on even shakier ground than was his case in the related state suit, *Kimberlin v. Walker, et al,*, Case No. 380966V, Md. Cir.Ct. Mont. Co. (2014). *See* ECF No. 32. Most of the claims in that case did not survive summary judgment, and the trial on the two surviving claims ended in a directed verdict for the defendants. Given the stigma associated with being a defendant in a RICO lawsuit, another month's delay is prejudicial to my interest in disposing of this additional vexatious lawsuit expeditiously. *See Holmes v. Securities Investor Protection Corporation, et al.*, 503 U.S. 258, 285 (1992).

Because Plaintiff can respond separately to any yet-to-be-filed motions to dismiss, I do not oppose any extension of time to file an answer or motion to dismiss by Defendant Ace of Spades.

Thank you for your consideration of this letter.

Very truly yours,

William John Joseph Hoge, *pro se*

cc. via U. S. Mail:  Brett Kimberlin
cc. via email:  Counsel of Record, Aaron Walker, Ali Akbar, Robert McCain, Lee Stranahan, Lynn Thomas