

PAC ● CAMPAIGN ● NON-PROFIT ● POLITICAL LAW

October 11, 2014

Hon. George Jarrod Hazel
U.S. District Court for the District of Maryland, Southern Division
6500 Cherrywood Lane
Greenbelt, MD 20770

Re: *Kimberlin v. National Bloggers Club, et al.,* Case No. GJH-13-3059

Dear Judge Hazel:

I am writing on behalf of Defendants DB Capitol Strategies PLLC and Dan Backer to oppose the Joint Request for Deadline Extension (ECF No.204) filed by Defendants Frey, Nagy, and Ace of Spades, and Plaintiff Kimberlin.

The Parties making this request failed to confer with all counsel affected by the Joint Request per Local Rule 105(9), which requires an attempt to obtain the consent of other counsel, and unrepresented parties, prior to filing a motion to extend the time for the filing of any document and requires the giving of reasonable notice of the motion to other counsel before presentation to the Court. The Joint Request seeks to further extend Mr. Kimberlin's already graciously extended response deadline to all of the Defendant's Motions to Dismiss, and to all Defendant's subsequent Reply briefs. Because the Parties to the Joint Request failed to confer with all counsel and unrepresented Parties, the Court should deny the Joint Request.

Further, Mr. Godfrey's Joint Request simply asks this Court to extend the deadline, instead of following the procedure laid out in the Case Management Order (ECF No.197) of submitting a letter request to file a motion for an extension of time. Should the Court treat the Joint Request as such a request, given that Mr. Kimberlin's omnibus response is due in four days, Defendants DB Capitol Strategies PLLC and Dan Backer would be prejudiced by inadequate time to brief any opposition to such a motion. Permitting a motion for further extension without the consent of all Parties would be inequitable. Mr. Kimberlin should already be prepared to file his omnibus response prior to the original extended deadline as he has had several additional months to prepare his filing. Any problem related to the timing of the Jewish Holidays, which end on October 17,[1] was known at the time of the scheduling order and should have been raised previously by any party so aggrieved, and any burden by Defendant's counsel surely can be remedied by adequate preparation and assistance by colleagues in counsel's firm. Notably, Defendants DB Capitol Strategies, a four-attorney firm, and Dan Backer, who is Jewish, are primarily engaged in the business of FEC Compliance reporting, and have three dozen reports due October 23 covering the period of October 1 – 15. Defendants and their counsel were given ample time by this Court's scheduling order to plan accordingly with respect to their normal workflow, the ongoing demands of this matter, and the Jewish Holidays.

We request this Court require Mr. Kimberlin file his omnibus reply by the original extended deadline of October 15 so as to work no further prejudice upon Defendants or delay in this

---

[1] http://www.hebcal.com/holidays/2014-2015

matter. In the alternate, we request that any extension the Court may grant be limited only to Defendants Frey, Nagy, and Ace of Spades alone, and to Mr. Kimberlin only to the extent of his claims related solely to those defendants. Thank you for your time and consideration of this request.

                                      Respectfully submitted,
                                      /s/_____
                                      Christina Pauline Sirois
                                      DB Capitol Strategies PLLC
                                      203 South Union Street Suite 300
                                      Alexandria, Virginia 22314
                                      (571) 207-6451 Direct
                                      (202) 478-0750 Fax
                                      csirois@dbcapitolstrategies.com
                                      Bar No. 802079

                                      /s/_____
                                      Thomas J. Koukolis
                                      Parker, Simon, & Kokolis, LLC
                                      110 North Washington Street, Suite 500
                                      Rockville, Maryland 20850
                                      301-656-5775 Office
                                      301-656-7834 Fax
                                      tj@pskfirm.com
                                      Bar No. 16728

                                    *Counsel for Dan Backer and DB Capitol Strategies PLLC*

Cc: All counsel via ECF and unrepresented parties via email