IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

|  |  |  |
|---|---|---|
| BRETT KIMBERLIN, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Case No.: GJH-13-3059 |
| NATIONAL BLOGGERS CLUB, ET AL., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE OF DEFENDANTS ALI AKBAR, NATIONAL BLOGGERS CLUB, AND LYNN THOMAS**

Upon consideration of Plaintiff's Motion for Alternative Service of Defendants Ali Akbar, National Bloggers Club, and Lynn Thomas (the "Motion") and his supporting affidavit and exhibit (ECF Nos. 202-1 and 202-2), the Court finds that Plaintiff has sufficiently demonstrated his good faith efforts to serve Defendants Ali Akbar, National Bloggers Club, and Lynn Thomas, pursuant to Md. Rule 2-121(a) and that service under Md. Rule 2-121(b) is either inapplicable or impracticable. *See* Md. Rule 2-121(c); *see also* Fed. R. Civ. P. 4(e)(1) (service may be according to rules of the state where district court is located or service is made). Under these circumstances and for the reasons discussed in the Court's September 23, 2014 Letter Order (ECF No. 202), the Court will GRANT Plaintiff's Motion and will permit Plaintiff to serve Defendants Ali Akbar and National Bloggers Club *via* e-mail at ali@blogbash.org and on Defendant Thomas *via* e-mail at causalnexus.george@gmail.com. The Court is satisfied that

electronic service of these Defendants is appropriate and reasonably calculated to provide them with notice of this action (to the extent they do not already have such notice).

Accordingly, it is this 15th day of October, 2014, by the United States District Court for the District of Maryland, ORDERED that:

1. Plaintiff's motion for substituted service (ECF No. 202) is GRANTED;

2. Plaintiff is AUTHORIZED to effect service of process upon Defendants Ali Akbar, National Bloggers Club, and Lynn Thomas by mailing, within fourteen (14) days, a copy of the summons and complaint *via* electronic mail to Defendants Ali Akbar and National Bloggers Club at ali@blogbash.org, and to Defendant Lynn Thomas at causalnexus.george@gmail.com.  Upon mailing, Plaintiff will promptly file an affidavit of service, as required by Fed.R.Civ.P. 4 (*l* ).

/s/

George Jarrod Hazel
United States District Judge