IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| Brett KIMBERLIN | * | CIVIL DOCKET |
| Plaintiff | | |
| | * | |
| v. | | |
| | * | |
| NATIONAL BLOGGERS CLUB, et al. | | |
| Defendants | * | Case No.: 8:13-cv-03059-GJH |

## MOTION OF DEFENDANT ACE OF SPADES
## TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

Attorneys T. Bruce Godfrey, USDC DM Bar ID #24596, and Ronald Coleman, admitted previously *pro hac vice* in this matter by this Honorable Court, hereby request on behalf of Defendant Ace of Spades that this Honorable Court dismiss the Second Amended Complaint in its entirely.  The Memorandum required under Local Rule 105.1 for this Motion has been filed electronically on this day October 24, 2014, and docketed at ECF 209 in this case.

Respectfully submitted,

/s/                                                                                            /s/

_____           _____
Ronald Coleman, Esquire (*pro hac vice*)        T. Bruce Godfrey #24596
Goetz Fitzpatrick LLP                                    Jezic, Krum & Moyse LLC
1 Pennsylvania Plaza, #3100                         2730 University Blvd. West, #604
New York, NY 10119                                    Silver Spring, MD 20902
(212) 695-8100                                              240-292-7200
facsimile: (212) 629-4013                            facsimile:  (888) 241-3135
rcoleman@goetzfitz.com                            godfrey@brucegodfrey.com

## CERTIFICATE OF ELECTRONIC FILING AND OF MAILINGS

I hereby certify that I have filed a copy of this document with the United States District Court electronically and by so doing have provided compliant notice to those parties who are registered with ECF through counsel as of this filing consistently with Local Rule 102.1(c) on October 24, 2014.

I have also mailed a copy of this document to Brett Kimberlin, 8100 Beech Tree Road, Bethesda, MD 20817, on the aforementioned date by first class mail postage prepaid, and am informed that all other pro se parties have waived first class mail notice.

/s/
_____
T. Bruce Godfrey #24596