IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| BRETT KIMBERLIN, | |
| *Plaintiff*, | |
| v. | Case No.: CVPWG-13-3059 |
| NATIONAL BLOGGERS CLUB, *et al.*, | |
| *Defendants*. | |

**MOTION BY DEFENDANT ACE OF SPADES
TO DISMISS THE SECOND AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 12(b)(6), defendant Ace of Spades, by undersigned counsel, submits this Motion to Dismiss the Second Amended Complaint with prejudice.

In support hereof, defendant shall rely on a Memorandum of Law to be filed contemporaneously herewith and the full docket and record of the proceedings herein and such other proceedings and matters as are duly incorporated by reference therein and regarding which the Court shall see fit to take judicial notice.

Respectfully submitted,

GOETZ FITZPATRICK LLP

By: _____
   RONALD D. COLEMAN (*Pro Hac Vice*)

One Penn Plaza—Suite 3100
New York, New York 10119
(212) 695-8100
rcoleman@goetzfitz.com

T. Bruce Godfrey (Bar No. #24596)
LAW OFFICE OF BRUCE GODFREY
Box 444
Reisterstown, MD 21136
(410) 561-6061

godfrey@brucegodfrey.com
*Attorneys for Defendants*
*Patrick Frey and Mandy Nagy*

Dated: October 27, 2014