IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BRETT KIMBERLIN,                               *

              Plaintiff,                    *

                                 *

        v.                                           *        Civil Action No.:  13-cv-03059-GJH

                                 *

NATIONAL BLOGGERS CLUB, et al.,         *

                                 *

              Defendants.                   *

### ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      Please enter the appearance of Alison Schary as counsel for defendant Franklin Center

for Government and Public Integrity in the above-captioned matter.

      I certify that I am admitted to practice in this court.

                                  Respectfully submitted,

                                    _____/s/_____

                                    Alison Schary (D. Md. Bar No. 18687)
                                    DAVIS WRIGHT TREMAINE LLP
                                    1919 Pennsylvania Avenue, N.W., Suite 800
                                    Washington, DC  20006
                                    Telephone:  (202) 973-4248
                                    Facsimile:  (202) 973-4499
                                    alisonschary@dwt.com

Dated: October 31, 2014