Honorable Judge George J. Hazel
6500 Cherrywood Lane
Greenbelt, MD 20770



FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
October 26, 2014

2014 NOV -6 PM 2:44

CLERK'S OFFICE
AT GREENBELT

BY_____DEPUTY

Re:  Kimberlin v. National Bloggers Club,
No, GLH 13-3059

**Request To Identify Ace Of Spades**

Dear Judge Hazel:

Please take this letter as a request to require the identity of Defendant Ace of Spades ("Ace") or allow me to file yet another pleading that he be identified.  Ace's new attorney filed a Motion to Dismiss on Friday arguing that since I have not identified Ace as a "natural person," the case must be dismissed against Ace.

Ace is an anonymous blogger, and the only Defendant in this case who has not been identified by name.  Ten months ago, I filed a subpoena in this case to secure the identity of Ace, which was opposed by his first attorney, Paul Levy.  Although the Court has not yet ruled on my request for subpoena, Judge Grimm denied all attempts to quash that subpoena, and both Judge Grimm and this Court denied all of Ace's attempts to evade service in this case, including all of the motions filed by Mr. Levy, which argued that Ace has a right to remain anonymous.  In those motions, Mr. Levy made many of the arguments Ace has now made in his Motion to Dismiss such as his First Amendment right to anonymously defame me.

In light of Ace's Motion to Dismiss, it is imperative that Ace be identified by name.  I have a right to face those who commit torts against me. Ace cannot be allowed to hide behind his anonymity while arguing that I failed to identify him by name.  Ace cannot be allowed to place himself in a category not available to all the other Defendants and then rely on the defense of anonymity to get his case dismissed while all the other Defendants remain in the case.

The case law is clear that anonymous bloggers should be identified where, as here, the plaintiff makes a prima facie case of tortious conduct.  In fact, in January of this year, the Virginia Court of Appeals, in a case argued by Mr. Levy, totally rejected the arguments made by Mr. Levy when it upheld subpoenas for the identities of anonymous negative commenters on Yelp.  *Yelp v. Hadeed*, 752 SE 2d 554 (2014).  See also *Independent Newspapers Inc. v. Brodie*, 966 A2d 432, 457 (2009). *Yelp* relied on Virginia's unmasking statute, while *Brodie* relied on a body of state law precedents to establish standards for unmasking anonymous bloggers who commit torts.  Counsel for Ace has made the same First Amendment arguments in his Motion to Dismiss that have been rejected by these and many other courts.

I have been trying to determine the identity of Ace for the past year not only to serve him with the Complaint, but also to properly prosecute this lawsuit under the Rules.

I am hampered in my ability to do the latter because, as in Ace's Motion to Dismiss, I am being placed in an untenable position due to his anonymity. For example, who Ace is has a bearing on how this case is considered under the law. Is Ace a law enforcement official? If so, his conduct could strengthen my case under Ku Klux Klan Act. Is he a colleague of Defendant Frey? If so, he may be jointly culpable for the civil rights violation under 1983 or considered a strong conspirator.

Ace is now saying that the case should be dismissed because I did not name him, and when I filed for the subpoena last January, he argued that I could not avail myself to it because he has a right to remain anonymous. How can I ever proceed with discovery in this case if Ace is anonymous? Many of the Defendants know his identity yet, according to Ace's argument, I should not be allowed to ask for any discovery from those other Defendants regarding Ace because he has a right to remain anonymous.

In conclusion, the civil rules and case law require disclosure of defendants in civil tort cases. Indeed, disclosure is even allowed in extraordinary cases involving CIA officials and national security matters. Therefore, I request that this Court either order counsel for Ace to disclose his identity or allow me to file yet another motion with the Court to secure his identity either via subpoena or Court Order.

Sincerely,

Brett Kimberlin
8100 Beech Tree Rd
Bethesda, MD 20817
301 320 5921
justicejtmp@comcast.net.


Cc: Ronald Coleman Esq.