Judge George Hazel
US District Court
6500 Cherrywood Lane
Greenbelt, MD 20770

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 DEC -1  PM 4: 47

CLERK'S OFFICE
AT GREENBELT

BY_____DEPUTY

Re: Kimberlin v. NBC, GJH-13-3059, Response to Ace of Spades' letter of 11/18/14

Dear Judge Hazel:

Counsel for Ace of Spades makes the incredible claim that I cannot seek the identity of Ace of Spades because I have not named him as a person in the Complaint and he is not "a party" to this case. This argument is both without merit and bizarre.

First, I have always maintained that his suit is against a person named Ace of Spades who has a blog named Ace of Spades. I filed a subpoena almost a year ago seeking the identity of Ace of Spades, the person. Paul Levy, who first represented Ace of Spades, filed pleadings in order to shield his identity, not the identity of the blog. In every pleading filed on behalf of and in response to Mr. Levy, Ace of Spades was considered a person and pronouns were used to describe Ace of Spades. In at least one of my pleadings, I even provided the photo of Ace of Spades from a CPAC conference where he was a keynote speaker. And I referenced a video on YouTube of Ace of Spades during his appearance on Fox News. In both of those mediums, the person speaking is named by his pseudonym, "Ace of Spades," who writes the Ace of Spades blog. Clearly, Ace of Spades, the person, has notice that I have sued Ace of Spades the person.

Second, it is clear from the Complaint that the Ace of Spades blog is "written by an anonymous blogger." Par 23. The blog and the anonymous blogger named Ace of Spades are one and the same.

Third, it is clear that the posts on that blog referenced in my Complaint were written by the blogger, Ace of Spades, rather than some other blogger who may post on that blog and use another name.

Counsel's hyper-technical argument to protect the identity of Ace of Spades continues the same evasive tactics taken by Ace of Spades since this suit was initiated more than a year ago. This Court in numerous orders has rejected all of those prior tactics and arguments. In fact, this Court ordered Mr. Levy to accept service on behalf of Ace of Spades, the person. *See* ECF 164 at 1-3 and ECF 198 at 2. I have a right to know the person who committed the tortious conduct alleged in my Complaint. Ace of Spades does not have the right to be treated differently than the other *named* defendants just because he publishes a blog named Ace of Spades and writes blog posts on that blog under the same name.

Respectfully submitted,
Brett Kimberlin