UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BRETT KIMBERLIN,

    Plaintiff,

vs.

NATIONAL BLOGGERS CLUB,

et al.,

    Defendants.

Civil Action No. 8-13-cv-03059-GJH

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 DEC -8  PM 3:08

CLERK'S OFFICE
AT GREENBELT

BY _____ DEPUTY

### NOTICE OF DISMISSAL WITH PREJUDICE

**PLEASE TAKE NOTICE** that Plaintiff Brett Kimberlin hereby dismisses this action as to Defendant Franklin Center for Government and Public Integrity WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(A)(1)(i). Said dismissal is WITH PREJUDICE, each party to bear its own costs and attorneys' fees.

DATED: Dec 5/14

BRETT KIMBERLIN

By: _____
    Brett Kimberlin

*Plaintiff Pro Se*

EXHIBIT A          1