UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

BRETT KIMBERLIN,
Plaintiff,

v.  No. GJH 13 3059

NATIONAL BLOGGERS CLUB, et al
Defendants.

**DECLARATION OF PLAINTIFF BRETT KIMBERLIN RE ACE OF SPADES**

I, Brett Kimberlin, declare, under penalty of perjury and pursuant to 28 USC 1746, that the following is true and correct.

1. I have been trying for the past year to learn the identity of Ace of Spades, a defendant in this case. I sought subpoenas in both Virginia and Maryland federal courts, I contacted business associates of his and his website registrar, I asked his attorneys, and I followed tips that came to me.

2. I have notified Ace of Spades through his emails and his attorneys that I need to know his identity to effectively prosecute this case.

3. I feel handicapped in my ability to respond to Ace of Spades' motion to dismiss because I do not know his identity.

4. I have filed motions in two other state cases involving anonymous bloggers and in both cases the Montgomery County Circuit Court judges granted my motions to identify the bloggers. In one case, after a trial, I won a defamation suit against the blogger. In the other case, the

defendant settled after being identified. That second defendant was also a defendant in this federal case and she resolved this case at the same time.

Dated this 12th day of December, 2014     Brett Kimberlin