Judge George Hazel
US District Court
6500 Cherrywood Lane
Greenbelt, MD 20770

December 10, 2014

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 DEC 12 PM 3:33

CLERK'S OFFICE
AT GREENBELT

BY_____ DEPUTY

Re: Kimberlin v. National Bloggers Club, PWG 13-3059

Request For Sanctions Against Defendant Patrick Frey

Dear Judge Hazel:

I would like to bring to your attention recent sanctionable and criminal conduct committed by Defendant Patrick Frey, who is represented by attorney Ron Coleman. I request that you take action as you see fit or allow me to file a formal motion for sanctions.

In previous orders, you urged me to diligently attempt to resolve this case with defendants prior to filing my Global Response to their motions to dismiss. As a result, I have spent untold hours and calls and emails with many of the defendants' attorneys discussing resolution, and five defendants have recently resolved this case in the best interest of their clients. Although the resolutions are confidential, there has been give and take on both sides.

On Monday, December 8, 2014, I filed a motion to dismiss with regard to Defendant Franklin Center. Throughout all last week, I was also negotiating with two other defendants and had reached an agreement on Wednesday that we continued to work on throughout the weekend and into Monday and expected to finalize matters shortly thereafter, only to suddenly have communications cease. At least one other defendant was also considering resolution.

On Tuesday, December 9, 2014, Defendant Frey -- who my Complaint frames as a leader of the tortious campaign against me due to his high visibility and his job as a Deputy District Attorney in Los Angeles County -- published an article on his personal blog attacking Defendant Franklin Center for resolving the case. He called the Center "cowards" which "slink[ed] right out the door." But he did not stop there, he said: "They are a bunch of hypocrites, and they deserve nothing – no donations, no respect, no attention. Just scorn and ridicule." Attached. Defendant Frey also sent two direct tweets to @FranklinCenter, twice taunting them and calling them "Cowards." Attached. Moreover, he called me a "cretin," which is defined as "a general term of abuse."

Defendant Frey is an attorney and a Deputy District Attorney who is represented by a very reputable attorney. Yet he is using the power of his position and his highly trafficked blog to intimidate, shame, shun, and threaten another defendant with economic and reputational loss, and let other defendants know that they face they same call to arms if they resolve the case. Jonathan Segal, an expert in First

Amendment and media law, represents the Franklin Center and he worked very hard to resolve this case in the best interest of his client. He is bound by the California Guidelines for Professional Conduct which includes under the heading **settlements**:

"A lawyer should raise and explore the issue of settlement and alternative dispute resolution in every case as soon as the case can be evaluated. *For example:* a. A lawyer should always attempt to de-escalate any controversy and bring the parties together."

Both Defendant Frey and Mr. Segal are California lawyers, yet Defendant Frey has chosen to escalate and drive the parties apart while Mr. Segal meticulously followed the ethical guidelines for lawyers in his state.

Defendant Frey's attacks are not only against The Franklin Center but also by extension against Mr. Segal for complying with the state guidelines, and every other attorney who might counsel their client to resolve the case. Moreover, it places Defendant Frey's attorney, Mr. Coleman, in a potential conflict of interest because he represents three defendants in this case who may have different strategies for resolving this case. Defendant Frey has made clear to Mr. Coleman and those other two clients that he will not allow them to resolve this case.

I believe that these contemptible actions by Defendant Frey scuttled the resolution with at least other two Defendants I have been working with for the past ten days. I believe that this conduct violates the spirit of this Court's March 5, 2014 Case Management Order which prohibits any "impertinent, or other scandalous matter, or any ad hominem attack on any party....." While that order dealt with pleadings filed in the case, it is clear that Defendant Frey's attacks on a party to this case were because of a pleading I filed in the case. He should not be allowed to do outside of court what he cannot do in court. I also believe that his conduct violates the attorney Code of Professional Responsibility as well as the spirit of local rule 606 which requires all counsel "to conduct themselves in a professional and courteous manner in connection with all matters pending before the Court."

Other Defendants who are entertaining a resolution now or in the future have to worry about bullying, threats and harassment from Defendant Frey and his readers, as well as economic and reputational loss when he attacks them online and on Twitter.

Incredibly, Defendant Frey, as a prosecutor in the Hard Core Gang Division, knows that intimidating or threatening a co-defendant or witness in a criminal case is a very serious crime. Yet he has no hesitation whatsoever doing the same in this civil case. He has no hesitation in issuing a call to arms to his online gang to harm those who fail to follow his orders. This amounts to obstruction of justice.

 

**Patterico's Pontifications**
*Harangues that Just Make Sense*

## 12/9/2014

### FRANKLIN CENTER CAVES TO BRETT KIMBERLIN LAWFARE

Filed under: General — Patterico @ 7:41 pm

Cowards.

By all appearances, the Franklin Center has caved to Brett Kimberlin. PACER contains the following docket text from today:

> NOTICE of Dismissal with prejudice as to Defendant The Franklin Center by Brett Kimberlin. (aos, Deputy Clerk)

That can mean only one thing: **an ignominious settlement**. Confirming this suspicion, one notes that this link: http://franklincenterhq.org/5516/holding-political-terrorist-brett-kimberlin-accountable/ now results in a 404 error.

