IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| Brett KIMBERLIN | * | CIVIL DOCKET |
| Plaintiff | | |
| | * | |
| v. | | |
| | * | |
| NATIONAL BLOGGERS CLUB, et al. | | |
| Defendants | * | Case No.: 8:13-cv-03059-GJH |

### MOTION TO EXTEND TIME TO RESPOND TO MOTION TO IDENTIFY "ACE OF SPADES" WITH STIPULATION RE: EXTENSION BY PLAINTIFF

Defendant "Ace of Spades", through counsel undersigned, respectfully requests to extend his time to respond to Plaintiff's Motion to Identify Ace of Spades (ECF #232) until January 5, 2015. Counsel for Defendant Ace of Space request this time in part to accommodate the exigencies of religious holidays for two different religious traditions, with the intent to make their response approximately simultaneously with a reply to a response to a Motion to Dismiss that is due on January 5, 2015.

Plaintiff Brett Kimberlin, movant on ECF #232, has granted his stipulation to this extension by email transmission affirming same.

Respectfully submitted,

/s/ /s/

_____   _____
Ronald Coleman, Esquire (*pro hac vice*)   T. Bruce Godfrey #24596
Goetz Fitzpatrick LLP   Jezic, Krum & Moyse LLC
1 Pennsylvania Plaza, #3100   2730 University Blvd. West, #604
New York, NY 10119   Silver Spring, MD 20902
(212) 695-8100   240-292-7200
facsimile: (212) 629-4013   facsimile: (888) 241-3135
rcoleman@goetzfitz.com   godfrey@brucegodfrey.com

**CERTIFICATE OF ELECTRONIC FILING AND REGARDING WAIVER OF MAILINGS**

I (Godfrey) hereby certify that I have filed a copy of this document with the United States District Court electronically and by so doing have provided compliant notice to those parties who are registered with ECF through counsel as of this filing consistently with Local Rule 102.1(c) on January 2, 2015. All parties, including pro se parties, have agreed to accept service by electronic mail only and an electronic copy has been distributed to all parties.

/s/ /s/
_____   _____
Ronald Coleman, pro hac vice   T. Bruce Godfrey #24596

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| Brett KIMBERLIN | * | CIVIL DOCKET |
| Plaintiff | | |
| | * | |
| v. | | |
| | * | |
| NATIONAL BLOGGERS CLUB, et al. | | |
| Defendants | * | Case No.: 8:13-cv-03059-GJH |

## **ORDER**

Upon his Motion to Extend Time to Respond and Plaintiff's stipulation thereto, Defendant "Ace of Spades" is hereby this day _____ 2015 granted an extension to respond to Plaintiff's Motion to Identify Act of Space (ECF #232) until January 5, 2015.

_____
Judge of the United States District Court
For the District of Maryland