FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 JAN -6 PM 3: 11

CLERK'S OFFICE
AT GREENBELT
BY ᗷU_____DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### *Southern Division*

BRETT KIMBERLIN,                                   *

    Plaintiff                                     *

    v.                                            *          CASE NO.: GJH-13-3059

NATIONAL BLOGGERS CLUB, et al.,                    *

    Defendants                                    *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### DEFENDANT STRANAHAN'S MOTION TO DISMISS THE 2ND AMENDED COMPLAINT

NOW COMES Defendant Lee Stranahan. and moves to dismiss the Plaintiff's Second Amended Complaint with prejudice. Motions to dismiss have been filed by other Defendant s in the instant lawsuit, by Defendants Hoge, Walker, and others. Defendant Stranahan incorporates all those motions herein by reference and adopts the reasoning contain therein in support of this motion.

WHEREFORE Defendant Stranahan requests:

- That such dismissals be granted with prejudice,
- That the plaintiff shall have nothing,
- That this court should consider motions for sanctions and, upon such motions, grant

monetary sanctions, and injunctive relief appropriate for a vexatious litigant, and

* All other relief as appropriate.

Friday, December 12, 2014

Respectfully submitted,

Lee Stranahan
13824 Methuen Green St.
Dallas, TX 75240
(214) 402-1759
Stranahan@gmail.com

Certificate of Service

I certify that on the 6th day of January, 2015, I serve a copy of this motion to dismiss on Brett Kimberlin, Ali Akbar, Aaron Walker, William Hoge, Stacy McCain, and all counsel of record.

**Lee Stranahan**