## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

BRETT KIMBERLIN,

              Plaintiff,

    vs.

NATIONAL BLOGGERS CLUB,

et al.,

              Defendants.

Civil Action No. 8-13-cv-03059-GJH

## MOTION TO WITHDRAW APPEARANCE
## ON BEHALF OF FRANKLIN CENTER FOR GOVERNMENT AND PUBLIC INTEGRITY

      Linda S. Mericle, attorney for Defendant Franklin Center for Government and Public Integrity, ("Franklin Center") pursuant to LOCAL RULE 101(2)(b), moves this Court for an Order withdrawing her appearance in this case on the following grounds:

      1.     Franklin Center is now represented by Ms. Alison Schary, who is a member of the bar of this Court, and Alonzo Wickers, IV, and Jonathan Segal, who are admitted to this court *pro hac vice*, all of the law firm of Davis Wright Tremaine LLP.

      2.     Ms. Schary's appearance was entered on October 31, 2014 (Dkt. 217).  The Court entered orders approving Mr. Wickers' and Mr. Segal's appearance on November 4, 2014 (Dkt. 220 and 221).

///

///

///

1

WHEREFORE, counsel requests that this Court enter an order that permits Ms. Mericle to withdraw as attorney of record for Defendant Franklin Center in this case.

DATED:  January 21, 2015      LINDA S. MERICLE, PA

By: _____
            Linda S. Mericle

*Attorneys for Franklin Center for*
*Government and Public Integrity*

2