# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Southern Division

|  |  |
|---|---|
| **BRETT KIMBERLIN,** | * |
| **Plaintiff** | * |
| **v.** | *      **CASE NO.: GJH-13-3059** |
| **NATIONAL BLOGGERS CLUB, et al.,** | * |
| **Defendants** | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### DECLARATION OF AARON J. WALKER, ESQ.

1.     My name is Aaron J. Walker, Esq., and I make these statements based upon my own personal knowledge. I am an attorney in good standing in Virginia and Washington, D.C. I am over 18 years of age, and if called to do so, I am competent to testify that the contents of this declaration are accurate and true.

2.     When this Court accepted Brett Kimberlin's proposed Amendment on June 24, 2012, this court ordered Mr. Kimberlin to serve the Second Amended Complaint upon the Defendants.

3.     I have not, since that date, received a copy of the Second Amended Complaint. I have remained at the same address I have always lived at since Mr. Kimberlin first started his campaign to silence me in December of 2011: he has simply failed to successfully deliver a copy of it to my home. I have chosen not to make an issue of this because I hoped in vain that by responding earlier than later, the case might be dismissed by October. But, in fact, because of his failure of service, I do not believe I

was ever technically required to file an answer or motion to dismiss in relationship to the Second Amended Complaint.

4.      This is a common pattern throughout the more than three years of dealing with Mr. Kimberlin's litigation.  Besides the outright forgeries I have witnessed or Mr. Kimberlin has admitted to, his certificates of service almost never reflect the actual date on which documents are mailed.  He often waits at least a day to mail it, according to markings set by the post office and indeed, often sometimes waits as long as a week before mailing it.  Sometimes, I never receive service at all.  For instance, I have literally never received from Mr. Kimberlin a copy of any the letters or motions filed in related to his pursuit of the identity of the non-party "Ace" of the blog "Ace of Spades" since December, despite Mr. Kimberlin often assuring this Court that he had sent it to me.

5.      No other person or entity has reported any difficulty sending mail to me, and bills arrive on time.   Simply put, Mr. Kimberlin is the only one who seems to have trouble mailing anything to me.

6.      To sum up, I never received a copy of Plaintiff's Second Amended Complaint after June 24, 2014.  And based on what I have laid out and observed, I believe he simply he never mailed it. However, the Court can read the evidence for itself and draw its own conclusion.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Executed on Friday, January 23, 2015 in Manassas, Virginia.

Aaron J. Walker, Esq.