**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

BRETT KIMBERLIN,

    Plaintiff

v.

NATIONAL BLOGGERS CLUB, et al.,

    Defendants

CASE NO.: GJH-13-3059

* * * * * * * * * * * * * * *

## DECLARATION OF WILLIAM JOHN JOSEPH HOGE III

1. My name is William John Joseph Hoge III, and I make these statements based upon my own personal knowledge. I am over 18 years of age, and if called to do so, I am competent to testify that the contents of this declaration are accurate and true.

2. I have not received a copy of Plaintiff's Second Amended Complaint since this Court's letter order of June 24, 2012 accepting it and ordering Mr. Kimberlin to serve it on me and the other defendants. I have remained at the same address throughout this litigation, but I have not received it. *See* my Motion to Dismiss the Second Amended Complaint, ECF 149, ¶ 1.

3. This has been a recurring problem with Mr. Kimberlin. I became aware of the instant lawsuit via chatter on the Internet, and my knowledge was confirmed when Plaintiff *personally* handed me what appeared to be a draft copy of the original complaint (ECF 1). Later, I received by mail a copy of what alleged to be the First Amended Complaint (ECF 4). However, that document was not identical

with the First Amended Complaint found on PACER. *See* my Motion to Dismiss the Amended Complaint, ECF 5, at 1. I have never received a copy the Second Amended Complaint (ECF 135) from Plaintiff.

4. No other person or entity has reported any difficulty sending mail to me, and bills arrive on time. Mr. Kimberlin is the only one who seems to have trouble mailing anything to me.

5. To sum up, I never received a copy of Plaintiff's Second Amended Complaint after June 24, 2014. And based on the facts above, it would appear to be because he never mailed it.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Executed on Thursday, January 22, 2015 in Westminster, Maryland.

_____
William John Joseph Hoge III