# Exhibit C



## 10/11/2010

### Brett Kimberlin Threatens to Sue Me; UPDATED with Second E-Mail from Kimberlin

Filed under: General — Patterico @ 8:16 pm

Just got this e-mail:

> To Patterico:
>
> Please take this email as an intent to sue you for your Oct 11, 2010 post on Patterico.com which has defamed and libeled me. I have just sued Socrates on which you rely for cyber stalking, defamation, libel, violation of privacy and interference with business. Socrates has been banned from many sites and forums for stalking many people including me. He is under criminal investigation for cyber bullying and cyber stalking. By corresponding with him and relying on his defamatory posts, you are conspiring with him and are just as liable as he.
>
> Most of the things you write about in your post are false. If you have not removed the defamatory piece within 24 hours, I will proceed with legal action against you and will serve notice on your service provider that you are violating your terms of service by engaging in false, defamatory and abusive postings.
>
> Let me assure you that you are not the first blog that has posted lies about me, yet each of them has removed the offending posts once I alerted them to the facts about Socrates and his spreading of lies.
>
> Also, please provide me with your full name and address.
>
> Thank you,
> Brett Kimberlin

My response:

> My post is based primarily on a number of published news articles. I ask you to specify anything in my post that you claim is false. If I have made any mistakes I am always happy to correct them. But I won't take down anything that is true.

Stay tuned.

UPDATE: Kimberlin is referring to this post of mine in which I discussed his history as a convicted bomber, drug smuggler, perjurer, and suspected murderer.

If he actually sues, I'll let you know. I may need to establish a litigation fund. (PayPal buttons are on the right.)

UPDATE x2 9:21 p.m.: Just got this e-mail:

> I appreciate the quick response. Most of the information in the post is false. As noted, I put up with Socrates' shit for too long, and finally sued him, he has been polluting the Internet with lies about me and Brad and now he gets a chance to defend it in a court of law.
>
> I have no beef with you and I never even heard of you or your blog until today when I got the Google alert. I don't want to get into a pissing match with you. I have filed over a hundred lawsuits and another one will be no sweat for me. On the other hand, it will cost you a lot of time and money and for what. I run a small non profit that works to inspire youth to get involved. I have only met Brad Friedman one time in my life. Your

piece is a smear job against both me and Brad. I have gotten death threats all day today because of your and Liberty Chick's post and I have to meet with the FBI tomorrow to give them copies. Have I ever posted anything, anywhere? Have I ever said or done anything to you?

Maybe you have some beef with Brad, but going after me to get to him is really a shameful way of resolving it. I can tell you for a fact that Brad Blog, Daily Kos, HuffPo, RawStory, and DU have all removed these type of posts once they were advised that they were false and that Socrates was behind them. I really urge you to pull the post and not post anything more about me.

Politics aside, I can see you are very passionate about what you do and I respect that. I would be happy to meet you, shake hands, have a beer or soy chai, and just have a chat.

Thanks Pat.
Brett

My response:

Once again: my post was based primarily on published news articles. I repeat: please specify anything in my post that you claim is false. I will correct mistakes if there are any, but I will not remove the truth.

There are obviously a lot of other things I could say. But I am going to leave it at that for now.

Comments (186)

## 186 Responses to "Brett Kimberlin Threatens to Sue Me; UPDATED with Second E-Mail from Kimberlin"

1. do NOT give this person your address he likes to blow stuff up

   *happyfeet (19c1da)* — 10/11/2010 @ 8:19 pm

2. Full name and address? Creepy....

   *Eric Blair (2e5551)* — 10/11/2010 @ 8:19 pm

3. The Aaron Klein equivalent on domestic political, social and legal issues. That is the positioning.

   *Javert_is_alive! (AKA ...) (4f78d0)* — 10/11/2010 @ 8:19 pm

4. Please give me your real name and address.
   Hahahahaha!!!!!

   *goatsred (b20383)* — 10/11/2010 @ 8:20 pm

5. Any fool can find an address. But my recommendation is get a PO Box for correspondence.

   *Javert_is_alive! (AKA ...) (4f78d0)* — 10/11/2010 @ 8:21 pm

6. Please give me your name and address ... ?! Are you kidding me? From someone that has blown people up, and killed people ?!?! I will tell you what, Brett Kimberlin, post your current address, and see if anyone comes to visit you ...

   *JD (3399c0)* — 10/11/2010 @ 8:22 pm

7. It is ironic, coming from someone with, um, such a flexible definition of "free speech."