IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

BRETT KIMBERLIN,

    Plaintiff

v().                                CASE NO.: GJH-13-3059

NATIONAL BLOGGERS CLUB, ET AL.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT MCCAIN'S MOTION TO DISMISS FOR FAILURE TO SERVE THE SECOND AMENDED COMPLAINT

COMES NOW Defendant Robert Stacy McCain, and files this motion to dismiss for failure to serve the Second Amended Complaint within 120 days in accordance with Federal Rule of Civil Procedure 4(m) and under Federal Rule of Civil Procedure 41 for failure to prosecute and to obey this court's orders and states the following:

1. On June 24, 2014, this court granted Plaintiff leave to amend and entered his Second Amended Complaint into the docket as ECF 135.

2. In this court's letter order granting this amendment, this court stated that "Plaintiff is directed to serve all Defendants with the Second Amended Complaint in accordance with the applicable local rules and Federal Rules of Civil Procedure."

3. As stated in my accompanying "Defendant McCain's Opposition to Plaintiff's Motion for Default" the Plaintiff has never complied with this order; to my knowledge and belief he

has never properly served me or two other Defendants with the Second Amended Complaint.

4. Federal Rule of Civil Procedure 4(m) states that "If a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." The 120th day since the complaint was filed fell on October 22, 2014, around three months ago.

5. Plaintiff has not properly served me. Although he has claimed to have done so, he has failed to provide any credible evidence that he had done so. See my accompanying "Defendant McCain's Opposition to Plaintiff's Motion for Default."

6. Plaintiff was warned about his failure to comply several months ago. On August 7, 2014, I wrote a letter to this court (ECF 179) stating that service had not occurred and reminding the Plaintiff of his duty..

7. For his failure to comply with Federal Rule of Civil Procedure 4(m) alone, dismissal would be appropriate.

8. Further, under Federal Rule of Civil Procedure 41(b), this court can dismiss for want of prosecution. Six months of failing to serve a second amended complaint suggests he is no longer interested in prosecuting against me (or, more likely, bided his time until he would falsely claim he had served me, and then seek default), and this court can dismiss the case against me for this reason as well.

9. Finally, this court *ordered* Plaintiff to serve the complaint, and his apparent failure to do so for over six months constitutes a violation of that order. Federal Rule of Civil Procedure 41(b) provides for dismissal if a plaintiff fails to obey a court order. While this court was certainly willing to give the Plaintiff some leeway with time for compliance, six months of noncompliance coupled with a false attempt to hold me in default makes it clear he never intends to comply with this order. This provides an additional reason to dismiss.

10. I also reserve the right to file for a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) or any other grounds that might be appropriate on a future date. Plaintiff has engaged in numerous falsehoods and fallacious arguments. The deficiencies demonstrated by the other Defendants in their motions to dismiss almost all apply equally to me, particularly Mr. Walker's argument that this case is barred by the principle of *res judicata*. The Defendants have shown that Plaintiff doesn't know what he is doing, and is also a liar. But at this time, all this court needs to determine in relation to my case is that he has failed to serve me and this alone justifies dismissal.

Accordingly, this court should dismiss me from this suit, with prejudice, and this court should grant any other relief it deems just and equitable.

Friday, January 23, 2015

Respectfully submitted,

Robert Stacy McCain
c/o W. J. J. Hoge
20 Ridge Road,
Westminster, MD  21157
(240) 217-5249
Robertstacymccain8@gmail.com
(no fax)

### CERTIFICATE OF SERVICE

I certify that on Friday, January 23, 2015, I served copies of this document on by mail on Mr. Kimberlin and by electronic service on all Defendants.