Judge George Hazel  
US District Court  
6500 Cherrywood Lane  
Greenbelt. MD 20770

January 25, 2015

Re: Kimberlin v. National Bloggers Club, GJH 13-3059

Plaintiff's Response to Defendant Walker and Hoge's January 21st Letter Request

Dear Judge Hazel:

Defendants Walker and Hoge, once again, have asked to file a pleading to respond to a filing concerning another defendant, Lee Stranahan. Judge Grimm, however, made clear to these two defendants that they cannot file such pleadings because they lack standing. "Hoge and Walker also lack standing to move to dismiss unserved defendants." Doc. 88, page 4.

Second, I have a due process right under the Federal Rules of Civil Procedure to respond in any way I see fit to a motion to dismiss filed by a defendant in this case. See also Local Rule 105(2)(a). Defendant Stranahan filed a Motion to Dismiss on or about January 5, 2015. Therefore, I had a right to respond. If I had not responded, Defendant Stranahan could have argued or the Court could have believed that I had no opposition to his motion.

Third, Defendant Stranahan stated in his Motion that he was adopting all the arguments of the other defendants. Therefore, clearly, I had a right to respond to those arguments and attempt to discern which arguments related to or had a bearing on the misconduct of Defendant Stranahan. As Judge Grimm previously noted, Defendants Hoge and Walker cannot micromanage my pleadings and cannot rename a reply as a surreply just because I responded to a motion to dismiss filed after most of the other motions to dismiss. I had no control whatsoever of when Defendant Stranahan would file his motion. I however did control when I filed my response, and it was timely.

For the record, I did communicate with Defendant Stranahan both by email and by phone about his motion. He advised me that he had been sick and asked that I not file for default, and promised to get the motion in as soon as he could. I agreed and waited patiently for it to be filed.

Clearly, this Court should deny the request of Defendants Hoge and Walker to file a motion to strike.

Sincerely,  
Brett Kimberlin  
Cc: Lee Stranahan