Judge George Hazel
US District Court
6500 Cherrywood Lane
Greenbelt. MD 20770

January 23, 2015

FILED ___ ENTERED
LODGED ___ RECEIVED

JAN 26 2015

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

Re: Kimberlin v. National Bloggers Club, GJH 13-3059

Re: Substitution re Mandy Nagy

Dear Judge Hazel:

Counsel for Mandy Nagy yesterday file a very convoluted and confusing letter responding to my request to substitute Ginny Nagy for Mandy Nagy in light of the latter's legal incompetence. I will try to respond here.

I have asked to file a Motion for Substitution pursuant to Federal Rule of Civil Procedure 25(b). Apparently, counsel agrees that I can file such a motion but questions my reasons for doing so at this time. I will answer that question.

Defendant Nagy suffered a debilitating stroke almost five months ago. Her competency has not become legally acceptable over those months. Despite this, counsel did not inform either the Court or me of her incompetency. Instead, I found out from Defendant Stranahan who contacted me and asked me to try to resolve the case against Defendant Nagy in light of her stroke. I therefore contacted counsel and asked if he would be interested in settling the case. Without getting into FRE 408 discussions, counsel finally admitted that he could not discuss settlement with Defendant Nagy.

Rather than raise the issue of substitution at that time, which I felt was more appropriately the ethical duty of counsel, I waited in the hope that Defendant Nagy would see her competency return. However, after five months, that appears unlikely, at least in the immediate future.

In the meantime, five defendants have settled the case and it is only appropriate that Defendant Nagy's representative and mother, Ginny Nagy, be given the opportunity to settle this case. Counsel admits that he has not even discussed this with her, which I believe underscores the reasons for substitution. She needs to have the option of settling the case, which may be in her daughter's best interests.

As it stands now, nothing can be done with regard to Defendant Nagy from the perspective of counsel or me because there is no party in this case who can represent her interests. I question how counsel could even file pleadings such as the Motion to Dismiss on her behalf without her knowledge of their contents and without her approving the filings. Didn't he have an obligation to inform the Court that he was filing pleadings on behalf of an incompetent client who did not even read or approve them? Clients have a due process right to participate in their

defenses and if they cannot due to incompetency, their legally appointed representative should do so.

Incredibly, counsel is aware that in the defamation case of *Shirley Sherrod v. Andrew Breitbart*, Civ. A. No. 11-00477 (RJL) pending before Judge Leon in the DC District Court, the court allowed substitution of Andrew Breitbart's wife over her objection following his death from a heart attack.

For the reasons stated above, I would like to file a formal motion to substitute Ginny Nagy for Mandy Nagy.

Sincerely,

Brett Kimberlin