FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 FEB 12  AM 11: 05

CLERK'S OFFICE
AT GREENBELT

BY ___QV___ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

BRETT KIMBERLIN,
    Plaintiff,

v.                                                               GJH 13-3059

NATIONAL BLOGGERS CLUB et al,
    Defendants.

## PLAINTIFF'S RESPONSE TO DEFENDANT MCCAIN'S MOTION TO DISMISS

Plaintiff Brett Kimberlin hereby responds in opposition to Defendant Robert McCain's Motion to Dismiss. In short, Plaintiff has properly pleaded his Complaint and Defendant McCain's meritless motion should be denied.

### Plaintiff Withdraws His Request To File For Default Against Defendant McCain

Defendant McCain has stated that he did not file his motion to dismiss because he was never served with a copy of the Amended Complaint, and he accuses Plaintiff of not sending it. While this argument is factually inaccurate and without merit, Plaintiff hereby withdraws his request for default and will now address Defendant McCain's motion to dismiss. Plaintiff asks the Court to note, however, that Defendant McCain readily admits that he had notice and knowledge of the suit and the date on which his motion to dismiss was due. He said that in August 2014, he wrote to the Court asking for advice of when to file but still never filed even though every one of his co-defendants who had been served filed their motions. And Defendant McCain has now filed a Motion to Dismiss. Judge Grimm ruled in this case

when Defendant Twitchy complained about service yet had notice, responded and filed a Motion to Dismiss, that that is all that is required. ECF 88, p 3 ("And it seems that, to the extent service has not been effected as to Twitchy, Twitchy essentially has waived service and elected to move forward with a motion to dismiss, notwithstanding that it continues to identify itself as a "non-party.")

Also, for the record, much of the mail Plaintiff has sent to Defendant McCain has been returned including Plaintiff's letter requesting default, to which Defendant McCain still responded. See Exhibit A-Copy of returned envelope sent to Defendant McCain on January 21, 2015 and returned to Plaintiff on February 2, 2015. Defendant McCain cannot complain about not receiving mail when he will not accept the mail, will not forward it to a legal address, and will not file a proper change of address with the clerk.

## Plaintiff's Response To The Motion To Dismiss

### Defendant McCain's Character

Defendant McCain got on his high horse and bellowed that this Court must dismiss the Complaint because he, an "award winning" reporter, had never committed any tortious act against Plaintiff. This is without merit and belied by the facts.

1. Defendant McCain has been an unemployed reporter for many years after he was forced off of the *Washington Times* during a purge of staff with extremist views. As a co-worker of his stated publicly:

> "I know Stacy McCain, an ill-tempered racist who sat on the other side
> of my desk for many years and carried on loud telephone
> conversations almost every day full of racist and ultra-right

comments, and often got into loud verbal fights with both reporters and editors in the newsroom."
http://holocaustcontroversies.blogspot.com/2009/10/meet-robert-stacy-mccain-neo.html

2. Defendant McCain was exposed by the Southern Poverty Law Center as a member of the extreme racist League of the South, which he wrote for on a regular basis. http://www.splcenter.org/get-informed/news/center-wins-justice-for-billy-ray-johnson

3. Defendant McCain is an ardent foe of inter-racial marriage, and a supporter of segregation. He said this:

> [T]he media now force interracial images into the public mind and a number of perfectly rational people react to these images with an altogether natural revulsion. The white person who does not mind transacting business with a black bank clerk may yet be averse to accepting the clerk as his sister-in-law….
> http://spiritwaterblood.com/docs/greatsouthernleagueracedebate.html

4. He regularly posted on the ultraconservative FreeRepublic website as "BurkeCalhounDabney", all Southern racists who advocated slavery. Indeed, Mr. Dabney, a theologian, stated long after the Civil War ended that rejecting slavery was tantamount to rejecting Christianity.

http://holocaustcontroversies.blogspot.com/2009/10/meet-robert-stacy-mccain-neo.html

5. In a tweet on December 18, 2013 to Defendant Walker, Defendant McCain wrote, with regard to his upcoming Motion to Dismiss, "You forgot to add: FUCK YOU, BRETT KIMBERLIN…. Don't worry. "I'll add that in MY motion to dismiss." Exhibit B.

6. The above provides just a glimpse of the character of Defendant Robert Stacy McCain who tells this Court with a straight face that he would never say anything defamatory about Plaintiff because he has such impeccable character.

**Defendant McCain's Position Regarding The Truth**

Defendant McCain purports to be a reporter yet he does not subscribe to or abide by any of the tenets of journalistic ethics as set forth by the Society of Professional Journalists. For example, he never contacted Plaintiff for comment or context before writing his defamatory publications. He did not strive for the truth, he engaged in lurid writing, and he did not "minimize harm."

