User Actions
 Follow

**Robert Stacy McCain** @rsmccain
You forgot to add: FUCK YOU, BRETT KIMBERLIN.
allergic2bull.blogspot.com/2013/12/exclus___... Don't
worry. I'll add that in MY motion to dismiss.
@AaronWorthing

- Reply
- Retweet
- Favorite
- More
- **3** RETWEETS
- **2** FAVORITES

- _____

2:06 AM - 18 Dec 13

Ex B