

**Robert Stacy McCain**
@rsmccain

Pump-action 12-gauge is very simple to operate. Just sayin' ... RT @BrianA59 Buy a gun and learn to use it if you don't already know.

← Reply  ⟲ Retweet  ★ Favorite

4 RETWEETS    2 FAVORITES

7:23 PM - 21 May 12 via web · Embed this Tweet



**38 Dustin** @Dust92                                              11h
@rsmccain I'm glad free citizens can protect themselves, but it sucks that a blogger has to worry abt how to protect his family. @BrianA59
Details

**43 richard mcenroe** @richard_mcenroe                    11h
@rsmccain @BrianA59 s'why I bought a .44 SA. Pull this, pull this, repeat.
Details

**60 Rick Wilson** @TheRickWilson                               11h
@rsmccain Aim center-mass.
Details

**37 Brian A** @BrianA59                                            12h
@rsmccain Works for me too!
Details

**50 Ellie Lockwood** @EllieNoVATea                            12h
@rsmccain @briana59 Recently passed Basic Pistol and have applied for concealed carry. Thinking a 12-gauge is a good idea too.
Details

Ex C