iOS app (http://itunes.apple.com/us/app/the-huffington-post/id306621789?mt=8)
Android app (https://play.google.com/store/apps/details?id=com.huffingtonpost.android&hl=en)  More (/big-news/#college)

Desktop Alerts | Log in | Create Account

(http://www.huffingtonpost.com/college)

Edition: U.S. ▼    Like 40k    Follow    Newsletters    Huffington Post Search

FRONT PAGE (HTTP://WWW.HUFFINGTONPOST.COM)   POLITICS (HTTP://WWW.HUFFINGTONPOST.COM/POLITICS/)   COMMEDY (HTTP://WWW.HUFFINGTONPOST.COM/COMEDY/)   TECH (HTTP://WWW.HUFFINGTONPO

...gtonpost.com/news/college-rankings/)
e Silence (http://www.huffingtonpost.com/news/breakingthesilence/)
uffingtonpost.com/news/greek-life/)
e (http://www.huffingtonpost.com/news/ivy-league/)
ffingtonpost.com/news/student-activism/)

**Know Where You Stand**
Monitor your credit. Manage your future. Equifax Complete™ Premier.
www.equifax.com

**Man, 63, Avoids Wrinkles**
63 Yr Old Man Shares Simple DIY Skin Tightening Method He Uses At Home
healthylivinglifeguide.com

Buy a link here

# Andrew Shirvell, Lawyer Ordered To Pay $4.5M To Gay University Of Michigan Student Christopher Armstrong

AP | By JEFF KAROUB

Posted: 08/17/2012 8:17 am EDT | Updated: 10/17/2012 5:12 am EDT



251 (javascript:void(0))
Like

146
Share
(https://www.facebook.com/sharer/sharer.php?u=http%3A%2F%2Fwww.huffingtonpost.com%2F2012%2F08%2F17%2Fandrew-shirvell-lawyer-or_n_1795737.html)

Tweet
534
submit ...itter.com/intent/tweet?text=Lawyer+Ordered+To+Pay+%244.5M+To+Gay+University+Of+Michigan+Student+http%3A%2F%2Fhu

Comment
reddit



ADVERTISEMENT
HOW TO REMOVE DARK SPOTS
BEVERLY HILLS MD COSMECUTICALS
LEARN MORE

SUGGESTED FOR YOU

1.

Friend Of Slain Muslim Student: 'He Was Safer In The Conflict Zones' an hour ago huffingtonpost.com The Huffington Post HuffingtonPost.com (AOL) Sebastian Murdock Sebastian Murdock Deah Barakat

2.

DETROIT -- A jury on Thursday awarded a gay University of Michigan student body president $4.5 million in his lawsuit against a former Michigan assistant attorney general who posted about him in an anti-gay blog.

The U.S. District Court jury ruled in favor of Christopher Armstrong, who claimed he suffered distress after a blog created by Andrew Shirvell accused him of enticing minors with alcohol and recruiting people to become homosexual.

"I'm just incredibly humbled by what happened today," Armstrong told The Associated Press. "This is truly a victory – not just for myself, but for a lot of other kids out there."

Shirvell, who was representing himself, said the jury award was "grossly excessive" for what was "clearly protected speech ... and activity."

"This should have been thrown out," he said, adding that he plans to appeal. "Juries give short shrift to First Amendment rights."

Ex D

Then-Attorney General Mike Cox fired Shirvell in 2010 after he criticized Armstrong, who graduated last year.

Shirvell has said he viewed his blog "as a movement to get" Armstrong to resign. Shirvell argued he was acting within his First Amendment rights and that his statements were either true or protected because of Armstrong's role as a public figure.

Armstrong's attorney, Deborah Gordon, had said she would drop the lawsuit if Shirvell apologized and retracted his comments. Shirvell said that was disingenuous, since it wasn't until closing arguments that a multimillion-dollar award was brought up.

Shirvell said he's unemployed and "there's no way I could possibly ever pay such a judgment."

Gordon said the jury couldn't make him apologize, so the money was the only answer.

"We needed him to retract the flat-out fabrications he had come up with about Chris," she said. "Once he refused to take responsibility, we put it in the hands of the jury."

MORE: Andrew Shirvell Video, Andrew Shirvell, Andrew Shirvell Fired, Chris Armstrong Andrew Shirvell, Andrew Shirvell Chris Armstrong, Andrew Shirvell Blog

Suggest a correction

## You May Like



- 1. Why Size Matters In College, But Not For The Reason You Think 2 months ago live.huffingtonpost.com HuffingtonPost.com (AOL) sex



- 2. Alleged Rapist Of Columbia Mattress Protester Speaks Out a week ago live.huffingtonpost.com HuffingtonPost.com (AOL) rapist



HuffPost

3.



President Obama Has 'Contempt' For New York Times Columnist Maureen Dowd a day ago huffingtonpost.com The Huffington Post HuffingtonPost.com (AOL) Michael Calderone Michael Calderone Most Popular on HuffPost

- 4.



WATCH: Boxer Puppy Tries To Howl, Can't Help Snorting A Little 6 days ago huffingtonpost.com The Huffington Post Huffington Post Mobile Ryan Grenoble Ryan Grenoble Most Popular on HuffPost

- 5.



Michelle Obama Banned Chelsea Clinton's Favorite Dish From The White House a day ago huffingtonpost.com The Huffington Post Huffington Post Mobile Amber Ferguson Amber Ferguson Most Popular on HuffPost

- 6.



Lester Holt Explains Where Brian Williams Is a day ago huffingtonpost.com The Huffington Post Huffington Post Mobile Catherine Taibi Catherine Taibi Most Popular on HuffPost

- 7.



The Subtly Offensive Phrases We Need To Stop Saying 21 hours ago huffingtonpost.com The Huffington Post AOL Forex Taylor Trudon Taylor Trudon microaggressions

- 8.



Boko Haram Kidnaps Hundreds, Tells Captives Stories Of Chibok Girls 5 hours ago huffingtonpost.com The Huffington Post Huffington Post Mobile CHIKA ODUAH CHIKA ODUAH Most Popular on HuffPost

FOLLOW HUFFPOST