**Roy Schmalfeldt (formerly Leroy Oddswatch)**
on 27 January, 2015 at 09:20 said:

 11  0  Rate This

Only when I'm in his courtroom.

A little public shaming might be in order. A letter writing campaign to local papers and other officers of the court, if carried on for a couple years by lots of different people, might just leave a skidmark on his status.

It starts after the instant case is over. If the Streisand Effect is distressing to a worm like Pedophile Brett Coleman Kimberlin, who has no good name to protect, imagine how it might upset Judge George J. Hazel, who was told upon his his swearing in that "he is the youngest United States district judge":

http://en.m.wikipedia.org/wiki/George_J._Hazel

He may not care what we proles think, but he certainly cares what his peers think…

It's no fun being shunned by your peers for blatant incompetence…

Calling out a judge during a case is a bad move, but publicizing his mistakes, afterwards?

Fair game, free speech, and a constitutionally protected activity.



Ex E