

Ronald D. Coleman
rcoleman@goetzfitz.com

February 19, 2015

**BY ECF**

Hon. George J. Hazel, U.S.D.J.
United States District Court
U.S. Courthouse
6500 Cherrywood Lane
Greenbelt, MD  20770

      Re:  **Kimberlin v. National Bloggers Club**
           **Docket No. 8:13-cv-03059-GJH**

Dear Judge Hazel:

    We represent defendant Ace of Spades blog in this matter and write concerning the pending "Request to Identify Ace of Spades" submitted by plaintiff (Document number 222).

    We write to make the Court aware of an opinion just issued by the Appellate Division of the New York Supreme Court in *In re Woodbridge Structured Funding, LLC*, 2015 NY Slip Op 01527 (February 19, 2015). In this short decision the Appellate Division joined the ranks of appellate courts holding that parties are not entitled to pre-litigation disclosure of information to identify the authors of online commentary where defamation claims based on those comments fail to state a prima facie cause of action. The court also noted that dismissal was proper given the failure to allege facts amounting to cognizable damages arising from the alleged defamation.

    A copy of the slip opinion is enclosed.

                             Respectfully submitted,

                             Ronald D. Coleman

cc:  All counsel (ECF) and unrepresented parties (email)