IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

|  |  |  |
|---|---|---|
| BRETT KIMBERLIN, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: GJH-13-3059 |
| NATIONAL BLOGGERS CLUB, ET AL., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In accordance with the corresponding Memorandum Opinion, it is this 17th day of March, 2015, by the United States District Court for the District of Maryland, hereby **ORDERED** that:

1. Defendants' Motions to Dismiss, ECF Nos. 136, 140, 147, 148, 149, 152, 156, 180, 184, 190, 213, 216, 238, 255, are **GRANTED** in full, except as to Defendant Patrick Frey, whose motion to dismiss (ECF No. 180) is **GRANTED**, in part, and **DENIED**, in part. Defendant Frey's motion to dismiss is denied as to Plaintiff's § 1983 claim. In all other respects, Defendant Frey's motion to dismiss is granted.

2. Plaintiff Brett Kimberlin's Motion to Identify Defendant Ace of Spades, ECF No. 232, is **DENIED**, as moot.

3. Defendant Ace of Spade's Motion for Extension of Time to File Response to Kimberlin's Motion to Identify Defendant, ECF No. 234, is **DENIED**, as moot.

4. Plaintiff Brett Kimberlin's Request for Default Against Defendants Ali Akbar and the National Bloggers Club, ECF No. 237, is **DENIED**.

5. Plaintiff Brett Kimberlin's Request to Substitute Defendant Mandy Nagy with Defendant Ginny Nagy, ECF No. 246, is **DENIED**, as moot.

6. Plaintiff Brett Kimberlin's Request for Default Judgment Against Defendant Robert McCain, ECF No. 247, is **DENIED**, as moot;

7. Plaintiff Brett Kimberlin's Motion to Enforce Settlement with Defendant Lynn Thomas, ECF No. 248, is **DENIED**;

8. Defendants William Hoge's and Aaron Walker's Joint Request to File Motion to Strike or Disregard ECF No. 249 or to File a Response to ECF No. 249, ECF No. 250, is **DENIED**, as moot.

9. Defendants William Hoge's and Aaron Walker's Joint Request to File Motion to Strike or Disregard ECF No. 259 or to File a Response to ECF No. 259, ECF No. 260, is **DENIED**, as moot; and

10. Defendant The Franklin Center's Motion to Withdraw as Attorney by Counsel for Defendant The Franklin Center, ECF No. 252, is **DENIED**, as moot.

Dated: March 17, 2015                              /S/
                                                   George Jarrod Hazel
                                                   United States District Judge