

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**CHAMBERS OF**
**George Jarrod Hazel**
**UNITED STATES DISTRICT JUDGE**

6500 Cherrywood Lane
Greenbelt, MD  20770
(301) 344-0637

March 18, 2015

RE: *Kimberlin v. Patrick Frey*
    GJH – 13-cv-3059

Dear Parties:

    Please be advised the Court has scheduled a Fed. R. Civ. P. 16 telephone conference call for **Thursday, April 2, 2015 at 9:30 a.m.**  Plaintiff is ordered to provide the Court with a current telephone number for the conference on or before **Thursday, March 26, 2015**.  The Court will initiate the conference call to all parties on the designated date and time.

                      Sincerely,

                      /S/
                      George Jarrod Hazel
                      United States District Judge

cc: Brett Kimberlin
8100 Beech Tree Road
Bethesda, MD 20817