**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
*Southern Division*

|  |  |
|---|---|
| **BRETT KIMBERLIN,** | * |
| Plaintiff, | * |
| v. | *   Case No.: GJH-13-3059 |
| **PATRICK FREY** | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In accordance with the corresponding Memorandum Opinion, it is this 26th day of March, 2015, by the United States District Court for the District of Maryland, hereby **ORDERED** that Plaintiff Brett Kimberlin's Request to File a Motion for Reconsideration is **DENIED**.

Dated: March 26, 2015

/S/
George Jarrod Hazel
United States District Judge