Clerk of the Court  April 24, 2015
6500 Cherrywood Lane
Greenbelt, MD 20770

Re: Kimberlin v. NBC, GJH 13-3059, Update Phone Number

Dear Clerk:

Please update the record to reflect that my phone number is (301) 320 5921.

Thank you

Brett Kimberlin

FILED _____ ENT
LODGED _____

MAR 3 0 2015

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____DEPUTY