

PAC • CAMPAIGN • NON-PROFIT • POLITICAL LAW

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# GREENBELT DIVISION

| | |
|---|---|
| BRETT KIMBERLIN, )<br>   Plaintiff, )<br> )<br>v. )<br> )<br>NATIONAL BLOGGERS CLUB, )<br>*Et. al.* )<br>   Defendants ) | **Case No. GJH 13-3059** |

## CERTIFICATE OF SERVICE

I hereby certify that, on this Tuesday, March 31, 2015, a true and correct copy of the foregoing Request to File Motion for Attorney's Fees, Sanctions and Injunctive Relief was electronically filed in this case and a copy was emailed, by previous agreement of the Parties, to Plaintiff, and Defendants Hoge, McCain and Walker.

_____/s/_____
Christina P. Sirois
DB Capitol Strategies, PLLC
203 South Union Street, Ste. 300
Alexandria, Virginia 22314
Csirois@dbcapitolstrategies.com
(571) 207-6451 Office
(202) 478-0750 Fax
Bar No. 802079


_____/s/_____
Thomas J. Koudolis
Parker, Simon, & Kokolis, LLC
110 North Washington Street, Ste. 500
Rockville, Maryland 20850
(301) 656-5775 Office
(301) 656-7834 Fax
tj@pskfirm.com
Bar No. 16728

*Counsel for DB Capitol Strategies, PLLC and Dan Backer*