Judge George Hazel  April 1, 2015
6500 Cherrywood Lane
Gerenbelt, MD 20770

Re: Kimberlin v. NBC, GJH 13-3059, Response to Backer/DBS Letter Request

Dear Judge Hazel:

Please take this letter as a response to Defendants Dan Backer and DB Capitol Strategies' request to file a motion for attorney fees and sanctions. The request is without merit, contrary to law and is barred by res judicata.

These defendants have repeatedly requested and been denied the same type of sanctions they are now requesting. They represented Defendant Aaron Walker in two patently frivolous suits against me, one in this Court before Judge Motz, and the other in the Prince William Virginia County Circuit Court before Judge Potter. In the federal case, they asked that I be found to be a vexatious litigant and that I be denied the right to file any further lawsuits without permission from the federal court. This despite the fact that at that time I had only filed one suit in the previous decade and it resulted in a judgment in my favor. What these defendants wanted from the federal suit was for Judge Motz to find that the state of Maryland courts were not capable of handling their own affairs because they ruled in my favor. Judge Motz found that the request was far outside the authority of the federal courts. See attached order.

In the state case, Judge Potter found specifically that the case was brought in bad faith and for an "improper purpose." See attached. In that case, with virtually every motion filed by these defendants, they requested sanctions in the tens of thousands of dollars simply for me responding to the motions. Judge Potter denied every single such request by these defendants.

In the instant case, this Court has found that my 1983 claim against Mr. Frey has merit and should proceed. It found that I have made viable state law claims and allowed me to refile those claims in state court which I will do before April 15, 2015. The Court did not find that those claims were without merit or frivolous, or that I was vexatious. With regard to the RICO and 1985 claims, the Court simply found that I did not plead the necessary elements of the claims.

These Defendants are attemptiing to use a sanctions motion/order to undermine the Court's order allowing me to refile the state law claims in state court. They are attempting to deny me my statutory and First Amendment rights to seek redress for wrongdoing. To accept the defendants' argument that the mere filing of mutiple suits or the dismsisal of some counts is grounds for sanctions would put most lawyers out of business, including legal advocacy organizations such as the ACLU, Center for Constitutional Rights, Southern Poverty Law Center, Public Citizen Litigation Group, and Judicial Watch.

As far as attorney's fees, the defendants are not entitled to them. First, these defendants were represented by their own firm. Second, they cannot be considered prevailing parties since most of the claims against them are going to be heard in state court. Third, I am a pro se litigant who is the victim of the tortious conduct of the defendants. Fourth, it was the defendants' own misconduct of filing improper lawsuits against me that led to the legal claims against them. In fact, since I could not file for legal fees after prevailing in those two suits, my only recourse for recovery was in the civil court arena. Fifth, they used those malicious suits to do something unprecedented – launch a website and raise tens of thousands of dollars based on the false narrative that I swatted conservative bloggers. They pocketed that money, yet they now want to ask this Court to further pervert justice by imposing tens of thousands more in legal fees against me for seeking justice and redress.

Finally, last week, when I asked these defendants if they were interested in resolving this case prior to me re-filing the state law claims in state court, they responded by saying that I would have to pay them $25,000 or they would file for sanctions and fees in excess of $50,000.

For all these reasons, this Court should deny these defendants request to file for fees and sanctions.

Sincerely,

Brett Kimberlin
8100 Beech Tree Rd
Bethesda, MD 20817