UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

BRETT KIMBERLIN,
    Plaintiff,

v.                                         No. 13-3059

NATIONAL BLOGGERS CLUB, et al
    Defendants.

## NOTICE OF APPEAL

Plaintiff Brett Kimberlin hereby gives notice of appeal to the Fourth Circuit Court of Appeals of this Court's March 17, 2015 ORDER dismissing the RICO and 1985(2) claims in this matter.

April 15, 2015

Brett Kimberlin
8100 Beech Tree Rd
Bethesda, MD 20817
(301) 320 5921