IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

BRETT KIMBERLIN,

       *Plaintiff*,

       v.

PATRICK FREY

       *Defendant*

Case No.: CV 8:13-3059-GJH

## ANSWER OF DEFENDANT PATRICK FREY TO THE SECOND AMENDED COMPLAINT

Defendant Patrick Frey ("Defendant"), by his undersigned counsel, answers and says as follows to the remaining portions of the Second Amended Complaint:

### INTRODUCTION

1. Defendant neither admits nor denies the matter set out in the corresponding paragraph to the extent that they are merely characterizations of plaintiff's own claims. To the extent they purport to be allegations in and of themselves, the same are denied.

2. Admitted.

3. Denied.

4. Denied, except admitted that defendant has never contacted plaintiff.

5. Defendant neither admits nor denies the matter set out in the corresponding paragraph to the extent that they are merely characterizations of plaintiff's own claims. To the extent that they purport to be allegations in and of themselves, the same are denied.

**ADMITTED**

6. Denied except admitted with respect to 28 USC § 1331.

7. Denied.

8. Denied.

## PARTIES

9. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

10. Denied.

11. Denied.

12. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

13. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

14. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

15. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

16. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

17. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

18. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

19. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

20. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

21. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

22. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

23. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

24. Admitted.

25. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

26. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

27. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

28. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

29. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

30. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

31. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

32. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

**STATEMENT OF FACTS**

33. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

34. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

35. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

36. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

37. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph, except denies the allegations claiming that he was involved in a conspiracy and admits that he has a blog called Patterico's Pontifications.

38. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph, except defendant admits publishing the article referred to at the referenced URL and denies plaintiff's characterization of the article.

39. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

40. Denied, except admitted that Mr. Walker participated in defendant's blog during this period using the name Aaron Worthing.

41. Denied.

42. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

43. Denied.

44. Denied.

45. Denied, except admitted that defendant sent an email containing the excerpted words to Mr. Walker and that Glenn Reynolds is a well-known conservative author, professor and blogger.

46. Admitted that the words quoted are excerpted from a private email exchange between Mr. Walker and defendant.

47. Denied.

48. Admitted that the words quoted are excerpted from a private email exchange between Walker and defendant.

49. Admitted that the words quoted, but not the words in brackets, are excerpted from a private email exchange between Mr. Walker and defendant.

50. Admitted that the words quoted are excerpted from a private email exchange between Mr. Walker and defendant.

51. Admitted.

52. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

53. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

54. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

55. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

56. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

57. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

58. Denied.

59. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

60. Denied.
61. Denied.
62. Denied.
63. Denied.
64. Denied.
65. Denied.
66. Denied.
67. Denied.

68. Denied.

69. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

70. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

71. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

72. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

73. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

74. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

75. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

76. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph, except denies the allegations that defendant has ever attacked anyone.

77. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

78. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

79. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph, except denies the allegations as concerning defendant.

80. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

81. Denied.

82. Denied.

83. Denied.

84. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph, except denies the allegations that defendant has ever attacked anyone.

85. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

86. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

87. Denied.

88. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

89. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

90. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

91. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

92. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

93. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

94. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

95. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

96. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

97. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

98. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph, except admits that he contacted government officials regarding the swatting of conservative bloggers.

99. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

100. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

101. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

102. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

103. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

104. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

105. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

106. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

107. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

108. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

109. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

110. Denied, except admitted that defendant is an Assistant District Attorney in Los Angeles who blogs under the name Patterico and that defendant published the article referred to at the referenced URL, but denies plaintiff's characterization of the article.

111. Denied.

112. Denied.

113. Denied.

114. Denied.

115. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

116. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph, except denies the allegations that "only a person acting under color of law could convince an employee of the LA County Sheriff's Office to write a threat like that"; denies the statement "leave him alone don't go there" is a threat; denies that the writer of these words was or is an employee of the LA County Sheriff's Office; denies the implication the writer of these words was "convinced" by defendant to write these words; and denies that any action or omission chargeable to defendant could, as implied by the allegations, could have led the alleged writer of these words "to feel that he would be 'protected,'" or that the writer should need to protected, for the legal and harmless act of writing them.

117. Denied.

118. Denied.

119. Denied.

120. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

121. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

122. Admitted that the experience gained in defendant's legal training and work enhances his effectiveness as an investigative online journalist.

123. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

124. Denied.

125. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

126. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

127. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

128. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

129. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

130. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

131. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

132. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

133. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

134. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

135. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

136. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

137. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

138. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

139. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

140. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

141. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

142. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

143. Denied.

144. Denied.

145. Denied.

146. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

147. All the allegations of the corresponding paragraph, including the allegation that plaintiff is a musician, are denied.

148. Denied.

149. Denied.

150. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

151. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph.

152. Denied, except admitted that plaintiff has relationships with the some of the most repressive and barbaric regimes in the world.

153. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph, except denied that plaintiff's alleged property interest is greater than a trivial amount above zero.

154. Denied.

155. Denied, except admitted that defendant had a private email exchange with Mr. Walker containing the excerpted words.

156. Defendant lacks knowledge and information sufficient to admit or deny the allegations of the corresponding paragraph, except denied with respect to the allegations concerning defendant.

## REMAINING LEGAL CLAIM – 42 USC § 1983

206. Defendant's responses to the foregoing corresponding paragraphs are reincorporated by reference.

207. Defendant neither admits nor denies the matter set out in the corresponding paragraph to the extent that they are merely characterizations of plaintiff's own claims. To the extent that they purport to be allegations in and of themselves, the same are denied.

208. Denied.

209. Denied.

210. Denied.

211. Denied.

212. Defendant denies that plaintiff is entitled to any relief, and requests dismissal or an entry of a defense verdict.

## **AFFIRMATIVE DEFENSES**

### **FIRST AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred for failure to state a claim for which relief can be granted under the law.

### **SECOND AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred on the ground that the actions of Plaintiff complained of are absolutely privileged constitutionally-protected activities under the First Amendment such as the right of free speech and the right to petition the government for relief.

### **THIRD AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred under the doctrine of unclean hands.

### **FOURTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred on the ground that to the extent Plaintiff's activities were found to have been done under color of law, plaintiff has no remedy under the doctrine of prosecutorial immunity.

### **FIFTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred on the ground that the damages that Plaintiff alleges are the result of unrelated, pre-existing, or subsequent conditions unrelated to Defendant's conduct.

WHEREFORE, Patrick Frey respectfully demands judgment dismissing the Second Amended Complaint in its entirety or the entry of a verdict in his favor, together with counsel fees and costs, and such further relief as to this Court may deem just and proper.

                              ARCHER & GREINER, P.C.

                              By: _____
                                  Ronald D. Coleman (*Pro Hac Vice*)

                              Court Plaza South, West Wing
                              21 Main Street -- Suite 353
                              Hackensack, NJ  07601-7095
                              201-342-6000
                              rcoleman@archerlaw.com

                              T. Bruce Godfrey (Bar No. #24596)
                              JEZIC & MOYSE, LLC
                              2730 University Blvd. West #604
                              Wheaton, MD 20902
                              240-687-3564
                              godfrey@brucegodfrey.com
                              *Attorneys for Defendants*
                              *Patrick Frey and Mandy Nagy*

Dated:  April 15, 2015

## CERTIFICATION OF MAILING

    I hereby certify that a copy of this paper has been sent by first class mail postage prepaid on April 15, 2015 to Brett Kimberlin, 8100 Beech Tree Road, Bethesda, MD 20817, and was filed through ECF on the same date.

                                                /s/
                                      _____
                                      Bruce Godfrey, Attorney