FILED: April 21, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1412

(8:13-cv-03059-GJH)

_____

BRETT C. KIMBERLIN

       Plaintiff - Appellant

v.

NATIONAL BLOGGERS CLUB; ALI AKBAR; PATRICK FREY; ERICK ERICKSON; MICHELLE MALKIN; GLENN BECK; AARON J. WALKER; WILLIAM HOGE; LEE STRANAHAN; ROBERT STACY MCCAIN; MANDY NAGY; BREITBART.COM; THE FRANKLIN CENTER; MERCURY RADIO ARTS; THE BLAZE; ACE OF SPADES; REDSTATE; DB CAPITAL STRATEGIES; DAN BACKER; TWITCHY; THE AMERICAN SPECTATOR

       Defendants - Appellees

 and

JAMES O'KEEFE; SIMON AND SCHUSTER, INC; LYNN THOMAS, a/k/a Kimberlinunmasked

       Defendants

WILLIAM M. SCHMALFELDT

       Party-in-Interest

-------

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:13-cv-03059-GJH |
| Date notice of appeal filed in originating court: | 04/15/2015 |
| Appellant (s) | Brett Kimberlin |
| Appellate Case Number | 15-1412 |
| Case Manager | Richard H. Sewell 804-916-2702 |