

Suite 800
1919 Pennsylvania Avenue N.W.
Washington, D.C.  20006-3401

**Alison Schary**
202.973.4248 tel
202.973.4499 fax

alisonschary@dwt.com

April 27, 2015

**BY CM/ECF**

The Hon. George J. Hazel
U.S. District Court, District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

Re:   Correction of Docket to Reflect Dismissal of Defendant Franklin Center
      *Kimberlin v. National Bloggers Club, et al*, 13-cv-03059 (GJH)

Dear Judge Hazel:

      We represent the Franklin Center for Government and Public Integrity ("Franklin Center"), defendants in the above-captioned action.  We write to request a correction to the docket to reflect that the Franklin Center was voluntarily dismissed with prejudice from this action on December 8, 2014.  A copy of Plaintiff's Notice of Dismissal with Prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i) (ECF No. 230) is attached hereto as Exhibit A.

      In an apparent oversight, the docket was never updated to reflect that the Franklin Center was terminated from this action on December 8.  On March 17, 2015, the Court entered an order (ECF No. 264) granting the pending dismissal motions of multiple defendants – including the motion that had been filed by the Franklin Center prior to its dismissal (ECF No. 156).  Plaintiff has now filed a Notice of Appeal to the Fourth Circuit from the Court's March 17, 2015 Order.

      Defendant Franklin Center respectfully requests that this Court enter an order reflecting that the Franklin Center was voluntarily dismissed with prejudice from this action on December 8, 2014.  A proposed order is submitted herewith.

Respectfully submitted,

/s/ Alison Schary

Alison Schary

cc:   Alonzo B. Wickers, IV, Esq.
      Jonathan Segal, Esq.

Anchorage  New York  Seattle
Bellevue   Portland  Shanghai
Los Angeles  San Francisco  Washington, D.C.

www.dwt.com