UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

BRETT KIMBERLIN,
    Plaintiff,

No.  GJH 13 3059

PARTICK FREY,
    Defendant.

## PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES

I.    **Individuals likely to have discoverable information related to Plaintiff's claims.**

- LA County District Attorney's Office-Policies, practices, memos, investigations of Defendant, complaints against Defendant, orders and work performance regarding Defendant.
- Defendant Frey regarding entire case.
- LA County Sheriff's Department regarding threats against Plaintiff, contacts with Defendant regarding Plaintiff, alleged swatting of Defendant.
- FBI Agents Lynd, Borsuk, and Kolby and others in LA, Dallas and Washington DC regarding contacts with Defendant, emails, swatting investigation.
- US Attorney Dallas-regarding contacts with Defendant.
- Senator Saxby Chambliss-regarding contacts from/with Defendant.
- Ace of Spades the blogger-regarding contacts/emails with Defendant.
- Aaron Walker-regarding contacts/emails with Defendant.
- Glen Reynolds-regarding contacts/emails with Defendant.
- Ron Bryneart-regarding contacts/emails with Defendant.
- Kent Gibson-regarding contacts/emails with and tests for Defendant.
- Brandon Darby-regarding contacts/emails with Defendant.
- Lee Stranahan-regarding contacts/emails with Defendant.
- Erick Erickson-regarding contacts/emails with Defendant.
- Michelle Malkin-regarding contacts/emails with Defendant.
- Manassas Virginia Police Department-regarding alleged swatting of Aaron Walker.
- Intermarkets-regarding contacts with Defendant.
- Suburban Hospital in Bethesda, Maryland-regarding injuries incurred by Plaintiff in January 2012.
- Christopher Anderson Ph.D-expert on reputational harm, and online damage and costs to repair reputation.