FILED: July 8, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1412
(8:13-cv-03059-GJH)
_____

BRETT C. KIMBERLIN

      Plaintiff - Appellant

v.

NATIONAL BLOGGERS CLUB; ALI AKBAR; PATRICK FREY; ERICK ERICKSON; MICHELLE MALKIN; GLENN BECK; AARON WALKER; WILLIAM HOGE; LEE STRANAHAN; ROBERT STACY MCCAIN; MANDY NAGY; BREITBART.COM; THE FRANKLIN CENTER; MERCURY RADIO ARTS; THE BLAZE; ACE OF SPADES; REDSTATE; DB CAPITAL STRATEGIES; DAN BACKER; TWITCHY; THE AMERICAN SPECTATOR

      Defendants - Appellees

 and

JAMES O'KEEFE; SIMON AND SCHUSTER, INC; LYNN THOMAS, a/k/a Kimberlinunmasked

      Defendants

_____

M A N D A T E
_____

The judgment of this court, entered June 16, 2015, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*