# Publisher Solutions

Our hands-on approach to publisher monetization is designed to allow you, as a publisher, to focus on what you do best – create great content.

# New Publisher Requirements & Guidelines

At Intermarkets, we continuously seek to create the best opportunities for our publishers and advertisers. Maintaining and attracting reputable and high-quality advertisers is necessary to keep our publishers and their traffic happy. Unfortunately, this makes occasionally turning publishers away unavoidable. Since a about 1 in 5 sites out there are a good match, please review the information and guidelines below.

## Insider Tip

Rules were meant to be broken and we will consider every site, even if it doesn't meet all of the requirements. The only rule we can't break is the one about porn, illegal activity or inappropriate content, we have our families to consider.

## Minimum Requirements

- More than three million monthly page views available for advertising
- More than 75% U.S. traffic
- U.S.-based customer
- Establishment of recognized brand or personality
- Closely consistent with and/or is (or) moderated user generated content
- Conforms with Internet Advertising Bureau privacy standards
- Does not include material that is considered pornographic, adult or is otherwise considered inappropriate by Intermarkets
- Site conforms with a privacy policy

For more information or to join the Intermarkets Publisher Portfolio, please call us at 703.242.7474 or email publishers@intermarkets.net.

## Ready to Buy?

Customize and build your campaigns with our Self Service Ad Platform.

