IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| Brett KIMBERLIN | * | CIVIL DOCKET |
| Plaintiff | | |
| | * | |
| v. | | |
| | * | |
| Patrick FREY | | |
| Defendant | * | Case No.: 8:13-cv-03059-GJH |

## RESPONSE TO PLAINTIFF'S MOTION TO COMPEL AND FOR SANCTIONS

Defendant Patrick Frey, through counsel undersigned, and attorneys T. Bruce Godfrey, USDC DMD Bar ID # 24596, and Ronald Coleman, *pro hac vice*, hereby respond to the Motion to Compel and for Sanctions ("ECF 287") filed by Plaintiff Brett Kimberlin (Mr. Kimberlin).

1. Defendant has as of July 12, 2015 supplied to Mr. Kimberlin by electronic mail (by mutual consent) the Rule 26 disclosures ("disclosures") forming the subject of Mr. Kimberlin's filing of ECF 287. Mr. Kimberlin has responded to the email aforementioned; accordingly delivery of the disclosures materials should be considered as confirmed and complete and ECF 287 is now moot.

2. ECF 287 is also unripe insofar as it fails to comply with the technical requirements of Local Rule 104.7 and, if it is deemed applicable, Local Rule 104.8. While ECF 287 contains a certification of sorts, it does not contain what Rule 104.7 requires for a motion to compel, namely a specific certification as to the date time and persons present of a discovery conference, or good faith attempts to get

    a. the date, time and place of the discovery conference, and the names of all persons participating therein, or

    b. counsel's attempts to hold such a conference without success; and

    c. an itemization of the issues requiring resolution by the Court.

3. No response is required to ECF 287 regarding its request for sanctions against Mr. Frey or against attorneys T. Bruce Godfrey or Ronald Coleman, insofar as Local Rule 105.8 dispenses of any such requirement unless this Honorable Court should otherwise order. We respond in summary fashion nonetheless so as to preclude any doubt as to the real procedural posture of this case.

4. Defendant Patrick Frey and attorneys T. Bruce Godfrey and Ronald Coleman object to the accusation of dilatory intent by Mr. Kimberlin in this motion in paragraphs 7 and 8 of ECF 287. Similarly, the fact that Mr. Coleman flew to California to fight yet another lawsuit filed unsuccessfully by a Kimberlin confederate, Nadia Naffe, against Mr. Frey (as mentioned in paragraph 6 of ECF 287) <u>mitigates and not aggravates</u> Mr. Coleman's and Mr. Frey's position regarding the burdens of the Kimberlin litigation enterprise against Mr. Frey.

5. Mr. Frey is a full-time prosecutor with the Los Angeles County District Attorney's Office who, we proffer, spent most of June 2015 prosecuting a nearly three-week murder trial while coping with abusive lawfare waged against Mr. Frey by plaintiff and his confederates in multiple courts. Mr. Kimberlin is nonetheless entitled to the material in the Rule 26 disclosures, and now indeed possesses that material consistently with this Honorable Court's Order.

WHEREFORE Defendant Patrick Frey and his counsel Ronald Coleman and T. Bruce Godfrey respectfully request that Plaintiff Brett Kimberlin's Motion to Compel and for Sanctions, ECF 287, be denied as moot, unripe, non-meritorious and non-compliant with Local Rules.

Respectfully submitted,

/s/                                                                                    /s/

_____              _____
Ronald Coleman, Esquire (*pro hac vice*)             T. Bruce Godfrey #24596
Court Plaza South, West Wing                                  Jezic, Krum & Moyse LLC
21 Main Street, Suite 353                                         2730 University Blvd. West, #604
Hackensack, NJ 07601-7095                                    Silver Spring, MD 20902
201-342-6000                                                            240-292-7200
facsimile: 201-342-6611                                           facsimile:  (888) 241-3135
rcoleman@archerlaw.com                                       godfrey@jezicfirm.com

**CERTIFICATE OF ELECTRONIC FILING AND REGARDING WAIVER OF MAILINGS**

I (Godfrey) hereby certify that I have filed a copy of this document with the United States District Court electronically and by so doing have provided compliant notice to those parties who are registered with ECF through counsel as of this filing consistently with Local Rule 102.1(c) on July 13, 2015.  All parties, including pro se parties, have agreed to accept service by electronic mail only and an electronic copy has been distributed to all parties.

/s/                                                            /s/
_____              _____
Ronald Coleman, pro hac vice                       T. Bruce Godfrey #24596

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| Brett KIMBERLIN | * | CIVIL DOCKET |
| Plaintiff | | |
| | * | |
| v. | | |
| | * | |
| Patrick FREY | | |
| Defendant | * | Case No.: 8:13-cv-03059-GJH |

## **ORDER**

Upon review of Plaintiff's Motion to Compel and For Sanctions, ECF 287, and Defendant's response thereto, it is hereby this day _____ 2015

ORDERED that the Plaintiff's Motion to Compel and For Sanctions is and shall be hereby DENIED as moot and non-compliant with the Local Rules of this Court.

_____
Judge of the United States District Court
For the District of Maryland