UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

BRETT KIMBERLIN,
Plaintiff,

No. GJH 13 3059

PATRICK FREY,
Defendant.

**PLAINTIFF'S REPLY TO DEFENDANT FREY'S RESPONSE RE DISCOVERY ISSUES**

Now comes Brett Kimberlin and replies to Defendant Frey's response to Plaintiff's Motion to Compel and for Sanctions. In short, the reply is misleading and disingenuous and amounts to more of the same delaying tactics. Moreover, the situation is even worse now because Defendant Frey has failed to answer interrogatories, produce documents or appear for a deposition, as required by the Rules.

1. Defendant Frey asserts that the Motion to Compel is moot because he finally provided his initial disclosures on or about July 7, 2015, nine weeks after the date this Court ordered him to do so, and nine weeks after Plaintiff provided his disclosures to Defendant Frey. Complying after receiving a Motion to Compel does not moot a request for sanctions.

2. Defendant Frey asserts that sanctions are not appropriate unless the Court issues an order to show cause, which Plaintiff requested in his motion and which Plaintiff reasserts here.

3. Defendant Frey asserts that he has been involved in a three week murder trial and that his attorneys had to fly to Los Angeles to argue another case, which they lost, involving another victim of Defendant's Frey's tortious conduct. However, Defendant Frey and his attorneys had plenty of notice from this Court of its deadlines yet made

absolutely no effort whatsoever to communicate with Plaintiff on any request for extensions to comply with those deadlines. Moreover, Defendant Frey has spent lots of time attending to his partisan blog over the past two months. He has made scores of posts on virtually a daily basis excoriating everything involving Democrats, moderated the thousands of comments on the blog, and supervised his guest bloggers.

4. Incredibly, not only has Defendant Frey thumbed his nose at the Court's discovery order with regard to initial disclosures, he has utterly failed to comply with Plaintiff's Interrogatories, Document Requests and Deposition. On June 10, 2015, Plaintiff served Interrogatories and Document Requests on Defendant Frey, through his attorneys. At the same time, Plaintiff stated that he wanted to take a videotaped deposition of Defendant Frey, and the next day he gave counsel formal notice under FRCvP 30 that he would conduct that deposition on July 3, 2015 at 1pm.

5. Plaintiff did not receive any interrogatories or documents or communications re discovery within the time limit under the rules. However, on July 7, 2015 counsel for Defendant Frey sent Plaintiff a draft protective order insisting that Plaintiff agree to it prior to receiving any discovery.

6. Plaintiff advised counsel that he opposed the protective order and that Defendant Frey did not meet any of the standards set forth in case law regarding protective orders. Defendant Frey is a public official who has been sued for violating Plaintiff's civil rights, who publishes a very public blog, and who very publicly and personally attempted to use the power of his official position to investigate, arrest and imprison Plaintiff for a crime he had nothing to do with. There is a clear public interest for transparency in this case, which clearly outweighs any minimal privacy interests of Defendant Frey. Moreover,

there is no safety issue present in this matter since, as Defendant Frey admits, he publicly prosecutes hardcore gang members in three-week murder trials, and his photograph is readily available on the Internet.

7. Defendant Frey and his counsel are clearly violating the Court's Discovery Order and the Federal Rules of Civil Procedure. This Court should not allow this contemptuous behavior.

8. Plaintiff renews his request to compel discovery, including his interrogatories, document request and deposition. He also asks the Court to issue an order to show cause as to why Defendant Frey and his lawyers should not be sanctioned for failing to comply with discovery.

Respectfully submitted,

Brett Kimberlin
8100 BeechTree Rd
Bethesda, MD 20817

CERTIFICATE OF SERVICE

I certify that I emailed a copy of this motion on Attorney Ron Coleman this 16th day of July 2015.