Judge George Hazel
US District Court
6500 Cherrywood Lane
Greenbelt, MD 20770

July 15, 2015

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 JUL 16 PM 1:56

CLERK'S OFFICE
AT GREENBELT

BY ___BV___ DEPUTY

Re: Kimberlin v. Frey, No GJH 13-3059

Dear Judge Hazel:

I am writing to ask that you issue an order to the Clerk to allow me get my subpoenas stamped at the Clerk's office rather than submit each one to the Court for approval.

The current system of pre clearance is causing me a great deal of problems with discovery in this case. I have submitted several subpoenas over the past six weeks that have not been acted on by the Court despite several calls and visits to the Clerk's office. Because I have to put a time and date on the subpoenas, these dates have long passed before they are even stamped. Moreover, I cannot schedule any depositions of third parties without subpoenas.

I realize that I am not an attorney but I am accorded the same rights under the rules to take discovery. The delays in seeking subpoenas will only drag out the discovery process and make it more difficult.

I have talked with the Clerk and she told me that she could only stamp the subpoenas at her desk if this Court issued an order allowing that.

Sincerely,

Brett Kimberlin
8100 Beech Tree Rd
Bethesda, MD 20817
(301) 320 5921