

Bruce Godfrey <godfrey@brucegodfrey.com>

## FW: Kimberlin v. Frey - Initial Disclosures of Defendant
1 message

**Coleman, Ronald D.** <rcoleman@archerlaw.com>               Sun, Jul 12, 2015 at 7:43 PM
To: "Godfrey@brucegodfrey.com" <godfrey@brucegodfrey.com>, Patterico <patterico@gmail.com>, Kenneth White
<kwhite@brownwhitelaw.com>

███████████████████████████████

Ronald D. Coleman, Esq.

Court Plaza South, West Wing
21 Main Street, Suite 353
Hackensack, NJ 07601-7095
Direct Dial: 201-342-6000
Fax: 201-342-6611
rcoleman@archerlaw.com
www.archerlaw.com

Archer & Greiner, P.C.
Attorneys at Law

-----Original Message-----
From: justicejtmp@comcast.net [mailto:justicejtmp@comcast.net]
Sent: Sunday, July 12, 2015 11:00 AM
To: Coleman, Ronald D.
Subject: Re: Kimberlin v. Frey - Initial Disclosures of Defendant

Dear Mr. Coleman:

I am not inclined to agree to any protective order for Mr. Frey.  In fact, I strongly oppose any such order.  Your
client, a public official, has been charged with violating my civil rights by retaliating against me in an attempt to
have me arrested and imprisoned for a serious crime that I had nothing whatsoever to do with.  Your client used
the power of his blog and enlisted scores of other bloggers and writers to post false information in the public
domain, and your client went on national TV with Glenn Beck and in the LA Weekly to promote his false claims.
Aaron Walker and others used your client and his official position to bolster their false claims and give credibility to
them, with the full support of your client.

If you know anything about me, I do not blog, tweet or try my cases on the Internet.  I will not do that in this case
either.  However, I will use discovery in my motions and in hearings and in trial.

As you know, protective orders are very rarely granted and only in the most extreme circumstances. The body of
case law weighs heavily against your position.   Your client does not meet any of those circumstances and cannot
show good cause.  The fact that he is public figure and a prosecutor who regularly appears in court counsels
against a protective order.  He is not s secret NSA agent.  His picture is readily available on the Internet.  Every
single day through his highly trafficked blog, he puts himself out in the public domain and talks about himself,
thereby counseling against any type of privacy argument.  He has also been sued by Nadia Naffe for similar
retaliatory action thereby showing a pattern of misconduct that makes his actions even more of a public interest.

Your time limit for complying with my requests for documents, deposition and interrogatories has passed.  Unless
you provide me with a new tight deadline for compliance, I will file a Motion to Compel by COB Tuesday.

Brett Kimberlin

----- Original Message -----
From: "Ronald D. Coleman" <rcoleman@archerlaw.com>
To: "justicejtmp@comcast.net" <justicejtmp@comcast.net>
Cc: "Godfrey@brucegodfrey.com" <godfrey@brucegodfrey.com>
Sent: Tuesday, July 7, 2015 11:45:18 PM
Subject: Kimberlin v. Frey - Initial Disclosures of Defendant

Brett,

Attached please find Pat Frey's initial disclosures.  Also please find the court's model protective order.  Further disclosure will, as we discussed in our initial conference with the court, be made after the attached is stipulated to by both parties and entered by the court.  If acceptable, please sign and return the attached at your earliest convenience and we will do the same and submit the executed version to the court for entry as an order. If you have objections to the form, please specify your objections as well as your legal or other substantive grounds for each objection specified.



Ronald D. Coleman, Esq.

Court Plaza South, West Wing
21 Main Street, Suite 353
Hackensack, NJ 07601-7095
Direct Dial: 201-342-6000
Fax: 201-342-6611
rcoleman@archerlaw.com<mailto:rcoleman@archerlaw.com>
www.archerlaw.com<http://www.archerlaw.com>

[Archer & Greiner, P.C.]<http://www.archerlaw.com/>

INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.