UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| BRETT KIMBERLIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL BLOGGERS CLUB, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 13cv3059-GJH |

## INTERMARKETS' MOTION TO RECONSIDER
## OR IN THE ALTERNATIVE FOR PROTECTIVE ORDER

Non-Party Intermarkets, Inc. ("Intermarkets"), by counsel, and pursuant to Federal Rules of Civil Procedure 54(b) and 26, submits its Motion to Reconsider, or in the alternative, for Protective Order ("Motion"). The basis for this Motion is set forth in a memorandum being filed concurrently herewith.

Dated: August 6, 2015              Respectfully submitted,

                                   INTERMARKETS, INC.
                                   By Counsel

REED SMITH LLP

    /s/ Stephen T. Fowler
Stephen T. Fowler, Esq. (Md. Bar No. 16881)
3110 Fairview Park Drive Suite 1400
Falls Church, Virginia  22042
(703) 641-4200
(703) 641-4340 FAX
sfowler@reedsmith.com
*Counsel for Intermarkets, Inc.*

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on August 6, 2015, a true and correct copy of the foregoing will be filed using the Court's ECF system, which will then send a notification of such filing to all counsel of record. Further, I hereby certify that on August 6, 2015 a true and correct copy of the foregoing will be sent via first-class mail, postage prepaid, to

      Brett Kimberlin
      8100 Beech Tree Road
      Bethesda, MD 20817

        /s/ Stephen T. Fowler
      Stephen T. Fowler, Esq.(Md. Bar No. 16881)
      3110 Fairview Park Drive Suite 1400
      Falls Church, Virginia  22042
      (703) 641-4200
      (703) 641-4340 FAX
      sfowler@reedsmith.com
      *Counsel for Intermarkets, Inc.*