IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

BRETT KIMBERLIN, *

    Plaintiff, *

vs. * Civil No. 403868

NATIONAL BLOGGERS CLUB, et al., *

    Defendant. *

## ORDER

Upon consideration of the Scheduling Hearing held on July 17, 2015, the Plaintiff having failed to appear, and having contacted the Court at 10:15 a.m. to advise the Plaintiff had just learned of the Scheduling Hearing, it is this 17th day of July, 2015, by the Circuit Court for Montgomery County, Maryland,

ORDERED, that the Scheduling Hearing shall be continued to September 3, 2015 at 9:30 a.m. and that a hearing on all motions to dismiss and oppositions thereto shall be heard on September 3, 2015 at 9:30 a.m.; and it is further,

ORDERED, that all motions to dismiss shall be filed by July 31, 2015 and any oppositions thereto shall be filed by September 1, 2015; and it is further,

ORDERED, that for Plaintiff's failure to appear at the Scheduling Hearing on July 17, 2015, the Court shall consider awarding attorneys' fees for defense counsel having to attend that hearing, provided they file affidavits concerning those fees on or before July 31, 2015; and it is further,

ENTERED
JUL 22 2015
Clerk of the Circuit Court
Montgomery County, Md.

**EXHIBIT 1**

ORDERED, that all discovery shall be stayed pending the hearing on the motions to dismiss.

_____
MICHAEL D. MASON, JUDGE
Circuit Court for Montgomery County, MD.

ENTERED

JUL 2 2 2015

Clerk of the Circuit Court
Montgomery County, Md.