## Dingman, Michael S.

| | |
|---|---|
| **From:** | justicejtmp@comcast.net |
| **Sent:** | Thursday, August 06, 2015 9:55 AM |
| **To:** | Dingman, Michael S.; Fowler, Stephen T. |
| **Subject:** | Re: Kimberlin v. Frey |

Sirs:

With all due respect, your email does not meet the requirements for consultation.

I have told you in the past that I would agree to a protective order to maintain the privacy of documents that you will produce. I will not post them on the Internet or share them with anyone. You asked in your motion for a protective order and I have agreed to that, so I have no clue why you would ask the court for reconsideration. Judge Hazel made it quite clear that he is not going to quash the subpoena and that the you and I should agree on a joint protective order.

Of course I need Ace's identity to seek discovery from him. He has no right to remain private in that regard. I have my doubts that Intermarkets even has standing to protect his identity.

In short, I believe that any motion for reconsideration would be made in bad faith in order to delay the inevitable and waste the court's time and resources. I am under discovery deadlines and you are clearly trying to run out the clock. Therefore, if you follow through with such a motion, I will file a Motion to Compel, seek sanctions and will serve subpoenas on Kevin Parker Lucido and Trina R. Lucindo at 10415 Adel Rd, Oakton, VA 22124 703-272-3538, and on Michelle Kerr from California. I also have the Brodie motion pending in Montgomery County Circuit Court. You are simply engaging in delaying tactics rather securing a protective order, which you suggested and the Court agreed to if we could agree. Please note that I, unlike many of the other defendants, have never once in the past four years of litigation, ever posted a single document online or shared any document outside of normal court filings. I have never posted a single article, tweet or blog post online about any litigation.

I would urge you to work with me to prepare an acceptable protective order rather than filing a motion to reconsider that will set into motion a whole new round of litigation.

I look forward to hearing from you.

Brett Kimberlin

**EXHIBIT 2**

----- Original Message -----
From: "Michael S. Dingman" <MDingman@ReedSmith.com>
To: "justicejtmp@comcast.net" <justicejtmp@comcast.net>, "Stephen T. Fowler" <SFowler@ReedSmith.com>
Sent: Thursday, August 6, 2015 7:43:22 AM
Subject: RE: Kimberlin v. Frey

Mr. Kimberlin,

I was out of the office until yesterday and I am catching up on several matters. We intend to file today a Motion for Reconsideration with the Court regarding its ruling on the Motion to Quash and to provide, as suggested by the Court, more specificity with respect to a Protective Order. It seems clear that the purpose of the subpoena is to obtain the identity of Ace of Spades which our client believes is improper. I understand that you firmly believe that you are entitled to this information. Therefore, I do not see a basis for resolving this dispute, but if I am wrong please let me know.

1

Mike Dingman
MDingman@reedsmith.com

Reed Smith LLP
3110 Fairview Park Drive
Suite 1400
Falls Church, VA 22042
703.641.4323
>Fax 703.641.4340


-----Original Message-----
From: justicejtmp@comcast.net [mailto:justicejtmp@comcast.net]
Sent: Wednesday, August 05, 2015 9:32 PM
To: Fowler, Stephen T.; Dingman, Michael S.
Subject: Re: Kimberlin v. Frey

Sirs,

I have sent you multiple emails, and today called and left phone messages with you both and with Mr. Fowler's assistant but got no responses from any of these attempts. The Rules require consultation on discovery matters, something I am not able to do since you won't communicate. I would like to resolve this without having to file a Motion to Compel/Sanctions but you are making that very difficult. Therefore, I am giving you until COB Thursday August 6 to provide me with the subpoenaed documents or otherwise let me know when I will receive them.

Thank you

Brett Kimberlin (301) 320 5921

----- Original Message -----
From: "Stephen T. Fowler" <SFowler@ReedSmith.com>
To: "justicejtmp@comcast.net" <justicejtmp@comcast.net>
Cc: "Michael S. Dingman" <MDingman@ReedSmith.com>
Sent: Tuesday, July 28, 2015 10:35:17 AM
Subject: RE: Kimberlin v. Frey

Mr. Kimberlin,

It does not work that way. We will communicate by correspondence and through the Court's filing system.

Regards,

Steve

-----Original Message-----
From: justicejtmp@comcast.net [mailto:justicejtmp@comcast.net]
Sent: Tuesday, July 28, 2015 10:28 AM
To: Fowler, Stephen T.
Subject: Kimberlin v. Frey

Dear Mr. Fowler:

In light of Judge Hazel's order of yesterday, I would like to make arrangements to come by your office tomorrow to pick up the requested discovery. Please let me know what time would be good for you.

Thank you,

Brett Kimberlin (301) 320 5921

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01