UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| BRETT KIMBERLIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 13cv3059-GJH ) |
| NATIONAL BLOGGERS CLUB, *et al.*, | ) ) |
| Defendants. | ) ) |

## ORDER

UPON CONSIDERATION of Non-Party Intermarkets, Inc.'s ("Intermarkets") Motion to Reconsider, or in the alternative, for Protective Order ("Motion"), Plaintiff Brett Kimberlin's Opposition thereto, and any hearing thereon, it is hereby

ORDERED that the Motion is GRANTED; it is further

ORDERED that Plaintiff Brett Kimberlin's subpoena to Intermarkets is hereby QUASHED. Intermarkets shall not produce any information in response to Plaintiff Brett Kimberlin's subpoena.

ENTERED this _____ day of _____, 2015.

_____
The Honorable George Jarrod Hazel
United States District Court for the
District of Maryland