UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

BRETT KIMBERLIN,
Plaintiff,

No. GJH 13 3059

PATRICK FREY,
Defendant.

**PLAINTIFF'S MOTION FOR A COURT ORDER ALLOWING PLAINTIFF TO (1) RECEIVE STAMPED SUBPOENAS FROM THE CLERK AND (2) FILE VIA ECF**

Now comes Plaintiff Brett Kimberlin and moves this Court to issue an Order granting Plaintiff leave to (1) receive stamped copies of his subpoenas from the Clerk of Court rather than having to submit them to the Court for approval, and (2) file his pleadings via ECF rather than to hand deliver them to the Clerk.

1. The current system for issuing subpoenas in this case is not working. Plaintiff has a right under Rules 26 and 45 to discovery and this Court has issued a Discovery Order with certain deadlines. Unfortunately, Plaintiff filed six subpoenas with the Clerk in June that have never been acted on by the Court despite three phone calls and two visits to the Clerk, and a letter to Judge Hazel. Without the subpoenas, Plaintiff cannot take depositions or seek documents relevant to this case.

2. Plaintiff is proceeding pro se and does his best to comply with the Rules and he will not abuse the subpoena power.

3. Plaintiff also seeks to file his pleadings in federal court via ECF. Numerous courts throughout the country allow pro se litigants to file via ECF with permission from the Court. Plaintiff understands that this is a privilege and that it is subject to revocation if he is found to violate any court rules.

4. As it currently stands, Plaintiff can view documents on PACER but he has to file his pleadings in person, which necessitates a long drive to the Court, in traffic, and he is restricted to the times the Court is open. Counsel does not have these impediments.

5. Plaintiff assures the Court that he will act responsibly with these privileges.

Wherefore, Plaintiff moves this Court to issue an Order directing the Clerk to stamp Plaintiff's properly prepared subpoenas and to allow him to file his pleadings in federal cases via ECF.

Respectfully submitted,

Brett Kimberlin

Certificate of Service

I certify that I emailed a copy of this motion to Attorneys Coleman and Fowler this 14th day of August, 2015.

Brett Kimberlin