Certificate of Service

I certify that I emailed copies of this motion to Attorneys Steve Fowler and Ron

Coleman this 14th day of August, 2015.

Brett Kimberlin

## Amnesty Opponent Ace of Spades Wins CPAC Blogger Of The Year!

*By Digger / February 11, 2008 11:32 PM*          SHARE



You can watch **Ace of Spades**, who has remained a shadowy figure in the blogging community for years (a real old man in the field), and his acceptance speech**here**.

A good portion of the speech focuses on how the blogging community - along with activist organizations and talk radio - defeated the back room illegal alien amnesty being put through the Senate last year.

I am simply thrilled that he won! He is irreverent, outspoken and abjectly against illegal immigration and for him to win the award from the Conservative Conference shows that this issue is not being ignored by real Conservatives.

In particular I'd note the applause received when mentioning the bills defeat.

EXHIBIT A