

Full video on You Tube https://www.youtube.com/watch?v=pCU9Hs5sEy0

EXHIBIT B