# 11/1/2007

## PATTERICO TO BE AT ACEAPALOOZA

Filed under: Blogging Matters,General,Morons — Patterico @ 9:09 pm

Blogger **Ace of Spades** is coming to the West Coast.

I, for one, plan to meet him.

How about you?

The event takes place this Saturday, in Santa Monica. I don't know if I can say more than that, but if you're interested in coming, you should go to **this post** and e-mail the fellow whose e-mail address is published there.

**Baldilocks** will be there, along with some of the morons who comment at Ace's site. Now who can argue with that?

EXHIBIT C