UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| BRETT KIMBERLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Case No. 13-3059 GJH** |
| ) | |
| PATRICK FREY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

To the Clerk of the Court:

Please enter the appearance of Mark I. Bailen as counsel for non-party Ace of Spades in the above-captioned matter.

Dated: August 14, 2015  Respectfully submitted,

BAKER & HOSTETLER LLP

By:  */s/ Mark I. Bailen*
   Mark I. Bailen (13805)
   Washington Square, Suite 1100
   1050 Connecticut Avenue, N.W.
   Washington, DC 20036
   Tel:202-861-1500
   Fax:202-861-1783
   mbailen@bakerlaw.com

*Counsel for Non-party Ace of Spades*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 14, 2015, a true and correct copy of the foregoing Notice of Appearance will be filed using the Court's ECF system, which will then send a notification of such filing to all counsel of record.  Further, I hereby certify that on August 14, 2015, a true and correct copy of the foregoing Notice of Appearance will be sent via first-class mail, postage prepaid, to

    Brett Kimberlin
    8100 Beech Tree Road
    Bethesda, MD 20817

                                       */s/ Mark I. Bailen*
                                       Mark I. Bailen (13805)
                               Washington Square, Suite 1100
                               1050 Connecticut Avenue, N.W.
                                        Washington, DC 20036
                                              Tel: 202-861-1500
                                            Fax: 202-861-1783
                                        mbailen@bakerlaw.com

                                 *Counsel for Non-party Ace of Spades*