**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
SOUTHERN DIVISION

| | |
|---|---|
| BRETT KIMBERLIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   **Case No. 13-3059 GJH** |
| | ) |
| PATRICK FREY, | ) |
| | ) |
| Defendant. | ) |

**ACE OF SPADES' MOTION FOR LEAVE TO FILE RESPONSE TO
INTERMARKETS' MOTION TO RECONSIDER OR IN THE ALTERNATIVE FOR
PROTECTIVE ORDER AND MOTION FOR PROTECTIVE ORDER**

Non-party Ace of Spades ("Ace"), by counsel and pursuant to Federal Rules 26 and 45, respectfully moves the Court for leave to file the attached Response to Non-party Intermarkets, Inc.'s Motion To Reconsider or in the Alternative for Protective Order ("Response to Intermarkets' Motion"), ECF No. 296, and the attached Motion for Protective Order, and as grounds therefor states as follows:

1.  Ace was dismissed as a defendant in this action on March 17, 2015. On or about May 21, 2015, Plaintiff Brett Kimberlin issued a subpoena *duces tecum* to an online advertising firm that contracts with Ace—Intermarkets, Inc.—for the purpose, as Kimberlin has stated, of "discover[ing] the identity of Ace." Kimberlin Opposition, ECF No. 288, at 2. Kimberlin has further declared that he seeks Ace's identity because he "need[s] to get discovery, documents, and testimony from Ace." Kimberlin Declaration (attached to ECF No. 288), ¶ 6.

2.  Under Federal Rule of Civil Procedure 45(d)(3)(B), this Court is empowered to quash or modify a subpoena "[t]o protect a person subject to *or affected by* a subpoena" if the

subpoena requires "disclosing . . . confidential . . . commercial information."  (Emphasis added.) Because Ace's privacy interests are threatened by Kimberlin's subpoena against Intermarkets, Ace is clearly "affected" by the subpoena, and the Court has the power to protect Ace's interests. *See Loubser v. Pala*, No. 04-cv-75, 2007 WL 3232136, at *1, 8 (N.D. Ind. Oct. 29, 2007) (granting motion of former defendant to quash subpoena, directed to his telephone-service provider, seeking former defendant's phone records).

      3.      Moreover, because Kimberlin is effectively seeking discovery from Ace, Ace is entitled to move for a protective order.  *See* Fed. Rule of Civil Pro. 26(c)(1) ("any person from whom discovery is sought may move for a protective order").  Indeed, the Court expressly invited the submission of a proposed protective order for the discovery relating to Ace that Kimberlin seeks.  *See* Letter Order, ECF No. 294, at 4 n.2.

For these reasons, Ace respectfully requests that the Court grant this motion and order that the Response to Intermarkets' Motion (attached as Exhibit A) and Motion for Protective Order (attached as Exhibit B) be filed in the case docket.

Dated: August 14, 2015                                       Respectfully submitted,

                                                              BAKER & HOSTETLER LLP

                                                              By:   */s/ Mark I. Bailen*
                                                                      Mark I. Bailen (13805)
                                                                      Washington Square, Suite 1100
                                                                      1050 Connecticut Avenue, N.W.
                                                                      Washington, DC 20036
                                                                      Tel:202-861-1500
                                                                      Fax:202-861-1783
                                                                      mbailen@bakerlaw.com

                                                             *Counsel for Non-party Ace of Spades*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 14, 2015, a true and correct copy of the foregoing Response will be filed using the Court's ECF system, which will then send a notification of such filing to all counsel of record.  Further, I hereby certify that on August 14, 2015, a true and correct copy of the foregoing Response will be sent via first-class mail, postage prepaid, to

    Brett Kimberlin
    8100 Beech Tree Road
    Bethesda, MD 20817

                                */s/ Mark I. Bailen*
                                  Mark I. Bailen (13805)
                            Washington Square, Suite 1100
                            1050 Connecticut Avenue, N.W.
                                    Washington, DC 20036
                                         Tel: 202-861-1500
                                       Fax: 202-861-1783
                                     mbailen@bakerlaw.com

                            *Counsel for Non-party Ace of Spades*