# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
SOUTHERN DIVISION

| | |
|---|---|
| BRETT KIMBERLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Case No. 13-3059 GJH** |
| ) | |
| PATRICK FREY, ) | |
| ) | |
| Defendant. ) | |

**ACE OF SPADES' MOTION FOR PROTECTIVE ORDER**

Non-party Ace of Spades ("Ace"), by counsel and pursuant to Federal Rules 26 and 45, respectfully moves the Court to grant the attached proposed Protective Order, and as grounds therefor, refers to and incorporates herein Ace's Response to Intermarkets' Motion To Reconsider or in the Alternative for Protective Order, submitted simultaneously herewith.

Pursuant to Local Rule 104.7, the undersigned counsel certifies that he conferred with Plaintiff Brett Kimberlin by telephone on Friday, August 14, 2015, at approximately 3:30 PM. Plaintiff stated that he opposes the relief requested.

WHEREFORE, Ace respectfully requests that the court grant the motion and enter the attached proposed Protective Order.

Dated: August 14, 2015

Respectfully submitted,

BAKER & HOSTETLER LLP

By: */s/ Mark I. Bailen*
    Mark I. Bailen (13805)
    Washington Square, Suite 1100
    1050 Connecticut Avenue, N.W.
    Washington, DC 20036
    Tel:202-861-1500
    Fax:202-861-1783
    mbailen@bakerlaw.com

*Counsel for Non-party Ace of Spades*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
SOUTHERN DIVISION

| | |
|---|---|
| BRETT KIMBERLIN, )   )  Plaintiff, )   ) v. ) **Case No. 13-3059 GJH**   ) PATRICK FREY, )   )  Defendant. ) | |

**(PROPOSED) ORDER GRANTING MOTIONS FOR PROTECTIVE ORDER BY INTERMARKETS AND ACE OF SPADES**

THIS MATTER has come before the Court on non-party Intermarkets, Inc.'s ("Intermarkets") Motion to Reconsider, or in the alternative, for Protective Order, and non-party Ace of Spades' Response thereto and non-party Ace of Spades' Motion for Protective Order, as well as any opposition thereto.  Upon consideration thereof, it is this _____ day of _____, 2015, hereby ORDERED as follows:

1. Intermarkets' Motion for Protective Order is GRANTED;

2. Ace of Spades' Motion for Protective Order is GRANTED;

3. Intermarkets, in producing documents responsive to Plaintiff Kimberlin's subpoena *duces tecum*, shall redact any information that identifies Ace of Spades, including name, address, financial information, and the like;

4. Any discovery sought from Ace of Spades shall be directed to Ace of Spades on an anonymous basis through his counsel;

5. Ace of Spades is permitted to redact identifying information or otherwise protect against disclosure of his identity in response to any discovery from the parties; and

6. Plaintiff Kimberlin shall cease efforts to compel disclosure of non-party Ace of Spades' identity through process of law.

_____

Hon. George J. Hazel
United States District Judge
United States District Court for the District of Maryland