UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRETT KIMBERLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Case No. 13-3059 GJH** |
| | ) | |
| PATRICK FREY, | ) | |
| | ) | |
| Defendant. | ) | |

**(PROPOSED)**
**ORDER GRANTING ACE OF SPADES' MOTION FOR LEAVE TO FILE RESPONSE TO INTERMARKETS' MOTION TO RECONSIDER OR IN ALTERNATIVE FOR PROTECTIVE ORDER AND MOTION FOR PROTECTIVE ORDER**

Upon consideration of non-party Ace of Spades' Motion for Leave To File Response, and any opposition thereto, it is this _____ day of _____, 2015, hereby

ORDERED that non-party Ace of Spades' Motion for Leave is GRANTED; and it is further

ORDERED that the clerk is directed to file the Response to Intermarkets' Motion To Reconsider or in the Alternative for Protective Order (attached as Exhibit A to the Motion for Leave) and the Motion for Protective Order (attached as Exhibit B to the Motion for Leave).

_____

Hon. George J. Hazel
United States District Judge
United States District Court for the District of Maryland