## DECLARATION OF PATRICK FREY

I, PATRICK FREY, declare:

1. I am the defendant in this action and a resident of the County of Los Angeles in the State of California. I make this Declaration in support of my Consolidated Reply in Support of my Motion for a Protective Order in this case. I have personal knowledge of the following facts and if called upon to testify, would and could do so competently as follows. However, because this Declaration is offered for a limited purpose, it does not include all information I know about the matters referred to herein.

2. Publication of my image, video of me, or personal information about me could put at risk my safety and that of my family. I am a prosecutor in the Hardcore Gang Division of the Los Angeles District Attorney's Office. My case load consists almost exclusively of murder cases committed by gang members. The defendants in my cases have included members of, and associates of, the Mexican Mafia, which is generally recognized to be the most violent prison gang in California and one of the most violent criminal organizations in the country.

3. In one of my cases, the lives of three police officers were threatened by someone who wrote a threatening letter to the chief of the Bell Gardens Police Department. The letter gave accurate information about personal information concerning the officers, including the locations, vehicles driven by, and families of the officers. The letter threatened these officers if they did not stop investigating a murder case that I had filed against three Mexican Mafia-related associates. I was told that the threatened police officers were immediately ordered by their department to temporarily leave town for their safety, and subsequently received enhanced security measures. That case is still ongoing and other threatening activity has since taken place that I am not at liberty to discuss in a publicly available court filing.

4. In several other gang-related cases I have handled, witnesses have been threatened, beaten, and even shot. I recently filed a special circumstances murder case related to the killing of a witness who had testified against someone who worked for the Mexican Mafia. I am currently handling two other cases involving Mexican Mafia associates in which witnesses have been threatened or killed.

5. At 12:35 a.m. on July 1, 2011, multiple armed Sheriff's Deputies pounded on the door of my home and, when I answered it, ordered me to come out with my hands up. They handcuffed me, confronted my wife and patted her down, and entered my children's bedrooms to check on their safety. They later explained that the police had received a bogus call to the Sheriff's department purporting to be from someone at my address (but who actually was not), purporting to say that I had shot my wife. This practice – making a fake call to a police department to induce a terrifying and dangerous armed response to a target's home – is known as "SWATting," because it often activates the response of SWAT teams. No suspect has ever been identified by law enforcement regarding this crime. (Meanwhile, numerous other critics of plaintiff have also been SWATted, including Erick Erickson, Aaron Walker, and Robert Stacy McCain.)

6. Plaintiff Brett Kimberlin claims he never publishes anything on blogs. However, my home address and pictures of my home (from Google street images) have been published on a blog that had a donation button, which (when clicked) led to donations for plaintiff's "Velvet Revolution" non-profit.

7. With this Reply, my lawyers have submitted a blog post by a Web site called "Breitbart Unmasked." That blog post contains a discussion of the content of interrogatory responses I have given in this litigation. I have not provided my interrogatory responses to the Breitbart Unmasked Web site, and I am confident my lawyers have not given those responses to that site. To me, this means that plaintiff has already given my interrogatory responses to that blog site, despite his claim that he

does not get involved with blogs. The blog post in question also contains numerous images that purport to be of Ace of Spades, whose identity plaintiff still says he wants to learn. It also contains at least one email that was turned over by Aaron Walker, a former co-defendant in this lawsuit, to plaintiff in a previous lawsuit. The Breitbart Unmasked site published discovery from Aaron Walker in that case that was turned over to plaintiff, even though I was informed that the court had placed that discovery under seal. All indications are that the plaintiff Brett Kimberlin was the one who provided this material to the Breitbart Unmasked site. I am concerned that plaintiff will continue to provide any discovery responses I provide to the Breitbart Unmasked Web site, as he has already done in this case.

8. I have been aware of the "Breitbart Unmasked" Web site for years. It has, on numerous occasions, published photos and other information that could only have come from plaintiff Brett Kimberlin. For example, in 2013, that Web site published photos of former defendant in this case, Aaron Walker, and his wife, that could only have come from plaintiff Kimberlin. My post about that, explaining the basis for my belief that plaintiff Kimberlin provided the photos of Aaron Walker to the Breitbart Unmasked site, is attached.

9. Publication of photos of me, videos of me, and/or information from my discovery responses could compromise the safety of myself and my family. For this reason, I believe a protective order is necessary in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 31, 2015 in Long Beach, California.

_____
PATRICK FREY