



# 3/11/2013

## Brett Kimberlin's Stalkerish Behavior Towards Aaron Walker and His Wife

Filed under: Brett Kimberlin,General,Neal Rauhauser — Patterico @ 6:52 pm Edit This

Several days ago, the Web site "Breitbart Unmasked" published pictures of Aaron Walker and his wife taken outside a Maryland courthouse. I have blurred out the faces from the photographs, but want to otherwise reproduce them here for you:





The site attributed the grainy, stalkerish photos to a "witness" that the site refused to name.

Today, Aaron Walker names the "witness": Brett Kimberlin.

In a post that describes an apparent escalation of Kimberlin's obsessive behavior towards Aaron and his wife, Aaron describes how Kimberlin has shown up twice at a courthouse at times when Aaron was there.

The first time, Aaron says, **Kimberlin took pictures or video footage of Aaron's wife** while she was waiting in the car outside the courthouse. Aaron had seen Kimberlin inside the courthouse and asked his wife to wait in the car, where he thought she would be safer. But Kimberlin slipped outside without Aaron noticing. According to Aaron's post, Kimberlin parked his car behind Aaron's, circled the car, saw Aaron's wife, pulled his car around to face her, and took footage or pictures of her as she sat inside the car. Aaron says Kimberlin smiled as he did this, which is extraordinarily creepy.

Aaron and his wife reported the incident to police, and Kimberlin photographed them as they did so (see the second picture). Aaron's wife was reportedly in tears for much of the rest of the day.

On another day when Aaron had a scheduled hearing, Aaron says, John Hoge of Hogewash saw Kimberlin

circling the parking lot on two different occasions, presumably looking for Aaron's car again. (A car with Virginia plates stands out in a Maryland parking lot.)

That Kimberlin was the mystery witness described by the "Breitbart Unmasked" web site should come as no surprise to anyone who has been paying attention. "Breitbart Unmasked" is a site devoted to dishonest character assassination, and its targets have one thing in common: they have been critics of Brett Kimberlin. The site has published scoops on court appearances involving Kimberlin minutes after those appearances have ended.

What is surprising is that the site would actually bother to document Kimberlin's stalkerish behavior. It's as if they are *proud* to publish these photos, which send a chill down the spines of normal people.

This news comes on the heels of reports that Kimberlin and his associate Neal Rauhauser have made calls to the establishment hosting the BlogBash party, which Aaron plans to attend, threatening the establishment with protests by Muslims due to Aaron's involvement with the "Everyone Draw Mohammed" web site, which Aaron and others created to stand up to Islamic extremists who would kill those who dared to depict Mohammed.

Given Kimberlin's well-documented history, the pictures shown above and the behavior described in Aaron's post cause me concern. I encourage Aaron and John Hoge to stay safe.

MORE from [Stacy McCain](#) and John Hoge ([here](#) and [here](#)).

[Comments (60)](#)

## 60 Responses to "Brett Kimberlin's Stalkerish Behavior Towards Aaron Walker and His Wife"

1. I'm at something of a loss for words — and I heard about this from both Aaron and his wife the day it happened. Something about writing it out and publishing the pictures just takes the words away from me.

   *Patterico (9c670f)* — [3/11/2013 @ 6:55 pm](#)   (Edit)

2. The Kimberlin Crime Family has a certain animal level of cunning, of the kind you associate with low level grifters and conmen, but they are not too bright really. They keep working themselves up to criminal convictions.

   Which is where they belong – imprisoned.

   *SPQR (768505)* — [3/11/2013 @ 7:00 pm](#)   (Edit)

3. Prayers, AW

   *JD (b63a52)* — [3/11/2013 @ 7:08 pm](#)   (Edit)

4. Aaron I have a fuly furnished guest cabin available anytime, very private, very secure – you know how to contact me. I'm just a few hours away

   *EPWJ (590d06)* — [3/11/2013 @ 7:13 pm](#)   (Edit)