UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

BRETT KIMBERLIN,
  Plaintiff,

No. GJH 13 3059

PATRICK FREY,
  Defendant.

## MOTION FOR HEARING ON PROTECTIVE ORDER

Now comes Plaintiff Brett Kimberlin and moves this Court to hold a hearing on Defendant's Motion for Protective Order. In support of this motion, Plaintiff states the following:

1. Defendant Frey's Motion and Reply make outrageous arguments regarding Mr. Frey's dangerous role as a gang crime prosecutor that should be subject to examination on the witness stand.

2. Defendant Frey makes preposterous arguments about Plaintiff posing a threat to him that Plaintiff will testify under oath are without merit. Not a single Defendant in any case has ever been threatened by Plaintiff.

3. Defendant Frey needs to explain in open court why he should be treated differently than every other prosecutor or law enforcement agent in the country who subjects himself or herself to public discovery when sued.

4. Defendant Frey has attached an affidavit to his motion that should be subjected to examination by Plaintiff and the Court to determine if it meets the "good cause" requirement that is necessary for when issuing a protective order.

5. Plaintiff needs to explore how Defendant, who has a very public blog that attacks Democrats every single day of the year and whose photograph is available on the

Internet, is now suddenly deserving of a protective order by this Court to shield discovery and his face from disclosure.

6. Courts have repeatedly held that discovery should be done in the public arena and that videotaped depositions made during discovery can be used as the plaintiff sees fit, even in cases where there is serious discord between the parties. See e.g., *Dougherty v. Heller*, 97 A.3d 1257 (PA Sup. Ct 2014).

Wherefore, the Court should order a hearing where Defendant Frey can be subjected to examination under oath regarding the need for a protective order.

Respectfully submitted,

Brett Kimberlin

Certificate of Service

I certify that I emailed a copy of this motion to attorneys for Defendant Frey this 8th day of September 2015.

Brett Kimberlin