UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

BRETT KIMBERLIN, )
 )
    Plaintiff, )
 )
v. ) Case No. 13-3059 GJH
 )
PATRICK FREY, )
 )
    Defendant. )

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF SUBPOENA *DUCES TECUM* ISSUED TO NON-PARTY INTERMARKETS, INC.**

Plaintiff *pro se* Brett Kimberlin hereby respectfully notifies the Court that he is withdrawing his subpoena *duces tecum* issued to Non-Party Intermarkets, Inc. on or about May 21, 2015.

Dated: 9/3, 2015

Respectfully submitted,

Brett Kimberlin
8100 Beech Tree Road
Bethesda, MD 20817
301-320-5921

*Plaintiff pro se*