**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
SOUTHERN DIVISION

| | |
|---|---|
| BRETT KIMBERLIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   **Case No. 13-3059 GJH** |
| | ) |
| PATRICK FREY, | ) |
| | ) |
| Defendant. | ) |

**ACE OF SPADES' NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO FILE AND PROPOSED FILINGS ATTACHED THERETO (ECF NO. 301)**

Non-party Ace of Spades ("Ace"), by counsel, respectfully notifies the Court that he is withdrawing his Motion for Leave To File Response to Intermarkets' Motion to Reconsider or in the Alternative for Protective Order and Motion for Protective Order and the accompanying proposed Response to Intermarkets' Motion To Reconsider or in the Alternative for Protective Order and proposed Motion for Protective Order, filed in the above-captioned case on August 14, 2015 as ECF No. 301 and attachments thereto, in light of Plaintiff Kimberlin's withdrawal of the underlying subpoena *duces tecum* issued to Non-party Intermarkets, Inc., *see* ECF No. 304, and his withdrawal of claims against Ace.

Dated: September 9, 2015

Respectfully submitted,

BAKER & HOSTETLER LLP

By: */s/ Mark I. Bailen*
Mark I. Bailen (13805)
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel:202-861-1500
Fax:202-861-1783
mbailen@bakerlaw.com

*Counsel for Non-party Ace of Spades*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 9, 2015, a true and correct copy of the foregoing Notice of Withdrawal will be filed using the Court's ECF system, which will then send a notification of such filing to all counsel of record. Further, I hereby certify that on September 9, 2015, a true and correct copy of the foregoing Notice of Withdrawal will be sent via first-class mail, postage prepaid, to

    Brett Kimberlin
    8100 Beech Tree Road
    Bethesda, MD 20817

                              */s/ Mark I. Bailen*
                              Mark I. Bailen (13805)
                              Washington Square, Suite 1100
                              1050 Connecticut Avenue, N.W.
                              Washington, DC 20036
                              Tel: 202-861-1500
                              Fax: 202-861-1783
                              mbailen@bakerlaw.com

                              *Counsel for Non-party Ace of Spades*