UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| BRETT KIMBERLIN<br><br>                    Plaintiff<br><br>vs.<br><br>PATRICK FREY<br><br>                    Defendant | Civil Action No.: 8:13-CV-03059 (GJH) |

## STATUS REPORT

The parties, by this submission under the ECF of Defendant's counsel undersigned, respectfully submit this Status Report pursuant to this Honorable Court's April 27, 2015 Order, addressing the directed topics as follows.

I.      Completion of Discovery

The parties agree that discovery has not been completed, and that numerous motions addressing discovery are pending.

II.     Pending Motions

Defendant has filed a Motion for Protective Order (ECF 295); to that Motion, Plaintiff has filed a Motion for a hearing thereupon (ECF 303). Both are pending.

Plaintiff has filed a Second Motion to Compel and for Sanctions (ECF 295) and numerous Motions relating to subpoenas on non-parties, still pending.

Plaintiff has filed, but the Clerk has not properly processed, a Motion to Extend Time for Discovery. Defendant's counsel has seen a draft copy of the Motion and does not anticipate opposition thereto, but will reserve until he has had an opportunity to review the final accepted Motion in ECF; that Motion may receive an ECF number before or after the filing of this Status

Report.

III.     Dispositive Motions Anticipated

Plaintiff has indicated that he does not presently intend to file dispositive Motions in this matter, but reserves the right to do so in the event pending the results of other motions.

Defendant intends to file a Motion under Rule 12(b)(6) and Rule 56 for summary judgment or, in the alternative, to dismiss for failure to state a claim on which relief may be granted. Additionally, Defendant intends to file a motion for a change in venue under 28 U.S.C. section 1404 to have this matter proceed in the United States District Court for the Central District of California. While a motion under section 1404 is not technically dispositive, it is somewhat akin to a dispositive motion for the purposes of this Honorable Court and is so disclosed here.

IV.     Jury Trial

Plaintiff expressed his intention to proceed by way of jury trial in this matter. It is estimated that a jury trial should take two or three days.

V.     Certification as to Settlement Negotiations

Serious settlement discussions proceeded at some length through an in-person meeting at 2730 University Boulevard, Suite 604, Wheaton, MD 20902, at the office of counsel for the Defendants on September 13, 2015 at 4 PM until approximately 5:30 PM. Attorney T Bruce Godfrey for Patrick Frey and Brett Kimberlin *pro se* participated in the discussions. Attorney Ron Coleman was not present and did not participate.

VI.     Referral to Another Judge/ADR

The parties agree that ADR or a referral to another judge for settlement may be helpful. Defendant Frey does not believe that ADR or a referral for settlement will be helpful until after

this Honorable Court shall have ruled on dispositive motions, including if applicable an anticipated motion under 28 U.S.C. section 1404 for change of venue.

    VII.    Consent to Proceed before a U.S. Magistrate Judge

The parties do not agree to proceed before a U.S. Magistrate Judge at this time.

    VIII.    Other matters

The entirety of section III above regarding dispositive motions, including regarding an anticipated motion for change of venue under 28 U.S.C. section 1404, is incorporated by reference.

Respectfully submitted,

/s/ TB Godfrey
_____
T. Bruce Godfrey #24596
Jezic & Moyse LLC
2730 University Blvd. West, #604
Silver Spring, MD 20902
240-292-7200
facsimile:  (888) 241-3135
godfrey@jezicfirm.com
Attorney for Defendant

/s/

_____
Brett Kimberlin, pro se
8100 Beech Tree Road
Bethesda, MD 20817
justicejtmp@comcast.net
Plaintiff *pro se*

Dated: September 14, 2015

**CERTIFICATE OF ELECTRONIC FILING AND REGARDING WAIVER OF MAILINGS**

    I, T. Bruce Godfrey, hereby certify that I have filed a copy of this document with the United States District Court electronically and by so doing have provided compliant notice to those parties who are registered with ECF through counsel as of this filing consistently with Local Rule 102.1(c) on September 14, 2015.  All parties, including pro se parties, have agreed to accept service by electronic mail only and an electronic copy has been distributed to all parties.

/s/
_____
T. Bruce Godfrey #24596