UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

BRETT KIMBERLIN,
Plaintiff,

No. GJH 13 3059

PARTICK FREY,
Defendant.

## MOTION TO EXTEND TIME FOR DISCOVERY

Now comes Plaintiff Brett Kimberlin and moves this Court to extend discovery in this case until February 15, 2016. In support of this motion, Plaintiff states:

1. This Court issued an initial order for discovery to be completed by September, 2015.

2. Defendant has not complied with Plaintiff's request for documents, interrogatories or despostion. He finally filed for a protective order a few weeks ago blaming Plaintiff for the lack of discovery because he would not agree to the protective order.

3. Defendant Frey is apparently trying to run out the discovery clock for a tactical advantage.

4. Beginning on June 1, 2015, Plaintiff has repeatedly asked this Court to issue a half dozen subpoenas that are necessary for discovery but this Court has not acted on those requests.

5. Plaintiff has filed a motion with this Court to expedite discovery by allowing him to issue his own subpoenas. The Court has not yet acted on that motion.

Wherefore, for all the foregoing reasons, Plaintiff moves this Court to extend the time for discovery in this case to and including February 15, 2016.

Brett Kimberlin

Certificate of Service

I certify that I emailed a copy of this motion to attorney Ron Coleman this 8th day of September, 2015.

Brett Kimberlin