Case 8:13-cv-03059-GJH Document 308-1 Filed 09/17/15 Page 1 of 7

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland ▼

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 SEP 17 PM 2:01

CLERK'S OFFICE
AT GREENBELT

BY _____ DEPUTY

Brett Kimberlin )
_____ )
*Plaintiff* )
v. ) Civil Action No. GJH 13 3059
Patrick Frey )
_____ )
)
*Defendant* )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Aaron Walker, 7537 Remington Rd Manassas, VA 20109

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All communications between you and Patrick Frey concerning Brett Kimberlin from September 2011 through May 2013, including those conerning alleged swattings of you and Mr. Frey

| Place: 8100 Beech Tree Rd Bethesda, MD 20817 | Date and Time: |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

_____       _____
*CLERK OF COURT*                              OR                *Attorney's signature*
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Brett Kimberlin
8100 Beech Tree Rd, Bethesda, MD 20817 (301) 320 5921     , who issues or requests this subpoena, are:
justicejtmp@comcast.net

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 SEP 17 PM 2:01
CLERK'S OFFICE
AT GREENBELT
BY ___BU___ DEPUTY

Brett Kimberlin
*Plaintiff*
v.
Patrick Frey
*Defendant*

Civil Action No. GJH 13 3059

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: William Hoge, 20 Ridge Road, Westminster, MD 21157

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All communications between you and Patrick Frey concerning Brett Kimberlin from May 2012 through May 2014, including those conerning alleged swattings of Aaron Walker and Mr. Frey. All communications with any other person during that time frame regarding those alleged swattings.

| Place: 8100 Beech Tree Rd<br>Bethesda, MD 20817 | Date and Time: |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK OF COURT

OR

_____          _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* __Brett Kimberlin__ 8100 Beech Tree Rd, Bethesda, MD 20817 (301) 320 5921_____, who issues or requests this subpoena, are:
justicejtmp@comcast.net

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Case 8:13-cv-03059-GJH   Document 308-1   Filed 09/17/15   Page 3 of 7

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

*FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND 2015 SEP 17 PM 2:01 CLERK'S OFFICE AT GREENBELT BY ___ DEPUTY*

Brett Kimberlin )
*Plaintiff* )
v. ) Civil Action No. GJH 13 3059
Patrick Frey )
)
*Defendant* )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Twitter Inc. 795 Folsom Street, Suite 600 San Francisco, CA 94107

*(Name of person to whom this subpoena is directed)*

☑ **Production:** YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All records related to the person or persons who created the @BKWatch Twitter account, including IP addresses, emails, phone numbers, names and other identifying information.

| Place: 8100 Beech Tree Rd, Bethesda, MD 20817 | Date and Time: |
|---|---|

☐ **Inspection of Premises:** YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                  *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **Brett Kimberlin**
8100 Beech Tree Rd, Bethesda, MD 20817 (301) 320 5921 , who issues or requests this subpoena, are:
justicejtmp@comcast.net

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED
DISTRICT COURT
DISTRICT OF MARYLAND
2015 SEP 17 PM 2:01
CLERK'S OFFICE
AT GREENBELT
BY _____ DEPUTY

Brett Kimberlin )
_Plaintiff_ )
v. )  Civil Action No. GJH 13 3059
Patrick Frey )
)
)
_Defendant_ )

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Los Angeles County District Attorneys Office, 211 W Temple Street Suit 1200, Los Angeles, CA 90012

_(Name of person to whom this subpoena is directed)_

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All records related to the complaints made against Deputy District Attorney Patrick Frey by Brett Kimberlin between 2010 and 2014, including memos, notes, conclusions and interviews. All policies of your office related to blogging by employees. All records related to complaints by others against Patrick Frey.

| Place: 8100 Beech Tree Rd Bethesda, MD 20817 | Date and Time: |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

_CLERK OF COURT_

OR

_____           _____
Signature of Clerk or Deputy Clerk            Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_ Brett Kimberlin
8100 Beech Tree Rd, Bethesda, MD 20817 (301) 320 5921 , who issues or requests this subpoena, are:
justicejtmp@comcast.net

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland ▼

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 SEP 17 PM 2:01
CLERK'S OFFICE
AT GREENBELT
BY ____ DEPUTY

Brett Kimberlin )
*Plaintiff* )
v. ) Civil Action No. GJH 13 3059
Patrick Frey )
)
*Defendant* )

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Federal Bureau of Investigation, 601 4th Street, Washington DC 20535

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All records related to the investigation by Agent Daniel Borsuk and others of the swatting of Patrick Frey, Aaron Walker, and Eric Erickson in 2011 and 2012, and all records related to the false accusations of those people that Brett Kimberlin was involved with those swattings.

| Place: 8100 Beech Tree Rd, Bethesda, MD 20817 | Date and Time: |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR

_____     _____
*Signature of Clerk or Deputy Clerk*         *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Brett Kimberlin
8100 Beech Tree Rd, Bethesda, MD 20817 (301) 320 5921                      , who issues or requests this subpoena, are:
justicejtmp@comcast.net

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Case 8:13-cv-03059-GJH   Document 308-1   Filed 09/17/15   Page 6 of 7

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 SEP 17 PM 2: 01
CLERK'S OFFICE
AT GREENBELT
BY ___BU___ DEPUTY

Brett Kimberlin )
_Plaintiff_ )
v. ) Civil Action No. GJH 13 3059
Patrick Frey )
)
)
_Defendant_ )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Google Inc. 1600 Ampitheater Parkway, Mountain View, CA 94043

_(Name of person to whom this subpoena is directed)_

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All records related to the person or persons who created the www.speedwaybomberhistory.blogspot.com account, including IP addresses, emails, phone numbers, names and other identifying information

| Place: 8100 Beech Tree Rd<br>Bethesda, MD 20817 | Date and Time: |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

_CLERK OF COURT_

OR

_____          _____
_Signature of Clerk or Deputy Clerk_          _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_ Brett Kimberlin
8100 Beech Tree Rd, Bethesda, MD 20817 (301) 320 5921 _____, who issues or requests this subpoena, are:
justicejtmp@comcast.net

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
для
District of Maryland

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 SEP 17 PM 2: 01
CLERK'S OFFICE
AT GREENBELT
BY_____ DEPUTY

Brett Kimberlin )
_Plaintiff_ )
v. ) Civil Action No. GJH 13 3059
Patrick Frey )
)
)
_Defendant_ )

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Leslie Lynnton Fuller, 1226 West Michigan St, Indianapolis, IN 46202

_(Name of person to whom this subpoena is directed)_

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All records related to any communications you have made with any person regarding Brett Kimberlin, the allegations against him regarding swattings, your participation on any website about Brett Kimberlin, any payments you have received to communicate in any manner about Brett Kimberlin

| Place: 8100 Beech Tree Rd Bethesda, MD 20817 | Date and Time: |
|---|---|

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

_CLERK OF COURT_

OR

_____       _____
_Signature of Clerk or Deputy Clerk_            _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_ Brett Kimberlin
8100 Beech Tree Rd, Bethesda, MD 20817 (301) 320 5921 , who issues or requests this subpoena, are:
justicejtmp@comcast.net

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).