# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

BRETT KIMBERLIN

       Plaintiff

vs.

PATRICK FREY

       Defendant

Civil Action No.: 8:13-CV-03059 (GJH)

## RESPONSE WITHOUT OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND TIME FOR DISCOVERY AND MOTION TO EXTEND TIME TO RESPOND - UNOPPOSED

Defendant Patrick Frey, through counsel undersigned, respectfully moves for additional time to respond to Plaintiff's request for an extension of time to complete discovery (ECF 308), in order to register non-opposition to that Motion.  In support of the foregoing requests, Defendant notes the following:

1.  Mr. Kimberlin filed ECF 308 on September 17, 2015, but due to apparent technical issues that Motion did not enter the ECF system through the office of the Clerk until September 21, 2015. Mr Kimberlin did provide the undersigned an advance copy of that motion.

2.  The undersigned attorney erred in calculating the due date by the date of receipt of the ECF notice, rather than by the due date stamped on the ECF notice itself, and thus failed to file the response timely. The blame for this error belongs entirely upon the undersigned attorney. As a court officer and as the signer of this Motion,

I apologize to this Honorable Court and request leave to extend the time to file this response without opposition.

3.      Plaintiff Brett Kimberlin has authorized me to state that he does not oppose our request for an extension of time to register our non-opposition to his Motion to Extend Time to Complete Discovery.

4.      The pendency of several discovery motions and the existence of a dispute regarding a protective order make Plaintiff's request for an extension of time reasonable, and Defendant does not oppose that request.

WHEREFORE Defendant requests leave to extend the time to respond to Plaintiff's motion filed at ECF 308, and requests to register his non-opposition to Plaintiff's relief requested in ECF 308, or in the alternative an extension to another date deemed appropriate by this Honorable Court.

Respectfully submitted,

_____
T. Bruce Godfrey #24596
Jezic & Moyse LLC
2730 University Blvd. West, #604
Silver Spring, MD 20902
240-292-7200
facsimile:  (888) 241-3135
godfrey@jezicfirm.com
Attorney for Defendant

Dated: October 9, 2015

## <u>CERTIFICATE OF ELECTRONIC FILING AND<br>REGARDING WAIVER OF MAILINGS</u>

I, T. Bruce Godfrey, hereby certify that I have filed a copy of this document with the United States District Court electronically and by so doing have provided compliant notice to those parties who are registered with ECF through counsel as of this filing consistently with Local Rule 102.1(c) on October 9, 2015.  All parties, including pro se parties, have agreed to accept service by electronic mail only and an electronic copy has been distributed to all parties.

/s/

_____
T. Bruce Godfrey #24596