Judge George Hazel
United States District Court
6500 Cherrywood Lane
Greenbelt, MD 20770

October 26 2015

Re: Kimberlin v. Frey No GJH 13-3059

Dear Judge Hazel:

I am writing to seek a modification of the protective order in this case to reflect the holding set forth in the recent Fourth Circuit Case, *United States v. Blankenship*, attached hereto, which went up on an appeal by scores of media under the title *In re The Wall Street Journal et al.* In that case, the trial judge issued an order similar to that issued by you in the instant case prohibiting the press from access to filings in the court and prohibiting the parties from discussing those documents. The Fourth Circuit reversed finding that the order interfered with the press' right to gather news and to receive speech from willing speakers.

Defendant Frey has unilaterally generated a massive amount of publicity about this case and me over the past five years. Now that the case is proceeding to trial, members of the press are interested in discovery and talking with me. However, because of the Court's protective order, I have advised them that I cannot share any information with them. This has placed me in an uncomfortable position because I am concerned that making any comments to the press would violate your order. Moreover, there is a very real possibility that the press will move to overturn the order if it is not modified.

Sincerely,

Brett Kimberlin
justicejtmp@comcast.net
(301) 320 5921

8100 Beech Tree Road
Bethesda, MD 20817