AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland   ▾

U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 DEC -2 PM 2: 19

CLERK'S OFFICE
AT GREENBELT

BY _____ DEPUTY

| | |
|---|---|
| Brett Kimberlin | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. 13-3059 GJH |
| Ptrick Frey | ) |
| | ) |
| | ) |
| _Defendant_ | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Google Inc, 1600 Ampitheater Parkway, Mountain View CA 94043
c/o CCS 7 St. Paul Street, Suite 820, Baltimore, MD 21202

_(Name of person to whom this subpoena is directed)_

☐ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All emails stored on your servers from August 2010 through June 2013 under the email address, patterico@gmail.com.

| Place: 8100 Beech Tree Road, Bethesda, MD 20817 | Date and Time: |
|---|---|
| | |

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

|  CLERK OF COURT | OR | |
|---|---|---|
| _____ | | _____ |
| _Signature of Clerk or Deputy Clerk_ | | _Attorney's signature_ |

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_ _____
Brett Kimberlin, 8100 Beech Tree Rd, Bethesda, MD 20817 _____ , who issues or requests this subpoena, are:
justicejtmp@comcast.net, 301 320 5921

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).