IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| BRETT KIMBERLIN, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action GJH 13-3059 |
| NATIONAL BLOGGERS CLUB, et al., | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \*

### STIPULATION TO DISMISSAL WITH PREJUDICE OF DEFENDANTS MICHELLE MALKIN AND TWITCHY

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff Brett Kimberlin and Defendants Michelle Malkin and Twitchy hereby stipulate that the above-referenced action is dismissed with prejudice as to Defendants Michelle Malkin and Twitchy, with each party to bear its own costs and fees.

Brett Kimberlin
*Plaintiff Pro Se*
12/10/15

THE SMITH APPELLATE LAW FIRM

By: /s/ Michael F. Smith
Michael F. Smith
1717 Pennsylvania Avenue N.W., Suite 1025
Washington, D.C. 20006
(202) 454-2860
smith@smithpllc.com
Bar No. 29941
**Counsel for Defendants
Michelle Malkin and Twitchy**