LAW OFFICES OF

# JEZIC & MOYSE, LLC

ANDREW V. JEZIC*
DAVID H. MOYSE^
RAND W. LUCEY^
AMAL A. BERTRAND^
AHMET HISIM^
T. BRUCE GODFREY*
JONATHAN R. CARROLL^
ROBERT S. GRABO<
JONATHAN R. OATES^^
DAVID M. WOOTEN*
HIMEDES V. CHICAS^
RAQUEL M. SMITH^
JAMIE L. ALVARADO-TAYLOR^

2730 UNIVERSITY BOULEVARD WEST
SUITE 604
WHEATON, MARYLAND 20902-1975
240-292-7200
Facsimile 240-292-7225


307 E. Annandale Road, Suite 201
Falls Church, VA 22042


1200 G Street, Suite 800
Washington, DC 20005

ANTEZANA & ANTEZANA+ Of Counsel
STEVE NORMAN > Of Counsel
IVAN YACUB+ Immigration of Counsel

LICENSED in MARYLAND^
LICENSED in MD and D.C.*
LICENSED in MD, D.C. and C.A. <
LICENSED in MD and VA^^
LICENSED in MD and DE >
LICENSED in MD, D.C. and VA+

December 18, 2015

The Honorable George Hazel
U.S District Court for the District of Maryland
By electronic filing in ECF

                    Re:    Brett Kimberlin v. Patrick Frey, GJH-13-3059
                           Request to File Motion to Quash

Dear Judge Hazel:

      Pursuant to ECF 97 (Case Management Order), Defendant Patrick Frey respectfully requests leave of Court through counsel to file a motion to quash two subpoenas filed by Plaintiff Brett Kimberlin: a subpoena on Mr. Frey's employer, the Los Angeles County, California, Office of the District Attorney for Mr. Frey's employee file and a subpoena on Google, Inc., for the entirety of Mr. Frey's email for a three year period in one specific email address. Counsel for Mr. Frey believe that each subpoena is significantly overbroad, is unnecessary to protect the due process rights of Mr. Kimberlin and fails to respect the privacy rights of Mr. Kimberlin even within the limits of this Honorable Court's previously issued protective order (ECF 312).

      The overwhelming bulk of the documents requested would be neither relevant to Mr. Kimberlin's sole surviving civil count against Mr. Frey regarding his alleged acts "done under color of state law, specifically as an Assistant District Attorney for Los Angeles, California, with the knowledge and permission of his supervisors in the Los Angeles County District Attorney's Office." (Mr. Kimberlin's Second Amended Complaint at paragraph 208, ECF 135), nor likely to lead to relevant evidence.

      Your undersigned has discussed briefly with Mr. Kimberlin his intention to file a Motion to Quash the subpoena on the Office of the District Attorney, and has discussed more generally the issue of overbreadth regarding the Google subpoena. Mr. Kimberlin has expressed some willingness to reconsider the scope of the subpoenas. As of this date, Mr. Frey has produced approximately 2100 pages of discovery material (overwhelmingly, Google "Gmail" email in Mr. Frey's account) to Mr. Kimberlin, and approximately 350 additional pages remain in the possession of the undersigned attorney pending detailed privilege or redaction review and the formation of a privilege log. Both of the

Hon. George Hazel
December 18, 2015
Page 2

_____

foregoing figures are very rough rounded estimates. Mr. Frey and counsel believe that a Motion to Quash is reasonable, have prepared a draft Motion to Quash those subpoenas mentioned and respectfully request that this Honorable Court grant leave to file such a Motion pursuant to the Case Management Order.

                                      Yours sincerely,

                                      T. Bruce Godfrey (#24596)
                                      Attorney for Patrick Frey

cc:     Mr. Brett Kimberlin
        by electronic transmission

        Lana Choi, Esq., Senior Assistant County Counsel for Los Angeles County, California
        by facsimile: 213-626-2105