UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

BRETT KIMBERLIN,
    Plaintiff,

v.                                      No GJH 13-3059

PATRICK FREY,
    Defendant.

## PLAINTIFF'S RESPONSE TO DEFENDANT FREY'S MOTION TO QUASH SUBPOENAS

Now comes Plaintiff and responds in opposition to Defendant Frey's Motion to Quash subpoenas to the Los Angeles County District Attorney's Office and Google Inc. In short, the motion is without merit and premature.

1. Counsel for Defendant Frey 's Motion to Quash is premature for several reasons. First, as counsel grudgingly admits, Plaintiff agreed to narrow the scope of the subpoenas but counsel never told Plaintiff what would be acceptable.

2. Second, Plaintiff then contacted attorneys at the LA County District Attorney's Office and came to an agreement on what documents they should provide at this time. Exhibit A. Plaintiff notified counsel for Frey about this agreement.

3. Third, this Court has not yet authorized the subpoena for Google so there is nothing to quash. Moreover, Plaintiff has advised counsel that he would withdraw that subpoena if Defendant Frey would fully comply with Plaintiff's Motion to Produce Documents. Although Defendant Frey has provided over 2000 pages of documents, there are many missing documents. Plaintiff has sent counsel a list of such potential documents but has not received them.

Wherefore, for these reasons, this Court should deny Defendant Frey's Motion to Quash.

Respectfully submitted,

Brett Kimberlin
8100 Beech Tree Rd
Bethesda, MD 20817
(301) 320 5921
justicejtmp@comcast.net

Certificate of Service

I certify that I emailed a copy to the attorneys for Defendant Frey this 28th day of December 2015.

Brett Kimberlin