UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

BRETT KIMBERLIN,
    Plaintiff,

v.                             No GJH 13-3059

PATRICK FREY,
    Defendant.

**PLAINTIFF'S RESPONSE TO WILLIAM HOGE'S OBJECTIONS AND REQUEST FOR A HEARING ON PLAINTIFF'S ECF 319**

Now comes Plaintiff Brett Kimberlin who responds in opposition to William Hoge's Objection to Sealing of Plaintiff's ECF 319.

1. Non-party William Hoge, ("Hoge") has filed a motion objecting to Plaintiff filing a sealed motion. He further seeks to strike the motion and for sanctions against Plaintiff for failing to serve Hoge. The motion is without merit.

2. Plaintiff has made clear in his motion to seal that he has done so because it contains information and exhibits that this Court has determined to be subject to a protective order. Plaintiff has asked this Court to modify that order in light of the Fourth Circuit's decision in the *Blankenship* case, but this Court has not yet ruled on that request. Plaintiff would be subject to sanctions if he served Hoge with the motion prior to an order of this Court. Until the protective order is modified, Plaintiff cannot violate it by publicly filing information covered by it or by serving Hoge.

3. Hoge is not a party in this action so Plaintiff is not required to serve him with anything. This Court has not yet issued an order to show cause to Hoge so he is not entitled to know what is in the sealed motion.

4. Plaintiff asks this Court to conduct a hearing following an order requiring Hoge to appear and give testimony under oath regarding the allegations in Plaintiff's motion. At that time, this Court can modify the protective order or make Hoge a party to that protective order.

Wherefore, Plaintiff moves this Court to deny Hoge's motion and to order a hearing on Plaintiff's motion along with an order for Hoge to appear at said hearing.

Respectfully submitted,

Brett Kimberlin
8100 Beech Tree Rd
Bethesda, MD 20817
(301) 320 5921
justicejtmp@comcast.net

Certificate of Service

I certify that I mailed a copy of this motion to William Hoge and emailed a copy to the attorneys for Defendant Frey this 28th day of December 2015.

Brett Kimberlin