Exhibit A

4. Plaintiff asks this Court to conduct a hearing following an order requiring Hoge to appear and give testimony under oath regarding the allegations in Plaintiff's motion. At that time, this Court can modify the protective order or make Hoge a party to that protective order.

Wherefore, Plaintiff moves this Court to deny Hoge's motion and to order a hearing on Plaintiff's motion along with an order for Hoge to appear at said hearing.

Respectfully submitted,

Brett Kimberlin
8100 Beech Tree Rd
Bethesda, MD 20817
(301) 320 5921
justicejtmp@comcast.net

Certificate of Service

I certify that I mailed a copy of this motion to William Hoge and emailed a copy to the attorneys for Defendant Frey this 28th day of December 2015.

Brett Kimberlin

CAPITAL DISTRICT 208
29 DEC 2015 PM 2 L

William Hoge
20 Ridge Rd
Westminster, MD
21157

21157-445020

6100 Beech Tree
Bethesda, MD 20817