

**Sealed Records**
**Sent By:** Bill Schmalfeldt   **On:** Jan 01/10/16 10:24 PM
**To:** Brett

"Bill Schmalfeldt" <...
+ Add to Address Book

Dear Mr. Kimberlin:

As you know, I have been intensely interested in the ongoing legal case between yourself and Los Angeles Deputy District Attorney Patrick Frey. I have been writing a series of stories that I would like to compile into a book at some point, and would like to review the documents Mr. Frey submitted in his discovery, especially where they may have anything to do with his conversations he may have held with other parties who have been, in my opinion, conspiring to stop me from writing a counter-story to their right-wing blogger-approved version of events.

If you have any luck in getting the seal on those documents unsealed, I would be very interested in reviewing them. Someone on the "other side of the aisle" should have an opportunity to write a narrative of events that does not bear the right wing seal of approval.

I appreciate your attention to this request and wish you luck in the process.  Please keep me informed.

Sincerely,

William M. Schmalfeldt
3209 S. Lake Dr. Apt. 108
St. Francis, WI 53235