

Sent By: Matt Osborne   On: Jan 01/12/16 8:53 AM
To: Justice

+ Add to Address Book

To Judge George Hazel

I have observed and reported on the activities of Los Angeles Assistant District Attorney John Patrick Frey since 2011, first at my independent blog Osborne Ink.com and since 2013 at Breitbart Unmasked.com. His actions under color of law during that time period are an important matter of public interest, and the current protective order on discovery material hampers any discussion of this trial or Frey's history. Frey is not being protected from any gangs by your order. Rather, the protective order merely serves to keep evidence of his behavior concealed from the people of Los Angeles.

For the better part of five years, Frey has consistently used his position and his social media accounts to wage a campaign of personal destruction against anyone who contradicted his narrative, including this writer. Trumpeting vague accusations of criminality in his Twitter stream and his blog, Frey has never been too shy to make loud indictments of his perceived enemies -- not until he was hauled into your courtroom, whereupon he suddenly decided the whole trial ought to take place in private. This arrangement is patently unfair and contrary to the public interest.

Please remove the protective order and allow writers and journalists who are interested in this story to do our job of informing the public.