UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

BRETT KIMBERLIN,
    Plaintiff,

v.                              No GJH 13-3059

PATRICK FREY,
    Defendant.

**PLAINTIFF'S SUPPLEMENTAL RESPONSE TO WILLIAM HOGE'S OBJECTION TO SEALED MOTION, ECF 319**

    Now comes Plaintiff Brett Kimberlin and provides this Court with a copy of a partial privilege log prepared by Defendant Frey's attorneys and dated January 14, 2016. That log shows that William Hoge is a party to scores of emails that he authored or received in 2013, 2014 and 2015. Mr. Hoge has stated to Plaintiff and this Court that he only possessed 13 documents.

    Plaintiff asks this Court to hold a hearing on Plaintiff's ECF 319 and to allow Plaintiff to use the discovery provided by Defendant Frey in open court at that hearing.

Respectfully submitted,

Brett Kimberlin
8100 Beech Tree Rd
Bethesda, MD 20817
(301) 320 5921
justicejtmp@comcast.net

Certificate of Service

    I certify that I mailed a copy of this motion to William Hoge and emailed a copy to the attorneys for Defendant Frey this 14th day of January 2016.

Brett Kimberlin