| START | END | Pages | Reviewed | Category | Latest Date on Document | Earliest Date, if Different | Author | Recipients | Topic |
|---|---|---|---|---|---|---|---|---|---|
| 414 | 419 | 6 | 6 | Joint Defense | 3-Feb-2014 | 31-Dec-2014 | Hoge | Frey (6), Ostronic (5), others | 6 1-page emails, Filings & Procedural Posture in NBC litigation |
| 427 | 428 | 2 | 2 | Joint Defense | 18-Jul-2013 | | Hoge, Stranahan, Walker | Frey, Akbar, Dunetz, Nagy, others | Peace Order, ADA claim by Kimberlin, 5-email chain |
| 439 | 439 | 1 | 1 | Joint Defense | 9-Mar-2015 | | Hoge | Coleman, Godfrey, Bailen, Ostronic, others | 1 email regarding Peace Order against Hoge |
| 445 | 446 | 2 | 2 | Joint Defense | 19-Oct-2013 | | Hoge and Frey | McCain, Melissa Clouthier, others | Discussion of Neal Rauhauser and RICO litigation |
| 448 | 448 | 1 | 1 | Joint Defense | 1-Aug-2014 | | Hoge and Frey | Michael Smith, Mark Bailen, Ron Coleman, Paul Alan Levy, Thomas Malone, C. Sirois, Linda Mericle, Lee Stranahan, Nagy, David Hillman, | Discussion of sanction against Brett Kimberlin in state litigation |
| 451 | 451 | 1 | 1 | Joint Defense | 9-Jul-2015 | | Hoge | Frey | discussion of litigation document in federal case |
| 477 | 477 | 1 | 1 | Joint Defense | 23-Apr-2015 | | Hoge | Bailen, Godfrey, Lackman, Backer, Stranahan, Walker, Osman, Akbar, Frey, Coleman, Ostronic | discussion of state litigation |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 514 | 514 | 1 | 1 | Joint Defense | 22-Jun-2015 | | Hoge | Sholder, Bailen, Godfrey, Walker, tj@parkerlawoffice.com, Sirois, smith@smithpllc.com, Backer, Babinski, Frey, Coleman, Lackman | discussion of state litigation |
| 519 | 519 | 1 | 1 | Joint Defense | 1-Jan-2015 | | Hoge | Bailen, Coleman, Godfrey, tj@parkerlawoffice.com, Lackman, Sirois, Smith, Akbar, Walker, Stranahan, Backer, Frey | discussion of procedural events in federal litigation |
| 520 | 520 | 1 | 1 | Joint Defense | 27-Jul-2014 | | Hoge | Smith, Bailen, Sirois, Mericle, Coleman, Levy, Walker, McCain, Stranahan, Malone, Backer, Hillman, Nagy, Frey | notice of procedural filing in federal litigation |
| 521 | 521 | 1 | 1 | Joint Defense | 20-Jan-2015 | | Hoge | Bailen, Coleman, Godfrey, tj@parkerlawoffice.com, Lackman, Sirois, Smith, Akbar, Stranahan, Backer, Frey, Ostronic | notice of procedural filing in federal litigation |
| 522 | 522 | 1 | 1 | Joint Defense | 2-Mar-2015 | 23-Jan-2015 | Hoge | Bailen, Coleman, Godfrey, tj@parkerlawoffice.com, Lackman, Sirois, Smith, Akbar, Walker, Stranahan, Backer, Frey | notice of filing in federal litigation |
| 523 | 523 | 1 | 1 | Joint Defense | 21-May-2015 | | Hoge | Walker, Smith, Bailen, Sirois, Coleman, McCain, Stranahan, Akbar, Thomas, Backer, Ostronic, Frey | notice of procedural event in federal litigation |
| 524 | 524 | 1 | 1 | Joint Defense | 8-Aug-2015 | | Hoge | Smith, Bailen, Godfrey, Akbar, Stranahan, Frey, Sholder, Backer, Sirois | notice of filing in federal litigation |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 525 | 525 | 1 | | 1 | Joint Defense | 16-Sep-2015 | | Hoge | Smith, Bailen, Sholder, Godfrey, Sirois, Backer, Frey, Akbar, Stranahan | discussion of state litigation |
| 526 | 526 | 1 | | 1 | Joint Defense | 29-Sep-2015 | | Hoge | Ostroic, Walker, Sholder, Smith, Bailen, Godfrey, Stranahan, Dan Backer, Frey | discussion of event in state litigation |
