UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

BRETT KIMBERLIN,
Plaintiff,

No. GJH 13-3059

v.

PATRICK FREY,
Defendant.

## MOTION TO SEAL DISCOVERY DOCUMENTS

Now comes Plaintiff Brett Kimberlin and moves this Court to allow the filing of 57 pages under seal. These documents were provided by Defendant Frey pursuant to a protective order. Plaintiff filed a reply today involving his motion requesting that the protective order be lifted so he can use the discovery in various court filings. These 57 pages are examples to show the Court that there is no need for a protective order. However, Plaintiff cannot file them in open court until such time as the protective order is lifted.

Respectfully submitted,

Brett Kimberlin
8100 Beech Tree Rd
Bethesda, MD 20817
justicejtmp@comcast.net
(301) 320 5921

### CERTIFICATE OF SERVICE

I certify that I served a copy of this motion on attorneys for Defendant Frey this 1st<sup>st</sup> day of February, 2016.

Brett Kimberlin