Dear Judge Hazel                           2/8/16

Re: Kimberlin v Frey
    13 3059

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2016 FEB -8 PM 3:28
CLERK'S OFFICE
AT GREENBELT
BY _____ DEPUTY

I have submitted a number of subpoenas to the Clerk for issuance in this case. These subpoenas are the result of information discovered from the Frey discovery.

Please allow the clerk to issue these subpoenas.

Thank you,

Brett Kimberlin
8100 Beech Tree Rd
Bethesda, MD 20817
301 320 5921
justicejtmp@comcast.net