AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland ▼

Brett Kimberlin )
_Plaintiff_ )
v. ) Civil Action No. GJH 13-3059
Patrick Frey )
_Defendant_ )

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Elizabeth Sheld
3520 S Stafford St. Arlington, VA 22206

_(Name of person to whom this subpoena is directed)_

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached

| Place: 8100 Beech Tree Road Bethesda, MD 20817 | Date and Time: |
|---|---|

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK OF COURT

OR

_____      _____
_Signature of Clerk or Deputy Clerk_         _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_ Brett Kimberlin
8100 Beech Tree Rd, Bethesda, MD 20817 301 320 5921_____, who issues or requests this subpoena, are:
justicejtmp@comcast.net

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Kimberlin v. Frey, No GJH 13 3059 Subpoena Duces Tecum

All documents, emails, letters, notes and texts created by you, received by you or in your possession between August 2010 and the present, other than privileged attorney client documents, related to Brett Kimberlin, Patrick Frey or swatting. All financial documents related to any payments by you or your employer to anyone that are in any way related to Brett Kimberlin. All documents related to any payments received by you or your employer from any outside party including Patrick Frey, in any way related to Brett Kimberlin. All documents in your possession created by Andrew Breitbart directing you to take any action related to Brett Kimberlin.

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

Brett Kimberlin
*Plaintiff*
v.
Patrick Frey
*Defendant*

Civil Action No. GJH 13-3059

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Kurt Schlichter
c/o Mark Bailen, 1050 Connecticut Ave, NW Suite 1100, Washington, DC 20036

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached

| Place: 8100 Beech Tree Road, Bethesda, MD 20817 | Date and Time: |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK OF COURT

OR

_____          _____
Signature of Clerk or Deputy Clerk                    Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* __Brett Kimberlin__
8100 Beech Tree Rd, Bethesda, MD 20817 301 320 5921 _____, who issues or requests this subpoena, are:
justicejtmp@comcast.net

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Kimberlin v. Frey, No GJH 13 3059 Subpoena Duces Tecum

All documents, emails, letters, notes and texts created by you, received by you or in your possession between August 2010 and the present, other than privileged attorney client documents, related to Brett Kimberlin, Patrick Frey or swatting. All financial documents related to any payments by you or your employer to anyone that are in any way related to Brett Kimberlin. All documents related to any payments received by you or your employer from any outside party including Patrick Frey, in any way related to Brett Kimberlin. All documents in your possession created by Andrew Breitbart directing you to take any action related to Brett Kimberlin.

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| Brett Kimberlin<br>*Plaintiff*<br>v.<br>Patrick Frey<br>*Defendant* | )<br>)<br>)  Civil Action No. GJH 13-3059<br>)<br>)<br>) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Joel Pollak
c/o Mark Bailen, 1050 Connecticut Ave, NW Suite 1100, Washington, DC 20036

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached

| Place: 8100 Beech Tree Road<br>Bethesda, MD 20817 | Date and Time: |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR

_____       _____
*Signature of Clerk or Deputy Clerk*                          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **Brett Kimberlin**
8100 Beech Tree Rd, Bethesda, MD 20817  301 320 5921 , who issues or requests this subpoena, are:
justicejtmp@comcast.net

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Kimberlin v. Frey, No GJH 13 3059 Subpoena Duces Tecum

All documents, emails, letters, notes and texts created by you, received by you or in your possession between August 2010 and the present, other than privileged attorney client documents, related to Brett Kimberlin, Patrick Frey or swatting. All financial documents related to any payments by you or your employer to anyone that are in any way related to Brett Kimberlin. All documents related to any payments received by you or your employer from any outside party including Patrick Frey, in any way related to Brett Kimberlin. All documents in your possession created by Andrew Breitbart directing you to take any action related to Brett Kimberlin.

