Case 8:13-cv-03059-GJH   Document 343-2   Filed 02/08/16   Page 1 of 18

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland ▼

| | |
|---|---|
| Brett Kimberlin | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. GJH 13 3059 |
| Patrick Frey | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Mary Du Bravo, 7537 Remington Road, Manassas, VA 20109

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached

| Place: 8100 Beech Tree Road<br>Bethesda, MD 20817 | Date and Time: |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR

_____         _____
*Signature of Clerk or Deputy Clerk*                *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* __Brett Kimberlin__
__8100 BeechTree Road, Bethesda, MD 20817 301 320 5921__, who issues or requests this subpoena, are:
justicejtmp@comcast.net

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Du Bravo Subpoena Duces Tecum

All documents, communications, notes, emails, and letters between you and Patrick Frey.  All documents, communications, notes, emails, and letters related to an alleged swatting that occurred at your home.  All documents, communications, notes, emails, and letters related in any way to Brett Kimberlin, including communications to and from Aaron Walker.

Case 8:13-cv-03059-GJH   Document 343-2   Filed 02/08/16   Page 3 of 18

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

Brett Kimberlin )
_Plaintiff_ )
v. ) Civil Action No. GJH 13 3059
Patrick Frey )
_Defendant_ )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Google Inc, 1600 Ampitheater Parkway, Mountain View, CA 94043

_(Name of person to whom this subpoena is directed)_

☑ **Production:** YOU ARE COMMANDED to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All documents related to any Google Group created by Ali kbar on or about June 1, 2012 including one called CONFERO BK. Documents should include all posts to the group and all deletions and deletion logs.

| Place: Brett Kimberlin, 8100 Beech Tree Road, Bethesda, MD 20817 | Date and Time: |
|---|---|

☐ **Inspection of Premises:** YOU ARE COMMANDED to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

_CLERK OF COURT_

OR

_____         _____
_Signature of Clerk or Deputy Clerk_         _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_ **Brett Kimberlin**
8100 Beech Tree Rd, Bethesda, MD 20817 301 320 5921 , who issues or requests this subpoena, are:
justicejtmp@comcast.net

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| Brett Kimberlin | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. GJH 13-3059 |
| Patrick Frey | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: William Hoge, 20 Ridge Road, Westminster, MD 21157

*(Name of person to whom this subpoena is directed)*

☐ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: | Date and Time: |
|---|---|
| | |

The deposition will be recorded by this method: videotape

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR

_____          _____
*Signature of Clerk or Deputy Clerk*               *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Brett Kimberlin, 8100 Beech Tree Rd, Bethesda, MD 20817 301 320 5921 _____, who issues or requests this subpoena, are: justicejtmp@comcast.net

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| Brett Kimberlin <br> *Plaintiff* <br> v. <br> Patrick Frey <br> *Defendant* | ) <br> ) <br> ) Civil Action No. GJH 13-3059 <br> ) <br> ) <br> ) |

### SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Aaron Walker, 7537 Remington Rd, Manassas, VA 21157

*(Name of person to whom this subpoena is directed)*

☐ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: | Date and Time: |
|---|---|
| | |

The deposition will be recorded by this method: videotape

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR

_____    _____
*Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Brett Kimberlin, 8100 Beech Tree Rd, Bethesda, MD 20817 301 320 5921 _____, who issues or requests this subpoena, are: justicejtmp@comcast.net

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Case 8:13-cv-03059-GJH   Document 343-2   Filed 02/08/16   Page 6 of 18

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| Brett Kimberlin | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Civil Action No. GJH 13-3059 |
| Patrick Frey | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: PNNL, 902 Battelle Blvd, Richland, WA 99352

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached:

| Place: Brett Kimberlin, 8100 Beech Tree Road, Bethesda, MD 20817 | Date and Time: |
| --- | --- |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
| --- | --- |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **Brett Kimberlin**
8100 Beech Tree Road, Bethesda, MD 20817 301 320 5921    , who issues or requests this subpoena, are:
justicejtmp@comcast.net

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

All documents in the possession of your company or any employee or former employee of your company related to Brett Kimberlin, including any communications with any outside party, including Patrick Frey, William Hoge, Aaron Walker, Alai Akbar, and Mandy Nagy, about Brett Kimberlin.

Case 8:13-cv-03059-GJH Document 343-2 Filed 02/08/16 Page 8 of 18

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| Brett Kimberlin | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. GJH 13-3059 |
| Patrick Frey | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Berico Technologies, 11130 Sunrise Valley Drive, #300, Reston, VA 20191

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached:

| Place: Brett Kimberlin, 8100 Beech Tree Road, Bethesda, MD 20817 | Date and Time: |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR

_____     _____
*Signature of Clerk or Deputy Clerk*     *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Brett Kimberlin
8100 Beech Tree Road, Bethesda, MD 20817  301 320 5921 , who issues or requests this subpoena, are:
justicejtmp@comcast.net

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

All documents in the possession of your company or any employee or former employee of your company related to Brett Kimberlin, including any communications with any outside party, including Patrick Frey, William Hoge, Aaron Walker, Aaron Barr, Mandy Nagy, Andrew Breitbart, and Ed Barnes about Brett Kimberlin. This request includes a copy of the data disc or its contents referenced by Ted Vera and Sam Kremin in an email dated January 14, 2011 that was transferred from Hunton and Williams to Team Themis.

