Brett Kimberlin,
*Plaintiff,*

v.

Patrick Frey.,
*Defendants.*

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

Case No. 13-CV-03059-GJH

## MOTION TO SEAL EXHIBITS

COMES NOW non-party William Hoge and seeks leave to file a brief portion of the exhibit attached to his Emergency Motion to Modify Protective Order under seal. This motion is made pursuant of L.R. 105.11, the Court's Protective Order, Oct. 15, 2015, ECF No. 312, and the Court's Letter Order, Feb. 11, 2016, ECF No. 344.

The sealed material consists of two emails Plaintiff represents as being provided as confidential discovery material provided by Mr. Frey and which Mr. Hoge believe is subject to the Protective Order as well as most of a single paragraph containing information derived from the emails. Compliance with a protective order is within the scope contemplated by *Doe v. Public Citizen*, 749 F.3d 246 (4th Cir. 2013), and sealing these emails and a portion of one paragraph *only* complies with the requirement in *Doe* to seal no more than necessary. Mr. Hoge is unaware of any other means of protecting the evidence he wishes to place before the Court other than sealing.

WHEREFORE, Mr. Hoge asks the Court's leave to file the two emails and portion of one paragraph containing information derived from them under seal and for such other relief as the Court may find just and proper.

Date: 31 May, 2016

Respectfully submitted,

William John Joseph Hoge, *pro se*
20 Ridge Road
Westminster, Maryland  21157
(410) 596-2854
himself@wjjhoge.com

### CERTIFICATE OF SERVICE

I certify that on the 31st day of May, 2016, I served copies of the foregoing on the following persons:

Brett Kimberlin by First Class U. S. Mail to 8100 Beech Tree Road, Bethesda, Maryland 20817 (last known address)

Counsel for Patrick Frey by email with permission.

William John Joseph Hoge

### VERIFICATION

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 31 May, 2016

William John Joseph Hoge