**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 17-1970

BRETT KIMBERLIN,

Plaintiff - Appellant,

v.

PATRICK FREY,

Defendant - Appellee,

and

NATIONAL BLOGGERS CLUB; ALI AKBAR; ERICK ERICKSON; MICHELLE MALKIN; GLENN BECK; AARON WALKER; WILLIAM HOGE; LEE STRANAHAN; ROBERT STACY MCCAIN; JAMES O'KEEFE; MANDY NAGY; BREITBART.COM; THE FRANKLIN CENTER; SIMON AND SCHUSTER, INC.; LYNN THOMAS, a/k/a Kimberlinunmasked; MERCURY RADIO ARTS; THE BLAZE; ACE OF SPADES; REDSTATE; DB CAPITAL STRATEGIES; DAN BACKER; TWITCHY; AMERICAN SPECTATOR,

Defendants.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. George Jarrod Hazel, District Judge. (8:13-cv-03059-GJH)

Submitted: February 27, 2018                    Decided: March 14, 2018

Before WILKINSON and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

———————————

Brett C. Kimberlin, Appellant Pro Se.　Ronald David Coleman, MANDELBAUM SALSBURG, Roseland, New Jersey, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brett C. Kimberlin appeals the district court's order granting Appellee summary judgment on Kimberlin's First Amendment retaliation claim under 42 U.S.C. § 1983 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Kimberlin v. Frey*, No. 8:13-cv-03059-GJH (D. Md. filed July 21, 2017; entered July 24, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*