What did they remove? Here's what these losers took down, via the Wayback Machine. Quotable:

> Free speech is why America is free. Those who expose truth need to be protected. Patrick Frey was right: This could have been any of us. It's our job to fight for free speech and a free press. If the legacy media refuses to tell the truth, we're obligated to do so.

What a stirring call to action! All hail the courage of the Franklin Center!!!

Except that the post containing that inspiring language has been taken down, to settle an utterly frivolous lawsuit with zero chance of success.

When the going gets tough (not all *that* tough, really, to be honest), the Franklin Center gets going. And look! there they go!! **Slinking right out the door.**

When The American Spectator caved to this cretin and removed blog posts that contained zero defamation, Ken White **said**:

> [T]his surrender will, and should, eviscerate its credibility with its target audience and its readers. First, how can it be taken seriously as an institution willing to speak truth to power if it caves to a frivolous lawsuit by a domestic terrorist? Second, how can they be taken seriously as a conservative institution that will question liberals, when they yield to a blatant attempt to abuse the legal system to retaliate against conservative viewpoints?
>
> No. They're done.

I don't see why this should not apply with equal force to the Franklin Center. They are a bunch of hypocrites, and they deserve nothing — no donations, no respect, no attention. Just **scorn and ridicule**.

UPDATE: Also taken down: **this post** announcing a webinar with Mandy Nagy, Lee Stranahan, and Aaron Walker. The Wayback Machine version is **here**. (I have saved both Wayback Machine copies in case they disappear in the future.) Thanks to BKWatch for the tip.

(Fun fact: Kimberlin claims in his latest filing that I participated in this webinar — which I most certainly did not do.)

Comments (21)

### 21 RESPONSES TO "FRANKLIN CENTER CAVES TO BRETT KIMBERLIN LAWFARE"

---

**Recent Comments**

happyfeet on Charles C. Johnson Justifies Himself In Revealing "Jackie"
Sammy Finkelman on Outrage of the Day: Torture Report
Sammy Finkelman on Outrage of the Day: Torture Report
AZ Bob on More Gruber Highlights
carlitos on More Gruber Highlights
Patterico on Franklin Center Caves to Brett Kimberlin Lawfare
nk on More Gruber Highlights
carlitos on Charles C. Johnson Justifies Himself In Revealing "Jackie"
carlitos on Charles C. Johnson Justifies Himself In Revealing "Jackie"
Sammy Finkelman on Great: Now Harvard and Georgetown Law Students Want to Delay Finals Due to Grand Jury Protests Too

Purchases made through this search function benefit this site, at no extra cost to you.

**Help keep the site alive!**

PayPal only (no credit cards):



Credit Card donations (PayPal takes a bite):





**Patterico**
@Patterico

| TWEETS | FOLLOWING | FOLLOWERS | FAVORITES |
| --- | --- | --- | --- |
| 13.1K | 806 | 10.4K | 247 |

The University of Iowa's School of Journalism.
dailyiowan.com/2014/12/09/Met…

11 9

Patterico retweeted
**Popehat** @Popehat · 12h
.@Patterico I see @FranklinCenter has a prominent "support free speech" post.

2 1 View conversation

**Patterico** @Patterico · 12h
Cowards: The @FranklinCenter Caves to Brett Kimberlin Lawfare. patterico.com/2014/12/09/fra…

11 6

**Patterico** @Patterico · 13h
You people are cowards. You know who you are. #subtweet

3 2

**Patterico** @Patterico · Dec 8
Net Neutrality: Why is the NYT oppressing me by denying me free op-ed space in their paper?? patterico.com/2014/12/08/net…

5 2

**Patterico**
@Patterico

TWEETS | FOLLOWING | FOLLOWERS | FAVORITES

# Patterico

@Patterico

The L.A. Times's worst nightmare. All statements are made in my private capacity and not on behalf of my employer.

Los Angeles
patterico.com
Joined January 2009

87 Photos and videos

**Patterico** @Patterico · 57m
.@FranklinCenter #FraudoftheDay: The @FranklinCenter, which poses as strong on free speech, but turns tail and runs when sued by a bomber.

View conversation

Patterico retweeted
**Popehat** @Popehat · 11h
@Watchdogorg slow news day except for @FranklinCenter caving to a terrorist.

4 2

View conversation

Patterico retweeted
**Popehat** @Popehat · 12h
@FranklinCenter Is anyone there available to comment on a breaking story about your litigation stance?

5 2

Patterico retweeted
**Yale Cohn** @YaleCohn · 13h
@TheFIREorg A troubling quote about free speech from the director of The University of Iowa's School of Journalism: dailyiowan.com/2014/12/09/Met...

11 9

Patterico retweeted
**Popehat** @Popehat · 12h
.@Patterico I see @FranklinCenter has a prominent "support free speech" post.

2 1

View conversation

**Patterico** @Patterico · 12h

Cowards: The @FranklinCenter Caves to Brett Kimberlin Lawfare.