Defendant McCain's position on the truth is stated in his blog post, "How to get a million hits on your blog." http://rsmccain.blogspot.com/2009/02/how-to-get-million-hits-on-your-blog-in.html Under the point 4, he states that he creates "enemies" by being "as nasty as we wanna be," and " never bothering to craft logical arguments....:" ("We'll have none of your 'bipartisan civility' around here, you sissy weaklings. .... We're As Nasty As We Want To Be." And, "of course, I never bother 'craft[ing[ logical arguments'. ... If you want logic, subscribe to a magazine or buy a book.").

In his pleadings before this Court, Defendant McCain asks why would he, an award winning reporter, (whose award was given in 2013 by Defendant National Bloggers Club for his defamatory article about Plaintiff), target Plaintiff if there was not some substance to his articles. Yet Defendant McCain has answered that very question—to increase his Internet search engine ranking, to get a million hits, to create enemies, and to bring people to his site to "hit the tip jar" he has on his front

page. The bigger the lie and outrage Defendant McCain tells, the higher his blog rises on Google and the more tips he gets from those who read his "illogical" blog.

### Defendant McCain Committed The Tortious Conduct

Defendant McCain is not simply a member of Defendant National Bloggers Club, he is also a business partner of its president, Defendant Akbar. They launched several failed supposed news websites together, including www.ViralRead.com, and Defendant Akbar has provided him with financial support.

Defendant McCain wrote numerous defamatory articles for the former-Defendant American Spectator imputing that Plaintiff was involved with swatting, including one titled, "Terror By Any Other Name," which called Plaintiff an "online terrorist ringleader." (NOTE: American Spectator has resolved this case with Plaintiff and removed all of the defamatory articles written by Defendant McCain.) On his own blog, Defendant McCain urged reporters to "peel... that big onion" around Plaintiff's connections to the swattings, and posted a blog about a webinar hosted by former-Defendant Franklin Center which put Plaintiff's name and swattings in the title. (NOTE: Franklin Center has resolved this case with Plaintiff and removed that webinar and other references to Plaintiff and swatting from the Internet.) If American Spectator and Franklin Center removed their McCain related defamatory posts, it follows that Defendant McCain's actions in this case are tortious. As set forth in the Complaint, he repeatedly implied and imputed in other articles on his blog and ViralRead that Plaintiff was involved with swattings. Defendant McCain posted scores of derogatory articles and tweets about Plaintiff and used those articles to raise money for the fraudulent National Bloggers Club. He

KimberlinUnmask then re-registered it for a third time using the name

@KUredux, and was again suspended by Twitter for the same reasons.

```
----- Forwarded Message -----
From: "Twitter Support" <support@twitter.com>
To: *******
Sent: Tuesday, February 10, 2015 10:45:06 AM
Subject: Case# 10981935: Receiving non-violent threats
- kimberlinunmask

Hello,

Thanks for letting us know about this issue. We've
investigated and suspended the account you reported
because this user appears to have created multiple
accounts for disruptive purposes, or with overlapping
uses, which is a violation of the Twitter Rules
(https://twitter.com/rules).

If these problems persist for you on Twitter, please
let us know.

Thanks,

Twitter
```

As of February 10, 2015, KimberlinUnmask has re-registered for a fourth

time now using the name @WatchfulAvenger, and Plaintiff is awaiting that

suspension.

   The point here is that the KimberlinUnmask has been found to be

"abusive," "disruptive" and in violation of Twitter Rules yet continues its

harassment and abuse of Plaintiff no matter what. Every time

KimberlinUnmask was suspended, it sent tweets to many of the defendants

letting them know about the new account so they could participate in the

continued harassment and they in turn posted on that account. This shows a

level of coordination and conspiracy amongst those Defendants.

**The Armstrong v. Shirvell Case**

Plaintiff cited the case of *Armstrong v. Shirvell*, 2:11 cv 11921 AJT (ED MI) in a previous pleading, but takes this opportunity to focus this Court's attention on it because the factual and legal similarities to the instant case. Andrew Shirvell was an Assistant Attorney General for the State of Michigan. He began an obsessive stalking and defamation campaign against Chris Armstrong, a University of Michigan student gay activist. Shirvell created websites and social media accounts under false names to attack Armstrong, followed him around and took photos of him, photoshopped his pictures in derogatory ways, made many false statements about him, and harassed him online at every opportunity.