| 527 | 527 | 1 | | 1 | Joint Defense | 14-Feb-2014 | | Hoge | Smith, Contestable, Mericle, Coleman, Solov, Walker, McCain, Ostronic, Akbar, Skyles, Hillman, Frey | discussion of filing in federal litigation |
| 528 | 528 | 1 | | 1 | Joint Defense | 13-Mar-2014 | | Hoge | Smith, Bailen, Contestable, Mericle, Coleman, Levy, Walker, | discussion of filing in federal litigation |
| 529 | 529 | 1 | | 1 | Joint Defense | 15-Dec-2014 | | Hoge | Bailen, Coleman, Godfrey, tj@parkerlawoffice.com, Lackman, Sirois, Smith, Backer, Walker, Frey | discussion of eventsand procedural posture in both federal and state litigation |
| 530 | 530 | 1 | | 1 | Joint Defense | 1-Oct-2015 | | Hoge | Coleman, Godfrey, Bailen, Smith, McCain, Sirois, Backer, Frey, Ostronic | discussion of filing in state litigation |
| 531 | 531 | 1 | | 1 | Joint Defense | 19-Jul-2015 | | Hoge | Ostronic, Bailen, Smith, Akbar, Thomas, Stranahan, Backer, Thomas, Frey, Sholder | discussion of event in state litigation |
| 532 | 532 | 1 | | 1 | Joint Defense | 19-Nov-2015 | | Hoge | Walker, Stranahan, Frey, Sirois, Ostronic, Backer, Akbar | discussion of filings in state litigation |
| 533 | 533 | 1 | | 1 | Joint Defense | 22-May-2015 | | Hoge | Walker, Bailen, Coleman, Godfrey, Sirois, Lackman, tj@parkerlawoffice.com, Akbar, Frey, Backer, Ostronic, McCain | discussion of filing in federal litigation |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 534 | 534 | 1 | 1 | Joint Defense | 10-Jul-2014 | | Hoge | Smith, Bailen, Contestable, Mericle, Coleman, Levy, Walker, Akbar, Hillman, Backer, Ostronic, Frey | discussion of filing in federal litigation |
| 535 | 535 | 1 | 1 | Joint Defense | 30-Dec-2013 | | Hoge | Hillman, Contestable, Bailen, Mericle, jcameron@ismpa.com, Light, Walker, Frey, Solov, Ace, Nagy, Akbar, McCain, Ostronic, Del Bianco, Smith, | discussion of filing in federal litigation |
| 537 | 537 | 1 | 1 | NONE | 3-Dec-2013 | | Frey | Hoge | informal reply to forwarded email re state litigation |
| 544 | 544 | 1 | 1 | Joint Defense | 12-Aug-2014 | | Frey | Glenn Reynolds | discussion of federal litigation |
| 545 | 546 | 2 | 2 | Joint Defense | 2-Jul-2015 | 1-Jul-2015 | Hoge, Coleman in reply | Hoge Coleman Godfrey Frey Ostronic | discussion of federal litigation |
| 547 | 547 | 1 | 1 | Joint Defense | 12-Dec-2013 | | Hoge | Stranahan, Nagy, Backer, Walker, McCain, Frey | discussion of federal litigation |
| 548 | 549 | 2 | 2 | Joint Defense | 17-Dec-2013 | | Hoge | Backer, Walker, DelBianco, Ostronic, Stranahan, Akbar, McCain, Smith, Ace, Frey | discussion of procedural issue in state and federal litigation, 2 emails repetitive in substance sent moments apart |
| 560 | 563 | 4 | 4 | NONE | 13-May-2013 | | Hoge and others | Akbar, Dunetz, Stranahan, McCain, Frey, Nagy, Mrs. B | discussion of Hoge v. Kimberlin peace order procedural posture |
| 565 | 566 | 2 | 2 | Joint Defense | May 17. 2013 | | Hoge and others | Walker, Karen B, Frey, Dunetz, Akbar, McCain, Stranahan | discussion of service of process on Brett Kimberlin |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 570 | 570 | 1 | 1 | Joint Defense | 2-May-2013 | | Hoge, Karen B | Walker, Frey, Dunetz, Akbar, Stranahan, Nagy | discussion of peace order procedural events |