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

Brett Kimberlin  
*Plaintiff*  
v.  
Patrick Frey  
*Defendant*

Civil Action No. GJH 13-3059

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Dana Loesch  
c/o Mark Bailen, 1050 Connecticut Ave, NW Suite 1100, Washington, DC 20036

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached

| Place: 8100 Beech Tree Road<br>Bethesda, MD 20817 | Date and Time: |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR

_____  _____
*Signature of Clerk or Deputy Clerk*      *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **Brett Kimberlin**
8100 Beech Tree Rd, Bethesda, MD 20817 301 320 5921 , who issues or requests this subpoena, are:
justicejtmp@comcast.net

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Kimberlin v. Frey, No GJH 13 3059 Subpoena Duces Tecum

All documents, emails, letters, notes and texts created by you, received by you or in your possession between August 2010 and the present, other than privileged attorney client documents, related to Brett Kimberlin, Patrick Frey or swatting. All financial documents related to any payments by you or your employer to anyone that are in any way related to Brett Kimberlin. All documents related to any payments received by you or your employer from any outside party including Patrick Frey, in any way related to Brett Kimberlin. All documents in your possession created by Andrew Breitbart directing you to take any action related to Brett Kimberlin.

Case 8:13-cv-03059-GJH   Document 343-1   Filed 02/08/16   Page 9 of 14

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| Brett Kimberlin<br>*Plaintiff*<br>v.<br>Patrick Frey<br>*Defendant* | Civil Action No. GJH 13-3059 |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Brandon Darby
c/o Mark Bailen, 1050 Connecticut Ave, NW Suite 1100, Washington, DC 20036

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached

| Place: 8100 Beech Tree Road<br>Bethesda, MD 20817 | Date and Time: |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR

_____      _____
*Signature of Clerk or Deputy Clerk*           *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **Brett Kimberlin**
8100 Beech Tree Rd, Bethesda, MD 20817 301 320 5921 , who issues or requests this subpoena, are:
justicejtmp@comcast.net

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Kimberlin v. Frey, No GJH 13 3059 Subpoena Duces Tecum

All documents, emails, letters, notes and texts created by you, received by you or in your possession between August 2010 and the present, other than privileged attorney client documents, related to Brett Kimberlin, Patrick Frey or swatting.  All financial documents related to any payments by you or your employer to anyone that are in any way related to Brett Kimberlin.  All documents related to any payments received by you or your employer from any outside party including Patrick Frey, in any way related to Brett Kimberlin.  All documents in your possession created by Andrew Breitbart directing you to take any action related to Brett Kimberlin.

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland ▼

Brett Kimberlin )
*Plaintiff* )
v. ) Civil Action No. GJH 13-3059
Patrick Frey )
*Defendant* )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Larry Solov
c/o Mark Bailen, 1050 Connecticut Ave, NW Suite 1100, Washington, DC 20036

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached

| Place: 8100 Beech Tree Road, Bethesda, MD 20817 | Date and Time: |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Brett Kimberlin
8100 Beech Tree Rd, Bethesda, MD 20817 301 320 5921 , who issues or requests this subpoena, are:
justicejtmp@comcast.net

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Kimberlin v. Frey, No GJH 13 3059 Subpoena Duces Tecum

All documents, emails, letters, notes and texts created by you, received by you or in your possession between August 2010 and the present, other than privileged attorney client documents, related to Brett Kimberlin, Patrick Frey or swatting. All financial documents related to any payments by you or your employer to anyone that are in any way related to Brett Kimberlin. All documents related to any *payments* received by you or your employer from any outside party including Patrick Frey, in any way related to Brett Kimberlin. All documents in your possession created by Andrew Breitbart directing you to take any action related to Brett Kimberlin.

Case 8:13-cv-03059-GJH   Document 343-1   Filed 02/08/16   Page 13 of 14

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| Brett Kimberlin | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. GJH 13-3059 |
| Patrick Frey | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Larry O'Conner
c/o Mark Bailen, 1050 Connecticut Ave, NW Suite 1100, Washington, DC 20036

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached

| Place: 8100 Beech Tree Road, Bethesda, MD 20817 | Date and Time: |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK OF COURT

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Brett Kimberlin
8100 Beech Tree Rd, Bethesda, MD 20817 301 320 5921 , who issues or requests this subpoena, are:
justicejtmp@comcast.net

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Kimberlin v. Frey, No GJH 13 3059 Subpoena Duces Tecum

All documents, emails, letters, notes and texts created by you, received by you or in your possession between August 2010 and the present, other than privileged attorney client documents, related to Brett Kimberlin, Patrick Frey or swatting. All financial documents related to any payments by you or your employer to anyone that are in any way related to Brett Kimberlin. All documents related to any payments received by you or your employer from any outside party including Patrick Frey, in any way related to Brett Kimberlin. All documents in your possession created by Andrew Breitbart directing you to take any action related to Brett Kimberlin.