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

Brett Kimberlin )
*Plaintiff* )
v. ) Civil Action No. GJH 13-3059
Patrick Frey )
)
*Defendant* )

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Palantir Technologies, 100 Hamilton Ave, Suite 300, Palo Alto, CA 94301

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached:

| Place: Brett Kimberlin, 8100 Beech Tree Road, Bethesda, MD 20817 | Date and Time: |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR

_____     _____
*Signature of Clerk or Deputy Clerk*                         *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* __Brett Kimberlin__ 8100 Beech Tree Road, Bethesda, MD 20817 301 320 5921 , who issues or requests this subpoena, are: justicejtmp@comcast.net

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

All documents in the possession of your company or any employee or former employee of your company related to Brett Kimberlin, including any communications with any outside party, including Patrick Frey, William Hoge, Aaron Walker, Aaron Barr, Mandy Nagy, Andrew Breitbart, and Ed Barnes about Brett Kimberlin. This request includes a copy of the data disc or its contents referenced by Ted Vera and Sam Kremin in an email dated January 14, 2011 that was transferred from Hunton and Williams to Team Themis.

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| Brett Kimberlin | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. GJH 13-3059 |
| Patrick Frey | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: HB Gary/Greg Hoglund, c/ Glenn Cooper, 4800 Hampdon Ln, Bethesda, MD 20814

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached:

| Place: Brett Kimberlin, 8100 Beech Tree Road, Bethesda, MD 20817 | Date and Time: |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

               *CLERK OF COURT*

                                                     OR

_____          _____
   *Signature of Clerk or Deputy Clerk*                             *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **Brett Kimberlin** 8100 Beech Tree Road, Bethesda, MD 20817 301 320 5921 , who issues or requests this subpoena, are: justicejtmp@comcast.net

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

All documents in the possession of your company or any employee or former employee of your company related to Brett Kimberlin, including any communications with any outside party, including Patrick Frey, William Hoge, Aaron Walker, Aaron Barr, Mandy Nagy, Andrew Breitbart, and Ed Barnes about Brett Kimberlin. This request includes a copy of the data disc or its contents referenced by Ted Vera and Sam Kremin in an email dated January 14, 2011 that was transferred from Hunton and Williams to Team Themis.


Case 8:13-cv-03059-GJH   Document 343-2   Filed 02/08/16   Page 14 of 18

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

Brett Kimberlin )
_Plaintiff_ )
v. ) Civil Action No. GJH 13-3059
Patrick Frey )
)
_Defendant_ )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: US Chamber of Commerce, 1615 H St NW, Washington, DC 20062

_(Name of person to whom this subpoena is directed)_

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached:

| Place: Brett Kimberlin, 8100 Beech Tree Road, Bethesda, MD 20817 | Date and Time: |
|---|---|

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

_CLERK OF COURT_
                                    OR

_____           _____
_Signature of Clerk or Deputy Clerk_       _Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_ __Brett Kimberlin__
8100 Beech Tree Road, Bethesda, MD 20817 301 320 5921_____, who issues or requests this subpoena, are:
justicejtmp@comcast.net

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

All documents in the possession of your company or any employee or former employee of your company related to Brett Kimberlin, including any communications with any outside party, including Patrick Frey, William Hoge, Aaron Walker, Aaron Barr, Mandy Nagy, Andrew Breitbart, and Ed Barnes about Brett Kimberlin. This request includes a copy of the data disc or its contents referenced by Ted Vera and Sam Kremin in an email dated January 14, 2011 that was transferred from Hunton and Williams to Team Themis.

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| Brett Kimberlin<br>*Plaintiff*<br>v.<br>Patrick Frey<br>*Defendant* | )<br>)<br>) Civil Action No. GJH 13-3059<br>)<br>)<br>) |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Hunton and Williams, 951 E. Byrd St, #200, Richmond, VA 23219

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See attached:

| Place: Brett Kimberlin, 8100 Beech Tree Road, Bethesda, MD 20817 | Date and Time: |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR

_____       _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **Brett Kimberlin**
8100 Beech Tree Road, Bethesda, MD 20817 301 320 5921 , who issues or requests this subpoena, are:
justicejtmp@comcast.net

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

All documents in the possession of your company or any employee or former employee of your company related to Brett Kimberlin, including any communications with any outside party, including Patrick Frey, William Hoge, Aaron Walker, Aaron Barr, Mandy Nagy, Andrew Breitbart, and Ed Barnes about Brett Kimberlin. This request includes a copy of the data disc or its contents referenced by Ted Vera and Sam Kremin in an email dated January 14, 2011 that was transferred from Hunton and Williams to Team Themis.

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
для the
District of Maryland

Brett Kimberlin )
 )
*Plaintiff* )
v. ) Civil Action No. GJH 13-3059
Patrick Frey )
 )
*Defendant* )

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Mary Du Bravo, 7537 Remington Rd, Manassas, VA 21157

*(Name of person to whom this subpoena is directed)*

☐ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: | Date and Time: |
|---|---|
|  |  |

The deposition will be recorded by this method: videotape

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

 *CLERK OF COURT*
 OR

_____    _____
*Signature of Clerk or Deputy Clerk*    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Brett Kimberlin, 8100 Beech Tree Rd, Bethesda, MD 20817 301 320 5921 _____ , who issues or requests this subpoena, are: justicejtmp@comcast.net

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).