Armstrong eventually sued Shirvell for stalking, false light, defamation and other torts. After an investigation, Shirvell was fired by the Attorney General's office because of his tortious conduct. He lost his pension. He lost his law license. And he filed hundreds of frivolous motions in federal court attacking Armstrong and the judge. Many of those motions mirror the arguments made by the Defendants in the instant case—he wrapped himself in the First Amendment, said that he was acting in his individual capacity rather than official capacity, and said that Armstrong deserved the exposure because he was a gay activist. The judge, however, denied all those motions, including the Motion to Dismiss, which he dispensed with in a single

Two days later, 28 year old Kevin Bollaert was convicted of 27 felony counts for operating a revenge porn site and using a second site to charge victims to remove the private photos. http://www.defamationremovalattorneysblog.com/2015/02/operator-of-revenge-porn-site-convicted-in-california/

Although the instant case is not a revenge porn case, the conduct of the Defendants is very much like that of Craig Brittain and Kevin Bollaert. Here, the Defendants engaged in "revenge reputation" by targeting Plaintiff with false allegations of criminal activity, placing that information on the Internet to embarrass and destroy Plaintiff, raising tens of thousands of dollars based on those false narratives, and then demanding that they would not stop unless Plaintiff paid them money (Defendant Walker's malicious Virginia suit demanded $66 million) and lost his employment (Defendant Walker's malicious federal suit filed by Defendants Backer and DBCS demanded money, termination of employment and the turning over of all business records). Several of the Defendants even demanded that Plaintiff accept Jesus and "repent" or they would continue their "revenge reputation." The FTC would call this fraud and unfair practices. Plaintiff has pleaded the defendants' conduct as intentional torts and racketeering.

## The Defendants' Attacks On Those Who Do Not Accept Their False Narratives

Many of the defendants in this case, including Defendant McCain, have attacked those who do not accept their false narratives about Plaintiff. For example, they attacked the States Attorneys in Montgomery and Howard County after they rejected the false crime narratives and refused to arrest Plaintiff for non-existent crimes. With regard to Howard County, they even launched an online "Everybody Blog About Howard County Prosecutors" that resulted in vastly increased security and death threats to those prosecutors. They targeted Montgomery County District Judge Cornelius Vaughey after he issued a Peace Order against Defendant Walker, posting his home address and phone number online, which required the head of District Court Security to provide a police detail to the judge for a time. And they have targeted reporters who expose their nefarious activities or don't buy into their false narratives. Defendant Hoge filed 367 criminal charges against reporter Bill Schmalfeldt in retaliation for his articles exposing the Defendants charged in the instant Complaint. Defendant McCain attacked the Washington Post and its reporter Monica Hesse as follows:

The *Washington Post* is a disgrace to journalism that employs hired liars like Monica Hesse. The *Washington Post* and Monica Hesse are engaged in a conspiracy to conceal the truth about Brett Kimberlin.
In 2007, Monica Hesse did not tell the truth about Brett Kimberlin, and in 2013, she will not tell the truth about Brett Kimberlin.
The truth about Brett Kimberlin has never been printed in the *Washington*

*Post*, nor will it ever be. No honest person would work for the *Washington Post*, which only publishes evil lies. (www.theothermccain.com)

And now, the Defendants are planning to attack this Court if it denies their Motions to Dismiss. On Defendant Hoge's moderated blog, which is the most recent main site directing Defendants' harassment of Plaintiff, Defendant Hoge has laid the groundwork for the attack.

"A little public shaming might be in order. A letter writing campaign to local papers and other officers of the court, if carried on for a couple of years by lots of different people, might just leave a skidmark on his status.
It starts after the instant case is over. If the Streisand Effect is distressing to a worm like Pedophile Brett Coleman Kimberlin, who has no good name to protect, imagine how it might upset Judge George J. Hazel, who was told upon his swearing in that 'he is the youngest United States district judge.'
http://en/m.wikipedia.org/wiki/George_J_Hazel
He may not care what we proles think, but he certainly cares what his peers think....
It's no fun being shunned by your peers for blatant incompetence....
Calling out a judge during a case is a bad move, but publicizing his mistakes, afterwards?
Fair game, free speech, and constitutionally protected activity."
www.Hogewash.com. Exhibit E.

## Conclusion

For all the above reasons, and all the reasons set forth in Plaintiff's other responses to Defendants' Motions to Dismiss, which he hereby adopts with regard to Defendant McCain, this Court should deny Defendant McCain's Motion to Dismiss.

Respectfully submitted,
Brett Kimberlin

Certificate of Service

I certify that I mailed a copy of this pleading to Defendants McCain, Hoge and Walker and to counsel for Defendant Twitchy this 12th day of February, 2015

Brett Kimberlin