| 579 | 579 | 1 | 1 | Joint Defense | Dec 8 2013 | | Hoge | Nagy, Stranahan, Akbar, Walker, Frey, McCain | discussion of federal litigation |
| 580 | 580 | 1 | 1 | Joint Defense | 4-Dec-2013 | | Frey | Hoge | discussion of federal litigation |
| 581 | 581 | 1 | 1 | Joint Defense | 4-Dec-2013 | | Hoge | Walker, Backer, Akbar, Nagy, Frey, Stranahan | discussion of state litigation |
| 582 | 589 | 8 | 8 | Joint Defense | 17-Jun-2013 | 16-Jun-2013 | Multiple | Hoge, McCain, Dunetz, Nagy, Frey, Akbar | discussion of Schmalfeldt and harassment |
| 598 | 598 | 1 | 1 | Joint Defense | 5-Jan-2014 | | Hoge | Walker, Akbar, McCain, Stranahan, Nagy, Ace, Frey | discussion of procedural posture of federal litigation |
| 599 | 599 | 1 | 1 | Joint Defense | 4-Feb-2014 | | Hoge | Frey | discussion of procedural issue in federal litigation |
| 600 | 600 | 1 | 1 | Joint Defense | 4-Feb-2014 | | Frey | McCain | discussion of procedural issue in federal litigation |
| 601 | 601 | 1 | 1 | Joint Defense | 4-Feb-2014 | | Frey | Walker, Smith, Nagy Stranahan, Backer, Kimberlin Unmasked, Hoge, Solov, Bailen, O'Connor, Mericle | discussion of procedural request within joint defense agreement in federal litigation |
| 602 | 604 | 3 | 3 | Joint Defense | 20-May-2013 | | Hoge and others | Hoge, Karen B, Walker, Frey, Stranahan, Nagy, Dunetz, Akbar, McCain | discussion of procedural issue in state litigation |
| 608 | 608 | 1 | 1 | Joint Defense | 18-Nov-2013 | | Hoge | Coleman, Godfrey, Frey, Ostronic | discussion of procedural event in federal litigation |
| 633 | 633 | 1 | 1 | Joint Defense | 25-Apr-2013 | | Hoge | Walker, Nagy, McCain, Dunetz Akbar, Stranahan | procedural posture of Hoge v Kimberlin peace order |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 634 | 635 | 2 | 2 | Joint Defense | 21-Jul-2014 | | Paul Levy and Hoge | Walker, Hoge, Stranahan, Nagy, Coleman, Solov, Backer, Kimberin Unmasked, Hillman, Smith, Frey | discussion re communications in state litigation |
| 636 | 636 | 1 | 1 | Joint Defense | 17-Oct-2013 | | Hoge | Frey | discussion of litigation document in federal case |
| 637 | 637 | 1 | 1 | Joint Defense | Oct 16. 2013 | | Hoge | Frey, Walker, Stranahan, McCain, Nagy, Ostronic | discussion of federal litigation |
| 638 | 638 | 1 | 1 | NONE | 28-Oct-2013 | | Frey | McCain, Walker, Ostronic, Hoge, Ken White | discussion of blog post re Roger Shuler case |
| 727 | 727 | 1 | 1 | Joint Defense | 24-Jun-2014 | | Walker | Hoge, Smith, Mailen, Contestable, Mericle, Levy, O'Connor, Solov, Skbar, Kimberlin Unmasked, Hillman, Backer, Frey, Nagy, Ostronic, Skyles | discussion of state and federal dispositive motions |
| 765 | 765 | 1 | 1 | NONE | 7-Jan-2012 | | Frey | Wallace, Walker, Nagy | discussion of Alicia Pain/harassment |
| 766 | 766 | 1 | 1 | Joint Defense | 28-Aug-2015 | | Walker | Sirois, Smith, Coleman, Godfrey, Stranahan, Bailen, Sholder, Romoser, Frey, Lackman, Ostronic | discussion of joint defense agreement work product |
| 793 | 798 | 6 | 6 | NONE | 4-Jun-2012 | | Akbar and others | Stranahan, Frey, Malkin, DeFro, McCain, Clouthier | discussion of doxxing of Akbar |
| 854 | 855 | 2 | 2 | Joint Defense | 9-Mar-2015 | | Walker and Hoge | Bailen, Coleman, Godfrey, tj@parkerlawoffice.com, Sirois Smith, Akbar, Stranahan, Frey, Backer, Walker, Ostronic | discussion of federal litigation and peace order filing |
| 866 | 866 | 1 | 1 | Joint Defense | 21-May-2015 | | Walker | Hoge, Bailen, Sirois, Godfrey. Frey, Coleman, Smith, McCain, Ostronic, Stranahan | discussion of federal appeal procedural posture |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 867 | 867 | 1 | 1 | Joint Defense | 18-May-2015 | | Walker | Hoge, Bailen, Sirois, Godfrey. Frey, Coleman, Smith, McCain, Ostronic, Stranahan | discussion (two same-day emails) re appellate procedural posture |
| 871 | 875 | 5 | 5 | NONE | 30-Nov-2012 | 29-Nov-2012 | Walker et al | Nagy, Hoge, Stranahan, McCain, Akbar | discussion of antisemitic jibes |
| 881 | 881 | 1 | 1 | NONE | 12-Jun-2012 | | Dustin F and Walker | Walker, Frey, Stranahan, McCain, Nagy | discussion of posting/take down |
| 898 | 898 | 1 | 1 | Joint Defense | 26-May-2015 | | Walker | Hoge, Bailen, Coleman, Godfrey, tj@parkerlawoffice.com, Sirois, Smith, Akbar, Backer, Frey, McCain, Ostronic | discussion of filings in state litigation |
| 919 | 921 | 3 | 3 | Joint Defense | 1-Jul-2014 | | Walker | Del Bianco, Hoge, Smith, Bailen, Contestable, Coleman, Mericle, Solov, Levy, O'Connor, Kimberlin Unmasked, Hillman, Stranahan, Backer, Frey, Nagy, Ostronic, Skyles, Levy | discussion of developments in state litigation |
| 947 | 947 | 1 | 1 | Joint Defense | 25-Mar-2014 | | Walker | Hoge, Smith, Bailen, Contestable, Mericle, Coleman, Solov, O'Connor, Levl, McCain, Stranahan, Hillman, Backer, Frey, Nagy, Ostronic, Skyles | discussion re ECF filing in federal case |
| 992 | 992 | 1 | 1 | Joint Defense | 14-Feb-2014 | | Walker | Stranahan, Smith, Nagy, Frey, Bailen, O'Connor, Solov, Mericle, Backer, Hioge, Coleman | |
| 994 | 996 | 3 | 3 | Joint Defense | 20-Mar-2015 | | Walker | Hoge, Bailen, Coleman, Godfrey, tj@parkerlawoffice.com, Sirois, Smith, Akbar, Backer, Frey, McCain | discussion of rulings and procedural posture in federal case |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1002 | 1003 | 2 | 2 | Joint Defense | 27-Jun-2014 | | Walker | Hoge, Smith, Bailen, Contestable, Mericle, Coleman, Solov, O'Connor, Levy, McCain, Stranahan, Hillman, Backer, Frey, Nagy, Ostronic, Skyles | discussion of federal claim and state claim against Schmalfeldt |
| 1044 | 1047 | 4 | 4 | Joint Defense | 31-Jul-2015 | | Romoser, Walker, Sholder | Lackman, Ostronic, Mailen, Walker, Ken White, Akbar, Stranahan, Frey | forwarding of filings in state case |
| 1048 | 1048 | 1 | 1 | Joint Defense | 8-Aug-2015 | | Walker | Ostronic, Romoser, Lackman, Sholder, Coleman, Smith, Bailen, Stranahan, Frey, Akber, Godfrey, Backer, | discussion of dispositive motions in federal case |
| 1128 | 1130 | 3 | 3 | Joint Defense | 6-Jul-2014 | 1-Jul-2014 | Walker | Del Bianco, Hoge, Smith, Bailen, Contestable, Coleman, Mericle, Solov, Levy, O'Connor, Kimberlin Unmasked, Hillman, Stranahan, Backer, Frey, Nagy, Ostronic, Skyles, Levy | discussion of motions practice in state case |
| 1139 | 1139 | 1 | 1 | Joint Defense | 17-Mar-2014 | | Walker | Hoge, Smith, Bailen, Contestable, Mericle, Coleman, Solov, O'Connor, Levy, McCain, Stranahan, Hillman, Backer, Frey, Nagy, Ostronic | Discussion of Rauhauser suit |
| 1140 | 1140 | 1 | 1 | Joint Defense | 5-Jun-2014 | | Walker | Hoge, Smith, Bailen, Contestable, Mericle, Coleman, Solov, O'Connor, McCain, Stranahan, Hillman, Backer, Frey, Nagy, Ostronic, Skyles | discussion of developments in federal litigation |
| 1141 | 1141 | 1 | 1 | Joint Defense | 3-Aug-2015 | | Walker | Frey, Coleman | discussion of state litigation |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1142 | 1143 | 2 | | 2 | Joint Defense | 22-Apr-2015 | | Walker | Hoge, Bailen, Coleman, Godfrey, tj@parkerlawoffice.com, Sirois, Smith, Akbar, Backer, Frey, McCain, Ostronic | discussion of state litigation |
| 1146 | 1146 | 1 | | 1 | Joint Defense | 10-Apr-2014 | | Walker | Hoge, Smith, Bailen, Contestable, Mericle, Coleman, Solov, O'Connor, Levy, McCain, Stranahan, Hillman, Backer, Frey, Nagy, Akbar, Kimberlin Unmasked | discussion of state litigation |
| 1147 | 1147 | 1 | | 1 | Joint Defense | 19-Jan-2014 | | Walker, Frey | Frey, Walker | discussion of RICO litigation |
| 1164 | 1164 | 1 | | 1 | Joint Defense | 16-Jun-2015 | | Walker | Hoge, Bailen, Coleman, Godfrey, tj@parkerlawoffice.com, Sirois, Smith, Stranahan, Backer, Frey | discussion of procedural posture of state litigation |
| 1165 | 1168 | 4 | | 4 | Joint Defense | 26-Jul-2015 | 24-Jul-2015 | Walker, Sholder, Backer, Smith, Ostronic, | Coleman, Stranahan, Bailen, Smith, Sholder, Frey, Romoser, Backer, Lackman, Ostronic, Sirois | discussion of procedural posture of state litigation |
| 1181 | 1182 | 2 | | 2 | Joint Defense | 25-Jul;-2014 | | Walker | Coleman, Levy, Hoge, Ostronic, Frey, Smith, Bailen, Hillman, Backer, Sirois, McCain, Akbar | discussion of federal and state litigation procedural posture |
| 1242 | 1242 | 1 | | 1 | Joint Defense | 3-Jun-2015 | | Walker | Hoge, Bailen, Coleman, Godfrey, tj@parkerlawoffice.com, Sirois, Smith, Akbar, Backer, Frey, McCain, Ostronic | discussion of Kimberlin state litigation and Schmalfeldt state litigation |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1245 | 1245 | 1 | | 1 | Joint Defense | 7-Jul-2015 | | Walker | Sirois, Sholder, McCain, Smith, Bailen, Godfrey, Backer, Frey, Babinski, Coleman, Lackman, Ostronic | discussion of state litigation |
| 1246 | 1247 | 2 | | 2 | Joint Defense | 16-Sep-2015 | 15-Sep-2015 | Walker, Hoge, Ostronic | Smith, Bailen, Sholder, Coleman, Frey, Stranahan, Akbar, Backer, Sirois, Nagy | discussion of state litigation |
| 1271 | 1310 | 40 | | 40 | Joint Defense | 24-Jul-2015 | 22-Jun-2015 | Sholder, Walker, Hoge, Sirois, Smith, Coleman, Frey, Bailen, | All writers, Ostronic, Lackman, Romoser, | Extended email chain discussing procedural posture and events of state and federal litigation posture |
| 1322 | 1323 | 2 | | 2 | Joint Defense | 31-Dec-2013 | 30-Dec-2013 | Hoge, Stranahan, Light, | Hillman, Bailen, Contestable, Mericle, Ben Light, Walker, Frey, Solov, Ace, Stranahan, Nagy, Akbar, McCain, Ostronic, Del Bianco, Smith | discussion of procedural posture of federal litigation |
| 1326 | 1326 | 1 | | 1 | Joint Defense | 11-Jul-2014 | | Walker | Smith, Bailen, Backer, Contestable, Levy, Coleman, Mericle, Hillman, Frey, Nagy, Skyles, Light | discussion of procedural posture of state litigation |
| 1327 | 1328 | 2 | | 2 | Joint Defense | 11-Jul-2014 | | Walker | Smith, Bailen, Backer, Contestable, Levy, Coleman, Mericle, Hillman, Frey, Nagy, Skyles, Light | discussion of procedural posture of state litigation |
| 1385 | 1385 | 1 | | 1 | Joint Defense | 31-Dec-2013 | | Walker | Hillman, Light, Stranahan, Nagy, Solov, Akbar, Smith, Bailen, Frey, Backer, Mericle, Contestable, Kimberlin Unmasked, Hoge | discussion of procedural posture of federal litigation |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1386 | 1387 | 2 | | 2 | Joint Defense | 30-Dec-2013 | | Walker, Frey | Hillman, Light, Stranahan, Nagy, Solov, Akbar, Smith, Bailen, Frey, Backer, Contestable, Mericle, Cameron, McCain, Kimberlin Unmasked, Hoge | discussion of procedural posture of federal litigation |
| 1388 | 1394 | 7 | | 7 | Joint Defense | 17-Dec-2013 | | Walker, Backer, Akbar, Hoge, Kimberlin Unmasked, McCain | Del Bianco, Ostronic, Hillman, Stranahan, Nagy, Akbar, McCain, Smith, Frey, Backer, Hoge | discussion of procedural posture of federal and state litigation |
| 1399 | 1401 | 3 | | 3 | Joint Defense | 28-Apr-2015 | | Walker | Hoge, Bailen, Godfrey, Lackman, Backer, Stranahan, Osman, Akbar, Coleman, Frey | discussion of procedural posture of state litigation |
| 1446 | 1447 | 2 | | 2 | Joint Defense | 17-Mar-2015 | | Walker | Hoge, Smith, Bailen, Mericle, Coleman, Levy, O'Connnor, Solov, McCain, Akbar, Stranahan, Hillman, Backer, Frey, Nagy, Skyles, Sirois, Thomas | discussion of procedural posture of state litigation |
| 1448 | 1448 | 1 | | 1 | Joint Defense | 7-Aug-2014 | | Walker | Hoge, Bailen, Coleman, Godfrey, tj@parkerlawoffice.com, Sirois, Smith, Akbar, Backer, Frey, McCain | discussion of procedural event in federal litigation |
| 1455 | 1456 | 2 | | 2 | Joint Defense | 15-Jul-2014 | | Walker | Hoge, Smith, Bailen, Contestable, Mericle, Coleman, Levy, O'Connor, Solov, McCain, Akbar, Kimberlin Unmasked, Stranahan, Hillman, Backer, Frey, Nagy, Skyles, Sirois | discussion of procedural posture of state litigation |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1462 | 1462 | 1 | 1 | Joint Defense | 6-Oct-2014 | | Walker | Coleman, Frey | discussion of procedural event in federal litigation |
| 1463 | 1464 | 2 | 2 | Joint Defense | 9-Sep-2015 | | Walker, Coleman | Frey, Godfrey | discussion of procedural event in state litigation |
| 1482 | 1482 | 1 | 1 | Joint Defense | 9-Nov-2015 | | Walker, Stranahan | Ostronic, Sirois, Smith, Bailen, Sholder, Coleman, Frey, Stranahan, Akbar, Backer, Godfrey, Nagy, Hoge | discussion of procedural event in state litigation |
| 1544 | 1545 | 2 | 2 | Joint Defense | 24-Mar-2014 | | Walker, McCain, | Hoge, Smith, Bailen, Contestable, Mericle, Coleman, Levy, O'Connor, Solov, McCain, Akbar, Kimberlin Unmasked, Stranahan, Hillman, Backer, Frey, Nagy, Ostronic, Skyles | discussion of procedural posture of federal litigation |
| 1546 | 1547 | 2 | 2 | Joint Defense | 23-Jun-2014 | | Walker | Hoge, Smith, Bailen, Contestable, Mericle, Coleman, Levy, O'Connor, Solov, McCain, Akbar, Kimberlin Unmasked, Stranahan, Hillman, Backer, Frey, Nagy, Ostronic, Skyles | discussion of procedural event in federal litigation |
| 1548 | 1549 | 2 | 2 | Joint Defense | 13-Oct-2015 | | Walker, Ostronic | Sirois, Smith, Bailen, Sholder, Coleman, Frey, Stranahan, Akbar, Backer, Godfrey, Nagy, Hoge, Ostronic | discussion of procedural posture of state litigation |
| 1550 | 1551 | 2 | 2 | Joint Defense | 28-Sep-2015 | | Walker | Sirois, Smith, Godfrey, Coleman, Stranahan, Bailen, Sholder, Frey, Romoser, Lackman, Ostronic, Nagy, McCain | discussion of procedural events in both federal and state litigation |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1552 | 1553 | 2 | 2 | Joint Defense | 16-Sep-2015 | | Walker | Smith, Bailen, Sholder, Coleman, Frey, Stranahan, Akbar, Backer, Sirois, Godfrey, Nagy | discussion of procedural events in state litigation |
| 1554 | 1554 | 1 | 1 | Joint Defense | 1-Sep-2015 | | Walker | Sirois, Smith, Godfrey, Coleman, Stranahan, Bailen, Sholder, Frey, Romoser, Lackman, Ostronic | discussion of procedural event in state litigation |
| 1555 | 1555 | 1 | 1 | Joint Defense | 9-Sep-2015 | | Walker | Backer, Sirois, Frey, Coleman, Akbar, Ostronic, Godfrey, Stranahan | discussion of procedural event in state litigation |
| 1556 | 1557 | 2 | 2 | Joint Defense | 22-May-2015 | | Walker | Hoge, Bailen, Coleman, Godfrey, tj@parkerlawoffice.com, Sirois, Smith, Stranahan, Backer, Frey, McCain, Ostronic | discussion of procedural event in federal litigation |
| 1558 | 1562 | 5 | 5 | Joint Defense | 3-Dec-2015 | 30-Nov-2015 | Walker | Ostronic, Sirois, Smith, Bailen, Sholder, Coleman, Frey, Stranahan, Akbar, Backer, Godfrey, Nagy, Hoge | discussion of procedural event in state litigation |
| 1563 | 1564 | 2 | 2 | Joint Defense | 28-Jul-2014 | | Walker | Hoge, Smith, Bailen, Mericle, Coleman, Levy, O'Connor, Solov, McCain, Akbar, Stranahan, Hillman, Backer, Frey, Nagy, Skyles, Sirois, lmalone.thomas.legak@gmail.com | discussion of procedural posture of federal litigation |
| 1565 | 1565 | 1 | 1 | Joint Defense | 26-May-2015 | | Walker | Hoge, Bailen, Coleman, Godfrey, tj@parkerlawoffice.com, Sirois, Smith, Akbar, Backer, Frey, McCain, Ostronic | discussion of procedural posture of federal litigation |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1566 | 1567 | 2 | 2 | Joint Defense | 6-Nov-2015 | | Walker | Ostronic, Sirois, Smith, Bailen, Sholder, Coleman, Frey, Stranahan, Akbar, Backer, Godfrey, Nagy, Hoge | discussion of procedural event in state litigation |
| 1568 | 1568 | 1 | 1 | Joint Defense | 13-Feb-2015 | | Walker | Bailen, Coleman, Godfrey, tj@parkerlawoffice.com, Sirois, Smith, Frey, Backer, McCain | discussion of procedural event in federal litigation |
| 1569 | 1569 | 1 | 1 | Joint Defense | 23-Mar-2015 | | Walker | Hoge, Bailen, Coleman, Godfrey, tj@parkerlawoffice.com, Lackman, Sirois, Smith, Akbar, Stranahan, Backer, Frey, McCain | discussion of procedural event in federal litigation |
| 1570 | 1570 | 1 | 1 | Joint Defense | 25-Mar-2015 | | Walker | Hoge, Bailen, Coleman, Godfrey, tj@parkerlawoffice.com, Lackman, Sirois, Smith, Akbar, Stranahan, Backer, Frey, McCain | discussion of procedural event in federal litigation |
| 1571 | 1574 | 4 | 4 | Joint Defense | 27-Jul-2015 | | Walker, Smith, Godfrey, Hoge | Coleman, Stranahan, Bailen, Sholder, Smith, Backer, Frey, Romoser, Lackman, Ostronic, Sirois | discussion of procedural event in state litigation |
| 1575 | 1575 | 1 | 1 | Joint Defense | 17-Jul-2014 | | Walker | Hoge, Smith, Bailen, Mericle, Coleman, Levy, O'Connor, Solov, McCain, Akbar, Stranahan, Hillman, Backer, Frey, Nagy, Skyles, Sirois | discussion of procedural event in federal litigation |
| 1576 | 1578 | 3 | 3 | Joint Defense | 14-Oct-2015 | 3-Oct-2015 | Walker, Sirois | Smith, Bailen, Sholder, Coleman, Frey Stranahan, Akbar, Backer, Godfrey, Nagy, Hoge | discussion of procedural event in state litigation |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1579 | 1579 | 1 | | 1 | Joint Defense | 18-Feb-2014 | | Walker | Hoge, Smith, Bailen, Contestable, Mericle, Coleman, Levy, O'Connor, Solov, McCain, Akbar, Kimberlin Unmasked, Stranahan, Hillman, Frey, Nagy, Ostronic | discussion of procedural event in federal litigation |
| 1580 | 1580 | 1 | | 1 | Joint Defense | 14-Jul-2014 | | Walker | Del Bianco, Hoge, Smith, Bailen, Contestable, Coleman, Mericle, Solov, Levy, O'Connor, Akbar, Kimberlin Unmasked, Hillman, Stranahan, Backer, Frey, Nagy, Ostronic, Skyles, Sirois | discussion of procedural event in federal litigation |
| 1609 | 1609 | 1 | | 1 | Joint Defense | 9-Jul-2015 | | Walker | Godfrey, Sholder, Bailen, tj@parkerlawoffice.com, Sirois, Smith, Frey, Babinski, Coleman, Lackman | discussion of evidence relevant to state litigation |
| 1610 | 1610 | 1 | | 1 | Joint Defense | 9-Jul-2015 | | Walker | Sholder, Bailen, Godfrey, tj@parkerlawoffice.com, Sirois, Smith, Frey, Babinski, Coleman, Lackman | discussion of evidence relevant to state litigation |
| 1611 | 1612 | 2 | | 2 | NONE | 16-Mar-2013 | | McCain | Frey, Reynolds, Stranahan, Walker, Hoge, Nagy, Mrs. B, Debra Heine | discussion of Krebs swatting |
| 1620 | 1620 | 1 | | 1 | Joint Defense | 7-Mar-2014 | | Walker | Hoge, Smith, Bailen, Contestable, Mericle, Coleman, O'Connor. Solov, Stranahan, Akbar, Kimberlin Unmasked, Ostronic, Backer, Hillman, Shyles, Frey, Nagy | discussion of procedural event in federal litigation |

| 1623 | 1623 | 1 | 1 | Joint Defense | 5-Mar-2014 | | Walker | Hoge, Smith, Bailen, Contestable, Mericle, Coleman, O'Connor. Solov, Stranahan, Akbar, Kimberlin Unmasked, Ostronic, Backer, Hillman, Skyles, Frey, Nagy | discussion of procedural event in federal litigation |
|---|---|---|---|---|---|---|---|---|---|
| 1965 | 1965 | 1 | 1 | Joint Defense | 22-Mar-2014 | | Walker | Hoge, Smith, Bailen, Contestable, Mericle, Coleman, Levy, O'Connor, Solov, Akbar, Kimberlin Unmasked, Skyles, Hillman, Backer, Frey, Nagy | discussion of procedural event in federal litigation |
| 1970 | 1971 | 2 | 2 | Joint Defense | 16-Mar-2015 | | Walker | Hoge, Bailen, Coleman, Godfrey, tj@parkerlawoffice.com, Lackman, Sirois, Smith, Akbar, Stranahan, Backer, Frey, McCain | discussion of developments related to federal and state litigation |
| 1981 | 1981 | 1 | 1 | Joint Defense | 7-Mar-2015 | | Walker | Hoge, Bailen, Coleman, Godfrey, tj@parkerlawoffice.com, Sirois, Smith, Akbar, Backer, Frey, McCain | discussion of issue of law in federal litigation |
| 1982 | 1982 | 1 | 1 | Joint Defense | 29-Apr-2015 | | Walker | Hoge, Ostronic, Bailen, Godfrey, Lackman, Backer, Stranahan, Osman, Akbar, Frey, Coleman | discussion of issue of law in state litigation |
| 2020 | 2027 | 8 | 8 | Joint Defense | 27-Aug-2015 | 30-Jul-2015 | Walker, Godfrey, Sirois, Frey | Smith, Coleman, Stranahan, Bailen, Sholder, Backer, Romoser, Lackman, Ostronic | discussion of strategy and procedural posture in state law case |
| | Total Pages | 250 | | | | | | | |